AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| MATTHEW RAYMOND | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-cv-01467-GLS-ATB |
| TROY MITCHELL, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Troy Mitchell

Date:   10/31/2019

*Attorney's signature*

Barry Nelson Covert / 514249
*Printed name and bar number*

Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

*Address*

bcovert@lglaw.com
*E-mail address*

(716) 849-1333
*Telephone number*

(716) 855-1580
*FAX number*