# EXHIBIT A




# HealthWay Deluxe | PROFESSIONAL 9-STAGE DFS AIR PURIFICATION SYSTEM

# HealthWay Deluxe   Professional 9-Stage DFS Air Purification System



This medical grade, professional air cleaner is the only system to effectively address all three pollutant categories. This technology is currently used in hospitals, medical clean rooms, government buildings, and military applications.

## SPECIFICATIONS

Protects up to 1000 sq/ft

Dimensions (inches) 15w x 16d x 27h

Weight 36lbs (16.3kg)

| Blower Speed | Energy Usage (Watts) | Air Flow (cfm) | dBA |
| --- | --- | --- | --- |
| Low | 14 | 90 | 37 |
| Med | 22 | 125 | 42 |
| High | 36 | 160 | 49 |
| Turbo | 76 | 250 | 59 |

parent tested parent approved
WINNER
www.ptpamedia.com

## FEATURES

- Newly designed ultra efficient EC motor with Turbo setting.

- Our technology is effective at capturing 40x smaller size ultrafine particles than HEPA, efficiently removing 99.99% of particulates @ 0.007 micron. Making HealthWay the most efficient air purifier available.

- 9-stage VOC adsorption filter for heavy removal of harmful airbourne microorganisms, chemicals, offensive gases odors and smoke.

- Less dust and dander, pollen, dust mite waste, bacteria, mold, fungi and virus protection

- This revolutionary technology reduces bioburden and inhibits microorganism growth through Microbiostasis condition

- Each machine is independently tested and certified to guarantee better than HEPA efficiency

healthway.com





HealthWay

© 2020 HEALTHWAY