UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW RAYMOND,<br><br>                Plaintiff,<br><br>    *-against-*<br><br>TROY MITCHELL, Lieutenant at Auburn Correctional Facility, CHARLES THOMAS, Correction Officer at Auburn Correctional Facility, THOMAS HARTE, Sergeant at Auburn Correctional Facility, THOMAS PHILLIPS, Correction Officer at Auburn Correctional Facility, THOMAS GIANCOLA, Correction Officer at Auburn Correctional Facility, HAROLD D. GRAHAM, Former Superintendent of Auburn Correctional Facility, BRIAN BAUERSFELD, Correctional Hearing Officer of Auburn Correctional Facility, BRIAN O'HORA, Correction Officer at Auburn Correctional Facility, AIMEE HOPPINS, R.N., Dr. DEBORAH GEER, and "JOHN DOE", Correction Officer at Auburn Correctional Facility,<br><br>                Defendants. | No. 18 Civ. 1467 (GLS) (ATB) |

## NOTICE OF MOTION TO QUASH SUBPOENA
## TO NEW YORK STATE PAROLE BOARD

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated April 19, 2021, the Declaration of Emma L. Freeman, dated April 19, 2021, and all exhibits thereto, and upon all papers and proceedings previously filed in the instant action, Plaintiff Matthew Raymond, by and through his attorneys, Emery Celli Brinckerhoff Abady Ward & Maazel LLP, will move this Court, before the Honorable Andrew T. Baxter, at the James M. Hanley Federal Building and United States Courthouse for the Northern District of New York, located at 100 South Clinton Street, Syracuse, NY 13261, at a date and time to be

determined by the Court, for an order pursuant to Fed. R. Civ. P. 45(d)(3) quashing the subpoena served upon the New York State Parole Board dated April 5, 2021, and returnable on April 30, 2021, and granting such other relief as this Court may deem just and proper.

Date: April 19, 2021
      New York, NY

Respectfully Submitted,

/s/ Emma L. Freeman
Katherine Rosenfeld
Emma L. Freeman
Emery Celli Brinckerhoff Abady
Ward & Maazel LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
Telephone (212) 763-5000
Fax (212) 763-5001

*Attorneys for Plaintiff*