# EXHIBIT B

| | **BUFFALO PD** | Complaint |
|---|---|---|
|  | **POLICE REPORT** | **20-1860290** |
| | **NARCOTICS** | Report Date & Time |
| | | 07/04/2020 08:01 |

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time Between | BeAnd1n Between Between | e of Premise |
|---|---|---|---|---|---|
| 105 HAMILTON ST | 'D' | 130 | 07/04/2020 07:30 | 07/04/2020 08:00 | Multiple Dwelling |

| Status | Follow Up By | Supl | TT Mass# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Investigation Pending | | N | | | | |

Officers: P3771 - MATYJASIK
P3569 - MCDOWELL
Reporting.: P3771 - MATYJASIK
Supervisor: L492 - CULVER

## VICTIM 1

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| RAYMOND | MICHELLE | | | | White | F | 33 | N | N | PR |

| Address | City | State | Zip | Home Ph | Work Phone |
|---|---|---|---|---|---|
| 105 HAMILTON | BUFFALO | NY | | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Victim DID receive information on Victim's Rights and Services pursuant to New York State Law    Yes

## SUSPECT 1

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| RAYMOND | MATTHEW | | | | White | M | 32 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 105 HAMILTON | BUFFALO | NY | | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Victim DID receive information on Victim's Rights and Services pursuant to New York State Law    Yes

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 121.11-A | M | A | 0 | CRIM OBSTRUCTION BREATHING/BLOOD CIRCULATION -APPLY PRESSURE | PR |
| PL | 220.03 | M | A | 7 | CRIM POSS CONTRL SUBST | PR |
| PL | 240.26-01 | V | | 2 | HARASSMENT 2ND- PHYSICAL CONTACT | PR |

## VEHICLE(S)

| Owner | Year | Make | Model | Body Style | Color | Registration | State | VIN | Status | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| RAYMOND MATTHEW | 2012 | DODGE | | PICKUP | White | | OH | | Observed | PR |

## PROPERTY

| Qty | Type | Description | Status | Make | Color | Model | Total Value | Report |
|---|---|---|---|---|---|---|---|---|
| 1 | Drugs/Narcotics | WHITE ROCK | 06 - Seized | | | | $0.00 | PR |

## NARRATIVE

POLICE REPORT:  Date Entered: 07/04/2020 10:04    Typist: JAMES MATYJASIK    Officer: MATYJASIK JAMES D

ON THE ABOVE DATE TIME LOCATION THE ABOVE VICTIM STATES THAT SHE GOT INTO AN ARGUEMENT WITH THE SUSPECT ABOVE HIS DRUG USE. SUSPECT DID ATTACK HER BY APPLYING PRESSURE TO HER NECK WITH HIS HANDS CAUSING REDNESS AND DISCOMFORT. HE ALSO DID GRAB HER AND THROW HER TO THE GROUND AFTER THROWING NEEDLES AT HER. VICTIM STATES SUSPECT DID FLEE THE SCENE IN ABOVE VEHICLE. OFFICERS DID RECOVERED WHITE ROCK LIKE SUBSTANCE IN A CLEAR SANDWICH BAG ON THE LIVING ROOM TABLE KNOWN BY THE VICTIM TO BELONG TO THE SUSPECTS.

MCT BOLO MESSAGE SENT.
DIR COMPLETED
DRUGS RECOVERED/CPS LAB SUBMISSION COMPLETED BY PO J. MATYJASIK
P-1369-DV ISSUED TO VICTIM.


**SUPPLEMENT # 1** Date Entered: 07/06/2020 08:44  Typist: LON FOLTS  Officer: FOLTS, LON E 172552

Not logged, forwarded to Special Victim's Unit.