# EXHIBIT C

| | Town of Tonawanda | Complaint |
|---|---|---|
|  | **POLICE REPORT**<br>**POLICE INFORMATION** | **20-232121**<br>Report Date & Time<br>08/25/2020 11:56 |

### INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| 2950 ELMWOOD AV | | 01 | 08/25/2020 11:56 | Tuesday | Hospital |
| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cance# | TT Cancel Date |
| Closed | Records | N | | | | |
| Officers: 103 - WILLIAMS | | | Rep. Off.: 103 - WILLIAMS | | Assigned. Off.: |
| | | | Supervisor: 410 - COLANGELO | | |

### VEHICLE(S)

| Owner | Year | Make | Model | Body Style | Color | Registration | State | VIN | Status | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| RAYMOND MATTHEW | 2007 | ACURA | | SUBURBA | White | JMP2767 | NY | 5J8TB18517A002827 | Operated | PR |

### NARRATIVE

**POLICE REPORT** Date Entered: 08/25/2020 12:32 Typist: DAVID WILLIAMS Officer: 103-WILLIAMS

I responded to 2950 Elmwood, Kenmore Mercy Hospital, for a report of an unruly patient. Prior to my arrival the subject, Matthew Raymond, had just reportedly sped away from the scene recklessly driving the above vehicle, NY # JMP2767. I spoke with Patrick Vaccaro and his security staff who stated Raymond was being treated for seizures but became unruly when he wanted to leave against medical advice. Raymond became loud and argumentative and told several nurses/ doctors/ security staff "fuck you." Raymond also went behind the nurse's station and got into employee's faces there. Vaccaro did state he and Raymond exchanged words prior to Raymond's departure. No direct threats were made but Raymond repeatedly stated you don't know who your messing with and to watch their backs. Raymond also mentioned that he had a brother in law enforcement, possibly a Lieutenant Raymond from Buffalo PD. Vaccaro did state one of his security staff believed they saw Raymond dropped off in a Buffalo patrol car this morning. Dispatch made contact with Raymond and he stated he would not return to the scene or respond to the front desk. Vaccaro wished for a report for informational purposes and that he will be completing a "behavioral contract" to red flag Raymond in the Catholic Health system.

103

---

Officer: 103 - WILLIAMS    Supervisor: 410 - COLANGELO

TONAWANDAPD000001