# EXHIBIT D



# BUFFALO PD
## POLICE REPORT
## DOMESTIC

**Complaint**
**21-0300464**
Report Date & Time
01/30/2021 15:01

### INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| 111 HAMILTON ST | 'D' | 130 | 01/30/2021 15:00 | Saturday | Single Family Home |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Closed | | N | | | | |

Officers: 3858 - MCGRATH    P3604 - ANDRIACCIO    Reporting: 3864 - PATAKY
3864 - PATAKY    Supervisor:

### SUBJECT 1

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| RAYMOND | MICHELLE | | | | White | F | 33 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 111 HAMILTON ST | BUFFALO | NY | 14207 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Victim DID receive Information on Victim's Rights and Services pursuant to New York State Law    Yes/No

### SUBJECT 2

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| RAYMOND | MATTHEW | | | | White | M | 32 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 111 HAMILTON ST | BUFFALO | NY | 14207 | UNKNOWN | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Victim DID receive Information on Victim's Rights and Services pursuant to New York State Law    Yes/No

### NARRATIVE

**POLICE REPORT** - Date Entered: 01/30/2021 15:02 - Typist: CAROLYN PATAKY - Officer: PATAKY,CAROLYN 8-1

ON ABOVE DATE, TIME, LOCATION, SUBJECT 1 REPORTS THAT HER AND HER HUSBAND (SUBJECT 2) DID GET INTO A VERBAL ALTERCATION OVER MONEY AND HE ALSO DID THREATEN TO HARM HER. WHEN OFFICERS ARRIVED ON SCENE, SUBJECT 2 WAS NOT PRESENT. SUBJECT 1 DOES NOT WISH TO PRESS CHARGES AND A DOMESTIC INCIDENT REPORT WAS COMPLETED. NO INJURIES WERE REPORTED.

Officer: 3864 - PATAKY    Supervisor: -

BUFFALOPD000003