# EXHIBIT F

March 10, 2021



Mr. Patrick J. Mackey, Esq.
42 Delaware Ave., Suite 120
Buffalo, New York 14202

**AMHERST POLICE DEPARTMENT**

500 JOHN J. AUDUBON PARKWAY
AMHERST, NEW YORK 14228
716-689-1322
FAX 716-689-1310

**JOHN C. ASKEY**
CHIEF OF POLICE

Dear Mr. Slammon:

We have reviewed your FOIA request regarding: **Arrest of Matthew R. Raymond.**
Pursuant to Public Officers Law § (2) (e)

"(e) are compiled for law enforcement purposes and which, if disclosed, would:
   I. interfere with law enforcement investigations or judicial proceedings ;
   II. deprive a person of a fair trial or impartial adjudication;
   III. identify a confidential source or disclose confidential information relating to a criminal investigation ; or
   IV. reveal criminal investigative techniques or procedures, except routine techniques and procedures..."

This is an on-going open court case and therefore, it will not be available to you.
All materials have been preserved.

Sincerely,

*John C. Askey*

John C. Askey
Chief of Police

JCA/km


