# EXHIBIT G

# Department of Corrections and Community Supervision

Visitors   ▫   *Inmate Lookup*

# Inmate Lookup

## Inmate Information

Inmate Information Data Definitions are provided for most of the elements listed below. When a detailed definition is available for a specific element, you may click on the element's label to view it.

| Identifying and Location Information As of 04/30/21 ||
|---|---|
| DIN (Department Identification Number) | 08B1365 |
| Inmate Name | RAYMOND, MATTHEW R |
| Sex | MALE |
| Date of Birth | 06/17/1988 |
| Race / Ethnicity | WHITE |
| Custody Status | RELEASED |
| Housing / Releasing Facility | FISHKILL |
| Date Received (Original) | 05/02/2008 |
| Date Received (Current) | 05/02/2008 |
| Admission Type | |
| County of Commitment | CHAUTAUQUA |

| Latest Release Date / Type (Released Inmates Only) | 02/05/10 PAROLE DIV OF PAROLE |
|---|---|

### Crimes of Conviction
If all 4 crime fields contain data, there may be additional crimes not shown here. In this case, the crimes shown here are those with the longest sentences.
As of 04/30/21

| Crime | Class |
|---|---|
| BURGLARY 2ND | C |
| ATT BURGLARY 2ND | D |
|  |  |
|  |  |

### Sentence Terms and Release Dates
Under certain circumstances, an inmate may be released prior to serving his or her minimum term and before the earliest release date shown for the inmate.
As of 04/30/21

| | |
|---|---|
| Aggregate Minimum Sentence | 0002 Years, 06 Months, 24 Days |
| Aggregate Maximum Sentence | 0003 Years, 00 Months, 00 Days |
| Earliest Release Date | |
| Earliest Release Type | |
| Parole Hearing Date | |
| Parole Hearing Type | FULL MAXIMUM |
| Parole Eligibility Date | 08/29/2009 |

| | |
|---|---|
| Conditional Release Date | NONE |
| Maximum Expiration Date | 03/22/2015 |
| Maximum Expiration Date for Parole Supervision | |
| Post Release Supervision Maximum Expiration Date | 03/22/2015 |
| Parole Board Discharge Date | |

# Department of Corrections and Community Supervision

**Accessibility**   **Contact Us**   **Disclaimer**   **Language Access**   **Privacy Policy**