# EXHIBIT I

# K&S CONTRATORS SUPPLY, INC.
Employment Application


Welding

(8)

✓  ※ T5tot~~

| | | | |
|---|---|---|---|
| Last Name Raymond | First matthew | M.I. R | Date 3/30/20 |
| Street Address 111 Hamilton St | | Apartment/Unit # | |
| City Buffalo | State N.Y. | ZIP 14207 | |
| Phone 716 604 4332 | E-mail Address XXXXXXX | | |
| Date Available 3/30/20 | Social Security No. [redacted] | Desired Salary $ | |
| Position Applied for Laborer | | | |

Are you a citizen of the United States? YES ☒ NO ☐  If no, are you authorized to work in the U.S.? YES ☐ NO ☐
Have you ever worked for this company? YES ☐ NO ☒  If so, when?
Have you ever been convicted of a felony? YES ☒ NO ☐  If yes, explain DWI 10 Years ago

| | | | | |
|---|---|---|---|---|
| High School South Park | Address | | | |
| From 2005 To 2009 | Did you graduate? YES ☒ NO ☐ | Degree | | |
| College | Address | | | |
| From XXXXX To XXXXX | Did you graduate? YES ☐ NO ☐ | Degree | | |
| Other | Address | | | |
| From XXXXX To XXXXX | Did you graduate? YES ☐ NO ☐ | Degree | | |

Please list three professional references.

| | |
|---|---|
| Full Name Rob Vega | Relationship Friend/Co-worker |
| Company Capital fence | Phone (716) 512 5696 |
| Address | |
| Full Name Jason oBstien | Relationship former Boss |
| Company Just fence | Phone (716) 228 9289 |
| Address | |
| Full Name Michelle Dudek | Relationship Friend |
| Company Home Care | Phone (716) 760 4202 |
| Address | |

K&S CONTRACTORS000001

| Company | Capital Fence | Phone | (716) 691-7438 |
|---|---|---|---|
| Address | | Supervisor | Sylvia Raymond |
| Job Title | Lead installer | Starting Salary $10/hr | Ending Salary $18/hr |
| Responsibilities | install all kinds of custom built fences | | |
| From 2010 | To 2013 | Reason for Leaving | Couldn't work for family |
| May we contact your previous supervisor for a reference? | YES ☒ | NO ☐ | |

| Company | Just Fences | Phone | (716) 228-9289 |
|---|---|---|---|
| Address | | Supervisor | |
| Job Title | Foreman/Project manager | Starting Salary $20/hr | Ending Salary $24.50/hr |
| Responsibilities | manage jobsites, interact with customers, and built custom fences | | |
| From 2013 | To 2017 | Reason for Leaving | Company Shut down |
| May we contact your previous supervisor for a reference? | YES ☒ | NO ☐ | |

| Company | Buffalo Fence | Phone | ( ) |
|---|---|---|---|
| Address | | Supervisor | NA |
| Job Title | Owner/operator | Starting Salary $ | Ending Salary $ |
| Responsibilities | | | |
| From 2017 | To Present | Reason for Leaving | |
| May we contact your previous supervisor for a reference? | YES ☐ | NO ☐ | |

| Branch | | From | To |
|---|---|---|---|
| Rank at Discharge | | Type of Discharge | |
| If other than honorable, explain | | | |

I certify that my answers are true and complete to the best of my knowledge.

If this application leads to employment, I understand that false or misleading information in my application or interview may result in my release.

Signature: Matthew Raymond    Date: 3/30/20

K&S CONTRACTORS000002