UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MATTHEW RAYMOND,

                            Plaintiff,            **STIPULATION AND ORDER OF**
                                                          **VOLUNTARY PARTIAL**
      -against-                                  **DISMISSAL**
                                                            **FRCP 41(a)(1)(a)(ii)**

TROY MITCHELL, et al.,

                                                             9:18 Civ. No. 1467 (GLS) (ATB)

                          Defendants.

------------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, as follows:

       1.     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Matthew Raymond withdraws and discontinues with prejudice any and all claims and rights of action against defendant Aimee Hoppins.

       2.     Each party will bear their own attorney's fees, expenses, and costs.

Dated: February 25, 2022
       New York, New York

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP<br>*Attorneys for Plaintiff Matthew Raymond* | MEYERS BUTH LAW GROUP PLLC<br>*Attorneys for Defendant Aimee Hoppins* |
| By:   /s/ Katherine Rosenfeld<br>     Katherine Rosenfeld<br>     Emma L. Freeman<br>     600 Fifth Avenue, 10th Floor<br>     New York, New York 10020<br>     Tel.: (212) 763-5000 | By:   /s/ Cheryl Meyers Buth<br>     Cheryl Meyers Buth<br>     Laurie A. Baker<br>     21 Princeton Place, Suite 105<br>     Orchard Park, New York 14127<br>     Tel.: (716) 508-8598 |

LIPSITZ GREEN SCIME CAMBRIA LLP
*Attorneys for Defendants Mitchell, Thomas, Harte, Phillips, Giancola, Graham, and Geer*

By: /s/ Patrick Mackey
    Barry Covert
    Diane Perri Roberts
    Patrick Mackey
    642 Delaware Ave, Suite 120
    Buffalo, NY 14202
    Tel.: (716) 849-1333

SO ORDERED:

_____
HON. GARY L. SHARPE
UNITED STATES DISTRICT JUDGE