UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MATTHEW RAYMOND,

                           Plaintiff,          **STIPULATION AND ORDER OF**
                                                    **VOLUNTARY PARTIAL**
      -against-                              **DISMISSAL**
                                                    **FRCP 41(a)(1)(a)(ii)**

TROY MITCHELL, et al.,

                                                   9:18 Civ. No. 1467 (GLS) (ATB)

                         Defendants.

------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, as follows:

       1.     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Matthew Raymond withdraws and discontinues with prejudice any and all claims and rights of action against defendant Harold Graham.

       2.     That no party hereto is an infant or incompetent.

       3.     Each party will bear their own attorney's fees, expenses, and costs.

Dated: August 9, 2022
       New York, New York

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP<br>*Attorneys for Plaintiff Matthew Raymond* | LIPSITZ GREEN SCIME CAMBRIA LLP<br>*Attorneys for Defendants Mitchell, Thomas, Harte, Phillips, Giancola, and Graham* |
| By:   /s/ Katherine Rosenfeld<br>     Katherine Rosenfeld<br>     Emma L. Freeman<br>     600 Fifth Avenue, 10th Floor<br>     New York, New York 10020<br>     Tel.: (212) 763-5000 | By:   /s/ Patrick Mackey<br>     Barry Covert<br>     Diane Perri Roberts<br>     Patrick Mackey<br>     42 Delaware Ave, Suite 120<br>     Buffalo, NY 14202<br>     Tel.: (716) 849-1333 |