# EXHIBIT 1

1     being poured?

2   A. Yes.

3   Q. Okay.  And you don't know who was pouring it?

4   A. No.  But I'm at the point where I knew things

5     were getting serious, because the water didn't

6     stop and I couldn't breathe.

7   Q. Okay.  At that point, either right before the

8     water started or right during when the water

9     started, did you know who was in the room?

10  A. Right after the water stopped I got my first

11    look around the room, and I recognized Thomas

12    and Harte.

13  Q. You're referring to Officer Charles Thomas?

14  A. Yep, Chuck Thomas.

15  Q. And Sergeant Harte?

16  A. Yep.  He was standing there with -- with a cam

17    recorder, recording the whole thing.

18  Q. Okay.  Well, I'll get to that in a minute.

19    But at that point, when you got your bearings

20    and you were able to look around the room, you

21    were able to identify Charles Thomas by

22    vision, by seeing him?

23  A. Yeah.

1    Q. And you knew who he was, right away?

2    A. Yes.

3    Q. Okay.  And is that because you've had previous

4       time with him?

5    A. Yes.

6    Q. How about Sergeant Harte, you knew exactly who

7       he was when you saw him?

8    A. Yes.

9    Q. Is that because you had previous time with

10      him?

11   A. Encounters, yes.

12   Q. So you have Sergeant Harte in the room,

13      Charles Thomas in the room.  You later found

14      out Troy Mitchell was in the room.  Who else

15      was in the room at that point when you came to

16      and you were able to get your bearings?

17   A. The two guys that escorted me, they were in

18      there.  And then there was this other guy --

19      there was another CO there that I didn't

20      recognize.

21   Q. So three other individuals?

22   A. The CERT Team was there, but I don't know who

23      those guys are.  And some of them didn't have

```
1         anything to do with it.  Like, they weren't
2         near me.
3    Q.   Okay.  So you've identified Charles Thomas,
4         Sergeant Harte and then later found out Troy
5         Mitchell.  Of these -- it sounded like you
6         said three other officers, is that about
7         right, were in the room?
8    A.   Three, four, yeah.
9    Q.   Okay.  Do you know who they were, as you sit
10        here today?
11   A.   I know the escorting officers were there and
12        the CERT guys.
13   Q.   What are their names?
14   A.   I can't tell you their names.  I had never had
15        an encounter with CERT before.
16   Q.   So was it two individuals from CERT?
17   A.   I don't know.
18   Q.   You never saw them before that day?
19   A.   Correct.  I can't tell you who's on the CERT
20        Team and who's not on the CERT Team.  I'm not
21        in the Department of Corrections.
22   Q.   But when you saw those one or two individuals
23        from CERT in the room, at that time, you
```

1      didn't know who they were, correct?

2   A. That is correct.

3   Q. And the escort officers, who were they by

4      name?

5   A. Giancola, Phillips, Thomas, Harte, Mitchell.

6   Q. Now, you mentioned Giancola.  Did you

7      recognize him by face when you saw him in the

8      room?

9   A. I did.  I didn't know his name until later on,

10     though.

11  Q. So you knew you were familiar with that

12     Officer?

13  A. Not familiar.  I wasn't familiar with him.  I

14     just knew his face, because he was one of the

15     guys that slammed me on -- or that tried to

16     slam me on the bed in the hospital at Auburn

17     and decided to pull the pin.

18  Q. And how did you learn of his name later on?

19  A. Because I called the witness to my hearing.

20     They showed up.  I had their names on my

21     ticket.

22  Q. Okay.  And you said also Officer Phillips was

23     in the room, correct?

1      A. That's correct.

2      Q. And did you know Officer Phillips by face?

3         Did you know him already?

4      A. Same situation.

5      Q. Okay.  You learned of his name later?

6      A. That's correct.  On my incident report, my

7         ticket, and then I got to put it together when

8         he came to testify at my hearing.

9      Q. Okay.  And then there were CERT officers in

10        the room as well, but you don't know who they

11        were?

12     A. That's correct.  But it was Thomas, Chuck

13        Thomas, the escorting officers.  Troy Mitchell

14        was the main assailant.  Either Giancola or

15        Phillips is the guys that spread my legs.  But

16        I can't tell you the other names of the

17        officers in the room.

