# EXHIBIT 2





| Date of UI: | UI # | UOF# | Din# | Inmate Name | Time Photo Taken |
|---|---|---|---|---|---|
| 09/14/2016 | 160 | 16-070 | 15-B-3598 | RAYMOND,MATHEW | 5:15 PM |

Photo Taken By:  SGT. J.CLAFLIN          Notes   USE OF FORCE AT ACH EMERGENCY ROOM



| Date of UI: | UI # | UOF# | Din# | Inmate Name | Time Photo Taken |
|---|---|---|---|---|---|
| 09/14/2016 | 160 | 16-070 | 15-B-3598 | RAYMOND,MATHEW | 5:15 PM |

Photo Taken By:  SGT. J.CLAFLIN          Notes   USE OF FORCE AT ACH EMERGENCY ROOM