# EXHIBIT 5

MICHELLE RAYMOND - BY MR. MACKEY - 05/17/2021

```
 1    Q.  Do you recall attempting to visit Matthew on
 2        that date and not being able to visit him?
 3            MS. ROSENFELD:  Objection to the form.
 4    A.  I don't specifically remember that day but I
 5        have been turned away a few times from
 6        visiting him.
 7    Q.  But you don't remember anything specifically
 8        about what happened on the 18th of September?
 9    A.  No.
10    Q.  If you go to the next column to the left there
11        shows a visit of September 21st, 2016.  Do you
12        see that entry?
13    A.  What column is that in?
14    Q.  The very left column to the left.  9/21/16.
15    A.  Yes.
16    Q.  Do you see that entry?
17    A.  Yes.
18    Q.  And it looks like you were able to visit
19        Matthew that day, correct?
20    A.  Yes.
21    Q.  Okay.  Was that the first visit you had with
22        Matthew after the alleged incident, September
23        14th?
```

MICHELLE RAYMOND - BY MR. MACKEY - 05/17/2021

1        MS. ROSENFELD: Objection.
2    A.  Was that the last visit I had?
3    Q.  No.  The first since September 14th.
4    A.  Yes.
5    Q.  And what do you recall about that visit, if
6        anything?
7    A.  He was up in a small visiting area where the
8        SHU visits were.
9    Q.  Okay.  And was it just you visiting Matthew or
10       were you with anyone else?
11   A.  I believe it was just me.
12   Q.  Okay.  And what, if anything else, do you
13       remember about that visit?
14   A.  I remember him having yellow marks all over
15       his neck, his face.  His collarbone I can see
16       had the yellow marks.
17   Q.  What do you mean by yellow marks?
18   A.  Like when a bruise is healing and turns
19       yellow.
20   Q.  So it looked like bruising marks?
21   A.  Yes.
22   Q.  Okay.  Where on his neck did you see bruising?
23   A.  All along his collarbone area.

MICHELLE RAYMOND - BY MR. MACKEY - 05/17/2021

1  Q. Okay. On both the right and left side?
2  A. I believe so. Yes.
3  Q. Okay. And you also mentioned face. Where on
4     his face did you see bruising?
5  A. I believe it was on his right side.
6  Q. Okay. So if you're looking at Matthew, it
7     would have been on your left side?
8  A. Yes.
9  Q. And on the right side, exactly where? Was it
10    his whole entire right side or just a portion
11    of the right side of his face?
12 A. Right along his eye. On the side of his eye.
13 Q. Okay. You said you mentioned neck and
14    collarbone. You earlier referred to his
15    collarbone. Was there any portion of the
16    actual neck that you saw bruising?
17 A. Just the lower part.
18 Q. Okay. More near the collarbone?
19 A. Yes.
20 Q. And where, if anywhere else, did you see
21    bruising?
22 A. I'm not sure if I seen any on his arms or not.
23 Q. Okay. Now, it looks like after 9/21 of 2016