# EXHIBIT 6

1    I'm getting ahead of myself, but --

2        Q.    That's okay.  Go ahead.

3        A.    Basically he wanted to see if Troy would

4    admit that there was indeed a videocamera present at

5    the incident.

6        Q.    And when you say "present at the incident,"

7    you mean the incident involving Mr. Raymond?

8        A.    Correct.

9        Q.    What exactly did the investigator say to you

10   about videocameras in the Matthew Raymond incident?

11       A.    He just asked me if there was a video taken

12   of the incident with Mr. Raymond.  And he said that

13   there was not, you know, that Troy Mitchell and the

14   other defendants stated that there was not a video and

15   asked me if there was one.

16       Q.    And what did you say to the investigator?

17       A.    I told him there was one.

18       Q.    And how did you know there was a videotape of

19   the incident involving Mr. Raymond?

20       A.    Because I was present at that time.

21       Q.    Okay.  And who was taking the video recording

22   that you saw?

23       A.    Sergeant Harte.

24       Q.    We are going to dive into all this in a

25   little more detail in a bit.  But did you see Sergeant

1    Harte taking a video recording in a First Aid room in

2    the medical wing of Auburn Correctional Facility?

3        A.    I was asked to leave that room.

4        Q.    Okay.  So let me ask the question a different

5    way.  Where were you and where was Sergeant Harte when

6    you saw him taking a video recording of Mr. Raymond?

7        A.    I was in the First Aid area, and then they

8    call it a truck trap.  That's where they come back to

9    the trucks or vans or buses.  And then they come

10    through directly to the First Aid area.

11        Q.    Okay.

12        A.    So I did see him videotaping as Matthew

13    Raymond walked through the door and into the First Aid

14    room.

15        Q.    Okay.

16        A.    We call it the exam room.

17        Q.    And at that point, Mr. Raymond was in a black

18    box and shackled?

19        A.    I do not know if he was in a black box, but

20    he was definitely in handcuffs.

21        Q.    Okay.  And when you watched Mr. Raymond walk

22    into the exam room, what happened next?

23        A.    Well, it didn't start out roughly to begin

24    with.  Troy and Mr. Raymond were yelling at one

25    another, throwing obscenities back and forth and went

1    into the First Aid room.

2         Q.    And then what?

3         A.    And then because he had just come back to

4    Auburn Correctional Facility from Auburn Community

5    Hospital, they send discharge paperwork for the patient

6    which in this case would have been Matthew Raymond.

7    And we leave the folder of people that may be out to

8    other facilities, we leave their file at a desk in the

9    nurse's station.  So I skimmed over the discharge

10   paperwork, grabbed his file, and went in to assess him

11   in the exam room.

12        Q.    When you saw Mr. Mitchell and Mr. Raymond

13   yelling at each other, where exactly were you in

14   relation to them?

15        A.    I would have been in the nurse's station.

16        Q.    And from the nurse's station -- withdrawn.

17   Let me ask it a different way.

18              Where is the nurse's station relative to the

19   exam room?

20        A.    I couldn't tell you how far away it is, but

21   it's in the same area.  If I had to guess, and this is

22   only a guess, I would say it was 20 to 25 feet away

23   from the doorway in the nurse's station to that

24   doorway.

25        Q.    Okay.  And from where you were in the nurse's

1  station, you had a clear view at that time to the

2  entrance and exit to the exam room?

3      A.    Yes, I did.

4      Q.    Okay.  So immediately after you saw

5  Mr. Mitchell and Mr. Raymond enter the exam room

6  yelling at one another, you took the discharge papers

7  and went into the exam room yourself; is that right?

8      A.    Correct.

9      Q.    Okay.  What did you see at that point?

10     A.    He was sitting on the edge of the exam table.

11 And they just continued yelling at one another.  And

12 that is when Troy Mitchell told me I needed to leave

13 the exam room.

14     Q.    And what did you do at that point?

15     A.    I went back to the nurse's station, skimmed

16 through more of, you know, the discharge paperwork.  I

17 usually do that in front of the client, or the inmate,

18 however you want to refer to him.  You know, just skim

19 through, see why he went out, what was, you know, what

20 was their actual, what did they do at the hospital?

21 You know, did they run lab work?  Did they -- it's just

22 not cumulative; discharge paperwork.

