# EXHIBIT 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

                              9:18 Civ. No. 1467 (GLS)(ATB)
---------------------------------
MATTHEW RAYMOND,

                    Plaintiff,        VIDEOCONFERENCE
                                      DEPOSITION OF:
                                      JOHN VALVO, M.D.
              vs.
TROY MITCHELL, Lieutenant at Auburn
Correctional Facility, CHARLES
THOMAS, Correction Officer at Auburn
Correctional Facility, THOMAS HARTE,
Sergeant at Auburn Correctional
Facility, THOMAS PHILLIPS, Correction
Officer at Auburn Correctional
Facility, THOMAS GIANCOLA, Correction
Officer at Auburn Correctional Facility,
HAROLD D. GRAHAM, Former Superintendent
of Auburn Correctional Facility, BRIAN
BAUERSFELD, Correctional Hearing
Officer of Auburn Correctional Facility,
BRIAN O'HORA, Correctional Officer at
Auburn Correctional Facility, AIMEE
HOPPINS, R.N., DR. DEBORAH GEER, and
"JOHN DOE," Correction Officer at Auburn
Correctional Facility,

                    Defendants.

-------------------------------------

       TRANSCRIPT of the testimony of JOHN VALVO,
M.D. in the above-entitled matter, as taken by and
before CELESTE A. GALBO, a Certified Court Reporter
and Notary Public of the State of New Jersey, held
via Zoom remote videoconferencing software, on March
11, 2022, commencing at 9:01 a.m.
HUDSON COURT REPORTING & VIDEO   (212) 273-9911

2

```
1      REMOTE APPEARANCES:

2

3    EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
     BY:  KATHERINE ROSENFELD, ESQ.
4    600 5th Avenue
     New York, New York 10020

5
     212-763-5000
6
     krosenfeld@ecbawm.com
7

8    Attorneys for the Plaintiff

9

10
     LIPSITZ GREEN SCHIME CAMBRIA LLP
11   BY:  PATRICK J. MACKEY, ESQ.
     42 Delaware Avenue, Suite 120
12   Buffalo, New York 14202

13   718-849-1333

14   pmackey@lglaw.com

15   Attorneys for the Defendants Troy Mitchell, Charles
     Thomas, Thomas Harte, Thomas Phillips, Thomas
16   Giancola, Harold D. Graham, Brian Bauersfeld, Brian
     O'Hora and Dr. Deborah Geer

17
     ALSO PRESENT:
18
     BONNIE GAIL LEVY, ESQ.
19   Assistant Attorney General at City of New York
     300 South State Street, Suite 300
20   Syracuse, New York 13202

21   315-448-4876

22   bonnie.levy@ag.ny.gov.com

23

24

25
```

```
 1                    INDEX
 2
 3   WITNESS                            PAGE
 4   JOHN VALVO, M.D.
     BY MS. ROSENFELD                     5
 5
 6
 7
 8          E X H I B I T S
 9
     EXHIBIT NO.    DESCRIPTION                 PAGE
10
     Exhibit 1  report of Dr. John Valvo dated
11              October 18, 2021               6
12   Exhibit 2  report of Sherry A. Leitch, M.D.
                dated July 23, 2021            23
13
     Exhibit 3  documents, Bates stamped 001540
14              to 001544                      58
15   Exhibit 4  report of Jonathan M. Vapnek, M.D.
                dated December 15, 2021        65
16
17
                (Exhibits received electronically by
18   the reporter after the close of the deposition were
     marked and are attached to the transcript.)
19
20
21   REQUEST FOR DOCUMENTS:
22   PAGE       LINE
23   17         4
     18         1
24
25
```

1              THE COURT REPORTER:  Good morning, I'm

2    Celeste Galbo, a Certified Court Reporter.

3              The attorneys participating in this

4    deposition acknowledge that I am not physically

5    present in the deposition room and that I will be

6    reporting this deposition remotely.  They further

7    acknowledge that, in lieu of an oath administered in

8    person, the witness will verbally declare his

9    testimony in this matter under the penalty of

10   perjury.  The parties and their counsel consent to

11   this arrangement and waive any objections to this

12   manner of reporting.

13             Please indicate your agreement by

14   stating your name and your agreement on the record,

15   starting with plaintiff's counsel.

16             MS. ROSENFELD:  Katie Rosenfeld; I

17   agree.

18             MR. MACKEY:  Patrick Mackey on behalf

19   of defendants Mitchell, Thomas, Harte, Phillips,

20   Giancola, Graham and Geer and I agree.

21   JOHN VALVO, M.D., stating a business address of 2420

22   Ridgeway Avenue, Rochester, New York 14626, having

23   been duly sworn by the Notary Public, was examined

24   and testified as follows:

25

1    EXAMINATION

2    BY MS. ROSENFELD:

3          Q.    Good morning, Dr. Valvo.  How are you?

4          A.    Good morning, I'm fine.  Yourself?

5          Q.    Good, thanks.  My name is Katie

6    Rosenfeld.  I am one of the lawyers for the plaintiff

7    in this case, Matthew Raymond.  As you know, we're

8    here to conduct your deposition today.

9                Have you ever been deposed before, Dr.

10   Valvo?

11         A.    Yes.

12         Q.    Great.  Approximately how many times?

13         A.    Perhaps a half dozen times.

14         Q.    So you're generally familiar with how

15   these things work, but I'll just give you a quick

16   update in case it's been a while.

17                So, I'm going to ask you a series of

18   questions and you'll do your best to respond to them.

19   You understand that all your answers are under oath

20   today, correct?

21         A.    Yes.

22         Q.    If you would like to take a break at

23   any time, that's fine, just I would ask that you

24   answer any pending questions before we take a break.

25   Is that acceptable to you?

6

1          A.      Yes.

2          Q.      And we should do our best to give each

3    other verbal answers, not head shakes for nods or yes

4    and noes, um-hum because the court reporter is making

5    a transcript.  Do you understand that?

6          A.      Yes.

7          Q.      Thank you.

8                  Dr. Valvo what if any documents did you

9    review to prepare for your deposition today?

10         A.      Well, I'll go through them one by one

11   if you wish.

12         Q.      Sure.  Well, I have your report in

13   front of me which we can mark as Exhibit 1 for your

14   deposition.  Do you have your report in front of you?

15         A.      Yes, I do.

16         Q.      Okay.

17         A.      I do not have it in front of me, no, I

18   do not.  I have the records in front of me but I do

19   not have my report per se but I can get that.

20         Q.      Okay.  Yeah, if you can pull that up so

21   we're both looking at it right now, that would be

22   great.

23                 (Valvo Exhibit 1, report of Dr. John

24                 Valvo dated October 18, 2021, was deemed

25                 marked for identification.)

1          A.     Yes, I have it.

2          Q.     Okay.  Excellent.  And so on the first

3    page of your report I see that you have listed one

4    through 19, a number of documents that you reviewed

5    to prepare your October 18, 2021 report, correct?

6          A.     Yes.

7          Q.     Okay.  Are those the documents that you

8    reviewed for your deposition today?

9          A.     Yes.

10         Q.     Did you review any other documents that

11   are not listed as 1 through 19 to prepare for your

12   deposition today?

13         A.     I reviewed a rebuttal report by Dr.

14   Vapnek.  That's the only other document that's not

15   listed as such.

16         Q.     Okay.

17                MS. ROSENFELD:  And just for the

18   record, Celeste, it's Vapnek, V-A-P-N-E-K.

19         Q.     Okay.  So you're licensed to practice

20   medicine in New York, Dr. Valvo?

21         A.     Yes.

22         Q.     Are you licensed to any other states?

23         A.     No.

24         Q.     Has your license to practice medicine

25   ever been cancelled, revoked or suspended?

1          A.      No.

2          Q.      Do you hold any board certifications?

3          A.      I am board certified in urology.

4     Urology.

5          Q.      And since when are you board certified

6     in urology?

7          A.      I believe 1983.  1985, I'm sorry.

8          Q.      Am I correct that you are a physician

9     in a private urology practice titled Center for

10    Urology?

11         A.      Yes.

12         Q.      You see patients in your practice as

13    part of the Center for Urology?

14         A.      Yes.

15         Q.      Do you hold any other positions,

16    employment positions other than as a physician

17    working at Center for Urology?

18         A.      No.

19         Q.      And how long have you been in practice

20    as a urologist at the Center for Urology?

21         A.      This is year 39.

22         Q.      So, it looks like you completed a

23    fellowship in -- excuse me.

24                 It looks like you completed your

25    residency in urology in 1983.  Did you directly go

1    from your residency into private practice as a

2    urologist?

3         A.    Yes.

4         Q.    Have you ever held any other employment

5    positions besides your job as a physician at the

6    Center for Urology?

7         A.    No.

8         Q.    And how long have you been doing work

9    as an expert in litigation?

10        A.    Well, it's hard to say for sure, but

11   I've probably -- over the course of my career I've

12   been asked to provide expert opinions on several

13   cases.  Several being not more than 10.

14        Q.    Okay.  So in the course of your entire

15   career you think you served as an expert

16   approximately ten times?

17        A.    Yes.

18        Q.    And have you ever served as an expert

19   for Mr. Mackey's firm before?

20        A.    I have not.

21        Q.    And have you served as an expert in

22   cases on behalf of defendants who were the parties

23   being sued?

24        A.    Yes.

25        Q.    And have you served as an expert in

1  cases on behalf of a plaintiff, the person who's

2  bringing the lawsuit?

3          A.    Yes.

4          Q.    And were these cases filed in federal

5  court, if you know?

6          A.    I do not believe they were.

7          Q.    Okay.  And just to clarify, when I ask

8  you how many times you've served as an expert, I'm

9  not just asking you about times that you've written a

10 report or sat for a deposition, I'm asking any time

11 that you worked with lawyers to consult about a legal

12 matter as a urologist.  Did you understand that to be

13 my question?

14         A.    Yes, I did.

15         Q.    And -- excuse me.  So, other than your

16 work on this case in 2021, did you serve as an expert

17 in any other cases in 2021?

18         A.    No.

19         Q.    And what about in 2020, did you serve

20 as an expert in any cases in 2020?

21         A.    No.

22         Q.    What about in 2019, any cases that you

23 were an expert in 2019?

24         A.    I do not recall.

25         Q.    Okay.  Have you ever testified in

1    court?

2          A.      Yes.

3          Q.      How many times have you testified in

4    court?

5          A.      Probably four to five times.

6          Q.      So, just to make sure I understand, you

7    believe that you've served as an expert in your

8    entire career approximately ten times and in

9    approximately half of those cases you had to testify

10   in court?

11         A.      I believe that would be a fair

12   assumption, yes.

13         Q.      And when was the last time that you

14   testified in court approximately?

15         A.      One month ago.

16         Q.      And what was the matter that you were

17   testifying in?

18         A.      It was a motor vehicle accident.

19         Q.      Were you an expert for the plaintiff or

20   for the defense?

21         A.      I was an expert for the plaintiff.

22         Q.      And what court were you in, if you

23   know?

24         A.      Canandaigua New York Court.

25         Q.      So it's a state court you believe?

1          A.      That's correct.

2          Q.      What was the nature of the person's

3    injury that you testified about?

4          A.      The nature of the injury was a motor

5    vehicle accident where the plaintiff was struck by a

6    moving vehicle and suffered significant injuries

7    related to his nervous system and consequently had

8    urologic issues as well.

9          Q.      Have you served as an expert in other

10   cases where there was an issue about a person

11   being -- suffering from a neurogenic bladder?

12         A.      I do not believe, my recollection, no.

13         Q.      And are you -- how do lawyers who want

14   to work with you as an expert find you?

15                 MR. MACKEY:  Objection to form.

16                 Go ahead.

17         Q.      If you know.  Are you listed on any

18   expert services?  Are you --

19         A.      No.

20         Q.      Okay.

21         A.      We have a website with a hospital which

22   basically demonstrates my credentials and perhaps

23   word of mouth, but I do not go out and list it.

24         Q.      And when you say we have a website with

25   the hospital, can you explain what you mean by that?

1          A.      Well, I'm the director of robotic

2    surgery at the hospital.  And so the hospital has

3    physicians in various key positions in their

4    institution which highlight certain opportunities for

5    patients.  And I'm director of the robotic program at

6    Rochester General Hospital.

7          Q.      So, I'm looking at the second page of

8    your resume and it says "Faculty Appointment,

9    University of Rochester School of Medicine and

10   Dentistry, Clinical Associate Professor".  Is that a

11   title that you currently hold?

12         A.      That has been -- no, that terminated

13   that degree.  We had that with our affiliation with

14   the university.  The hospitals basically interrupted

15   that and so with that the honorary degrees were

16   rescinded.

17         Q.      Okay.  When did that affiliation

18   through which you held that title end?

19         A.      Just a few short years ago.

20         Q.      Okay.  Can you tell me what year?

21         A.      No.

22         Q.      Was it before the pandemic, before

23   2020?

24         A.      Yes.

25         Q.      So you're not a clinical associate

1    professor at the University of Rochester School of

2    Medicine, correct?

3          A.    Not at this present time.

4          Q.    Okay.  And you haven't been since at

5    least 2019, correct?

6          A.    That's correct.

7          Q.    Okay.  And when you were a clinical

8    associate professor, you said it was an honorary

9    title?  I don't understand what you mean.  If you

10   could clarify, please.

11         A.    We had residents come to our

12   institution for training, and so in order for us to

13   provide the proper academic environment, myself and

14   my colleagues were assigned titles with the

15   university.  When the residents were removed, the

16   titles went away.

17         Q.    I see.  So at your medical practice you

18   had residents coming to do placements in your office?

19   Is that fair to say?

20         A.    No, basically hospital work; operating

21   room assisting and learning emergency room urologic

22   care.

23         Q.    So when you went into a hospital, you

24   would have residents assisting you with procedures

25   and because you were supervising them, you were

1  titled a clinical associate professor; is that

2  correct?

3      A.    That's pretty much what that amounted

4  to, yes.

5      Q.    Okay.  And in your role as executive

6  director of the center for -- say it again.

7      A.    Pollisseni.

8      Q.    Pollisseni, that's P-O-L-I-S-S-E-N-I.

9  Executive director for the Pollisseni Center for

10  Robotic and Minimally Invasive Surgery at Rochester

11  General Hospital, is that a title that you currently

12  hold?

13      A.    Yes.

14      Q.    And what is Titan Medical, please?

15      A.    Titan Medical is an upstart robotic

16  company based in Canada.

17      Q.    And it says that you're senior VP of

18  medical affairs for that company; is that correct?

19      A.    That's correct.

20      Q.    And what are your duties in connection

21  with that role?

22      A.    Basically consultation work regarding

23  the development of the new robotic, surgical robotic

24  system.

25      Q.    Okay.  And how much of your work is

1   spent serving patients as part of your urologic

2   practice versus as senior VP of medical affairs for

3   Titan Medical?

4        A.    100 percent I see patients and a very

5   small part of my time is as a consultant.  It's a

6   periodic consultation.  It's not something that is on

7   a daily basis.

8        Q.    I see.  And is that a payable, that

9   you're paid to do that consulting?

10       A.    No.

11       Q.    You just do it out of professional

12  interest?

13       A.    Correct.  Yes.

14       Q.    Okay.  And have you written or

15  published any work in your field?

16       A.    Yes, I have.

17       Q.    Okay.  I don't see it listed on your

18  CV, so could you just describe perhaps what your

19  publications are in general terms?

20       A.    These were articles that covered the

21  scope of general urology written early on in my

22  practice and as a resident.

23       Q.    When was the last time that you

24  published a piece like that?

25       A.    I would say probably 20 years ago.

1          Q.      Do you have a list of your publications

2     somewhere in your possession?

3          A.      Yes, that could be provided to you.

4     (REQ)          MS. ROSENFELD:  Okay.  I just request

5     after the deposition if we could please get a copy of

6     Dr. Valvo's publications.

7          Q.      Have you ever been disciplined by any

8     medical board or authority?

9          A.      No.

10          Q.      And have you ever been found by a court

11     to be unqualified to testify as an expert?

12          A.      No.

13          Q.      Have you ever received any kind of

14     ethical sanctions from any oversight board?

15          A.      No.

16          Q.      Have you ever been convicted of any

17     crimes?

18          A.      No.

19          Q.      Have you ever been sued for medical

20     malpractice?

21          A.      No.

22          Q.      Are you aware of any decisions where a

23     court has examined your testimony or findings whether

24     in a positive or negative way?

25          A.      No.

1  (REQ)  Q.    Okay.  So, because we're in federal

2  court at some point your attorney will be asked to

3  provide me with a list of the cases in which you've

4  given deposition or other testimony within the last

5  four years.

6        MS. ROSENFELD:  And so I'll just put on

7  the record that we need to follow up with that I

8  think on both sides, Pat.

9        Q.    Okay.  So let's talk about your

10 opinions about Mr. Raymond.  My first question for

11 you, Dr. Valvo, is based on the records that you

12 reviewed which I see listed at 1 through 19 in your

13 report, is it your opinion that Mr. Raymond had any

14 urologic conditions before September 14, 2016?

15       A.    No, I do not believe he did.

16       Q.    And is it your view that Mr. Raymond

17 has neurogenic bladder today?

18       A.    Yes.

19       Q.    And do you have an opinion about when

20 Mr. Raymond developed neurogenic bladder?

21       A.    The earliest objective evidence we have

22 was I believe sometime in late 2016.  I believe that

23 was the case.

24       Q.    Okay.  And when you say that the

25 earliest objective evidence that you think we have is

1    sometime in late 2016, can you be any more specific

2    about what you're referring to?