18     Q. Okay.

19     A. I wasn't -- I was pretty caught up in trying

20        to close my legs, not write down names.

21     Q. So once the use of water stops, they stopped

22        putting water on your face, were you able to

23        pull down your shirt from your face?

1     A. No.  He pulled it down.

2     Q. Who's that?

3     A. Lieutenant Mitchell.

4     Q. Okay.  And then what happened next?

5     A. He laughed and started punching me in my face.

6     Q. Okay.  And you're shackled at this point?

7     A. Always shackled.

8     Q. Okay.  And was anyone holding you up?  Well,

9        let me back up.  Were you still on the bed or

10       were you standing up at this point?

11    A. I was still on the bed.  The whole thing

12       happened while I was on the bed.

13    Q. Okay.  So you're laying on your back on the

14       bed, correct?  Is that a yes?

15    A. Yes.

16    Q. Okay.  And you're saying Sergeant --

17       Lieutenant Mitchell starts punching you in the

18       face?

19    A. Yeah.  And I was moving, trying to get away

20       from his punches.  He punched me all over the

21       place, not just the face.

22    Q. Okay.  Where else did he punch you?

23    A. Punched me everywhere.  My upper torso, let's

1        just say.

2   Q.  Okay.

3   A.  Upper torso to my head.  Face, head.

4   Q.  And when you say punch, was it a closed fist

5       or slaps?  What was it?

6   A.  Closed fist.

7   Q.  Okay.  And was he using any type of weapon or

8       was it just his fists?

9   A.  As first it was just his fists, until he moved

10      to my genitals.  Grabbed my --

11  Q.  Okay.

12          **MS. FREEMAN:**  Objection.  Pat, please

13      stop interrupting Mr. Raymond while he's

14      answering.

15      **BY MR. MACKEY:**

16  Q.  Okay.

17  A.  Grabbed my genitals.  And after he grabbed my

18      genitals, and didn't get the desired -- I

19      didn't scream, he started punching my

20      genitals.  And I still didn't scream, but I

21      was squirming, trying to get my legs closed,

22      that's when he pulled his baton, started

23      hitting me with the baton.

```
 1            And after that, after he hit me with the
 2       baton between my legs, that's when I screamed.
 3       He stopped hitting me between my legs, and
 4       then hit me in the face with the baton.
 5    Q. All right.  I want to back up, though, to go
 6       over your story.  So Troy Mitchell starts by
 7       beating you on -- punching you on the face in
 8       the upper torso, right?
 9    A. Yes.
10    Q. Okay.  Was anyone else hitting or punching you
11       or kicking you at that point?
12    A. No.
13    Q. Was anyone else holding you down to help
14       Mr. Mitchell?
15    A. Not while he was punching me.
16    Q. Okay.  So at this point, it's just
17       Mr. Mitchell that's hitting you?
18    A. Yes, sir.
19    Q. Okay.  Now, what happens next?  Once he stops
20       hitting you in the face and the torso, where
21       does Mr. Mitchell go next?
22    A. He really caught me off guard by grabbing my
23       genitals, so I didn't think to squeeze my legs
```

1       closed.  But after the first time he
2       grabbed -- tried to grab my genitals, I
3       squeezed my legs closed really tight.  And
4       next thing you know he's, like, hold his
5       fucking legs open.
6           They held my legs open, grabbed me,
7       twisted.  And then, like, I don't know why I
8       didn't scream, but I hadn't screamed yet.  He
9       stops grabbing me, and then he starts punching
10      me in my genitals.
11          Then it moved to -- while he's grabbing
12      me, before he starts punching me, he calls me
13      a stupid little bitch.  Then he starts
14      punching me, and then he grabs his baton.
15      Three or four times he hit me in my -- between
16      my legs.  I think it was three.
17          But that's when I screamed, and that's
18      when he sort of hit me with the backhand
19      across the face with the baton.  And then he
20      said, get this bitch -- take this fucking
21      bitch to the box.
22   Q.  Let me back up a little bit.  When you were
23      getting hit in the face, was he hitting you on

```
 1    Q.  Okay.

 2    A.  It was probably his right hand because of the

 3        way the mark -- the mark that it left on my

 4        face.  So if he's walking away and smacks me

 5        with the backhand, it left the mark going

 6        diagonal.  That's what, I think, closed my

 7        eye.

 8    Q.  And Lieutenant Mitchell was on your right hip

 9        or right side of your body this whole time?

10    A.  Yes.

11    Q.  Okay.  At any time, did anyone on your left

12        side of your body hit you?

13    A.  No.

14    Q.  Okay.  At any time, did anyone hit you other

15        than Lieutenant Mitchell?

16            MS. FREEMAN:  Objection.

17            THE WITNESS:  Nobody hit me but

18        Mitchell.

19        BY MR. MACKEY:

20    Q.  Okay.

21    A.  But the other guys just held my legs open.

22    Q.  Now, what comments were made by Lieutenant

23        Mitchell while this was going on?  I know you
```