23     Q.    And when you were in the exam room before

24 Mr. Mitchell told you to leave, did you see Sergeant

25 Harte still holding the videocamera at that point?

1    Mr. Raymond in that minute or so other than he was

2    wearing greens at the time?

3         A.    Well, like I said, they were just yelling at

4    one another.  There was no marks on him whatsoever.

5         Q.    Okay.  So you didn't see any marks on his

6    face?

7         A.    No, not at that time.

8         Q.    Did Lieutenant Mitchell tell you why he asked

9    you to leave the exam room?

10        A.    No, he did not.

11        Q.    Why did you think Mr. Mitchell was telling

12   you to leave the exam room?

13        A.    Because it seemed to be a hostile

14   environment, and usually they don't want us in there

15   when it's hostile.  I mean, we as nurses could be

16   injured.

17        Q.    And you obeyed Mr. Mitchell's request and you

18   left the exam room right away?

19        A.    Yes, I did.

20        Q.    Had Mr. Mitchell ever asked you in a similar

21   circumstance to leave an exam room before while there

22   was an inmate in the exam room?

23        A.    No, he has not.

24        Q.    Any other officers or staff at the prison

25   make that request of you?

1    Q.    Okay.  So let's talk through September 14,

2    2016.  You were that day a Nurse 2 at Auburn

3    Correctional Facility?

4    A.    Correct.

5    Q.    As a Nurse 2, did you get specifically daily

6    assignments or was your job the same day to day in

7    terms of where you went and what you did?

8    A.    It depends on who was there.  My actual

9    position was it transit.

10    Q.    And what is transit?

11    A.    Transit is where inmates come in by the

12    buses, you know, from different prisons.  And some are

13    just, you know, stopping in for the night or, you know,

14    if it's a Tuesday night, there is no transit on

15    Wednesday.  And then they leave Thursday morning to go

16    to other facilities.  Some of those people are actually

17    coming to Auburn to stay at Auburn.

18    Q.    And is it your job with those inmates to

19    evaluate their health either before they move on or

20    before they stay at Auburn?

21    A.    Correct.  And if they needed scrips or

22    anything, that's my job to make sure that the doctor

23    orders those scrips.

24    Q.    Okay.  And were you doing transit work on

25    September 14, 2016?

1       A.      I honestly don't know, because if it was a

2   Wednesday -- this is the best I can explain it.

3       Q.      That's okay.

4       A.      If it was a Wednesday, I would have been

5   either the med nurse or the infirmary nurse.  If it was

6   a weekend, and I worked every other weekend, I was

7   generally the infirmary nurse or depending on who I was

8   working with, sometimes they didn't want to do meds, so

9   I would go to that job.  So I kind of had my own job,

10  but I floated.

11      Q.      So if I represent to you in this deposition

12  that September 14, 2016, was a Wednesday, it sounds

13  like you would have been either a med nurse or an

14  infirmary nurse that day?

15      A.      Or I could have been an extra nurse.

16      Q.      And what's the difference between a med nurse

17  and an infirmary nurse?

18      A.      The infirmary nurse is basically, she's in

19  charge of whomever is up in the infirmary for whatever

20  reason.  And if, for example, the med nurse was out

21  doing a med run, obviously not on a Wednesday, I would

22  have been doing transit.  We kind of all just worked

23  together.  If we weren't busy, that was the First Aid

24  nurse that would step down and take care of emergency

25  sick calls or sick calls, medical emergencies.

1    Q.    Okay.  And you testified earlier that at some

2    point -- I want to make sure I use your phrasing --

3    that you were at the truck trap when Mr. Raymond was

4    returning from the hospital; is that right?

5    A.    Correct, right inside the door, yes.

6    Q.    Okay.  And so why were you at the truck trap

7    at that moment?

8    A.    Well, it's just kind of this open area.  So

9    if you are walking around in that First Aid area, you

10   see it's right there.

11   Q.    Got it.

12         And let me just ask the question in a

13   different way.  Nobody ordered you to go meet the van?

14   You just happened to be there?

15   A.    Oh, no, no, no, no, correct.

16   Q.    Got it.

17         So at the time you were in the truck trap

18   until you saw Mr. Raymond, you didn't know he had been

19   at the hospital or had any seizure issues that day;

20   isn't that right?