3         A.    He was having difficulty voiding and

4    was in consultation and found to be in urinary

5    retention and required catheterization.

6         Q.    So, as you know, the incident in which

7    my client reports that he was assaulted was on

8    September 14, 2016.  You're aware of that date as the

9    date of validation?

10        A.    Yes.

11        Q.    Okay.  And just to make sure that I

12   understand your testimony, before September 14, 2016,

13   it's your opinion that Mr. Raymond did not suffer

14   from any urologic conditions, correct?

15        A.    Correct.

16        Q.    Sometime in late 2016, after September

17   16, 2016, is it your view that he began to exhibit

18   symptoms of neurogenic bladder?

19        A.    Yes, and I believe it was either in

20   late '16 or January of '17.  I don't actually recall

21   but it was sometime in that time frame.

22        Q.    And it's also your view that he

23   continues to suffer from this condition today; is

24   that correct?

25        A.    Yes.

1        Q.      What is your opinion, if you have one,

2    about what caused Mr. Raymond to develop neurogenic

3    bladder in late 2016 or early 2017 as you described?

4        A.      I do not have an opinion.

5        Q.      Do you, based on your review of the

6    records in the case 1 to 19, do you have any

7    explanation for why Mr. Raymond developed neurogenic

8    bladder at that time?

9               MR. MACKEY:  Object to form.

10       A.      No.

11       Q.      Is it your view, Dr. Valvo, that the

12   neurogenic bladder that Mr. Raymond suffers from

13   occurred spontaneously?

14       A.      The earliest evidence we have was that

15   time when he went to the infirmary.  I do not have an

16   understanding as to how it happened.  And sometimes

17   this condition can occur without significant

18   precedent causes.

19       Q.      So I'd like to just sort of be a little

20   more specific about what your view of the early signs

21   of neurogenic bladder condition are.  Are you able to

22   put a date at all on what you would call the first

23   symptom of the neurogenic bladder that arose for

24   Mr. Raymond?

25               MR. MACKEY:  I'll object to asked and

1    answered.

2                    Go ahead, Dr. Valvo.

3         A.      I can't tell you when it began.  All I

4    can tell you is when it manifested itself and that's

5    the earliest time that we have any objective evidence

6    that he had a problem.

7         Q.      Understood.  And I know you said

8    earlier that you thought that this was sometime in

9    late 2016 or early 2017.  I just would like to be a

10   little bit more precise about what date you think the

11   symptoms emerged.

12                   Do you have a copy of Dr. Leitch's

13   expert report in front of you or could you pull one,

14   up, please?

15        A.      I'm having a tough time trying to find

16   that.

17        Q.      Okay.  I understand.

18                   MS. ROSENFELD:  Pat, would it be

19   possible for you to email Dr. Valvo a copy of that

20   report so he can pull it up or shall I email it to

21   you if you don't have it on the top of your email?

22                   MR. MACKEY:  I could probably -- I

23   assume you're not planning to put it up on the screen

24   or anything like that?

25                   MS. ROSENFELD:  Would that be easier?

1    Maybe I'll just do that.  That's a good idea.  Okay.

2    BY MS. ROSENFELD:

3         Q.    So, Dr. Valvo, you noted in your report

4    at item 19 that you had previously reviewed Dr.

5    Leitch's report, correct?

6         A.    Yes.

7         Q.    Okay.  So I'm going to just show you on

8    this screen a copy of that report and ask you a few

9    questions about it.

10              MR. MACKEY:  Let me do this before you

11   do that.  Dr. Valvo, what's easier for you, to look

12   at it on the screen or do you want me to email --

13              THE WITNESS:  I think she can point on

14   the screen at the points she wants to.

15              MR. MACKEY:  I mean, if you wanted to,

16   I can email you a copy.

17              THE WITNESS:  Well, let's see how well

18   I can read it.

19              MR. MACKEY:  Whatever works best for

20   you.  Whatever is easiest for you.

21              THE WITNESS:  That's going to be more

22   expeditious, so why don't we do that.

23              MR. MACKEY:  Okay.

24              THE WITNESS:  Are we using the screen?

25              MS. ROSENFELD:  We are.  Just one

1    moment, I'm getting it set up for you.

2              MR. MACKEY:  I'm stepping off screen

3    for one second.

4              MS. ROSENFELD:  Sorry, I'm having a

5    little tech issue.

6    BY MS. ROSENFELD:

7         Q.    Okay.  Dr. Valvo, do you see on your

8    screen in front of you a document that has the title

9    Sherry A. Leitch, M.D. at the stop?

10        A.    Yes.

11        Q.    Great.

12             MS. ROSENFELD:  And, Celeste, we can

13   mark this one as Valvo Exhibit 2.

14             (Valvo Exhibit 2, report of Sherry A.

15             Leitch, M.D. dated July 23, 2021, was deemed

16             marked for identification.)

17        Q.    So, Dr. Valvo, I'm just going to scroll

18   down to -- so it says -- this is Dr. Leitch's report.

19   It says the following records were reviewed.  And

20   then she gets to the portion of the report where

21   she's looking at Mr. Raymond's medical records from

22   the New York State Department of Corrections which

23   you also reviewed, I believe, at Item 2 on your

24   report; is that correct?

25        A.    Yes.

1          Q.      Okay.  So you'll see that the first

2    entry is 12/22/2015 under her heading.  And then I'm

3    just going to scroll down so we can move to these

4    sort of -- what page of the report are we at?  We're

5    on page 6 of her report.  And do you see that the top

6    entry is 9/26/2016?

7          A.      Yes.

8          Q.      So using Dr. Leitch's summary, are you

9    able to say with any greater specificity when you

10   believe the first symptoms of the neurogenic bladder

11   condition were reported by Mr. Raymond?

12         A.      No, I'm not.

13         Q.      Okay.  What would you need to look at

14   to answer that question?

15         A.      I'd need to know -- I'd need to have

16   examined the patient myself and have had more

17   specific diagnosis other than genitourinary symptoms.

18   I don't know what that means.

19         Q.      So a little while ago in your

20   deposition you said that you thought that the

21   neurogenic bladder symptoms were first reported in

22   late 2016 early 2017, was what I thought you

23   testified.  So what I'm asking you is what records

24   did you look at to make that conclusion?

25         A.      When he went to the infirmary and was

1    found to have a distended bladder unable to urinate.

2            Q.        And when you say when he went to the

3    infirmary, are you referring to an infirmary within

4    the New York State Department of Correction system or

5    at Upstate Medical Center or something else?

6            A.        I believe he was seen originally in the

7    infirmary and then sent to Upstate Medical systems

8    for a catheterization.

9            Q.        Okay.  So your view is that the first

10   sign of this condition would have been with the

11   report of a distended bladder; is that correct?

12           A.        With his inability to void, yes.

13           Q.        Okay.  And then he went to Upstate

14   Medical Center in early 2017.  And is dysuria,

15   D-Y-S-U-R-I-A, is that a symptom of neurogenic

16   bladder?

17           A.        Not in my diagnostic treat, no.

18           Q.        And what about the diagnosis of urinary

19   retention after a bladder scan demonstrated over 600

20   cc's of urine in his distended bladder, would that be

21   a symptom of neurogenic bladder?

22           A.        Yes.

23           Q.        Okay.

24           A.        And that's what I'm referring to.

25           Q.        Okay.  So that's a January 19, 2017,

1    encounter at Upstate University Hospital.  So we

2    could put the date that -- that date as a clear

3    symptom of neurogenic bladder; is that fair to say?

4              MR. MACKEY:  I'll object to form.

5         A.    Yes.

6         Q.    Okay.  And so prior to that, as you sit

7    here today, you're not aware of whether there were

8    any symptoms reported to the -- before that date that

9    were consistent with neurogenic bladder?  Am I

10   understanding your testimony correctly?

11        A.    Yes.

12        Q.    And but you did review the New York

13   State Department of Corrections' records, right?

14        A.    Yes.

15        Q.    What are other -- before the

16   presentation to Upstate Medical Center with -- where

17   he was diagnosed with urinary retention after a

18   bladder scan, in patients that you've seen, what are

19   typically other early symptoms that they report of

20   the neurogenic bladder?

21             MR. MACKEY:  Are you just asking

22   generally?

23             MS. ROSENFELD:  Yeah, in his experience

24   with patients.

25        A.    Generally, just difficulty voiding and

1    slowness of the stream, a fullness on the bladder

2    area of incomplete evacuation, and then, again,

3    objectively finding a large amount of urine in the

4    bladder.

5            Q.    Okay.  Is 600 cc's a large amount of

6    urine in the bladder?

7            A.    Yes.

8            Q.    Okay.  And is burning with urination

9    sometimes a symptom of neurogenic bladder?

10           A.    No.

11           Q.    What about blood in the urine?

12           A.    No.

13           Q.    What about testicular and groin pain?

14           A.    No.

15           Q.    Okay.  So, Mr. Raymond after he

16   reported these signs and symptoms of urinary

17   retention and received the neurogenic bladder

18   diagnosis, how -- can you describe based on your

19   review of the records what the cause of the

20   neurogenic bladder problem was?

21           MR. MACKEY:  I'll object to form.

22           A.    Well, he had a catheterization, he had

23   immediate relief of his distended bladder and then he

24   was sent to Upstate for a suprapubic tube as opposed

25   to a urethra catheter which I believe he denied

1  wanting to have done.  So they put a suprapubic tube

2  in which is a tube placed in the bladder in the lower

3  abdomen so that the bladder will drain.  He then went

4  about having a urodynamic test and further scoping

5  which failed to reveal any evidence of obstructive

6  etiology.

7          Q.    And you're aware that Mr. Raymond as

8  you note in your report underwent a bladder

9  augmentation surgery in 2020, correct?

10         A.    Yes.

11         Q.    And what was the condition that

12 caused -- that required him to have surgery in your

13 view?

14         A.    Well, I think he was having a great

15 deal of difficulty with the suprapubic catheter and

16 wanted a continent urinary diversion, and so a

17 catheterizable pouch was fashioned surgically for him

18 to allow him to have a drainage system that he would

19 periodically need to catheterize but that would avoid

20 the unpleasantry of having to catheterize through the

21 penis.

22         Q.    And are you familiar with the practice

23 at Western Urology -- Western New York Urology

24 Associates?

25         A.    The practice itself?

1        Q.      Yes.

2        A.      Yes, I know them.

3        Q.      Okay.

4        A.      Yes, I know of them.

5        Q.      And do you know Dr. Teresa Danforth?

6        A.      I do not know her personally but I know

7   of her.

8        Q.      And what's her reputation in the field,

9   if you know?

10       A.      Fine, I believe.  She's a urologist who

11  specializes in bladder augmentation.

12       Q.      And do you know Dr. Bodkin of that

13  practice?

14       A.      Yes, I do.  I know of him, yes.

15       Q.      And what's Dr. Bodkin's reputation in

16  the field, if you know it?

17       A.      As far as I'm concerned, it's fine.

18       Q.      So you said that the condition that

19  required the bladder augmentation surgery was that

20  Mr. Raymond was having difficulty with the suprapubic

21  catheter.  Why did he need a suprapubic catheter at

22  that point in 2020?

23       A.      Well, he was unable to empty his

24  bladder on his own and what he could have had -- he

25  could have intermittently catheterized himself but he

1    was opposed to that.  The bladder was

2    defunctionalized; it couldn't empty on its own.  And

3    so some form of drainage had to be affixed.  A number

4    of different types of urinary diversions.  He after

5    consultation with the physicians at Western New York

6    decided that that would fit into his lifestyle as

7    best as any.  That's my impression.

8         Q.    And do you agree with the course of

9    treatment that Western New York Urology Associates

10   pursued here out of the range of options that you

11   just mentioned were available?

12             MR. MACKEY:  Objection.

13        A.    Yeah, I believe that that was an

14   appropriate decision based on patient's lifestyle and

15   the physician's expertise.

16        Q.    And why was Mr. Raymond unable to empty

17   his bladder on his own at the point where he ended up

18   having that surgery in 2020?

19        A.    He had a neurogenic bladder as defined

20   originally in 2017.

21        Q.    And when you said that it was

22   appropriate based on the patient's lifestyle and the

23   physician's, you know, expertise in that area, why do

24   some patients opt to have this kind of augmentation

25   surgery as opposed to self-catheterization in your

1    experience?

2          A.    Well, he, from the very beginning the

3    records indicate to me that he was not receiving

4    intermittent catheterizations very easily.   Sometimes

5    it can be a little bit uncomfortable for a patient to

6    catheterize themselves through the normal urethra

7    orifice.   And so in an effort to provide some degree

8    of continence, a catheterizable pouch can be

9    developed or a continuous urinary diversion which is

10   called an ileal conduit.   That's a bag that's fit on

11   the side of the abdomen to which the urine

12   continuously drains.   And being a young man, he

13   elected for something a little bit more cosmetic.

14         Q.    And is that something you see in other

15   younger patients, that they don't want to have an

16   external bag, so they opt for this kind of procedure?

17         A.    Yes.

18         Q.    And so what is the prognosis for

19   somebody who has this type of surgery at the age that

20   Mr. Raymond did?   How will this disease progress?

21         A.    Well, it shouldn't.   As long as he

22   maintains a good healthy ability to intermittently

23   catheterize that pouch, it should act very much

24   similar to what his normal anatomy was and so there

25   is no suggestion that it would get any worse.

1          Q.     So can you just explain to me as a

2     layperson what exactly the pouch is?  It's not an

3     external bag that's holding urine, right?  It's is it

4     inside his body?  What exactly does he have?

5          A.     You basically take segments of the

6     bowel and fashion a new bladder.  In this case, you

7     will remove parts of the bladder and affixed a bowel

8     which will approximate the same capacity that a

9     normal bladder will.  And because of the segments of

10    bowel that are used, it could be fashioned in a way

11    that it won't drain continuously but that the patient

12    would have to intermittently drain the pouch just as

13    if you were to go excuse yourself from a cocktail

14    party and void on your own.  They will have a

15    catheter.  They'll carry a catheter with them and

16    they'll intermittently catheterize that pouch into a

17    receptacle.

18         Q.     How -- I'm sorry, go ahead?

19         A.     Basically it's just using a catheter

20    and placing it through the little stoma which comes

21    out in the lower abdomen.  It goes into the new

22    bladder.  The bladder is drained.  They take the

23    catheter, put it back in their pocket or purse and go

24    about their business.

25         Q.     That's incredible.  So the stoma

1    meaning he has an opening in his stomach to allow

2    access to the new constructed bladder?

3         A.    That's correct.

4         Q.    And so he attaches a catheter to the

5    stoma which connects into the new bladder and brings

6    the urine out that way; is that correct?

7         A.    Well, he doesn't attach it.  He just

8    passes the catheter in through that opening.  The

9    bladder is decompressed and the catheter is simply

10   removed.

11        Q.    Obviously you're not walking around

12   with an open wound on your abdomen all the time.  How

13   does that sort of opening into the body stay

14   sanitary?  What does that look like?

15        A.    It's only about the diameter of one

16   thumb.  And more often than that because it's a

17   mucous membrane exposed to the outside, patients will

18   have a small removable Perry pan cover it just to

19   keep it from irritating your clothing.

20        Q.    And is this a surgery that you perform,

21   Dr. Valvo?

22        A.    Yes.

23        Q.    And so the best outcome is that going

24   forward Mr. Raymond will have to engage in this

25   catheterization process in order to have normal

1    urologic function; is that correct?

2              MR. MACKEY:  Object to form.

3         A.    That is correct.

4         Q.    And how does the -- what's the

5    expectancy of how long one can -- how long such a

6    reconstructive bladder can function for somebody for?

7         A.    Well, I think as long as a patient or

8    some designee of a patient can catheterize that

9    pouch, indefinitely.  In cases where a patient may be

10   rendered unable to catheterize themselves, a catheter

11   can be simply inserted and left indwelling for a

12   period of time and then it can be simply changed.  So

13   it's something that can be managed quite easily with

14   unskilled nursing, actually.

15        Q.    So as you note in your report,

16   Mr. Raymond is 32 years old.  Would you expect that

17   the augmented bladder that Dr. Danforth created in

18   2020 will last for the rest of his life potentially?

19        A.    Yes.

20        Q.    Okay.  And does he -- does Mr. Raymond

21   face any particular risks as a result of being

22   someone who has an augmented bladder as opposed to

23   his original bladder?

24        A.    Not to my knowledge, no.

25        Q.    For example, is it associated with, you

35

1    know, a shorter life expectancy or the development of

2    any other kind of medical conditions or, you know,

3    compromises to the body?

4         A.    No.  I have patients in my practice on

5    20, 30 and some even 40 years without any problems.

6         Q.    Is the bladder augmentation surgery

7    considered to be sort of one of the last options for

8    somebody who is experiencing urinary retention?

9         A.    No, there are a number of other options

10   short of that.  As I said before, intermittent

11   self-catheterization is a modality that is oftentimes

12   used, and we see patients who have -- who are

13   paraplegic from a number of different causes who

14   intermittently catheterize themselves.  Some can

15   actually void on their own by pressing down on their

16   bladder.  So there are more conservative measures but

17   there are some who wish to have a little bit better

18   control and therefore these surgeries have been

19   devised to ameliorate those problems.

20        Q.    Is it fair to say that you as a doctor

21   like to exhaust other non-surgical options before you

22   would perform a bladder augmentation surgery?

23             MR. MACKEY:  Object to form.

24        A.    I think if it's appropriate and the

25   patient is willing.  Sometimes however, one may need

1    to go to those extremes from the very beginning.

2         Q.    I guess that's exactly what I'm asking.

3    Is the bladder augmentation surgery an extreme in

4    terms of it's a serious abdominal surgery that

5    requires, you know, inpatient hospitalization?