1      mentioned he made the comment about something

2      like little bitch, but did he make any other

3      type of comments?

4  A.  Stupid little bitch.  He laughed initially,

5      then the stupid little bitch comment, and then

6      get -- take this bitch to the box.

7  Q.  What's the box?

8  A.  SHU, sir.

9  Q.  Okay.  So was anyone else making any comments

10     during the alleged assault by Mr. Mitchell?

11  A.  After a while -- I don't -- like I said, I

12     can't give you a time that it lasted.  To me,

13     it lasted forever.  Forever.  Absolutely

14     forever.  But at some point Chuck Thomas was

15     the one that said that's enough, that's

16     enough.

17  Q.  Who was he saying that to, Lieutenant

18     Mitchell?

19  A.  You're going to kill him.

20  Q.  Okay.  And where was Officer Thomas standing

21     when he said that, if you know?

22  A.  On the other side of the bed, away from

23     Mitchell.

1   Q. Okay.  Where -- okay.  So you located Officer
2      Thomas.  Where was Sergeant Harte during
3      Lieutenant Mitchell's alleged attack?
4   A. Sergeant Harte was behind Officer Thomas
5      during the altercation.
6   Q. How far away were they standing from the bed?
7   A. Thomas was probably two, three feet, tops.
8      And Harte was eight feet.  He was back
9      farther.  Like, he got that whole thing in
10     frame.
11  Q. Now, you mentioned that you think Sergeant
12     Harte was videotaping this?
13  A. I don't think, I know.  I can state it as a
14     fact.
15  Q. How do you know that?
16  A. He had the camera and he was going like this,
17     pointing it at me.  And then after it was all
18     over, they made the comment, get rid of that
19     fucking chip, the card.  Get rid of that
20     fucking card.  And then Mitchell said, you
21     know what, fuck that, get rid of the whole
22     camera.
23  Q. When did he start filming or videotaping?

```
 1        BY MR. MACKEY:
 2     Q. Mr. Mitchell, we just took -- sorry.
 3        Mr. Raymond, we just took a ten minute break
 4        at 4:10, and we're back on at -- at 4:00 we
 5        took a break, and we're back on at 4:11.  So
 6        an eleven minute break.  I'm just going to
 7        continue asking questions, all right,
 8        Mr. Raymond?
 9     A. Yes.
10     Q. So at any time that you were in the emergency
11        room, did you try to do any type of force or
12        lunge towards any of the officers that were in
13        the room?
14     A. No.
15     Q. Okay.  First thing you remember is you were
16        lying in the bed?
17     A. Yes.
18     Q. Okay.  And when Mr. Mitchell's alleged attack
19        was over, how did you get out of the bed?
20     A. They pulled me out of the bed and -- yeah,
21        they pulled me out.
22     Q. Who was they?
23     A. Chuck Thomas was one.  And I don't know the
```

1   other one.

2 Q. Okay.  And you said earlier that Officer

3   Thomas made the comment that Lieutenant

4   Mitchell needed to stop?

5 A. Yeah.

6 Q. Okay.  And what did Lieutenant Mitchell say,

7   if anything, to Officer Thomas?

8 A. He didn't say anything at all.

9 Q. Did he stop at that point?

10 A. No.

11 Q. Was it your scream that prompted the stop?

12 A. That's what it seemed like.  I screamed, and

13   then the hit to the face and it was -- it was

14   over.

15 Q. Okay.  Then the backhand to the face, that was

16   the last hit?