21   A.    No, because I did know that he was sent out,

22   because as I explained earlier, if an inmate were to

23   leave for a hospital, they leave that inmate's file

24   sitting on the little table.  So we know that they are

25   out and either, A, expect them to come back; or B, get

1    Q.    I see.  So you could see because Sergeant

2    Harte was walking backwards with the camera --

3    A.    Correct.

4    Q.    -- as he was videotaping?  Okay.

5         And you testified earlier that at that point

6    you went into the exam room to do an examination of

7    Mr. Raymond as was your practice?

8    A.    Yes.

9    Q.    Okay.  And you said you were in the room for

10   about a minute before Lieutenant Mitchell told you you

11   had to leave?

12   A.    Mm-hmm, yes.

13   Q.    And you said during that minute that you saw

14   Sergeant Harte holding the videocamera in the room

15   still, right?

16   A.    Correct.

17   Q.    How was he holding it at that time?

18   A.    He was just to the right of the room, just

19   holding the camera like he's videotaping and just, you

20   know, it's aimed at the inmate, or Mr. Raymond.

21   Q.    So when you walked in, you saw Sergeant Harte

22   pointing his videocamera at Mr. Raymond while he was in

23   the exam room?

24   A.    Correct.

25   Q.    Okay.  And at the time you left the exam room

1   when Lieutenant Mitchell told to you leave, Sergeant

2   Harte was still pointing his videocamera at

3   Mr. Raymond, right?

4        A.     Correct.

5        Q.     You testified earlier that you went back to

6   review some discharge papers at the nurse's station

7   after you left the exam room.  Do I have that right?

8        A.     Yes.

9        Q.     Okay.  About how long did you spend reviewing

10  those papers?

11       A.     Approximately ten minutes because I like to

12  flip -- I'm one of those nosey people.  I had flipped

13  through not only the discharge paperwork, but also I go

14  through the AHRs, which are ambulatory health records,

15  just to see what happened up to this point?  You know,

16  did they change his meds?  Did they, you know, has this

17  been an ongoing, you know, event this week?  You know,

18  I like to kind of flip back in the pages and see what

19  led up to this, basically.

20       Q.     And you are saying "they."  You said "they."

21  So let me back up for a minute.

22       A.     Okay.

23       Q.     When you were in the exam room, Mr. Raymond

24  was there, Mr. Mitchell was there.  And Sergeant Harte

25  was there, correct?

1      A.      Correct.

2      Q.      Who else did you see in the room during the

3  minute you were in there?

4      A.      There was approximately four other officers

5  in there.

6      Q.      Do you know any of their names?

7      A.      I know one was Charles Thomas.  I'm not sure

8  as to the rest.

9      Q.      And what were those other four officers doing

10  for the minute that you were in the room?

11      A.      They were just standing around the exam

12  table.

13      Q.      Was anyone touching Mr. Raymond at that point

14  for the minute you were in the exam room?

15      A.      No.  I mean, they pulled the little step out

16  and he stepped up and got on the exam table.

17      Q.      And the step is a way to let inmates get on

18  the table?

19      A.      Yes, it's the easier way.

20      Q.      Okay.  And Mr. Raymond was still shackled at

21  this point?

22      A.      I know he had handcuffs on, yes.

23      Q.      And you said earlier that Mr. Raymond and

24  Lieutenant Mitchell were yelling at each other, right?

25      A.      Yes, yes.

1    anything?

2        A.    Not that I'm aware of, no.  It was mostly

3    Troy Mitchell.

4        Q.    And so for the minute that you were in the

5    room at that time, Mr. Raymond and Mr. Mitchell were

6    yelling at one another, and the other five officers,

7    Sergeant Harte and the four officers were standing

8    around the table?

9        A.    Correct.

10       Q.    And based on what you saw, Sergeant Harte was

11   videotaping that entire cursing exchange?

12       A.    Correct.

13       Q.    So returning to your review of the discharge

14   papers, you said it took you about ten minutes?

15       A.    Mm-hmm.

16       Q.    At some point after that, did you go back

17   into the exam room?

18       A.    Yes.

19       Q.    When did you go back into the exam room?

20       A.    When Troy came out and a couple of the other

21   guards came out, and he told me I could go in now and

22   do my assessment.

23       Q.    And about how much time passed between your

24   leaving and your going back in?

25       A.    Approximately ten minutes, 10, 15 minutes.

1 Q. And you said Mr. Mitchell came out, right?

2 A. Correct.

3 Q. You said some of the other officers came out;

4 is that also right?