6         A.    Well, yes, it's a serious operation.

7    Obviously it has its own pitfalls like everything we

8    do, but when taken into context, it can provide a

9    much more not only cosmetic but a very good

10   therapeutic treatment for a neurogenic bladder.

11        Q.    Okay.  So, in your report, Dr. Valvo,

12   I'm looking at page 2 of your report, the first

13   paragraph, it looks like approximately fourth

14   sentence and it says "Various medical conditions can

15   cause neurogenic bladder which include all or any of

16   the following:  Stroke, Parkinson's disease, multiple

17   sclerosis, spinal cord injury, spinal surgery,

18   central nervous system tumors, trauma, medications

19   along with alcohol and drug abuse."

20             What kind of trauma can cause

21   neurogenic bladder in your experience?

22        A.    Trauma can be delivered in a number of

23   ways, either locally to the structures in the pelvis,

24   the spinal cord or the brain.

25        Q.    What's the definition of trauma that

1    you're using here medically?

2          A.     I would say a significant injury from

3    an object or objects external to the body but that

4    also could mean surgical trauma as well.

5          Q.     So what kind of trauma in your

6    experience have you seen where patients have

7    developed a neurogenic bladder?

8          A.     Spinal cord injury, surgical trauma to

9    the structures in the pelvis from an operation

10   adjacent to the urinary tract and trauma to the brain

11   itself.

12         Q.     And for those cases where you've seen

13   patients develop neurogenic bladder from trauma to

14   the brain itself, what has been the mechanism of

15   injury to the brain?

16         A.     A forceful impact to the cranium

17   invariably causing a fractured pelvis -- a fractured

18   skull with significant injury to the brain matter.

19         Q.     So what kind of impact to the cranium

20   have you treated -- have you seen in patients who

21   developed a neurogenic bladder as a result of that

22   impact?

23         A.     More often than not motor vehicle

24   accidents.

25         Q.     And so your opinion in this case, I

1    believe, is that Mr. Raymond's reports of being

2    repeatedly punched in the head and neck would not

3    rise to the level of forceful impact to the head that

4    would cause a neurogenic bladder to develop; is that

5    correct?

6        A.      That is my opinion, yes.

7        Q.      And essentially your view is that

8    somebody being punched in the head isn't enough force

9    to cause the body to develop neurogenic bladder?  Am

10   I understanding that correctly?

11       A.      Well, if that were the case, I would

12   have seen a lot more boxers with neurogenic bladders

13   over the years and I've never seen one.

14       Q.      Okay.  So just so the record is clear,

15   that is your view, that being punched in the head

16   wouldn't cause neurogenic bladder?

17       A.      Correct.  Yes.

18       Q.      And that opinion is based on your years

19   in private practice and the patients that you've

20   seen; is that correct?

21       A.      And the basis of the medical record

22   that I read, all of it.

23       Q.      And what in the medical record that you

24   read supports your view that it was -- being punched

25   in the head wouldn't cause somebody to develop

39

1   neurogenic bladder?

2          A.     The absence of any associated injuries

3   or paralysis or documentation of a significant head

4   injury.  I did not see that at all.

5          Q.     So I guess let's separate the medical

6   literature and the medical record in this case.  So

7   is there anything that you're aware of in the medical

8   literature which supports your view that punches to

9   the head could never cause somebody to develop

10  neurogenic bladder?

11         MR. MACKEY:  Objection to form.

12         A.     Now you're pluralizing it.  You said

13  punched to the head before now you are saying

14  punches.  Certainly you could have multiple injuries

15  to the head based on punches that could cause

16  underlying brain damage.  That is a given.  I did not

17  see evidence of that in this case.

18         Q.     Okay.  So Mr. Raymond's allegation is

19  that he was repeatedly punched in the head and that

20  that's the mechanism of injury.  Would repeated

21  punches to the head in your view be a sufficient

22  force to cause somebody to develop neurogenic

23  bladder?

24         A.     No.  I can't say that, no.

25         Q.     So, you're making a distinction it

1  sounds like between -- and can you explain why that's

2  your opinion?  Because I thought you said before that

3  multiple impacts to the head could cause neurogenic

4  bladder.  Are you distinguishing between punches and

5  some other type of force?

6         A.    I'm drawing a distinction between the

7  evidence that is in this case.  And there is no

8  evidence based on the photographs that we saw after

9  Mr. Raymond was assaulted as he alleged of

10  significant head trauma.

11        Q.    Right.  So what -- my question is a

12  little different, Dr. Valvo.  My question is, are you

13  aware of anything in the medical literature that

14  supports the view -- well, withdrawn.

15              So, just to go back to Mr. Raymond.

16  Mr. Raymond, as I said, he claims that he was punched

17  in the head and the neck multiple times with a fist.

18  Is that force in your view sufficient to cause

19  neurogenic bladder?

20        A.    In this case, no, I cannot say that it

21  is.

22        Q.    Okay.  But what about in another case?

23  If somebody came to you and said I just got punched

24  in the head ten times and now I have neurogenic

25  bladder, is that something you think is possible?

1              MR. MACKEY:  Objection.

2        A.      Anything is possible, counselor, but

3   realistically, I do not see that.

4        Q.      Okay.  So have you ever treated

5   somebody who fell off a ladder who had a work-related

6   injury where they bumped or hit their head and they

7   developed neurogenic bladder?

8        A.      No.

9        Q.      What's the line in your mind between

10  you're ability as a urologist to analyze the kind of

11  forced mechanics that would be required to cause

12  neurogenic bladder?

13              MR. MACKEY:  Object to form.

14        A.      Because every person I see we have to

15  try to develop a mechanism of injury, what has caused

16  this to happen and what is the mechanism whereby

17  which this person has an objective problem.  And I

18  have not been illuminated by any of the experts to

19  date as to what that mechanism of injury is.

20        Q.      So what did cause Mr. Raymond to

21  develop the neurogenic bladder?

22        A.      I do not know.

23        Q.      And so in your practice have you had

24  other patients where they developed a neurogenic

25  bladder and it was severe enough that they required

1    bladder augmentation surgery but you were never able

2    to determine the precipitating event that caused the

3    neurogenic bladder to develop?

4         A.    Yes.

5         Q.    And how common is that?

6         A.    It's quite common.  We see patients of

7    all different ages and causes, and more often than

8    not it's an elderly patient that may be on multiple

9    medications or having some obstructive uropathology.

10        Q.    Have you ever seen a 32-year-old

11   patient or patient in their late twenties or early

12   30s spontaneously develop neurogenic bladder that you

13   couldn't identify any causation for?

14              MR. MACKEY:  Object to form.

15        A.    Yes.

16        Q.    You have seen that?

17        A.    Yes.

18        Q.    And is that common?

19        A.    No.

20        Q.    It's uncommon, correct?

21        A.    Yes.

22        Q.    So, what about the picture of

23   Mr. Raymond that you mentioned did you find to be

24   insufficient to show that he had sustained an injury

25   substantial enough to cause neurogenic bladder?

1           A.      Could you repeat that question, please?

2           Q.      Sure.   I believe you mentioned that you

3    saw some photographs of Mr. Raymond that were taken

4    after he was reported being assaulted; is that

5    correct?

6           A.      Yes.

7           Q.      And you said that looking at those

8    photographs was part of the reason that you felt that

9    the force that had been applied to his head wasn't

10   sufficient to cause neurogenic bladder.   Did I

11   understand your testimony?

12          A.      That's correct, yes.

13          Q.      And so my question was, what about

14   those photographs that you saw made you conclude that

15   the incident with the litigation had been

16   insufficient to trigger neurogenic bladder?

17          A.      For one, he appeared to be steady at

18   gait.   Number two, he had some minor abrasions on

19   the, I believe it was the left orbit, some scratching

20   on his upper torso.   As I said, he was standing

21   erect, holding up a sign and I believe a little bit

22   of a smile.   So it did not appear to be obtunded in

23   any way.

24          Q.      I'm sorry, what was the word you used?

25          A.      Obtunded.

1      Q.      What does that mean?

2      A.      Down on the ground writhing in pain,

3  inability to move extremities.

4      Q.      Okay.  Have you ever worked on a case

5  involving people who were injured in a prison before?

6      A.      Not to my recollection.

7              MR. MACKEY:  Katie, with that question

8  maybe just to clarify, has he ever worked as an

9  expert in the case or has he ever had any patients

10  that were injured in a prison?  I don't know if Dr.

11  Valvo or even if you're able to clarify that.

12      Q.      Sure, Dr. Valvo your counsel made a

13  good point.  Have you ever served as an expert in a

14  case where somebody who was injured in a prison?

15      A.      No.

16      Q.      And have you treated people in your

17  practice who were injured in a prison?

18      A.      Not to my recollection, no.

19      Q.      One moment, Dr. Valvo.  Just give me

20  one second.

21              Okay.  So, for a young person like

22  Mr. Raymond who at the time this happened was 28

23  years old who develops neurogenic bladder in this

24  sequence of events, can you explain at all how you

25  approach understanding why the neurogenic bladder has

1    come about in this apparently spontaneous way?

2                    MR. MACKEY:  Objection to form.

3        A.      Well, a good history and physical ought

4    to be able to discern a most likely cause, may not

5    prove it unequivocally, but it may help understand

6    what caused it.

7        Q.      And do you have a view about what the

8    most likely cause is in this case even if you don't

9    have a view of certainty or definitiveness?

10                    MR. MACKEY:  I'll object to form.

11       A.      Well, I think if we go to a medical

12   history report where Mr. Raymond was being evaluated

13   for seizures -- and this was at the Upstate Medical

14   Center -- in the end, I believe it was July 30, 2017,

15   where in the medical report Mr. Raymond admitted to

16   using illicit drugs, including marijuana.  And so

17   that might be an etiology as to what might have been

18   going on.

19       Q.      So, the idea is that the neurogenic

20   bladder developed subsequent to or because of his use

21   of illicit drugs?  Is that -- am I understanding

22   that?

23       A.      That is a cause that was listed in a

24   previous discussion as one of several options.  Of

25   course, if that were the case, one would want to

1    counsel the patient on discontinuing that habit.

2        Q.    Have you seen any information in the

3    record that suggests that Mr. Raymond was using

4    illicit drugs when he was in prison in 2016?

5        A.    That -- I'm pointing to that history

6    and physical that was obtained at Upstate Medical and

7    that was an admission by Mr. Raymond to the

8    physician.

9        Q.    Sure.  And assuming the correctness of

10    that and that Mr. Raymond did have a history of drug

11    use dating back prior to 2016 for several years,

12    would it be typical to see a several-year delay

13    following somebody's use of drugs to their

14    development of the neurogenic bladder?

15        A.    The sentence reads "is using illicit

16    drugs" not used.

17        Q.    Are you aware of any medical literature

18    or treatises or expert sources that would discuss the

19    development of a neurogenic bladder as a result of

20    illegal substance abuse?

21        A.    Well, there are several.  Medications

22    play a very big part in our control of urinary -- of

23    voiding symptoms.  And you name the drug and you can

24    come up with an act on the nerve system and in fact

25    can cause with chronic use neurogenic type bladder.

1          Q.     And is marijuana one of those drugs?

2          A.     Marijuana is one of several.

3          Q.     I see.  So is it your most likely cause

4     here, you know, as a doctor with the years of

5     experience that you do have, is that Mr. Raymond

6     developed his neurogenic bladder as a result taking

7     marijuana?

8                 MR. MACKEY:  Object to form.

9          A.     That is a cause, just as the others.  I

10    can't tell you for certain.

11         Q.     Sure.  Right.  We're trying to look for

12    the most likely cause for this illness, obviously.

13    And you listed in your report, you listed -- well,

14    let's go through it.

15                So Mr. Raymond did not have any

16    evidence that he suffered a stroke, correct?

17         A.     That's correct.

18         Q.     And he did not -- he does not have

19    Parkinson's disease; is that correct?

20         A.     As far as I know, no.

21         Q.     And he doesn't have multiple sclerosis,

22    correct?

23         A.     Correct.

24         Q.     And he -- there is no evidence in the

25    record that you reviewed that he has a spinal cord

1    injury; is that correct?

2          A.      That's correct.

3          Q.      He didn't undergo spinal surgery,

4    correct?

5          A.      Correct.

6          Q.      He doesn't have a central nervous

7    system tumor that's in the record that we know of,

8    correct?

9          A.      Correct.

10         Q.      I'm going to set aside trauma because

11   we've already talked about that and we have a

12   disagreement on that one.

13              And so you write medications along with

14   alcohol and drug abuse.  So is that in your view the

15   most likely explanations out of the ones you offered

16   for Mr. Raymond's neurogenic bladder?

17              MR. MACKEY:  Object to form.

18         A.      I think by process of elimination, that

19   is a leading candidate.

20         Q.      Okay.  And with respect to trauma, you

21   said forceful impact to the cranium or multiple blows

22   or multiple -- I don't want to say the wrong thing --

23   multiple impact?  I'm not sure if that's what your

24   words were, but that's another cause of neurogenic

25   bladder but you ruled that out here because you don't

1    think the force was sufficient, correct?

2         A.      That is correct.  And evidence for that

3    is an electroencephalogram obtained on 7/21/16.

4         Q.      And what does that -- go ahead, please.

5         A.      That is a normal EEG.  Had there been

6    significant brain trauma, that would invariably have

7    caused an abnormality in the EEG report.

8         Q.      Would you agree that people who suffer

9    TBIs often have normal EEGs?

10        A.      No, not that fresh.  This was just a

11   week after.

12        Q.      A week after what?

13        A.      The alleged incident.

14        Q.      What's the date of the EEG you're

15   referencing?

16        A.      I'm sorry, you're correct.  I'm sorry.

17   I misspoke.  That is in July 21st.  The injury took

18   place in September.

19        Q.      Okay.  So that's 10 months later,

20   right?

21        A.      Yeah.

22        Q.      So is it possible -- first of all, let

23   me ask you this Dr. Valvo:  The issues we're talking

24   about regarding injuries to the brain would seem to

25   me as a layperson to be more in the expertise of a

1    neurologist.  Would you agree with that?

2          A.      No.

3          Q.      So the symptoms of a TBI, how soon they

4    would show up on a brain scan or an EEG, that in your

5    view is not the province of an expert neurologist as

6    opposed to an expert urologist?

7          A.      We don't have any objective evidence.

8          Q.      Right.  I'm saying the area of

9    expertise in general where one studies the cause of

10   TBI, the evidence on brain scans, is that something

11   that is within the province of expertise of a

12   neurologist or a urologist?

13         A.      I think probably a neurologist would be

14   appropriate to answer that.

15         Q.      So your view that about the possible

16   emergence of symptoms of a TBI and when they would be

17   reflected, that's really something that a neurologist

18   is best positioned to opine on, would you agree?

19         A.      That would be an appropriate opinion,

20   yes.

21         Q.      Okay.  Now, in your view if somebody

22   has a neurogenic bladder that's caused by the abuse

23   of alcohol and drugs, when does it usually develop in

24   relationship to the use of those substances?  Is it

25   at the same time?  Is it later?  How would you

1  characterize that?

2          A.      Highly variable depending upon the

3  quantity, the drug that's ingested.  It can happen

4  within an evening of an alcohol bingeing or it can

5  happen over a chronic time period.

6          Q.      So somebody could binge on alcohol to

7  such a degree in one evening that they would develop

8  a neurogenic bladder that might end up requiring a

9  bladder augmentation surgery; is that your belief?

10         A.      No, I didn't say requiring surgery.

11         Q.      Okay.

12         A.      He could develop a neurogenic bladder.

13         Q.      Okay.  So I guess in this case like for

14 the degree of severity of this neurogenic bladder

15 that ended up requiring this bladder augmentation

16 surgery, what's the duration of the substance abuse

17 that you would expect to see for that to result?

18         A.      That can happen over months or years.

19         Q.      Okay.  How does your analysis in this

20 case of the fact that you believe that being struck

21 in the head several times or repeatedly with a fist

22 was insufficient force to cause the neurogenic

23 bladder, how is that impacted by the fact that

24 Mr. Raymond had a prior history of TBI and epileptic

25 seizures?

1          A.     It is not.  We have no underlying

2     organic pathology of his brain.  There may be some

3     electrophysiological issues with seizure activity,

4     but there is no demonstrable objective finding that

5     would determine either from CAT scan or MRI to show

6     any underlying brain disease.  The structures that

7     control voiding are in the deep part of the brain

8     stem and are cushioned from blows such as he got

9     from -- with normal brain matter and a very hard

10    skull.

11         Q.     Is this -- is what you just testified

12    to, is that within your area of expertise as a

13    urologist or is that more of the area of expertise of

14    a neurologist?

15         A.     When I look back at neurogenic bladder

16    to try to come up with a cause, I think I can make a

17    weighted decision on that.

18         Q.     Fair enough.  And so with respect to

19    somebody who is neurologically compromised and has a

20    prior history of TBI and has a prior history of

21    seizure, how does that impact your analysis about

22    what the level of force to the brain would be to

23    cause somebody to develop neurogenic bladder sequela?

24         A.     Well, I don't think it's additive or

25    cumulative.  I think an injury is such that it can

1   happen or not.

2          Q.     Okay.  Are you familiar with the fact

3   that people who suffer from a history of traumatic

4   brain injury are more vulnerable to subsequent

5   traumatic brain injury?

6          A.     Well, do we have good evidence for that

7   here?  Is it well-documented?

8          Q.     I'm not asking you about this case.

9   I'm asking you in general.  Are you aware of the fact

10  that if somebody has a prior history of traumatic

11  brain injury, it makes them more vulnerable to

12  suffering additional traumatic brain injury?