17 A. Yes.  The backhand with the baton, yes.

18 Q. Okay.  The backhand was with the baton?

19 A. Yes.

20 Q. Okay.  Were you bleeding at this point?

21 A. Yeah.

22 Q. Whereabouts?

23 A. My face, my ear, my chest.  A few minutes

1           later, during the escort, I started bleeding

2           out of my eye.

3     Q.  Okay.  So who -- you basically were pulled out

4           of the bed when you started going out of the

5           room?

6     A.  Yes.  And I told them I just -- they pulled me

7           out of the bed after a nurse came in.  And she

8           said, do you have any injuries to report?  I

9           looked up at her and I said, please help me.

10          She said, what hurts?  I said, my penis, my

11          neck, my face, my eye is swollen shut.  She

12          looked at the CO and said, get this piece of

13          shit the fuck out of here.

14    Q.  What nurse are you referring to?

15    A.  Nurse Hoppins.

16    Q.  And did you know her already?  Is this someone

17          you were familiar with?

18    A.  No.

19    Q.  Okay.  This is the first time you ever met

20          Nurse Hoppins?

21    A.  I believe so.  I mean, that was the first

22          interaction of memorable -- it was the first

23          memorable interaction.

1    Q.  How did you later learn that her name was

2        Nurse Hoppins?

3    A.  After I had gotten out of -- like, through the

4        OSI stuff.  You know, mumbling from the

5        corrections officers, inmates.  She was

6        bragging about it like she had something to do

7        with it.  Like, she was a part of beating

8        my -- beating me up.  And that's basically the

9        gist of how I found out who it was.

10           And then I identified her, because she's

11        very -- she doesn't look like anything -- like

12        any of the other nurses there, so they knew

13        exactly who I was talking about.  And again,

14        they showed me some pictures.  She really

15        stood out.  I knew exactly who she was.

16    Q.  And this is OSI that showed you photos?

17    A.  Actually, I think, maybe the captain that

18        interviewed me identified the nurse.  I'm not

19        sure, though, but I don't think it was OSI

20        that was concerned about the nurse.

21    Q.  Was Nurse Hoppins in the room during the

22        alleged assault?

23    A.  No, she was not.

```
1     Q. Okay.  She was called in afterwards?
2     A. She was there initially, and then they told
3        her to get out.
4     Q. How do you know that?
5     A. Because they told her to get out as he --
6        like, that last -- that last level, coming
7        out, I realized Mitchell's got me by my face,
8        my shirt is upright.  And this is before he
9        starts pouring the water.  When I looked over
10       at her, he was like, you better get out of
11       here.
12    Q. And he told Nurse Hoppins to get out?
13    A. She left.  She did leave, yeah.  And then the
14       next thing I know, I saw her and -- yeah.  Get
15       this piece of shit the fuck out of here.
16    Q. Now, at that point, where were your injuries
17       after Lieutenant Mitchell's alleged assault?
18    A. My genitals, my neck, my face, my chest, my
19       back, my eye.
20    Q. Your neck and back were hurting at that point?
21    A. Yeah.  Mostly my neck, yeah.  Most of the pain
22       was my neck and my genitals.  But the genital
23       pain really -- man, it was -- it was
```

1     something -- I could never describe it.

2  Q. Okay.  What caused your neck pain?

3  A. You know, I've talked to doctors and

4     therapists about that, but it could have been

5     anything, like the injury to C1.  When I'm

6     trying to get my head away from him as he's

7     throwing punches, and, you know, I'm moving

8     around, and he's hitting me and -- this is

9     what they tell me -- that it caused trauma to

10    my neck, like, when your head snaps so hard,

11    that you just go really quick, you know,

12    that's damage to your neck.  So I think that's

13    how I got my neck hurt.

14     But again, he also -- I don't think this

15    is what it is, but I got punched on the side

16    of my neck when he missed my face.  He punched

17    my face, my neck, my chest.  All over the

18    place.

19  Q. Okay.  Was there any direct below to your

20    neck?

21     **MS. FREEMAN:**  Object to the form.