5 A. Correct.

6 Q. Which officers, if you know, came out of the

7 exam room with Mr. Mitchell?

8 A. I do not know which ones came out.

9 Q. Did Sergeant Harte come out?

10 A. I do not recall that.

11 Q. When you went back into the exam room, did

12 you see Sergeant Harte standing inside?

13 A. I do not remember.

14 Q. At any point when you were back in the exam

15 room, did you see anyone videorecording Mr. Raymond?

16 A. Yes.

17 Q. Okay.  Who did you see videorecording

18 Mr. Raymond when you went back into the exam room?

19 A. I could not tell you for sure if it was an

20 officer or if it was Sergeant Harte.  I apologize.

21 Q. That's okay.

22 But you did see somebody pointing a

23 videocamera at Mr. Raymond when you went back into the

24 exam room ten minutes later?

25 A. Correct.

1    directed you; is that right?

2        A.    Well, Troy Mitchell was starting to walk

3    away.  And he had gloves on.  He threw them in the

4    garbage.  And I figured, okay, Troy Mitchell is going

5    that way, so maybe I can, you know, at least get

6    Mr. Raymond to calm down, you know.  And I didn't, so I

7    felt safer going in there.  How is that?

8        Q.    And you felt safer, it sounds like, because

9    Mr. Mitchell was leaving that area?

10       A.    Correct.

11       Q.    Okay.  You said he was wearing gloves.  What

12   kind of gloves was he wearing?

13       A.    Just latex gloves.

14       Q.    Okay.  Did Lieutenant Mitchell have those

15   gloves on the first time you were in the exam room?

16       A.    No.

17       Q.    Okay.  So he must have put them on in the ten

18   minutes that you were away from the exam room?

19       A.    Correct.

20       Q.    And you said he threw them away?

21       A.    Correct.

22       Q.    Did you see anything on the gloves?

23       A.    There was some discolorment.

24       Q.    What color did you see?

25       A.    I couldn't actually see it clearly.  He just

1    took them off and threw them in the garbage by the

2    officer's desk.

3        Q.    And did the gloves look bloody to you?

4        A.    There was a darker discoloration, but I

5    cannot say if it was blood or not.

6        Q.    What color were the gloves normally?

7        A.    They are basically just, like, the white

8    light vanilla-colored gloves.

9        Q.    So after you saw Mr. Mitchell throw away his

10   gloves and walk down the hallway in a different

11   direction, you reentered the exam room, right?

12       A.    Correct.

13       Q.    And you said you remembered at that point

14   someone was still pointing a videocamera at

15   Mr. Raymond?

16       A.    Correct.

17       Q.    What sticks in your mind about seeing that?

18   Why do you remember seeing a videotape or the

19   videocamera being pointed at Mr. Raymond?

20       A.    It's not my area of expertise, but when you

21   have a use of force, that inmate is to be videotaped

22   until they get to their final destination.  You know,

23   whether it's back out to -- well, usually if there's a

24   use of force, they go to SHU which is the Special

25   Housing Unit.  So they videotape the entire thing after

1    that point?

2        A.    Correct.

3        Q.    And you knew he hadn't gotten to whether it

4    was SHU or back to his cell or wherever he was going?

5        A.    Correct.

6        Q.    And you understood that it was policy that

7    the officers were to continue recording until

8    Mr. Raymond reached that end point after the use of

9    force?

10        A.    Correct.

11        Q.    And was Sergeant -- I'm sorry, was

12    Officer Thomas still in the exam room when you went

13    back inside?

14        A.    I am unsure of that.

15        Q.    Do you remember anybody's name who was still

16    inside other than Mr. Raymond?

17        A.    No, I do not.

18        Q.    Do you remember about how many officers were

19    still in the room with Mr. Raymond?

20        A.    At least two.

21        Q.    And was Mr. Raymond, what position was

22    Mr. Raymond in when you got back into the exam room?

23        A.    He was still sitting on the edge of the exam

24    table, just sitting there.

25        Q.    Okay.  Was he still shackled?

1    A.    Yes, he still had handcuffs on.

2    Q.    Did you see a black box on Mr. Raymond?

3    A.    I do not recall seeing that.

4    Q.    Okay.  Did you do a visual scan of

5    Mr. Raymond when you entered the room?

6    A.    Yes.

7    Q.    And what did you see?

8    A.    Well, he was angry.  And that was the first

9    thing I noticed.  And I don't know.  He was somewhat

10   crying, but I don't know if it was crying because he

11   was so enraged at that point or if it he was crying

12   because he felt like he was hurt.  He did have a mark,

13   I want to say it was over his, like, on the left

14   orbital bone.  And then when I assessed his body, he

15   just had, like, red marks on his upper trunk and his

16   arms.