13         A.     Yes.

14         Q.     That's a well-recognized medical

15  principle, right?

16         A.     Yes.

17         Q.     And are you aware that Mr. Raymond does

18  have a documented history of TBI from a work-related

19  injury in 2014?

20         A.     I'm unsure of the documentation.

21         Q.     So, in your view that the substance

22  abuse explanation is the most likely one here for

23  Mr. Raymond's neurogenic bladder, did any of the

24  records that you reviewed support that assessment?

25                MR. MACKEY:  I'll object.

1    Mischaracterizes previous testimony.

2                    Go ahead.

3                    MS. ROSENFELD:  Well, that's important,

4    so we should get it correct.

5        Q.    Am I correct that using the process of

6    elimination that we just discussed in your -- of the

7    possible causes in your report, that it's your view

8    that the substance abuse explanation for the cause of

9    this neurogenic bladder is the most likely

10   explanation of the available ones?

11                   MR. MACKEY:  Object to form.

12                   THE WITNESS:  May I answer?

13                   MR. MACKEY:  Yes.

14       Q.    Yes.

15       A.    Yes, and we have to simply look at his

16   medical history form to document that.

17       Q.    And so then just going back to the

18   question I asked, is there anywhere that you saw in

19   the records that you reviewed where any other doctors

20   endorsed the view that the substance abuse that you

21   noted, the marijuana use, was the cause of the

22   neurogenic bladder?

23       A.    No, but that was by Mr. Raymond's

24   admission.  He said he uses it.

25       Q.    I understand.  Accepting that

1    Mr. Raymond -- that it's reported that he said he

2    used marijuana, I'm asking did you see in any of the

3    records that you reviewed another physician reached

4    the conclusion that the neurogenic bladder had been

5    caused by substance abuse?

6         A.    No.

7         Q.    You're the only doctor that has that

8    view that you've reviewed of the records before us?

9         A.    That would be the case, yes.

10        Q.    Okay.

11              MS. ROSENFELD:  Can we just take a

12    five-minute break, please?

13              MR. MACKEY:  Sure.

14              MS. ROSENFELD:  Thank you.  Thank you,

15    Dr. Valvo.

16              (Recess taken.)

17    BY MS. ROSENFELD:

18        Q.    Dr. Valvo, I just want to clarify that

19    with respect to your opinion about the causation of

20    the neurogenic bladder by substance abuse as a likely

21    or the likely explanation, are you talking about this

22    is based on the report of active marijuana use in

23    July 2017; is that correct?

24        A.    The report indicates using illicit

25    drugs including marijuana.  So I have no reason to

1  believe it's confined to marijuana.

2          Q.      Okay.  Any other reference or

3  information about substance abuse that causes you to

4  form this opinion in addition to that July 2019

5  record that you've pointed to?

6          A.      No.

7              MR. MACKEY:  Katie, I think you said

8  2019.  I think you mean --

9              MS. ROSENFELD:  I'm sorry.

10         Q.      Other than the July 2017 record that

11 you pointed to from Upstate?

12         A.      No.

13         Q.      Okay.  So, we're going to turn to the

14 section of your report which is at the end of the

15 second paragraph on page 2 where you write "What I

16 mean to say is that light trauma to the head should

17 not result in neurogenic bladder."

18             What do you mean that it should not

19 result in neurogenic bladder?  Does that it mean it

20 cannot result in neurogenic bladder or that it's not

21 typical that it would?

22         A.      Not typical.

23         Q.      So, is it your opinion that while it's

24 not typical that light trauma as you define it would

25 result in neurogenic bladder, you can't rule it out

1     as a cause of neurogenic bladder?

2            A.       I think you can and I would say, once

3     again, boxers do not demonstrate light trauma.  And

4     you would expect if this was a significant repeatable

5     exercise, they would all have neurogenic bladder.

6     And I've never seen one, so I cannot say in this case

7     that the trauma was sufficient enough to induce a

8     brain injury that resulted in neurogenic bladder.

9     That's basically what I'm saying.

10           Q.       I understand your opinion.  I'm just

11    focused on this language in your report about "light

12    trauma should not result in neurogenic bladder".  And

13    so really what you mean here is that light trauma

14    cannot result in neurogenic bladder; is that fair to

15    say?

16           A.       Yes, I would say that.

17           Q.       Okay.  I just want to look at the

18    pictures that you referenced.

19                    MS. ROSENFELD:  I'm going to show these

20    pictures and I'm going to mark them.  And, Pat, I'll

21    circulate the marked copies of these afterwards for

22    clarity.  But I'm going to mark as Valvo Exhibit 3

23    these documents that are Bates stamped 1540 to 1544.

24                    (Valvo Exhibit 3, documents, Bates

25             stamped 001540 to 001544, were deemed marked

1              for identification.)

2              MR. MACKEY:  You're putting it up on

3    the screen, Katie?

4              MS. ROSENFELD:  Yeah.  Yeah.  Exactly.

5    BY MS. ROSENFELD:

6         Q.    Dr. Valvo, can you see the photograph

7    that's in front of you?

8         A.    Yes, I can.

9         Q.    Okay.  So this is a photograph taken of

10   Mr. Raymond at 5:15 p.m. on 9/14/2016 and at a page

11   marked -- Bates stamped 1540.

12             So is this one of the photos that

13   you're referencing that you reviewed?

14        A.    Yes.

15        Q.    Okay.  And you reviewed all of these

16   photos that we're looking at?

17        A.    Yes.

18        Q.    Okay.  And this is your -- the photo to

19   now on page 1543, this is the image where I believe

20   you described the left -- I'm not sure what word you

21   used, some injury to the left side of the face?

22        A.    Orbit.  It's an orbital abrasion.

23        Q.    Okay.  And is that --

24        A.    Yes.

25        Q.    The orbital abrasion is kind of to --

1    in the photograph to the left of the ear?

2         A.    Yes.

3         Q.    And does Mr. Raymond's eye appear to be

4    shut, his left eye?

5         A.    It does, yes.

6         Q.    Okay.  Now, what's your understanding

7    of what time the incident, underlying incident

8    occurred?

9         A.    I can't tell you for certain.  It was,

10   I believe, sometime earlier in the afternoon.

11        Q.    Okay.

12        A.    Earlier afternoon or morning, I can't

13   recall.

14        Q.    Okay.  So this is -- this photograph

15   obviously was taken after the incident.  So are you

16   aware that Mr. Raymond testified that after he was

17   assaulted, the officers cleaned his face before

18   taking his photograph?

19        A.    I believe I saw that in his testimony,

20   yes.

21        Q.    And which of these photos -- and I'll

22   go slowly -- which of these photos is the one where

23   you think that Mr. Raymond is smiling?

24        A.    I did not know Mr. Raymond before.  He

25   looks like he's got kind of a general smirk, if you

Case 9:18-cv-01467-GTS-MJK    Document 174-9    Filed 10/06/23    Page 61 of 94

60

1  will.  It appeared to me that he was.  That may be

2  his normal countenance.  That's what it appears to.

3  But you can clearly see he's standing erect, his

4  posture looks perfect.

5      Q.    So which picture is it that you think

6  that he's smirking in?

7      A.    This one here with the swollen eye.

8  But, again, that may just be his normal facial

9  countenance.  I've never seen him before.  I don't

10 know what he looked like before or after, but to me

11 it looked like there is a small smirk on his face,

12 that's all.  That's my impression.

13     Q.    Meaning that you think in this photo he

14 looks like something is funny?  I just want to

15 understand your testimony.

16     A.    That he's smiling.  That he's smiling.

17     Q.    Okay.  You understand that --

18 withdrawn.

19           Okay.  So you interpret these photos as

20 showing Mr. Raymond to be slightly smiling; is that

21 correct?

22     A.    That's my impression.  That's what I

23 see.

24     Q.    Okay.  Did that factor into your

25 opinion about the incident here?

New York          Hudson Court Reporting & Video          New Jersey
212-273-9911            1-800-310-1769            732-906-2078

1          A.      None whatsoever.

2          Q.      So I just want to direct your attention

3    now to your report at page 2, to the last sentence of

4    the large second paragraph, please.

5          A.      Yes.

6          Q.      You concluded "Review of the medical

7    records from 9/13/16 and 9/14/16 indicated that

8    Mr. Raymond did in fact experience grand mal seizures

9    on both these days.  The seizures were followed by

10   aggressive agitation, confusion with combative

11   behavior, undoubtedly had to be restrained by the

12   guards for his own self-protection, but I do not

13   believe there was significant brain injury caused

14   from an external force that caused this individual to

15   develop a neurogenic bladder."

16              Did I read that correctly?

17         A.      Yes, you did.

18         Q.      Okay.  So your view is that whatever --

19   that the seizures he had on 9/13 and 9/14 did not

20   cause him to develop neurogenic bladder; is that fair

21   to say?

22         A.      Yes, I believe so.

23         Q.      And so, for example, the seizure he had

24   on the 13th, you know, he reported after that he had

25   tenderness to the neck, do you think that that was a

1  symptom at that point that he had neurogenic bladder?

2        A.      No.

3        Q.      Okay.  You talk in your report at

4  several different points that neurogenic bladder is a

5  condition that develops over a length of time and is

6  not an acute event.  What is the length of time that

7  you believe that neurogenic bladder generally

8  develops over?

9        A.      Well, it can develop in an acute event.

10 It can develop either, really.  I've seen patients

11 who are insignificant have significant spinal injury,

12 i.e. motor vehicle accident, and have a neurogenic

13 bladder the next day.  And many times it's more of a

14 chronic causation.

15       Q.      So, I'm looking at paragraph 2 of your

16 report.  I think this appears actually a couple times

17 but in paragraph 2 of your report.  You say "Absence:

18 I'm reading in the middle of the second large

19 paragraph, "Absence of sudden and severe trauma to

20 the head, neck, spinal cord, a neurogenic bladder is

21 a condition that develops over a length of time and

22 is not an acute event."

23              So, I guess just to make sure I'm

24 understanding, so you're saying that if you have a

25 sudden and severe trauma to the head, neck, spinal

1  cord, one could develop neurogenic bladder as an

2  acute event with your example being, for example, a

3  motor vehicle accident?

4          A.      In my experience, that is the case.

5          Q.      Okay.  And then I think I'm

6  understanding this to say that neurogenic bladder can

7  also be a condition that develops over a length of

8  time in other manifestations; is that correct?

9          A.      That is correct.

10          Q.      Okay.  And then it says "Once again,

11  generally associated with a head injury that is of

12  significant nature to affect other neurologic

13  structures and not a light hick" -- H-I-C-K -- "to

14  the head."  Is that just a typo and it should say

15  hit, H-I-T?

16          A.      Yes.

17          Q.      Okay.  When you say "other neurologic

18  structures," what do you mean?

19          A.      Remember, the control for voiding

20  function is at the brain stem located deep in the

21  base of the skull.  I do not know of any mechanism,

22  external force that can solicit out just the brain

23  stem and leave the rest of the brain matter intact.

24  So there has to be a concomitant injury with other

25  brain functions manifested such as paralysis,

1    inability to speak, some other neurologic symptoms

2    other than a discrete neurogenic bladder.

3         Q.    So and this is at paragraph 1 you're

4    listing that in order to have a head injury

5    sufficient to cause neurogenic bladder, you would

6    also in addition to the fact of force to the head,

7    you would want to see gait disturbance, difficulty

8    with voluntary movements of the lower extremities,

9    memory loss, aphasia and assorted other injuries

10   depending on the full extent of the trauma; is that

11   what you're referring to?

12        A.    Some or all, yeah.

13        Q.    What is aphagia, A-P-H-A-G-I-A?

14        A.    It's the inability to provide -- to

15   talk, to give -- make a sentence, have a thought

16   process and communicated verbally.

17        Q.    And you reviewed Dr. Leitch's report

18   and Dr. Leitch concluded, as you know, that

19   Mr. Raymond displayed other symptoms of neurologic

20   deficits including confusion, memory problems, sleep

21   problems, increased seizure activity, other things of

22   that nature.  Would those in your mind be other

23   neurologic impairments that would go along with the

24   neurogenic bladder finding?

25        A.    Not necessarily.  And I believe some of

1    those existed prior to the incident.

2         Q.      Right.  And so, for example, would you

3    see increased seizure activity as a sign of a

4    neurological impairment following a TBI that's

5    consistent with neurogenic bladder?

6         A.      Again, independent of neurogenic

7    bladder but more consistent with a head injury.

8         Q.      Did you have a chance to read Dr.

9    Valvo's report in this case?  I'm sorry, Dr. Vapnek's

10    report in this case?  I believe you said that was

11    sort of No. 20 on your list.

12         A.      Yes, I did.

13         Q.      Okay.  Do you have Dr. Vapnek's report

14    available to you, Dr. Valvo?

15         A.      Yes, I do.

16         Q.      Okay.  Great.  So let's mark that it as

17    Exhibit 4, Valvo 4, Dr. Vapnek's report.

18              (Valvo Exhibit 4, report of Jonathan M.

19              Vapnek, M.D. dated December 15, 2021, was

20              deemed marked for identification.)

21         Q.      So if you can please turn, Dr. Valvo,

22    to page 3.

23         A.      Yes.

24         Q.      So, you'll see it says "Defense urology

25    expert".  Do you see that on the bottom paragraph?

1          A.      Yes.  Yes.  Yes.

2          Q.      If you wouldn't mind just reading to

3   yourself just to save our court reporter that

4   paragraph down to the end of the report again and

5   then just let me know when you've had a chance to do

6   that, please?

7          A.      Yeah, I have.

8          Q.      Okay.  So what would you say are your

9   primary areas of disagreement with Dr. Vapnek's

10  conclusions after reviewing this section of his

11  report?

12         A.      Well, I think he believes that this

13  condition can arise spontaneously, de novo, if you

14  will.  I do not believe -- I do not agree with him

15  that there was sufficient injury to the brain to

16  cause a neurogenic bladder.  I'm of the opinion that

17  if there had been significant brain injury, this

18  condition would have manifested itself much closer to

19  the alleged incident than four months later.  That's

20  where we disagree.

21         Q.      Can you just point to me to where he

22  says it can occur spontaneously?  I believe you had

23  said that.  I'm just not finding it quickly.

24         A.      He believes "the severe dysfunction

25  clearly began after the September 14th assault".

1          Q.      Okay.  And, well, you agree with that,

2    right?

3          A.      But it's implied here that it happened

4    right away.

5          Q.      Okay.  But -- well, I'm not sure where

6    you get that but just to make a clear record, you

7    agree that the voiding dysfunction began after the

8    September 14, 2016 event, correct?

9          A.      I agree with that, yes.

10          Q.      Okay.  And let's go back to the

11    first -- to the first paragraph -- the last paragraph

12    of page 3, please.

13          A.      Yes.

14          Q.      Do you agree with Dr. Vapnek that

15    "given the complexity of brain function, especially

16    in patients with a prior history of traumatic brain

17    injury that brain lesions can lead to bladder and

18    sphincter dysfunction that led to urinary retention

19    rather than urinary urge incontinence"?

20          A.      So the question was, are you asking do

21    I agree or disagree with him?

22          Q.      Yes.

23          A.      Yes, I agree it could cause issues, no

24    question about it.

25          Q.      And do you agree that "a subtle lesion

1    at that level could lead to urinary retention rather

2    than detrusor overactivity with urge incontinence?

3         A.    A subtle lesion, yes.

4         Q.    Okay.  And do you agree that with his

5    statement that "Mr. Raymond developed multiple issues

6    consistent with TBI such as headaches, difficulty

7    with concentration and marked cognitive dysfunction"?

8         A.    I do not have a basis for that.

9         Q.    Okay.

10        A.    Objectively.

11        Q.    Okay.  Do you agree that "the

12   urodynamic study of November 2017 demonstrated a

13   small capacity bladder without demonstrable detrusor

14   overactivity"?

15        A.    Yes.

16        Q.    And do you agree that "a non-relaxing

17   external sphincter due to CNS dysfunction can lead to

18   detrusor acontractility and urinary retention"?

19        A.    Yes.

20        Q.    Okay.  And do you agree with his view

21   that "a more subtle brain injury could become

22   clinically apparent over a longer period of time"?

23        A.    Yes.

24        Q.    And do you agree with his conclusion

25   that given that he was incarcerated, it's more likely

69

1  that early signs of voiding dysfunction were missed,

2  leading to his presentation at the emergency room in

3  urinary retention four months following the injury?

4           MR. MACKEY:  Object to form.

5       A.    That's a possibility but I'm unaware of

6  his surroundings.

7       Q.    Okay.  You're unaware of his

8  surroundings, meaning you're unaware that Mr. Raymond

9  was incarcerated when he was injured?

10      A.    No, I know he was incarcerated but I

11  don't know how things work in the jail system.

12      Q.    Okay.  Okay.  And do you agree that you

13  offer no alternative explanation for Mr. Raymond's

14  severe voiding dysfunction that clearly began after

15  the September 14, 2016 assault?

16          MR. MACKEY:  Object to form.

17      A.    Yes.  Yes.

18      Q.    Do you agree with that?

19      A.    Yep.  Yes.

20      Q.    And do you agree that Mr. Raymond can

21  no longer void on his own?

22      A.    Yes.

23      Q.    And do you agree that his damages are

24  permanent?

25          MR. MACKEY:  Object to form.

1         A.    Yes.

2         Q.    And do you agree that he'll need close

3    urologic monitoring for life because of the

4    complications -- substantial complication rate

5    associated with major reconstructive surgery?