22  **BY MR. MACKEY:**

23  Q. You can go ahead and answer, Mr. Raymond.

```
 1     Q.  And Nurse Hoppins comes in and -- I don't know
 2         the exact words you said.
 3     A.  No, I wasn't standing up when Ms. Hoppins came
 4         in.
 5     Q.  Okay.  Were you still laying down?
 6     A.  I was still laying down on the bed.
 7     Q.  Okay.  And then --
 8     A.  And then she came in with her clipboard.  And
 9         there's a piece of paper on the clipboard that
10         says inmate reported injuries or something
11         like that.
12     Q.  Okay.  And what happens next?
13     A.  She asked me if I had any injuries to report,
14         as she's looking at me bleeding out of all
15         these surfaces on my body.  And I just -- I
16         asked her for help.  I said, please help me.
17         And she said, what injuries do you have to
18         report?  I told her my penis really hurt, my
19         testicles hurt, my neck hurts.  She wrote
20         something down on the clipboard and said, get
21         this piece of shit the fuck out of here.
22     Q.  Okay.  And then what happens?
23     A.  That's when I was grabbed, stood up and they
```

1          actually -- Lieutenant Mitchell left.  He took

2          off out of the room.  Then it was me, Harte,

3          Thomas, Giancola, Phillips.  That guy, I

4          really don't know his name.  And then the

5          two -- there was two COs.  I don't know if

6          they were in the room, but they kept walking

7          back and forth from the emergency treatment

8          room to the desk that's right outside the

9          door.

10             And they were like, listen -- Thomas came

11          up to me and said, listen, are you okay?  I

12          said, man, I'm really not okay.  And he said,

13          well, I got to take these chains off you.  Are

14          you going to freak out?  I said, man, I don't

15          have it in me.  I need help.  He said, well, I

16          got nothing to do with that.

17             And he takes the chains off, they take the

18          cuffs, they transfer it to around my back, and

19          they take the shackles off, and we started

20          walking.  And that's when I realized that I

21          was having a hard time walking.  They took me

22          to the box.

23             And then I was in -- the sergeant in the

```
 1        box refused to take the pictures of me.  They

 2        cleaned me up.  Bunch of pictures were taken.

 3        They put all new -- they took pictures of my

 4        body.  They put new -- brand new State green,

 5        brand new white t-shirt, brand new everything

 6        on me.  Then they cleaned off my face again

 7        with baby wipes, and then they took another

 8        picture of me, and then they walked me to my

 9        cell.

10    Q.  Okay.  Let me stop you there.  Were you still

11        in the emergency treatment room when the --

12            MS. FREEMAN:  Matt, please let

13        Mr. Raymond finish his answer.  Matt, if you

14        had more to say, go ahead.

15            MR. MACKEY:  He appeared to be done.

16            MS. FREEMAN:  I'm sorry.  Mr. Mackey,

17        you said I'm going to stop you there.  So I

18        just want to make sure, Matt, that you said

19        everything.

20            THE WITNESS:  I'm good, Emma.  I'm okay.

21    BY MR. MACKEY:

22    Q.  So were you in the emergency treatment room

23        when the shackles were taken off?
```

ACR OF WNY
(716) 362-9838

1    A. Yes.

2    Q. Okay.  And you were standing up at that point?

3    A. Yes.

4    Q. Okay.  And then you were handcuffed -- your

5       hands were put behind you with handcuffs?

6    A. Yes, sir.

7    Q. Okay.  So at that point, is that the only

8       restraint on you, the handcuffs behind your

9       back?

10   A. Yes, sir.

11   Q. Okay.  And there's nothing restricting you

12      from walking at that point?  There's no chains

13      or anything like that?

14   A. Correct, sir.  They took those off as well.

15   Q. Okay.  And --

16   A. They had me walk through the facility in

17      transportation chains.  It's DOCCS policy.

18      You have to take them off as soon as you're in

19      a secure area.

20   Q. Okay.  Who -- let me back up.  At that point

21      you said you realized, when you started

22      walking, you had difficulty walking, right?

23   A. Yeah.  It wasn't -- it didn't, like, jump out

1      at me.  It just -- I noticed, like, I

2      couldn't -- my right leg, it just didn't -- it

3      didn't want to go, and then I couldn't make it

4      up the stairs.  I couldn't walk up the stairs.

5      And Tom was like, yo, what the fuck is going

6      on with you?  I said, I don't know, man.  He's

7      like, all right, we're going to take the

8      elevator, because I couldn't carry your big

9      ass up the stairs.  We get in the elevator.