17   Q.    So I am going to, as we talk about this, just

18   show you another document that's already been marked as

19   Plaintiff's Exhibit 41.

20   A.    Okay.

21   Q.    So you can see it says Plaintiff's Exhibit 41

22   there.  And this is a document that is Bates stamped

23   P357.

24         And Ms. Hoppins, we are going to look at this

25   top entry from 4:25 p.m. on 9/14/16.  Is this your

1   handwriting?

2       A.     Yes, it is.

3       Q.     And that's your signature down at the bottom

4   left?

5       A.     Correct.

6       Q.     Okay.  So I want to just point you down to

7   some text that appears by "Plan."  You wrote, "Has

8   reddened and swollen area to left eye, left cheek and

9   left ear, abrasions to upper right chest times two."

10         Do you see that?

11      A.     Yeah.

12      Q.     And is that a recording of what you observed

13  from looking at Mr. Raymond when you were back in the

14  exam room?

15      A.     Yes.

16      Q.     Okay.  And you wrote, "No other injuries

17  noted or reported during visual assessment."

18      A.     Correct.

19      Q.     Okay.  We can pause looking at that for a

20  moment.

21         And the marks that you saw on Mr. Raymond

22  when you went back into the exam room, you had not seen

23  those marks on him the first time you were in the exam

24  room, right?

25      A.     Say that again?  I'm sorry.

1    Q.    Sure.

2          So you just testified that you saw some marks

3    on Mr. Raymond's face and body when you went into the

4    exam room the second time, right?

5    A.    Yes, yes, yes, yes.

6    Q.    Okay.  You didn't see those marks the first

7    time you went into the exam room, right?

8    A.    No, I did not.

9    Q.    Okay.  And did you do a physical examination

10   of Mr. Raymond when you were in the exam room the

11   second time, or did you just scan him visually?

12   A.    I do believe I took his vitals, asked him how

13   he was doing.  I was trying -- I was trying to talk to

14   him so he would calm down a little bit, you know,

15   because he was still angry, definitely.  And it makes

16   my job easier.  It makes me feel safer if they are calm

17   and they are collective and, you know, then I can do my

18   job feeling safe, you know.  So that was my visual.

19   Q.    And did you feel like Mr. Raymond calmed down

20   at all?

21   A.    Not by much, but I was trying.

22   Q.    Okay.  You said you asked Mr. Raymond how he

23   was doing.  What did he say to you?

24   A.    Really nothing.

25   Q.    Was he talking at all when you were doing

1  watching it on?

2      A.    Correct.

3      Q.    And you testified that you saw a portion of

4  the video of while Mr. Raymond was in the van?

5      A.    You would have to repeat that.  You just

6  blanked out.

7      Q.    Oh, I'm sorry.

8            You testified earlier that you saw a portion

9  of the videorecording that showed Matt in the van on

10  his way back to Auburn?

11      A.    Correct.

12      Q.    Correct?  Okay.

13            And if we can just both do our best to wait

14  for the other to finish.  I know it's very hard.

15      A.    You keep coming and going.  It's blinking

16  out.

17      Q.    Yeah, we are both I think having some

18  difficulties.

19      A.    I'm sorry.

20      Q.    It is okay.  Let's just do the best that we

21  can.

22      A.    Okay.

23      Q.    What did Mr. Mitchell say to you as you were

24  both watching part of the video together?

25      A.    He had told me that they were, the officers

1    and himself were going to write that he had a seizure

2    in the van and that that's how he had obtained the

3    swelling.

4        Q.    And you said in response to that that

5    couldn't be how he got the swelling?

6        A.    Right.

7        Q.    Go ahead.

8        A.    Sorry.

9        Q.    No, no, it's okay.  Go ahead.

10        A.    I said you cannot justify that because that,

11    it doesn't work.  You know, it would have, it would

12    have been the right side of his face, if anything, that

13    got damaged.

14        Q.    And when Mr. Mitchell said to you they were

15    going to write that he had a seizure in the van, did he

16    refer to what happened to Matt as swelling or what word

17    did he use?