6         A.    Yes.

7         Q.    Okay.  And I'm almost done, Dr. Valvo.

8    Thank you.  And my last couple of questions are, I

9    just want to really make sure that I understand the

10   basis for your opinion about the most likely cause

11   that you can identify as being a substance abuse

12   triggered neurogenic bladder.  That is based on the

13   July 2017 Upstate medical record showing that he

14   admitted using substances, correct?

15        A.    Yes.

16        Q.    Is there any other evidence in the

17   record that you're thinking of when you come to that

18   conclusion that it's the most likely explanation for

19   the neurogenic bladder?

20             MR. MACKEY:  I'll object.  Asked and

21   answered.

22        A.    That and the absence of any significant

23   trauma.

24        Q.    Okay.  And the opinion that he didn't

25   suffer significant trauma is based on the photographs

1    that we reviewed which we talked about and what else

2    is it based on?

3         A.    The lack of any objectivity, i.e.

4    imaging scans or a neurologic evaluation after the

5    alleged incident.

6         Q.    And the neurologic evaluation that Dr.

7    Leitch conducted you believe is insufficient because

8    it's so far away in time from the event?

9         A.    Yes.

10        Q.    Do you think that her evaluation is

11   unreliable in any other way or is it just your

12   opinion that it's just remote in time?

13        A.    It's my opinion that it's too far from

14   the original incident, that it's too remote.

15        Q.    Okay.  But otherwise you don't have any

16   issues with the neurologic exam that she conducted in

17   terms of its thoroughness or what she did?

18        A.    I do not.

19        Q.    Okay.  So, the photographs, the lack of

20   imaging, and the lack of a close neurologic exam,

21   those are the main evidence that you say support your

22   view that there was insufficient trauma to cause the

23   neurogenic bladder; is that correct?

24        A.    Yes.

25        Q.    Anything else that you didn't tell me

1    about that you relied on to make that opinion?

2         A.    No.

3         Q.    Okay.  We can just sit here in silence

4    for one minute.  I won't even go off camera, but I

5    just want to look at my notes.  Okay?

6         A.    Sure.

7              (Pause in the proceedings.)

8              MS. ROSENFELD:  Okay.  I don't have any

9    more questions now, Dr. Valvo.  Thank you very much

10   for your time.

11             THE WITNESS:  Have a nice day.  Thank

12   you.

13             THE COURT REPORTER:  Mr. Mackey, do you

14   wish to purchase a copy of this transcript?

15             MR. MACKEY:  I think Katie is --

16             MS. ROSENFELD:  We're providing a copy

17   of the transcript to them.

18             (Witness excused.)

19             (Time noted:  10:56 a.m.)

20

21

22

23

24

25

1        C E R T I F I C A T E.

2   STATE OF NEW YORK    )

3                      :ss.

4   COUNTY OF NEW YORK   )

5

6           I, CELESTE A. GALBO, a Registered

7   Professional Reporter, Register Merit Reporter and

8   Notary Public of the State of New York and State of

9   New Jersey, do hereby certify:

10          THAT JOHN VALVO, M.D., the witness

11  whose deposition is hereinbefore set forth, was

12  remotely duly sworn by me and that such deposition is

13  a true record of the testimony given by the witness.

14          I further certify that I am not related

15  to any of the parties to this action by blood or

16  marriage, and that I am in no way interested in the

17  outcome of this matter.

18          IN WITNESS WHEREOF, I have hereunto set

19  my hand this 18th day of March 2022.

20

21

22  _____

23  CELESTE A. GALBO, RPR, RMR

24              DEPOSITION ERRATA SHEET

25  Case Caption:

1

2          DECLARATION UNDER PENALTY OF PERJURY

3

4          I declare under penalty of perjury that I have

5    read the entire transcript of my Deposition taken in

6    the captioned matter or the same has been read to me,

7    and the same is true and accurate, save and except

8    for changes and/or corrections, if any, as indicated

9    by me on the DEPOSITION ERRATA SHEET hereof, with the

10   understanding that I offer these changes as if still

11   under oath.

12                  _____

13               JOHN VALVO, M.D.

14   Subscribed and sworn to on the ____day of _____,

15   20__ before me.

16

17   _____

18   Notary Public,

19   In and for the State of New York

20   _____

21

22

23

24

25

```
 1              DEPOSITION ERRATA SHEET

 2   Page No.___Line No.___Change to:_____

 3   _____

 4   Reason for change:_____

 5   Page No.___Line No.___Change to:_____

 6   _____

 7   Reason for change:_____

 8   Page No.___Line No.___Change to:_____

 9   _____

10   Reason for change:_____

11   Page No.___Line No.___Change to:_____

12   _____

13   Reason for change:_____

14   Page No.___Line No.___Change to:_____

15   _____

16   Reason for change:_____

17   Page No.___Line No.___Change to:_____

18   _____

19   Reason for change:_____

20   Page No.___Line No.___Change to:_____

21   _____

22   Reason for change:_____

23   Page No.___Line No.___Change to:_____

24   _____

25   Reason for change:_____
```

**A**

A-P-H-A-... 64:13
a.m 1:24 72:19
ABADY 2:3
abdomen 28:3 31:11 32:21 33:12
abdominal 36:4
ability 31:22 41:10
able 20:21 24:9 42:1 44:11 45:4
abnormality 49:7
above-en... 1:20
abrasion 58:22,25
abrasions 43:18
absence 39:2 62:17,19 70:22
abuse 36:19 46:20 48:14 50:22 51:16 53:22 54:8 54:20 55:5 55:20 56:3 70:11
academic 14:13
acceptable 5:25
Accepting 54:25
access 33:2
accident 11:18 12:5 62:12 63:3
accidents

37:24
accurate 74:7
acknowledge 4:4,7
acontrac... 68:18
act 31:23 46:24
action 73:15
active 55:22
activity 52:3 64:21 65:3
acute 62:6,9 62:22 63:2
addition 56:4 64:6
additional 53:12
additive 52:24
address 4:21
adjacent 37:10
administ... 4:7
admission 46:7 54:24
admitted 45:15 70:14
affairs 15:18 16:2
affect 63:12
affiliation 13:13,17
affixed 30:3 32:7
afternoon 59:10,12
age 31:19
ages 42:7
aggressive 61:10
agitation 61:10
ago 11:15 13:19 16:25

24:19
agree 4:17 4:20 30:8 49:8 50:1 50:18 66:14 67:1 67:7,9,14 67:21,23 67:25 68:4 68:11,16 68:20,24 69:12,18 69:20,23 70:2
agreement 4:13,14
ahead 12:16 21:2 32:18 49:4 54:2
AIMEE 1:14
alcohol 36:19 48:14 50:23 51:4 51:6
allegation 39:18
alleged 40:9 49:13 66:19 71:5
allow 28:18 33:1
alternative 69:13
ameliorate 35:19
amount 27:3 27:5
amounted 15:3
analysis 51:19 52:21
analyze 41:10
anatomy 31:24
and/or 74:8
answer 5:24 24:14

50:14 54:12
answered 21:1 70:21
answers 5:19 6:3
aphagia 64:13
aphasia 64:9
apparent 68:22
apparently 45:1
appear 43:22 59:3
APPEARANCES 2:1
appeared 43:17 60:1
appears 60:2 62:16
applied 43:9
Appointment 13:8
approach 44:25
appropriate 30:14,22 35:24 50:14,19
approximate 32:8
approxim... 5:12 9:16 11:8,9,14 36:13
area 27:2 30:23 50:8 52:12,13
areas 66:9
arose 20:23
arrangement 4:11
articles 16:20
aside 48:10
asked 9:12 18:2 20:25 54:18 70:20

asking 10:9 10:10 24:23 26:21 36:2 53:8,9 55:2 67:20
assault 66:25 69:15
assaulted 19:7 40:9 43:4 59:17
assessment 53:24
assigned 14:14
Assistant 2:19
assisting 14:21,24
associate 13:10,25 14:8 15:1
associated 34:25 39:2 63:11 70:5
Associates 28:24 30:9
assorted 64:9
assume 21:23
assuming 46:9
assumption 11:12
ATB 1:2
attach 33:7
attached 3:18
attaches 33:4
attention 61:2
attorney 2:19 18:2
attorneys 2:8,15 4:3
Auburn 1:7,8 1:9,10,11 1:12,13,14

1:15
augmenta...
28:9 29:11
29:19
30:24 35:6
35:22 36:3
42:1 51:9
51:15
augmented
34:17,22
authority
17:8
available
30:11
54:10
65:14
Avenue 2:4
2:11 4:22
avoid 28:19
aware 17:22
19:8 26:7
28:7 39:7
40:13
46:17 53:9
53:17
59:16

**B**

B 3:8
back 32:23
40:15
46:11
52:15
54:17
67:10
bag 31:10,16
32:3
base 63:21
based 15:16
18:11 20:5
27:18
30:14,22
38:18
39:15 40:8
55:22
70:12,25
71:2
basically
12:22
13:14

14:20
15:22 32:5
32:19 57:9
basis 16:7
38:21 68:8
70:10
Bates 3:13
57:23,24
58:11
Bauersfeld
1:12 2:16
began 19:17
21:3 66:25
67:7 69:14
beginning
31:2 36:1
behalf 4:18
9:22 10:1
behavior
61:11
belief 51:9
believe 8:7
10:6 11:7
11:11,25
12:12
18:15,22
18:22
19:19
23:23
24:10 25:6
27:25
29:10
30:13 38:1
43:2,19,21
45:14
51:20 56:1
58:19
59:10,19
61:13,22
62:7 64:25
65:10
66:14,22
71:7
believes
66:12,24
best 5:18
6:2 22:19
30:7 33:23
50:18
better 35:17

big 46:22
binge 51:6
bingeing
51:4
bit 21:10
31:5,13
35:17
43:21
bladder
12:11
18:17,20
19:18 20:3
20:8,12,21
20:23
24:10,21
25:1,11,16
25:19,20
25:21 26:3
26:9,18,20
27:1,4,6,9
27:17,20
27:23 28:2
28:3,8
29:11,19
29:24 30:1
30:17,19
32:6,7,9
32:22,22
33:2,5,9
34:6,17,22
34:23 35:6
35:16,22
36:3,10,15
36:21 37:7
37:13,21
38:4,9,16
39:1,10,23
40:4,19,25
41:7,12,21
41:25 42:1
42:3,12,25
43:10,16
44:23,25
45:20
46:14,19
46:25 47:6
48:16,25
50:22 51:8
51:9,12,14
51:15,23

52:15,23
53:23 54:9
54:22 55:4
55:20
56:17,19
56:20,25
57:1,5,8
57:12,14
61:15,20
62:1,4,7
62:13,20
63:1,6
64:2,5,24
65:5,7
66:16
67:17
68:13
70:12,19
71:23
bladders
38:12
blood 27:11
73:15
blows 48:21
52:8
board 8:2,3
8:5 17:8
17:14
Bodkin 29:12
Bodkin's
29:15
body 32:4
33:13 35:3
37:3 38:9
BONNIE 2:18
bonnie.l...
2:22
bottom 65:25
bowel 32:6,7
32:10
boxers 38:12
57:3
brain 36:24
37:10,14
37:15,18
39:16 49:6
49:24 50:4
50:10 52:2
52:6,7,9
52:22 53:4

53:5,11,12
57:8 61:13
63:20,22
63:23,25
66:15,17
67:15,16
67:17
68:21
break 5:22
5:24 55:12
Brian 1:12
1:13 2:16
2:16
BRINCKER...
2:3
bringing
10:2
brings 33:5
Buffalo 2:12
bumped 41:6
burning 27:8
business
4:21 32:24

**C**

C 73:1,1
call 20:22
called 31:10
CAMBRIA 2:10
camera 72:4
Canada 15:16
Canandaigua
11:24
cancelled
7:25
candidate
48:19
capacity
32:8 68:13
Caption
73:25
captioned
74:6
care 14:22
career 9:11
9:15 11:8
carry 32:15
case 5:7,16
10:16
18:23 20:6

32:6 37:25
38:11 39:6
39:17 40:7
40:20,22
44:4,9,14
45:8,25
51:13,20
53:8 55:9
57:6 63:4
65:9,10
73:25
**cases** 9:13
9:22 10:1
10:4,17,20
10:22 11:9
12:10 18:3
34:9 37:12
**CAT** 52:5
**catheter**
27:25
28:15
29:21,21
32:15,15
32:19,23
33:4,8,9
34:10
**catheter...**
28:17 31:8
**catheter...**
19:5 25:8
27:22
33:25
**catheter...**
31:4
**catheterize**
28:19,20
31:6,23
32:16 34:8
34:10
35:14
**catheter...**
29:25
**causation**
42:13
55:19
62:14
**cause** 27:19
36:15,20
38:4,9,16
38:25 39:9

39:15,22
40:3,18
41:11,20
42:25
43:10 45:4
45:8,23
46:25 47:3
47:9,12
48:24 50:9
51:22
52:16,23
54:8,21
57:1 61:20
64:5 66:16
67:23
70:10
71:22
**caused** 20:2
28:12
41:15 42:2
45:6 49:7
50:22 55:5
61:13,14
**causes** 20:18
35:13 42:7
54:7 56:3
**causing**
37:17
**cc's** 25:20
27:5
**Celeste** 1:21
4:2 7:18
23:12 73:6
73:23
**CELLI** 2:3
**center** 8:9
8:13,17,20
9:6 15:6,9
25:5,14
26:16
45:14
**central**
36:18 48:6
**certain** 13:4
47:10 59:9
**Certainly**
39:14
**certainty**
45:9
**certific...**

8:2
**certified**
1:21 4:2
8:3,5
**certify** 73:9
73:14
**chance** 65:8
66:5
**change** 75:2
75:4,5,7,8
75:10,11
75:13,14
75:16,17
75:19,20
75:22,23
75:25
**changed**
34:12
**changes** 74:8
74:10
**characte...**
51:1
**Charles** 1:7
2:15
**chronic**
46:25 51:5
62:14
**circulate**
57:21
**City** 2:19
**Civ** 1:2
**claims** 40:16
**clarify** 10:7
14:10 44:8
44:11
55:18
**clarity**
57:22
**cleaned**
59:17
**clear** 26:2
38:14 67:6
**clearly** 60:3
66:25
69:14
**client** 19:7
**clinical**
13:10,25
14:7 15:1
**clinically**

68:22
**close** 3:18
70:2 71:20
**closer** 66:18
**clothing**
33:19
**CNS** 68:17
**cocktail**
32:13
**cognitive**
68:7
**colleagues**
14:14
**combative**
61:10
**come** 14:11
45:1 46:24
52:16
70:17
**comes** 32:20
**coming** 14:18
**commencing**
1:24
**common** 42:5
42:6,18
**communic...**
64:16
**company**
15:16,18
**completed**
8:22,24
**complexity**
67:15
**complica...**
70:4
**complica...**
70:4
**compromised**
52:19
**compromises**
35:3
**concentr...**
68:7
**concerned**
29:17
**conclude**
43:14
**concluded**
61:6 64:18
**conclusion**

24:24 55:4
68:24
70:18
**conclusions**
66:10
**concomitant**
63:24
**condition**
19:23
20:17,21
24:11
25:10
28:11
29:18 62:5
62:21 63:7
66:13,18
**conditions**
18:14
19:14 35:2
36:14
**conduct** 5:8
**conducted**
71:7,16
**conduit**
31:10
**confined**
56:1
**confusion**
61:10
64:20
**connection**
15:20
**connects**
33:5
**consent** 4:10
**conseque...**
12:7
**conserva...**
35:16
**considered**
35:7
**consistent**
26:9 65:5
65:7 68:6
**constructed**
33:2
**consult**
10:11
**consultant**
16:5

consulta...
15:22 16:6
19:4 30:5
consulting
16:9
context 36:8
continence
31:8
continent
28:16
continues
19:23
continuous
31:9
continuo...
31:12
32:11
control
35:18
46:22 52:7
63:19
convicted
17:16
copies 57:21
copy 17:5
21:12,19
22:8,16
72:14,16
cord 36:17
36:24 37:8
47:25
62:20 63:1
correct 5:20
7:5 8:8
12:1 14:2
14:5,6
15:2,18,19
16:13
19:14,15
19:24 22:5
23:24
25:11 28:9
33:3,6
34:1,3
38:5,17,20
42:20 43:5
43:12
47:16,17
47:19,22
47:23 48:1

48:2,4,5,8
48:9 49:1
49:2,16
54:4,5
55:23
60:21 63:8
63:9 67:8
70:14
71:23
Correction
1:8,9,10
1:15 25:4
Correcti...
1:7,8,9,10
1:11,12,12
1:13,13,14
1:15
corrections
23:22 74:8
Correcti...
26:13
correctly
26:10
38:10
61:16
correctness
46:9
cosmetic
31:13 36:9
counsel 4:10
4:15 44:12
46:1
counselor
41:2
countenance
60:2,9
COUNTY 73:4
couple 62:16
70:8
course 9:11
9:14 30:8
45:25
court 1:1,21
1:25 4:1,2
6:4 10:5
11:1,4,10
11:14,22
11:24,25
17:10,23
18:2 66:3

72:13
cover 33:18
covered
16:20
cranium
37:16,19
48:21
created
34:17
credentials
12:22
crimes 17:17
cumulative
52:25
currently
13:11
15:11
cushioned
52:8
CV 16:18
_____
          D
D 1:11 2:16
D-Y-S-U-...
25:15
daily 16:7
damage 39:16
damages
69:23
Danforth
29:5 34:17
date 19:8,9
20:22
21:10 26:2
26:2,8
41:19
49:14
dated 3:10
3:12,15
6:24 23:15
65:19
dating 46:11
day 62:13
72:11
73:19
74:14
days 61:9
de 66:13
deal 28:15
Deborah 1:14