10     There was no incident.  And then -- yeah, like

11     I said.

12  Q. Okay.  When you say pain walking, was it -- or

13     difficulty walking, were you able to stand up

14     straight?  Were you hunched over or were

15     you --

16  A. Standing up straight.  And I'm not -- it

17     didn't -- I don't know how to explain it, but

18     it didn't hurt.  It didn't hurt.  I just could

19     not -- I couldn't, like, take a full step.  It

20     was -- and it was like that for years.  I have

21     to install a chair lift at my house because I

22     can't walk up and down stairs.

23  Q. So was it just a difficulty of putting one

```
 1            foot in front of the other?
 2                 MS. FREEMAN:  Object to the form.
 3                 THE WITNESS:  No.  No.  I have trouble
 4            walking.
 5            BY MR. MACKEY:
 6       Q.  Okay.  Do you still have trouble walking?
 7       A.  Periodically, yes.
 8       Q.  Okay.  And you mentioned your right leg.  You
 9            had trouble walking with your right leg.  Is
10            it still the same now, is it trouble on your
11            right side?
12       A.  Yes.
13       Q.  Okay.  And what diagnosis have you been
14            provided by the doctors related to that?
15       A.  They said that -- you know, he said it's
16            probably from the trauma I sustained to my
17            neck.  But there's no official diagnosis.  You
18            know, it's just my doctor says I took a lot of
19            trauma, you know, and my body is presenting
20            those symptoms from -- as the result of the
21            trauma that I sustained.
22       Q.  Has it been referred to as nerve damage,
23            anything like that?
```

```
 1     A. Yes.  Yes.  I'm actually on medication for
 2        nerve damage.  What's that?
 3     Q. What medication?
 4     A. Neurontin.
 5     Q. I'm sorry.  What was it again?
 6     A. Neurontin.
 7     Q. Neurontin.
 8     A. I've had the nerve damage tests.  All came
 9        back conclusive.
10     Q. Now, on a scale of one to ten, how bad was
11        your pain right after the alleged assault?
12     A. It was really high at first, after he hit me
13        the third time in the genitals.  And then it
14        kind of went down a little bit.  So it started
15        at, like, a nine, ten, and then it went to,
16        like, a four.
17            And then, you know, as I walked, it got
18        worse.  But when I got sitting still, it went
19        back down.  And then eventually it just
20        escalated.  It got worse and worse and worse.
21        Later on, I also ended up finding out that was
22        because of my prostate expanding from the
23        trauma.
```

1    Q. Okay.  Now, you're taken out of the emergency

2       treatment room and you're brought to SHU,

3       correct?

4    A. Correct.

5    Q. Who escorted you from the emergency treatment

6       room to SHU?

7    A. So it was me, Thomas, Harte, and this -- I

8       don't know this other guy's name.  I just

9       don't know.  I've never seen him before.  I

10       don't know his name.

11    Q. And did you go straight to SHU or did you go

12       anywhere else before you went to SHU?

13    A. I went straight to SHU.  They tried to walk me

14       up the stairs.  I couldn't walk up the stairs,

15       so we did the elevator.

16    Q. Okay.  Did anything beyond the norm happen

17       while you were escorted from the emergency

18       treatment room to SHU?

19    A. Not the first time.  The second time I got

20       escorted is when things went beyond the norm.

21    Q. Okay.  Well, we'll get to that.  So you're

22       escorted to SHU, and then you're put in a

23       cell?

1    A.  No.  They took all the clothes -- the bloody

2         clothes off of me, they cleaned me up, took

3         pictures, put brand new clothes on me, took

4         pictures again, made me sign a piece of paper.

5              And then -- oh, while I got up there, they

6         said to me, we have absolutely nothing to do

7         with what those guys did to you, so please do

8         not act out up here, because we didn't do that

9         to you, and we would have never done that to

10        you.  And then I got escorted to my cell.

11   Q.  Who made those comments to you?

12   A.  The sergeant.  Very heavy set, blonde hair.

13        He's the one that said that to me.

14   Q.  Okay.  But not Sergeant Harte?

15   A.  No.  Harte left.  Harte left as soon as the

16        institutional cameras picked me up.  Because

17        his job was to video record me that entire

18        time.  And then once -- because the SHU has a

19        lot of cameras in there.  Once you walk in the

20        SHU, the sergeant is no longer needed to

21        videotape you, because you're already on film

22        once you walk in there.