18        A.    I don't recall what he actually said as far

19    as what his injuries were.

20        Q.    And based on your assessment of Matt, you

21    testified that the injuries you saw on his body

22    couldn't have come from what happened in the van,

23    right?

24        A.    Correct.

25        Q.    And what did Lieutenant Mitchell say to you

1    when you told him that?

2        A.    "When you told him?"

3        Q.    So let me back up and break it down.

4        A.    You are bleeping out.

5        Q.    I'm sorry.

6            MS. FREEMAN:  So let me try this.  If folks

7    don't mind giving me just a moment, let me just shut my

8    Zoom down and come back on, and maybe if there's

9    something on my end that will help.  So we can all

10   just, we don't need to take a break.  It will just take

11   me 30 seconds, so hang on one moment.

12           (Brief pause.)

13           MS. FREEMAN:  All right.  Maybe I've

14   troubleshot this.  I should be having perfect internet

15   in the office, but maybe this will help.

16   BY MS. FREEMAN:

17       Q.    Ms. Hoppins, you testified that you said to

18   Mr. Mitchell you can't justify the swelling in that

19   way, right?

20       A.    Correct.

21       Q.    And what did Mr. Mitchell say to you in

22   response?

23       A.    He said well, we will get -- I can't remember

24   his exact words.  It was either we will get rid of the

25   video or the video is gone.

1    Q.    So what you wrote about Matt's injuries was

2    true and accurate?

3    A.    Correct.

4    Q.    Why did Mr. Mitchell say to you we'll get rid

5    of the video, if you know?

6    A.    I don't know.

7    Q.    Do you have any suspicions?

8    MS. BUTH:  I object to that.  You are asking

9    her to guess.

10   BY MS. FREEMAN:

11   Q.    What did you think at the time when he said

12   that to you?

13   A.    Honestly I thought it was Troy just being

14   Troy again, Troy Mitchell and his ludicrous actions,

15   minds, thoughts.

16   Q.    Did you think something had happened to

17   Mr. Raymond while you were out of the exam room?

18   MS. BUTH:  I object to this.  Go ahead and

19   answer.

20   A.    I did not hear the question completely.

21   Q.    I said, did you think something had happened

22   to Mr. Raymond while you were gone from the exam room

23   for that 10-minute period?

24   A.    It was obvious that something had occurred.

25   Q.    Did you feel as though Mr. Raymond -- I'm

1    Q.    Understood.

2    A.    But everything I have told you today,

3    everything I have told you today is my actual truth.

4    Q.    And everything you wrote down in medical

5    records or in written reports, also true?

6    A.    That's correct.

7    Q.    And Ms. Hoppins, is there anything about your

8    communications with Lieutenant Mitchell involving

9    Mr. Raymond that you haven't testified about today?

10    A.    I do not believe so, no.

11    Q.    Ms. Hoppins, after the September 14, 2016,

12    incident, are you aware that Mr. Raymond experienced

13    certain medical problems?

14    A.    He did not mention any to myself.

15    Q.    Okay.  Did you offer medical treatment to

16    Mr. Raymond after the incident at any point?

17    A.    No.  You know, just looked at his face,

18    examined it, gave him a glove full of ice.  Because we

19    don't have ice bags, so we have to fill them in gloves.

20    And then he was off to the SHU.

21    Q.    And in the months following the incident, did

22    you see Mr. Raymond for medical appointments for any

23    reason?

24    A.    I could have.  I know one other time that I

25    did see him for a fact.  For a fact, I know I saw him

1  during that second visit, did you notice if in his

2  groin area if there was any evidence of blood or

3  anything like that?

4      A.    No, I did not.

5      Q.    Now, it was during this second visit to the

6  exam room after you waited ten minutes is when you saw

7  some marks on Mr. Raymond's face, correct?

8      A.    Correct.

9      Q.    Okay.  Could you explain again what did you

10  see on his face?  What marks did you see?

11      A.    Well, basically I call it the orbital bone.

12  That's the medical terminology for it (indicating).

13  But it's, like, right on your eyebrow and kind of

14  circles around.  So that was swollen.  His cheek was a

15  little swollen.  And his ear was reddened, you know.

16  And then he had, like, I said just red marks.  Like, I

17  think I called them abrasions, but they are really not.

18  It's almost like having a sunburn.  How is that?  So

19  that kind of rash and just different spots, you know

20  what I mean?