2:16
December
3:15 65:19
decided 30:6
decision
30:14
52:17
decisions
17:22
DECLARATION
74:2
declare 4:8
74:4
decompre...
33:9
deemed 6:24
23:15
57:25
65:20
deep 52:7
63:20
defendants
1:16 2:15
4:19 9:22
defense
11:20
65:24
deficits
64:20
define 56:24
defined
30:19
definition
36:25
definiti...
45:9
defuncti...
30:2
degree 13:13
31:7 51:7
51:14
degrees
13:15
Delaware
2:11
delay 46:12
delivered
36:22
demonstr...
52:4 68:13

demonstrate
57:3
demonstr...
25:19
68:12
demonstr...
12:22
denied 27:25
Dentistry
13:10
Department
23:22 25:4
26:13
depending
51:2 64:10
deposed 5:9
deposition
1:5 3:18
4:4,5,6
5:8 6:9,14
7:8,12
10:10 17:5
18:4 24:20
73:11,12
73:24 74:5
74:9 75:1
describe
16:18
27:18
described
20:3 58:20
DESCRIPTION
3:9
designee
34:8
determine
42:2 52:5
detrusor
68:2,13,18
develop 20:2
37:13 38:4
38:9,25
39:9,22
41:15,21
42:3,12
50:23 51:7
51:12
52:23
61:15,20
62:9,10

63:1
**developed**
18:20 20:7
31:9 37:7
37:21 41:7
41:24
45:20 47:6
68:5
**development**
15:23 35:1
46:14,19
**develops**
44:23 62:5
62:8,21
63:7
**devised**
35:19
**diagnosed**
26:17
**diagnosis**
24:17
25:18
27:18
**diagnostic**
25:17
**diameter**
33:15
**different**
30:4 35:13
40:12 42:7
62:4
**difficulty**
19:3 26:25
28:15
29:20 64:7
68:6
**direct** 61:2
**directly**
8:25
**director**
13:1,5
15:6,9
**disagree**
66:20
67:21
**disagree...**
48:12 66:9
**discern** 45:4
**disciplined**
17:7

**disconti...**
46:1
**discrete**
64:2
**discuss**
46:18
**discussed**
54:6
**discussion**
45:24
**disease**
31:20
36:16
47:19 52:6
**displayed**
64:19
**distended**
25:1,11,20
27:23
**distinction**
39:25 40:6
**distingu...**
40:4
**DISTRICT** 1:1
1:1
**disturbance**
64:7
**diversion**
28:16 31:9
**diversions**
30:4
**doctor** 35:20
47:4 55:7
**doctors**
54:19
**document**
7:14 23:8
54:16
**document...**
39:3 53:20
**documented**
53:18
**documents**
3:13,21
6:8 7:4,7
7:10 57:23
57:24
**DOE** 1:15
**doing** 9:8
**dozen** 5:13

**Dr** 1:14 2:16
3:10 5:3,9
6:8,23
7:13,20
17:6 18:11
20:11 21:2
21:12,19
22:3,4,11
23:7,17,18
24:8 29:5
29:12,15
33:21
34:17
36:11
40:12
44:10,12
44:19
49:23
55:15,18
58:6 64:17
64:18 65:8
65:9,13,14
65:17,21
66:9 67:14
70:7 71:6
72:9
**drain** 28:3
32:11,12
**drainage**
28:18 30:3
**drained**
32:22
**drains** 31:12
**drawing** 40:6
**drug** 36:19
46:10,23
48:14 51:3
**drugs** 45:16
45:21 46:4
46:13,16
47:1 50:23
55:25
**due** 68:17
**duly** 4:23
73:12
**duration**
51:16
**duties** 15:20
**dysfunction**
66:24 67:7

67:18 68:7
68:17 69:1
69:14
**dysuria**
25:14

------- **E** -------

**E** 3:8 73:1,1
**ear** 59:1
**earlier** 21:8
59:10,12
**earliest**
18:21,25
20:14 21:5
**early** 16:21
20:3,20
21:9 24:22
25:14
26:19
42:11 69:1
**easier** 21:25
22:11
**easiest**
22:20
**easily** 31:4
34:13
**EEG** 49:5,7
49:14 50:4
**EEGs** 49:9
**effort** 31:7
**either** 19:19
36:23 52:5
62:10
**elderly** 42:8
**elected**
31:13
**electroe...**
49:3
**electron...**
3:17
**electrop...**
52:3
**elimination**
48:18 54:6
**email** 21:19
21:20,21
22:12,16
**emerged**
21:11
**emergence**

50:16
**emergency**
14:21 69:2
**EMERY** 2:3
**employment**
8:16 9:4
**empty** 29:23
30:2,16
**encounter**
26:1
**ended** 30:17
51:15
**endorsed**
54:20
**engage** 33:24
**entire** 9:14
11:8 74:5
**entry** 24:2,6
**environment**
14:13
**epileptic**
51:24
**erect** 43:21
60:3
**ERRATA** 73:24
74:9 75:1
**especially**
67:15
**ESQ** 2:3,11
2:18
**essentially**
38:7
**ethical**
17:14
**etiology**
28:6 45:17
**evacuation**
27:2
**evaluated**
45:12
**evaluation**
71:4,6,10
**evening** 51:4
51:7
**event** 42:2
62:6,9,22
63:2 67:8
71:8
**events** 44:24
**evidence**

18:21,25
20:14 21:5
28:5 39:17
40:7,8
47:16,24
49:2 50:7
50:10 53:6
70:16
71:21
**exactly** 32:2
32:4 36:2
58:4
**exam** 71:16
71:20
**EXAMINATION**
5:1
**examined**
4:23 17:23
24:16
**example**
34:25
61:23 63:2
63:2 65:2
**Excellent**
7:2
**excuse** 8:23
10:15
32:13
**excused**
72:18
**executive**
15:5,9
**exercise**
57:5
**exhaust**
35:21
**exhibit** 3:9
3:10,12,13
3:15 6:13
6:23 19:17
23:13,14
57:22,24
65:17,18
**Exhibits**
3:17
**existed** 65:1
**expect** 34:16
51:17 57:4
**expectancy**
34:5 35:1

**expeditious**
22:22
**experience**
26:23 31:1
36:21 37:6
47:5 61:8
63:4
**experien...**
35:8
**expert** 9:9
9:12,15,18
9:21,25
10:8,16,20
10:23 11:7
11:19,21
12:9,14,18
17:11
21:13 44:9
44:13
46:18 50:5
50:6 65:25
**expertise**
30:15,23
49:25 50:9
50:11
52:12,13
**experts**
41:18
**explain**
12:25 32:1
40:1 44:24
**explanation**
20:7 53:22
54:8,10
55:21
69:13
70:18
**explanat...**
48:15
**exposed**
33:17
**extent** 64:10
**external**
31:16 32:3
37:3 61:14
63:22
68:17
**extreme** 36:3
**extremes**
36:1

**extremities**
44:3 64:8
**eye** 59:3,4
60:7

———————
**F**
———————
**F** 73:1
**face** 34:21
58:21
59:17
60:11
**facial** 60:8
**Facility** 1:7
1:8,9,10
1:11,12,13
1:14,15
**fact** 46:24
51:20,23
53:2,9
61:8 64:6
**factor** 60:24
**Faculty** 13:8
**failed** 28:5
**fair** 11:11
14:19 26:3
35:20
52:18
57:14
61:20
**familiar**
5:14 28:22
53:2
**far** 29:17
47:20 71:8
71:13
**fashion** 32:6
**fashioned**
28:17
32:10
**federal** 10:4
18:1
**fell** 41:5
**fellowship**
8:23
**felt** 43:8
**field** 16:15
29:8,16
**filed** 10:4
**find** 12:14
21:15

42:23
**finding** 27:3
52:4 64:24
66:23
**findings**
17:23
**fine** 5:4,23
29:10,17
**firm** 9:19
**first** 7:2
18:10
20:22 24:1
24:10,21
25:9 36:12
49:22
67:11,11
**fist** 40:17
51:21
**fit** 30:6
31:10
**five** 11:5
**five-minute**
55:12
**focused**
57:11
**follow** 18:7
**followed**
61:9
**following**
23:19
36:16
46:13 65:4
69:3
**follows** 4:24
**force** 38:8
39:22 40:5
40:18 43:9
49:1 51:22
52:22
61:14
63:22 64:6
**forced** 41:11
**forceful**
37:16 38:3
48:21
**form** 12:15
20:9 26:4
27:21 30:3
34:2 35:23
39:11

41:13
42:14 45:2
45:10 47:8
48:17
54:11,16
56:4 69:4
69:16,25
**Former** 1:11
**forth** 73:11
**forward**
33:24
**found** 17:10
19:4 25:1
**four** 11:5
18:5 66:19
69:3
**fourth** 36:13
**fractured**
37:17,17
**frame** 19:21
**fresh** 49:10
**front** 6:13
6:14,17,18
21:13 23:8
58:7
**full** 64:10
**fullness**
27:1
**function**
34:1,6
63:20
67:15
**functions**
63:25
**funny** 60:14
**further** 4:6
28:4 73:14

———————
**G**
———————
**GAIL** 2:18
**gait** 43:18
64:7
**Galbo** 1:21
4:2 73:6
73:23
**Geer** 1:14
2:16 4:20
**general** 2:19
13:6 15:11
16:19,21

59:25
**generally**
5:14 26:22
26:25 62:7
63:11
**genitour...**
24:17
**getting** 23:1
**Giancola**
1:10 2:16
4:20
**give** 5:15
6:2 44:19
64:15
**given** 18:4
39:16
67:15
68:25
73:13
**GLS** 1:2
**go** 6:10 8:25
12:16,23
21:2 32:13
32:18,23
36:1 40:15
45:11
47:14 49:4
54:2 59:22
64:23
67:10 72:4
**goes** 32:21
**going** 5:17
22:7,21
23:17 24:3
33:23
45:18
48:10
54:17
56:13
57:19,20
57:22
**good** 4:1 5:3
5:4,5 22:1
31:22 36:9
44:13 45:3
53:6
**Graham** 1:11
2:16 4:20
**grand** 61:8
**great** 5:12

6:22 23:11
28:14
65:16
**greater** 24:9
**GREEN** 2:10
**groin** 27:13
**ground** 44:2
**guards** 61:12
**guess** 36:2
39:5 51:13
62:23
_____
**H**
**H** 3:8
**H-I-C-K**
63:13
**H-I-T** 63:15
**habit** 46:1
**half** 5:13
11:9
**hand** 73:19
**happen** 41:16
51:3,5,18
53:1
**happened**
20:16
44:22 67:3
**hard** 9:10
52:9
**Harold** 1:11
2:16
**Harte** 1:8
2:15 4:19
**he'll** 70:2
**head** 6:3
38:2,3,8
38:15,25
39:3,9,13
39:15,19
39:21 40:3
40:10,17
40:24 41:6
43:9 51:21
56:16
62:20,25
63:11,14
64:4,6
65:7
**headaches**
68:6

**heading** 24:2
**healthy**
31:22
**Hearing** 1:12
**held** 1:22
9:4 13:18
**help** 45:5
**hereinbe...**
73:11
**hereof** 74:9
**hereunto**
73:18
**hick** 63:13
**highlight**
13:4
**Highly** 51:2
**history** 45:3
45:12 46:5
46:10
51:24
52:20,20
53:3,10,18
54:16
67:16
**hit** 41:6
63:15
**hold** 8:2,15
13:11
15:12
**holding** 32:3
43:21
**honorary**
13:15 14:8
**HOPPINS** 1:14
**hospital**
12:21,25
13:2,2,6
14:20,23
15:11 26:1
**hospital...**
36:5
**hospitals**
13:14
**HUDSON** 1:25
_____
**I**
**i.e** 62:12
71:3
**idea** 22:1
45:19

**identifi...**
6:25 23:16
58:1 65:20
**identify**
42:13
70:11
**ileal** 31:10
**illegal**
46:20
**illicit**
45:16,21
46:4,15
55:24
**illness**
47:12
**illuminated**
41:18
**image** 58:19
**imaging** 71:4
71:20
**immediate**
27:23
**impact** 37:16
37:19,22
38:3 48:21
48:23
52:21
**impacted**
51:23
**impacts** 40:3
**impairment**
65:4
**impairments**
64:23
**implied** 67:3
**important**
54:3
**impression**
30:7 60:12
60:22
**inability**
25:12 44:3
64:1,14
**incarcer...**
68:25 69:9
69:10
**incident**
19:6 43:15
49:13 59:7
59:7,15

60:25 65:1
66:19 71:5
71:14
**include**
36:15
**including**
45:16
55:25
64:20
**incomplete**
27:2
**incontin...**
67:19 68:2
**increased**
64:21 65:3
**incredible**
32:25
**indefini...**
34:9
**independent**
65:6
**INDEX** 3:1
**indicate**
4:13 31:3
**indicated**
61:7 74:8
**indicates**
55:24
**individual**
61:14
**induce** 57:7
**indwelling**
34:11
**infirmary**
20:15
24:25 25:3
25:3,7
**information**
46:2 56:3
**ingested**
51:3
**injured** 44:5
44:10,14
44:17 69:9
**injuries**
12:6 39:2
39:14
49:24 64:9
**injury** 12:3
12:4 36:17

37:2,8,15
37:18 39:4
39:20 41:6
41:15,19
42:24 48:1
49:17
52:25 53:4
53:5,11,12
53:19 57:8
58:21
61:13
62:11
63:11,24
64:4 65:7
66:15,17
67:17
68:21 69:3
inpatient
36:5
inserted
34:11
inside 32:4
insignif...
62:11
institution
13:4 14:12
insuffic...
42:24
43:16
51:22 71:7
71:22
intact 63:23
interest
16:12
interested
73:16
intermit...
31:4 35:10
intermit...
29:25
31:22
32:12,16
35:14
interpret
60:19
interrupted
13:14
invariably
37:17 49:6
Invasive

15:10
involving
44:5
irritating
33:19
issue 12:10
23:5
issues 12:8
49:23 52:3
67:23 68:5
71:16
item 22:4
23:23

———— J ————
J 2:11
jail 69:11
January
19:20
25:25
Jersey 1:22
73:9
job 9:5
John 1:5,15
1:19 3:4
3:10 4:21
6:23 73:10
74:13
Jonathan
3:15 65:18
July 3:12
23:15
45:14
49:17
55:23 56:4
56:10
70:13

———— K ————
KATHERINE
2:3
Katie 4:16
5:5 44:7
56:7 58:3
72:15
keep 33:19
key 13:3
kind 17:13
30:24
31:16 35:2

36:20 37:5
37:19
41:10
58:25
59:25
know 5:7
10:5 11:23
12:17 19:6
21:7 24:15
24:18 29:2
29:4,5,6,6
29:9,12,14
29:16
30:23 35:1
35:2 36:5
41:22
44:10 47:4
47:20 48:7
59:24
60:10
61:24
63:21
64:18 66:5
69:10,11
knowledge
34:24
krosenfe...
2:6

———— L ————
lack 71:3,19
71:20
ladder 41:5
language
57:11
large 27:3,5
61:4 62:18
late 18:22
19:1,16,20
20:3 21:9
24:22
42:11
lawsuit 10:2
lawyers 5:6
10:11
12:13
layperson
32:2 49:25
lead 67:17
68:1,17

leading
48:19 69:2
learning
14:21
leave 63:23
led 67:18
left 34:11
43:19
58:20,21
59:1,4
legal 10:11
Leitch 3:12
23:9,15
64:18 71:7
Leitch's
21:12 22:5
23:18 24:8
64:17
length 62:5
62:6,21
63:7
lesion 67:25
68:3
lesions
67:17
let's 18:9
22:17 39:5
47:14
65:16
67:10
level 38:3
52:22 68:1
LEVY 2:18
license 7:24
licensed
7:19,22
lieu 4:7
Lieutenant
1:7
life 34:18
35:1 70:3
lifestyle
30:6,14,22
light 56:16
56:24 57:3
57:11,13
63:13
line 3:22
41:9 75:2
75:5,8,11