23   Q.  Okay.  So you're cleaned up, you're given new

```
 1            clothes and then you're put into a cell at
 2            SHU?
 3       A.   Yeah.  I'm cleaned up, they take pictures, new
 4            clothes, more pictures, they put me in the
 5            cell.  But on the walk down to the cell,
 6            everybody saw me and basically were screaming.
 7            It was a mad house.  Everybody was like, look
 8            what you did to him.  My eye had started
 9            bleeding again.  My face was bleeding.
10               So the other inmates started to go crazy.
11            I get in my cell.  I tell them I need help, I
12            need help.  And they're like, we can't do
13            anything, there's nothing we can do to help
14            you.  So one of the guys on my -- in my tank
15            said to me -- said, hey, Matt, you need to go
16            to MHU.  So I fashioned a noose, and told them
17            I was going to commit suicide and put it
18            around my neck.
19       Q.   And this is while you're in your cell in SHU?
20       A.   Correct.
21       Q.   Did you have intent of committing suicide or
22            you just did this to get the --
23       A.   I did it to get treatment.  And that's when I
```

1    Q. Well, let's look at the second photo.  Is that
2       what you're referring to as your eye being
3       swollen shut?
4    A. Yeah.
5    Q. And I just want to clarify.  These photos were
6       taken once you got to SHU?
7    A. Yeah.  But you can't -- yeah, these were the
8       ones that they took after -- I don't know if
9       you're seeing something different, but I
10      can't -- in my copy, it's all grainy.  I can't
11      really see anything.  Like, I can kind of see
12      the handprints around my throat.  My throat.
13         **MS. FREEMAN:**  If you're going to ask
14      more questions about these photographs, I
15      think sometimes the reproductions aren't
16      great, so maybe you can zoom in on the screen
17      on the photo you want to question about.
18      **BY MR. MACKEY:**
19   Q. I can do that.  This photo here, the one I
20      have on the screen.  Mr. Raymond, are you
21      looking at the hardcopies or the screen?
22   A. Now I'm looking at the screen.
23   Q. Okay.  This is the photo, you say, shows the

1    Q. So let me pull up the complaint that you

2       filed.  If you look -- this is Exhibit 1,

3       which is the complaint or the amended

4       complaint.  Mr. Raymond, if you look at

5       paragraph 92, do you see that on the screen?

6       Mr. Raymond?

7    A. Yes.  I was just reading it, sir.

8    Q. Okay.

9    A. Yeah, I see it.

10   Q. All right.  So according to paragraph 92, it

11      says:  For weeks after the assault,

12      Mr. Raymond remained in physical agony and

13      repeatedly filed sick call request forms

14      regarding blood in his urine, pain upon

15      urination and pain in his lower abdomen,

16      groin, lower back and sides.

17          Do you see that?

18   A. Yes, sir.

19   Q. Okay.  When you say you remained in physical

20      agony, were you in pain?  How long were you in

21      pain after September 14th, 2016?

22          **MS. FREEMAN:**  Object to the form.

23          **THE WITNESS:**  I've been in pain since

1      then.

2          **BY MR. MACKEY:**

3      Q. Okay.  And you reported that every day you

4          went to the doctor you would inform them that

5          you had pain?

6              **MS. FREEMAN:**  Objection.

7              **THE WITNESS:**  Yes.

8          **BY MR. MACKEY:**

9      Q. Okay.  And the second sentence says:  At all

10         times he was denied necessary medical care or

11         given insufficient and/or incomplete care.

12             Were you -- you're claiming that you were

13         denied care by Nurse Hoppins?

14     A. Yes.

15     Q. Okay.  And then there's -- you've also sued

16         Dr. Deborah Geer in this case.  Are you

17         claiming that Dr. Geer refused to provide you

18         medical care or sufficient medical care?

19     A. Yes.

20     Q. Okay.  How many times did you meet with

21         Dr. Geer?

22             **MS. FREEMAN:**  I'm sorry.  Pat, I didn't

23         hear that question.