21      Q.    Okay.  I am going to break down my questions

22  in relation to these injuries.  You mentioned there was

23  an injury to the orbital bone.  Is it his left side?

24      A.    Yes.

25      Q.    And was it just swelling or was there more

1  marks than just the swelling?

2     A.    No, it was just swelling.  It didn't split.

3     Q.    Okay.  So there was no blood?

4     A.    No.

5     Q.    And I think you said there was injuries to

6  the left side of his face kind of like to his jaw; is

7  that correct?

8     A.    Yeah.  It was just a little swollen.

9     Q.    Okay.  Was there anything other than the

10 swelling injury?  Was there any blood or anything like

11 that?

12    A.    No, no, there wasn't.

13    Q.    Was there signs of any scratches or anything

14 like that on his jaw?

15    A.    You would have to repeat that.  I'm sorry.

16    Q.    Sure.  Was there signs of any scratching on

17 his jaw?

18    A.    I do not recall that, no.

19    Q.    Okay.  Let me go back to the injury above his

20 forehead.  Was there any scratching, any signs of

21 scratching there?

22    A.    On his face?

23    Q.    On the orbital bone.

24    A.    No.

25    Q.    So just more swelling and redness?

139

1   wrapped around I guess you would want to call it, like,

2   the clavicle area where the upper right forearm to the

3   shoulder blade, the top of the shoulder blade on the

4   left.

5       Q.    Okay.  Was it just swelling or was it just

6   reddened?

7       A.    Yeah, it was just red marks.

8       Q.    Okay.  Was there any blood?

9       A.    No.

10      Q.    Okay.  Was there any evidence of, like,

11  scratching or anything like that?

12      A.    Not that I saw, no.

13      Q.    Okay.  I think you mentioned earlier this is

14  the portion that kind of was just a sunburn?

15      A.    Yeah, that's how I described the reddened

16  area.

17      Q.    Now, these injuries that you saw on

18  Mr. Raymond's face and shoulder on your second visit to

19  the exam room, did you see any of these injuries when

20  you first went into the exam room?

21      A.    When I first -- I could obviously see his

22  face, yes.

23      Q.    Okay.  Did you see any of those injuries on

24  the first visit to the exam room?

25      A.    The first visit I was told to leave, so no.

1    me know.

2          When you saw Mr. Raymond in his boxers, you

3    did an additional assessment of his body, correct?

4          A.    Correct.

5          Q.    And what other injuries other than his face

6    injury and shoulder injury did you see on him?

7          A.    That's when I saw the reddened marks as well.

8          Q.    On his shoulder?

9          A.    On his shoulder and like I said, the back.  I

10   can't remember if it was right or left, and on the

11   shoulder blade itself.

12         Q.    What did you actually see on his back?

13         A.    There was the reddened that we had referred

14   to earlier.

15         Q.    Was it just from his shoulder?

16         A.    That I called a sunburn.

17         Q.    Okay.  Was that, when you saw Mr. Raymond in

18   his boxers, the injury you saw on his back, was that

19   just kind of a continuation of the injury on his

20   shoulder?

21         A.    I am going to say yes, but I can't for

22   positive say yes or no.

23         Q.    How far down his back did it go, the

24   reddened?

25         A.    Like I said, the one was more like upper

1  forearm, clavicle area, and upper right shoulder blade.

2  And I can't remember if it was another one actually

3  on -- did I just say "right"?  I meant left, left, or

4  if it was on the right.  But it was on the shoulder

5  blade.  Excuse me.  Please fix that.

6      Q.    Okay.  So the injury on the back didn't go

7  below his shoulder blade?

8      A.    Yeah, like right on the actual shoulder

9  blade.

10     Q.    The blade in the back?

11     A.    Yes.

12     Q.    Now, when you went the third time into the

13  exam room and Mr. Raymond was in his boxers, did you

14  notice if his boxers were wet or bloody at all?

15     A.    No, they were not.

16     Q.    They were not?

17     A.    No, they were not.

18     Q.    Now, when you first went into the exam room

19  to see Mr. Raymond, did you walk into the exam room

20  right after Mr. Raymond and Lieutenant Mitchell walked

21  in?

22     A.    Well, I let the COs, you know, take him and

23  put him on the exam table.

24     Q.    I asked did you walk in right behind

25  Mr. Raymond and Lieutenant Mitchell?