75:14,17
75:20,23
LIPSITZ 2:10
list 12:23
17:1 18:3
65:11
listed 7:3
7:11,15
12:17
16:17
18:12
45:23
47:13,13
listing 64:4
literature
39:6,8
40:13
46:17
litigation
9:9 43:15
little 20:19
21:10 23:5
24:19 31:5
31:13
32:20
35:17
40:12
43:21
LLP 2:3,10
locally
36:23
located
63:20
long 8:19
9:8 31:21
34:5,5,7
longer 68:22
69:21
look 22:11
24:13,24
33:14
47:11
52:15
54:15
57:17 72:5
looked 60:10
60:11
looking 6:21
13:7 23:21
36:12 43:7

```
58:16                major 70:5         60:13 69:8        64:22 66:2        necessarily
62:15                making 6:4         means 24:18       Minimally          64:25
looks 8:22            39:25             measures           15:10            neck 38:2
 8:24 36:13          mal 61:8            35:16            minor 43:18         40:17
 59:25 60:4          malpractice        mechanics         minute 72:4        61:25
 60:14                17:20              41:11            Mischara...         62:20,25
loss 64:9            man 31:12          mechanism          54:1             need 18:7
lot 38:12            managed             37:14            missed 69:1         24:13,15
lower 28:2            34:13              39:20            misspoke            24:15
 32:21 64:8          manifest...        41:15,16          49:17              28:19
                      63:8              41:19            Mitchell 1:7        29:21
        M            manifested          63:21            2:15 4:19          35:25 70:2
M 3:15 65:18          21:4 63:25        medical          modality           negative
M.D 1:5,20            66:18              14:17             35:11              17:24
 3:4,12,15           manner 4:12        15:14,15         moment 23:1        nerve 46:24
 4:21 23:9           March 1:23         15:18 16:2        44:19             nervous 12:7
 23:15                73:19             16:3 17:8        monitoring          36:18 48:6
 65:19               marijuana          17:19             70:3             neurogenic
 73:10                45:16 47:1        23:21 25:5       month 11:15         12:11
 74:13                47:2,7            25:7,14          months 49:19        18:17,20
MAAZEL 2:3            54:21 55:2        26:16 35:2        51:18              19:18 20:2
Mackey 2:11           55:22,25          36:14             66:19 69:3         20:7,12,21
 4:18,18             56:1               38:21,23         morning 4:1         20:23
 12:15 20:9          mark 6:13          39:5,6,7          5:3,4             24:10,21
 20:25                23:13             40:13             59:12              25:15,21
 21:22                57:20,22          45:11,13         motor 11:18         26:3,9,20
 22:10,15             65:16             45:15 46:6        12:4 37:23         27:9,17,20
 22:19,23            marked 3:18        46:17             62:12 63:3         30:19
 23:2 26:4            6:25 23:16        53:14            mouth 12:23         36:10,15
 26:21                57:21,25          54:16 61:6       move 24:3           36:21 37:7
 27:21                58:11             70:13             44:3               37:13,21
 30:12 34:2           65:20 68:7        medically        movements          38:4,9,12
 35:23               marriage           37:1              64:8               38:16 39:1
 39:11 41:1           73:16             medications      moving 12:6         39:10,22
 41:13               matter 1:20        36:18 42:9       MRI 52:5            40:3,19,24
 42:14 44:7           4:9 10:12         46:21            mucous 33:17        41:7,12,21
 45:2,10              11:16             48:13            multiple            41:24 42:3
 47:8 48:17           37:18 52:9       medicine          36:16              42:12,25
 53:25                63:23             7:20,24           39:14 40:3         43:10,16
 54:11,13             73:17 74:6        13:9 14:2         40:17 42:8         44:23,25
 55:13 56:7          Matthew 1:3       membrane          47:21              45:19
 58:2 69:4            5:7                33:17            48:21,22          46:14,19
 69:16,25            mean 12:25         memory 64:9       48:23 68:5        46:25 47:6
 70:20                14:9 22:15        64:20                               48:16,24
 72:13,15             37:4 44:1        mentioned              N             50:22 51:8
Mackey's              56:8,16,18        30:11            name 4:14          51:12,14
 9:19                 56:19             42:23 43:2        5:5 46:23         51:22
main 71:21            57:13            Merit 73:7         nature 12:2       52:15,23
maintains             63:18            middle 62:18       12:4 63:12        53:23 54:9
 31:22               meaning 33:1      mind 41:9          64:22             54:22 55:4
```

55:20
56:17,19
56:20,25
57:1,5,8
57:12,14
61:15,20
62:1,4,7
62:12,20
63:1,6
64:2,5,24
65:5,6
66:16
70:12,19
71:23
**neurologic**
63:12,17
64:1,19,23
71:4,6,16
71:20
**neurolog...**
65:4
**neurolog...**
52:19
**neurologist**
43:18
50:1,5,12
50:13,17
52:14
**never** 38:13
39:9 42:1
57:6 60:9
**new** 1:1,22
2:4,4,12
2:19,20
4:22 7:20
11:24
15:23
23:22 25:4
26:12
28:23 30:5
30:9 32:6
32:21 33:2
33:5 73:2
73:4,8,9
74:19
**nice** 72:11
**nods** 6:3
**noes** 6:4
**non-rela...**
68:16
**non-surg...**

35:21
**normal** 31:6
31:24 32:9
33:25 49:5
49:9 52:9
60:2,8
**NORTHERN** 1:1
**Notary** 1:22
4:23 73:8
74:18
**note** 28:8
34:15
**noted** 22:3
54:21
72:19
**notes** 72:5
**November**
68:12
**novo** 66:13
**number** 7:4
30:3 35:9
35:13
36:22
43:18
**nursing**
34:14

--- O ---

**O'Hora** 1:13
2:16
**oath** 4:7
5:19 74:11
**object** 20:9
20:25 26:4
27:21 34:2
35:23 37:3
41:13
42:14
45:10 47:8
48:17
53:25
54:11 69:4
69:16,25
70:20
**Objection**
12:15
30:12
39:11 41:1
45:2
**objections**

4:11
**objective**
18:21,25
21:5 41:17
50:7 52:4
**objectively**
27:3 68:10
**objectivity**
71:3
**objects** 37:3
**obstructive**
28:5 42:9
**obtained**
46:6 49:3
**obtunded**
43:22,25
**obviously**
33:11 36:7
47:12
59:15
**occur** 20:17
66:22
**occurred**
20:13 59:8
**October** 3:11
6:24 7:5
**offer** 69:13
74:10
**offered**
48:15
**office** 14:18
**Officer** 1:8
1:10,11,13
1:13,15
**officers**
59:17
**oftentimes**
35:11
**Okay** 6:16,20
7:2,7,16
7:19 9:14
10:7,25
12:20
13:17,20
14:4,7
15:5,25
16:14,17
17:4 18:1
18:9,24
19:11

21:17 22:1
22:7,23
23:7 24:1
24:13 25:9
25:13,23
25:25 26:6
27:5,8,15
29:3 34:20
36:11
38:14
39:18
40:22 41:4
44:4,21
48:20
49:19
50:21
51:11,13
51:19 53:2
55:10 56:2
56:13
57:17 58:9
58:15,18
58:23 59:6
59:11,14
60:17,19
60:24
61:18 62:3
63:5,10,17
65:13,16
66:8 67:1
67:5,10
68:4,9,11
68:20 69:7
69:12,12
70:7,24
71:15,19
72:3,5,8
**old** 34:16
44:23
**once** 57:2
63:10
**ones** 48:15
54:10
**open** 33:12
**opening** 33:1
33:8,13
**operating**
14:20
**operation**
36:6 37:9

**opine** 50:18
**opinion**
18:13,19
19:13 20:1
20:4 37:25
38:6,18
40:2 50:19
55:19 56:4
56:23
57:10
60:25
66:16
70:10,24
71:12,13
72:1
**opinions**
9:12 18:10
**opportun...**
13:4
**opposed**
27:24 30:1
30:25
34:22 50:6
**opt** 30:24
31:16
**options**
30:10 35:7
35:9,21
45:24
**orbit** 43:19
58:22
**orbital**
58:22,25
**order** 14:12
33:25 64:4
**organic** 52:2
**orifice** 31:7
**original**
34:23
71:14
**originally**
25:6 30:20
**ought** 45:3
**outcome**
33:23
73:17
**outside**
33:17
**overacti...**
68:2,14

oversight
  17:14
_____
        **P**
P-O-L-I-...
  15:8
**p.m** 58:10
**page** 3:3, 9
  3:22  7:3
  13:7  24:4
  24:5  36:12
  56:15
  58:10, 19
  61:3  65:22
  67:12  75:2
  75:5, 8, 11
  75:14, 17
  75:20, 23
**paid** 16:9
**pain** 27:13
  44:2
**pan** 33:18
**pandemic**
  13:22
**paragraph**
  36:13
  56:15  61:4
  62:15, 17
  62:19  64:3
  65:25  66:4
  67:11, 11
**paralysis**
  39:3  63:25
**paraplegic**
  35:13
**Parkinson's**
  36:16
  47:19
**part** 8:13
  16:1, 5
  43:8  46:22
  52:7
**particip...**
  4:3
**particular**
  34:21
**parties** 4:10
  9:22  73:15
**parts** 32:7
**party** 32:14

**passes** 33:8
**Pat** 18:8
  21:18
  57:20
**pathology**
  52:2
**patient**
  24:16  31:5
  32:11  34:7
  34:8, 9
  35:25  42:8
  42:11, 11
  46:1
**patient's**
  30:14, 22
**patients**
  8:12  13:5
  16:1, 4
  26:18, 24
  30:24
  31:15
  33:17  35:4
  35:12  37:6
  37:13, 20
  38:19
  41:24  42:6
  44:9  62:10
  67:16
**Patrick** 2:11
  4:18
**Pause** 72:7
**payable** 16:8
**pelvis** 36:23
  37:9, 17
**penalty** 4:9
  74:2, 4
**pending** 5:24
**penis** 28:21
**people** 44:5
  44:16  49:8
  53:3
**percent** 16:4
**perfect** 60:4
**perform**
  33:20
  35:22
**period** 34:12
  51:5  68:22
**periodic**
  16:6

**periodic...**
  28:19
**perjury** 4:10
  74:2, 4
**permanent**
  69:24
**Perry** 33:18
**person** 4:8
  10:1  12:10
  41:14, 17
  44:21
**person's**
  12:2
**personally**
  29:6
**Phillips** 1:9
  2:15  4:19
**photo** 58:18
  60:13
**photograph**
  58:6, 9
  59:1, 14, 18
**photographs**
  40:8  43:3
  43:8, 14
  70:25
  71:19
**photos** 58:12
  58:16
  59:21, 22
  60:19
**physical**
  45:3  46:6
**physically**
  4:4
**physician**
  8:8, 16  9:5
  46:8  55:3
**physician's**
  30:15, 23
**physicians**
  13:3  30:5
**picture**
  42:22  60:5
**pictures**
  57:18, 20
**piece** 16:24
**pitfalls**
  36:7
**place** 49:18

**placed** 28:2
**placements**
  14:18
**placing**
  32:20
**plaintiff**
  1:4  2:8
  5:6  10:1
  11:19, 21
  12:5
**plaintiff's**
  4:15
**planning**
  21:23
**play** 46:22
**please** 4:13
  14:10
  15:14  17:5
  21:14  43:1
  49:4  55:12
  61:4  65:21
  66:6  67:12
**pluralizing**
  39:12
**pmackey@...**
  2:14
**pocket** 32:23
**point** 18:2
  22:13
  29:22
  30:17
  44:13  62:1
  66:21
**pointed** 56:5
  56:11
**pointing**
  46:5
**points** 22:14
  62:4
**Pollisseni**
  15:7, 8, 9
**portion**
  23:20
**positioned**
  50:18
**positions**
  8:15, 16
  9:5  13:3
**positive**
  17:24

**possession**
  17:2
**possibility**
  69:5
**possible**
  21:19
  40:25  41:2
  49:22
  50:15  54:7
**posture** 60:4
**potentially**
  34:18
**pouch** 28:17
  31:8, 23
  32:2, 12, 16
  34:9
**practice**
  7:19, 24
  8:9, 12, 19
  9:1  14:17
  16:2, 22
  28:22, 25
  29:13  35:4
  38:19
  41:23
  44:17
**precedent**
  20:18
**precipit...**
  42:2
**precise**
  21:10
**prepare** 6:9
  7:5, 11
**present** 2:17
  4:5  14:3
**presenta...**
  26:16  69:2
**pressing**
  35:15
**pretty** 15:3
**previous**
  45:24  54:1
**previously**
  22:4
**primary** 66:9
**principle**
  53:15
**prior** 26:6
  46:11

```
51:24              province           ┌──────────────┐   41:3               49:15
52:20,20           50:5,11            │      R       │   really 50:17       58:13
53:10 65:1         Public 1:22        └──────────────┘   57:13            referring
67:16                4:23 73:8       R 73:1              62:10 70:9         19:2 25:3
prison 44:5          74:18           R.N 1:14            reason 43:8        25:24
  44:10,14         publicat...       range 30:10          55:25 75:4       64:11
  44:17 46:4         16:19 17:1      rate 70:4            75:7,10,13      reflected
private 8:9          17:6            Raymond 1:3          75:16,19         50:17
  9:1 38:19        published           5:7 18:10          75:22,25       regarding
probably             16:15,24          18:13,16         rebuttal           15:22
  9:11 11:5        pull 6:20           18:20              7:13             49:24
  16:25              21:13,20          19:13 20:2       recall 10:24     Register
  21:22            punched 38:2        20:7,12,24         19:20            73:7
  50:13              38:8,15,24        24:11             59:13           Registered
problem 21:6         39:13,19          27:15 28:7       received           73:6
  27:20              40:16,23          29:20              3:17 17:13     related 12:7
  41:17            punches 39:8        30:16              27:17            73:14
problems             39:14,15          31:20            receiving        relation...
  35:5,19            39:21 40:4        33:24              31:3             50:24
  64:20,21         purchase            34:16,20         receptacle       relied 72:1
procedure            72:14             40:9,15,16         32:17          relief 27:23
  31:16            purse 32:23         41:20            Recess 55:16     Remember
procedures         pursued             42:23 43:3      recollec...        63:19
  14:24              30:10             44:22              12:12 44:6     remote 1:23
proceedings        put 18:6            45:12,15          44:18            2:1 71:12
  72:7               20:22             46:3,7,10       reconstr...         71:14
process              21:23 26:2        47:5,15           34:6 70:5      remotely 4:6
  33:25              28:1 32:23        51:24            record 4:14       73:12
  48:18 54:5       putting 58:2        53:17 55:1        7:18 18:7      removable
  64:16                                58:10             38:14,21        33:18
professi...        ┌──────────────┐   59:16,23          38:23 39:6     remove 32:7
  16:11 73:7       │      Q       │   59:24              46:3 47:25     removed
professor          └──────────────┘   60:20 61:8        48:7 56:5        14:15
  13:10 14:1       quantity            64:19 68:5        56:10 67:6      33:10
  14:8 15:1          51:3              69:8,20           70:13,17      rendered
prognosis          question         Raymond's           73:13          34:10
  31:18              10:13             23:21 38:1      records 6:18    repeat 43:1
program 13:5         18:10             39:18             18:11 20:6    repeatable
progress             24:14             48:16             23:19,21       57:4
  31:20              40:11,12          53:23             24:23        repeated
proper 14:13         43:1,13           54:23 59:3        26:13          39:20
prove 45:5           44:7 54:18        69:13             27:19 31:3   repeatedly
provide 9:12         67:20,24       reached 55:3         53:24          38:2 39:19
  14:13 18:3       questions        read 22:18           54:19 55:3     51:21
  31:7 36:8          5:18,24          38:22,24          55:8 61:7    report 3:10
  64:14              22:9 70:8         61:16 65:8      reference         3:12,15
provided             72:9              74:5,6           56:2            6:12,14,19
  17:3             quick 5:15       reading           referenced        6:23 7:3,5
providing          quickly            62:18 66:2        57:18           7:13 10:10
  72:16              66:23          reads 46:15       referencing        18:13
                   quite 34:13      realisti...
                     42:6
```

21:13,20
22:3,5,8
23:14,18
23:20,24
24:4,5
25:11
26:19 28:8
34:15
36:11,12
45:12,15
47:13 49:7
54:7 55:22
55:24
56:14
57:11 61:3
62:3,16,17
64:17 65:9
65:10,13
65:17,18
66:4,11
**reported**
24:11,21
26:8 27:16
43:4 55:1
61:24
**reporter**
1:21 3:18
4:1,2 6:4
66:3 72:13
73:7,7
**reporting**
1:25 4:6
4:12
**reports** 19:7
38:1
**reputation**
29:8,15
**REQ** 17:4
18:1
**request** 3:21
17:4
**required**
19:5 28:12
29:19
41:11,25
**requires**
36:5
**requiring**
51:8,10,15
**rescinded**

13:16
**residency**
8:25 9:1
**resident**
16:22
**residents**
14:11,15
14:18,24
**respect**
48:20
52:18
55:19
**respond** 5:18
**rest** 34:18
63:23
**restrained**
61:11
**result** 34:21
37:21
46:19 47:6
51:17
56:17,19
56:20,25
57:12,14
**resulted**
57:8
**resume** 13:8
**retention**
19:5 25:19
26:17
27:17 35:8
67:18 68:1
68:18 69:3
**reveal** 28:5
**review** 6:9
7:10 20:5
26:12
27:19 61:6
**reviewed** 7:4
7:8,13
18:12 22:4
23:19,23
47:25
53:24
54:19 55:3
55:8 58:13
58:15
64:17 71:1
**reviewing**
66:10

**revoked** 7:25
**Ridgeway**
4:22
**right** 6:21
26:13 32:3
40:11
47:11
49:20 50:8
53:15 65:2
67:2,4
**rise** 38:3
**risks** 34:21
**RMR** 73:23
**robotic** 13:1
13:5 15:10
15:15,23
15:23
**Rochester**
4:22 13:6
13:9 14:1
15:10
**role** 15:5,21
**room** 4:5
14:21,21
69:2
**Rosenfeld**
2:3 3:4
4:16,16
5:2,6 7:17
17:4 18:6
21:18,25
22:2,25
23:4,6,12
26:23 54:3
55:11,14
55:17 56:9
57:19 58:4
58:5 72:8
72:16
**RPR** 73:23
**rule** 56:25
**ruled** 48:25

---
**S**
---
**S** 3:8
**sanctions**
17:14
**sanitary**
33:14
**sat** 10:10

**save** 66:3
74:7
**saw** 40:8
43:3,14
54:18
59:19
**saying** 39:13
50:8 57:9
62:24
**says** 13:8
15:17
23:18,19
36:14
63:10
65:24
66:22
**scan** 25:19
26:18 50:4
52:5
**scans** 50:10
71:4
**SCHIME** 2:10
**School** 13:9
14:1
**sclerosis**
36:17
47:21
**scope** 16:21
**scoping** 28:4
**scratching**
43:19
**screen** 21:23
22:8,12,14
22:24 23:2
23:8 58:3
**scroll** 23:17
24:3
**se** 6:19
**second** 13:7
23:3 44:20
56:15 61:4
62:18
**section**
56:14
66:10
**see** 7:3 8:12
14:17 16:4
16:8,17
18:12
22:17 23:7

24:1,5
31:14
35:12 39:4
39:17 41:3
41:14 42:6
46:12 47:3
51:17 55:2
58:6 60:3
60:23 64:7
65:3,24,25
**seen** 25:6
26:18 37:6
37:12,20
38:12,13
38:20
42:10,16
46:2 57:6
60:9 62:10
**segments**
32:5,9
**seizure** 52:3
52:21
61:23
64:21 65:3
**seizures**
45:13
51:25 61:8
61:9,19
**self-cat...**
30:25
35:11
**self-pro...**
61:12
**senior** 15:17
16:2
**sent** 25:7
27:24
**sentence**
36:14
46:15 61:3
64:15
**separate**
39:5
**September**
18:14 19:8
19:12,16
49:18
66:25 67:8
69:15
**sequela**

52:23
**sequence**
44:24
**Sergeant** 1:9
**series** 5:17
**serious** 36:4
36:6
**serve** 10:16
10:19
**served** 9:15
9:18,21,25
10:8 11:7
12:9 44:13
**services**
12:18
**serving** 16:1
**set** 23:1
48:10
73:11,18
**several-...**
46:12
**severe** 41:25
62:19,25
66:24
69:14
**severity**
51:14
**shakes** 6:3
**SHEET** 73:24
74:9 75:1
**Sherry** 3:12
23:9,14
**short** 13:19
35:10
**shorter** 35:1
**show** 22:7
42:24 50:4
52:5 57:19
**showing**
60:20
70:13
**shut** 59:4
**side** 31:11
58:21
**sides** 18:8
**sign** 25:10
43:21 65:3
**significant**
12:6 20:17
37:2,18

39:3 40:10
49:6 57:4
61:13
62:11
63:12
66:17
70:22,25
**signs** 20:20
27:16 69:1
**silence** 72:3
**similar**
31:24
**simply** 33:9
34:11,12
54:15
**sit** 26:6
72:3
**skull** 37:18
52:10
63:21
**sleep** 64:20
**slightly**
60:20
**slowly** 59:22
**slowness**
27:1
**small** 16:5
33:18
60:11
68:13
**smile** 43:22
**smiling**
59:23
60:16,16
60:20
**smirk** 59:25
60:11
**smirking**
60:6
**software**
1:23
**solicit**
63:22
**somebody**
31:19 34:6
35:8 38:8
38:25 39:9
39:22
40:23 41:5
44:14

50:21 51:6
52:19,23
53:10
**somebody's**
46:13
**soon** 50:3
**sorry** 8:7
23:4 32:18
43:24
49:16,16
56:9 65:9
**sort** 20:19
24:4 33:13
35:7 65:11
**sounds** 40:1
**sources**
46:18
**South** 2:19
**speak** 64:1
**specializes**
29:11
**specific**
19:1 20:20
24:17
**specificity**
24:9
**spent** 16:1
**sphincter**
67:18
68:17
**spinal** 36:17
36:17,24
37:8 47:25
48:3 62:11
62:20,25
**spontaneous**
45:1
**spontane...**
20:13
42:12
66:13,22
**ss** 73:3
**stamped** 3:13
57:23,25
58:11
**standing**
43:20 60:3
**starting**
4:15
**state** 1:22

2:19 11:25
23:22 25:4
26:13 73:2
73:8,8
74:19
**statement**
68:5
**states** 1:1
7:22
**stating** 4:14
4:21
**stay** 33:13
**steady** 43:17
**stem** 52:8
63:20,23
**stepping**
23:2
**stoma** 32:20
32:25 33:5
**stomach** 33:1
**stop** 23:9
**stream** 27:1
**Street** 2:19
**stroke** 36:16
47:16
**struck** 12:5
51:20
**structures**
36:23 37:9
52:6 63:13
63:18
**studies** 50:9
**study** 68:12
**Subscribed**
74:14
**subsequent**
45:20 53:4
**substance**
46:20
51:16
53:21 54:8
54:20 55:5
55:20 56:3
70:11
**substances**
50:24
70:14
**substantial**
42:25 70:4
**subtle** 67:25

68:3,21
**sudden** 62:19
62:25
**sued** 9:23
17:19
**suffer** 19:13
19:23 49:8
53:3 70:25
**suffered**
12:6 47:16
**suffering**
12:11
53:12
**suffers**
20:12
**sufficient**
39:21
40:18
43:10 49:1
57:7 64:5
66:15
**suggestion**
31:25
**suggests**
46:3
**Suite** 2:11
2:19
**summary** 24:8
**Superint...**
1:11
**supervising**
14:25
**support**
53:24
71:21
**supports**
38:24 39:8
40:14
**suprapubic**
27:24 28:1
28:15
29:20,21
**sure** 6:12
9:10 11:6
19:11 43:2
44:12 46:9
47:11
48:23
55:13
58:20

70:9 72:6
**surgeries**
 35:18
**surgery** 13:2
 15:10 28:9
 28:12
 29:19
 30:18,25
 31:19
 33:20 35:6
 35:22 36:3
 36:4,17
 42:1 48:3
 51:9,10,16
 70:5
**surgical**
 15:23 37:4
 37:8
**surgically**
 28:17
**surround...**
 69:6,8
**suspended**
 7:25
**sustained**
 42:24
**swollen** 60:7
**sworn** 4:23
 73:12
 74:14
**symptom**
 20:23
 25:15,21
 26:3 27:9
 62:1
**symptoms**
 19:18
 21:11
 24:10,17
 24:21 26:8
 26:19
 27:16
 46:23 50:3
 50:16 64:1
 64:19
**Syracuse**
 2:20
**system** 12:7
 15:24 25:4
 28:18

36:18
 46:24 48:7
 69:11
**systems** 25:7

— **T** —

**T** 3:8 73:1,1
**take** 5:22,24
 32:5,22
 55:11
**taken** 1:20
 36:8 43:3
 55:16 58:9
 59:15 74:5
**talk** 18:9
 62:3 64:15
**talked** 48:11
 71:1
**talking**
 49:23
 55:21
**TBI** 50:3,10
 50:16
 51:24
 52:20
 53:18 65:4
 68:6
**TBIs** 49:9
**tech** 23:5
**tell** 13:20
 21:3,4
 47:10 59:9
 71:25
**ten** 9:16
 11:8 40:24
**tenderness**
 61:25
**Teresa** 29:5
**terminated**
 13:12
**terms** 16:19
 36:4 71:17
**test** 28:4
**testicular**
 27:13
**testified**
 4:24 10:25
 11:3,14
 12:3 24:23
 52:11

59:16
**testify** 11:9
 17:11
**testifying**
 11:17
**testimony**
 1:19 4:9
 17:23 18:4
 19:12
 26:10
 43:11 54:1
 59:19
 60:15
 73:13
**Thank** 6:7
 55:14,14
 70:8 72:9
 72:11
**thanks** 5:5
**therapeutic**
 36:10
**thing** 48:22
**things** 5:15
 64:21
 69:11
**think** 9:15
 18:8,25
 21:10
 22:13
 28:14 34:7
 35:24
 40:25
 45:11
 48:18 49:1
 50:13
 52:16,24
 52:25 56:7
 56:8 57:2
 59:23 60:5
 60:13
 61:25
 62:16 63:5
 66:12
 71:10
 72:15
**thinking**
 70:17
**Thomas** 1:8,8
 1:9,10
 2:15,15,15

2:15 4:19
**thorough...**
 71:17
**thought** 21:8
 24:20,22
 40:2 64:15
**thumb** 33:16
**time** 5:23
 10:10
 11:13 14:3
 16:5,23
 19:21 20:8
 20:15 21:5
 21:15
 33:12
 34:12
 44:22
 50:25 51:5
 59:7 62:5
 62:6,21
 63:8 68:22
 71:8,12
 72:10,19
**times** 5:12
 5:13 9:16
 10:8,9
 11:3,5,8
 40:17,24
 51:21
 62:13,16
**Titan** 15:14
 15:15 16:3
**title** 13:11
 13:18 14:9
 15:11 23:8
**titled** 8:9
 15:1
**titles** 14:14
 14:16
**today** 5:8,20
 6:9 7:8,12
 18:17
 19:23 26:7
**top** 21:21
 24:5
**torso** 43:20
**tough** 21:15
**tract** 37:10
**training**
 14:12

**transcript**
 1:19 3:18
 6:5 72:14
 72:17 74:5
**trauma** 36:18
 36:20,22
 36:25 37:4
 37:5,8,10
 37:13
 40:10
 48:10,20
 49:6 56:16
 56:24 57:3
 57:7,12,13
 62:19,25
 64:10
 70:23,25
 71:22
**traumatic**
 53:3,5,10
 53:12
 67:16
**treat** 25:17
**treated**
 37:20 41:4
 44:16
**treatises**
 46:18
**treatment**
 30:9 36:10
**trigger**
 43:16
**triggered**
 70:12
**Troy** 1:7
 2:15
**true** 73:13
 74:7
**try** 41:15
 52:16
**trying** 21:15
 47:11
**tube** 27:24
 28:1,2
**tumor** 48:7
**tumors** 36:18
**turn** 56:13
 65:21
**twenties**
 42:11

**two** 43:18
**type** 31:19
  40:5 46:25
**types** 30:4
**typical**
  46:12
  56:21,22
  56:24
**typically**
  26:19
**typo** 63:14

———————
U
———————
**um-hum** 6:4
**unable** 25:1
  29:23
  30:16
  34:10
**unaware** 69:5
  69:7,8
**uncomfor...**
  31:5
**uncommon**
  42:20
**undergo** 48:3
**underlying**
  39:16 52:1
  52:6 59:7
**understand**
  5:19 6:5
  10:12 11:6
  14:9 19:12
  21:17
  43:11 45:5
  54:25
  57:10
  60:15,17
  70:9
**understa...**
  20:16
  26:10
  38:10
  44:25
  45:21 59:6
  62:24 63:6
  74:10
**Understood**
  21:7
**underwent**
  28:8

**undoubtedly**
  61:11
**unequivo...**
  45:5
**UNITED** 1:1
**university**
  13:9,14
  14:1,15
  26:1
**unpleasa...**
  28:20
**unqualified**
  17:11
**unreliable**
  71:11
**unskilled**
  34:14
**unsure** 53:20
**update** 5:16
**upper** 43:20
**upstart**
  15:15
**Upstate** 25:5
  25:7,13
  26:1,16
  27:24
  45:13 46:6
  56:11
  70:13
**urethra**
  27:25 31:6
**urge** 67:19
  68:2
**urinary** 19:4
  25:18
  26:17
  27:16
  28:16 30:4
  31:9 35:8
  37:10
  46:22
  67:18,19
  68:1,18
  69:3
**urinate** 25:1
**urination**
  27:8
**urine** 25:20
  27:3,6,11
  31:11 32:3

  33:6
**urodynamic**
  28:4 68:12
**urologic**
  12:8 14:21
  16:1 18:14
  19:14 34:1
  70:3
**urologist**
  8:20 9:2
  10:12
  29:10
  41:10 50:6
  50:12
  52:13
**urology** 8:3
  8:4,6,9,10
  8:13,17,20
  8:25 9:6
  16:21
  28:23,23
  30:9 65:24
**uropatho...**
  42:9
**use** 45:20
  46:11,13
  46:25
  50:24
  54:21
  55:22
**uses** 54:24
**usually**
  50:23

———————
V
———————
**V-A-P-N-E-K**
  7:18
**validation**
  19:9
**Valvo** 1:5,19
  3:4,10
  4:21 5:3
  5:10 6:8
  6:23,24
  7:20 18:11
  20:11 21:2
  21:19 22:3
  22:11 23:7
  23:13,14
  23:17

  33:21
  36:11
  40:12
  44:11,12
  44:19
  49:23
  55:15,18
  57:22,24
  58:6 65:14
  65:17,18
  65:21 70:7
  72:9 73:10
  74:13
**Valvo's** 17:6
  65:9
**Vapnek** 3:15
  7:14,18
  65:19
  67:14
**Vapnek's**
  65:9,13,17
  66:9
**variable**
  51:2
**various** 13:3
  36:14
**vehicle**
  11:18 12:5
  12:6 37:23
  62:12 63:3
**verbal** 6:3
**verbally** 4:8
  64:16
**versus** 16:2
**VIDEO** 1:25
**VIDEOCON...**
  1:4
**videocon...**
  1:23
**view** 18:16
  19:17,22
  20:11,20
  25:9 28:13
  38:7,15,24
  39:8,21
  40:14,18
  45:7,9
  48:14 50:5
  50:15,21
  53:21 54:7

  54:20 55:8
  61:18
  68:20
  71:22
**void** 25:12
  32:14
  35:15
  69:21
**voiding** 19:3
  26:25
  46:23 52:7
  63:19 67:7
  69:1,14
**voluntary**
  64:8
**VP** 15:17
  16:2
**vs** 1:6
**vulnerable**
  53:4,11

———————
W
———————
**waive** 4:11
**walking**
  33:11
**want** 12:13
  22:12
  31:15
  45:25
  48:22
  55:18
  57:17
  60:14 61:2
  64:7 70:9
  72:5
**wanted** 22:15
  28:16
**wanting** 28:1
**wants** 22:14
**WARD** 2:3
**wasn't** 43:9
**way** 17:24
  32:10 33:6
  43:23 45:1
  71:11
  73:16
**ways** 36:23
**we're** 5:7
  6:21 18:1
  24:4 47:11

49:23
56:13
58:16
72:16
we've 48:11
website
 12:21,24
week 49:11
 49:12
weighted
 52:17
well-doc...
 53:7
well-rec...
 53:14
went 14:16
 14:23
 20:15
 24:25 25:2
 25:13 28:3
Western
 28:23,23
 30:5,9
whatsoever
 61:1
WHEREOF
 73:18
willing
 35:25
wish 6:11
 35:17
 72:14
withdrawn
 40:14
 60:18
witness 3:3
 4:8 22:13
 22:17,21
 22:24
 54:12
 72:11,18
 73:10,13
 73:18
word 12:23
 43:24
 58:20
words 48:24
work 5:15
 9:8 10:16
 12:14

14:20
15:22,25
16:15
69:11
work-rel...
 41:5 53:18
worked 10:11
 44:4,8
working 8:17
works 22:19
worse 31:25
wouldn't
 38:16,25
 66:2
wound 33:12
write 48:13
 56:15
writhing
 44:2
written 10:9
 16:14,21
wrong 48:22

          X
X 3:8

          Y
yeah 6:20
 26:23
 30:13
 49:21 58:4
 58:4 64:12
 66:7
year 8:21
 13:20
years 13:19
 16:25 18:5
 34:16 35:5
 38:13,18
 44:23
 46:11 47:4
 51:18
Yep 69:19
York 1:1 2:4
 2:4,12,19
 2:20 4:22
 7:20 11:24
 23:22 25:4
 26:12
 28:23 30:5

30:9 73:2
73:4,8
74:19
young 31:12
 44:21
younger
 31:15

          Z
Zoom 1:23

          0
001540 3:13
 57:25
001544 3:14
 57:25

          1
1 3:10,23
 6:13,23
 7:11 18:12
 20:6 64:3
10 9:13
 49:19
10:56 72:19
100 16:4
10020 2:4
11 1:24
12/22/2015
 24:2
120 2:11
13202 2:20
13th 61:24
14 18:14
 19:8,12
 67:8 69:15
14202 2:12
14626 4:22
1467 1:2
14th 66:25
15 3:15
 65:19
1540 57:23
 58:11
1543 58:19
1544 57:23
16 19:17,20
17 3:23
 19:20
18 3:11,23

6:24 7:5
18th 73:19
19 7:4,11
 18:12 20:6
 22:4 25:25
1983 8:7,25
1985 8:7

          2
2 3:12 23:13
 23:14,23
 36:12
 56:15 61:3
 62:15,17
20 16:25
 35:5 65:11
 74:15
2014 53:19
2016 18:14
 18:22 19:1
 19:8,12,16
 19:17 20:3
 21:9 24:22
 46:4,11
 67:8 69:15
2017 20:3
 21:9 24:22
 25:14,25
 30:20
 45:14
 55:23
 56:10
 68:12
 70:13
2019 10:22
 10:23 14:5
 56:4,8
2020 10:19
 10:20
 13:23 28:9
 29:22
 30:18
 34:18
2021 3:11,12
 3:15 6:24
 7:5 10:16
 10:17
 23:15
 65:19
2022 1:24

73:19
212 1:25
212-763-...
 2:5
21st 49:17
23 3:12,12
 23:15
2420 4:21
273-9911
 1:25
28 44:22

          3
3 3:13 57:22
 57:24
 65:22
 67:12
30 35:5
 45:14
300 2:19,19
30s 42:12
315-448-...
 2:21
32 34:16
32-year-old
 42:10
39 8:21

          4
4 3:15,23
 65:17,17
 65:18
40 35:5
42 2:11

          5
5 3:4
5:15 58:10
58 3:14
5th 2:4

          6
6 3:11 24:5
600 2:4
 25:19 27:5
65 3:15

          7
7/21/16 49:3
718-849-...

| 2:13 | | | | |
|---|---|---|---|---|
| **8** | | | | |
| **9** | | | | |
| **9/13** 61:19 | | | | |
| **9/13/16** 61:7 | | | | |
| **9/14** 61:19 | | | | |
| **9/14/16** 61:7 | | | | |
| **9/14/2016** | | | | |
| 58:10 | | | | |
| **9/26/2016** | | | | |
| 24:6 | | | | |
| **9:01** 1:24 | | | | |
| **9:18** 1:2 | | | | |