# EXHIBIT 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------
MATTHEW RAYMOND,

Plaintiff,

-against-

TROY MITCHELL, Lieutenant at Auburn
Correctional Facility, CHARLES THOMAS,
Correction Officer at Auburn Correctional Facility,
THOMAS HARTE, Sergeant at Auburn Correctional
Facility, THOMAS PHILLIPS, Correction Officer at
Auburn Correctional Facility, THOMAS GIANCOLA,
Correction Officer at Auburn Correctional Facility,
HAROLD D. GRAHAM, Former Superintendent of Auburn
Correctional Facility, BRIAN BAUERSFELD, Correctional
Hearing Officer of Auburn Correctional Facility,
BRIAN O'HORA, Correction Officer at Auburn
Correctional Facility, AIMEE HOPPINS, R.N.,
Dr. DEBORAH GEER, and "JOHN DOE," Correction
Officer at Auburn Correctional Facility,
                        Defendants.
-----------------------------------------

DEPOSITION OF DR. ROBERT KNAPP
Wednesday, April 13, 2022
Held Remotely Via Zoom


Reported by:
SUSAN HISLER

HUDSON COURT REPORTING & VIDEO   (212) 273-9911

1

2

3

4

5

6

7                         April 13, 2022

8                         10:01 a.m.

9

10          Deposition of DR. ROBERT KNAPP, before

11     Susan Hisler, a Shorthand Reporter and Notary

12     Public within and for the State of New York.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2    APPEARANCES:
 3    ON BEHALF OF PLAINTIFF,
 4    MATTHEW RAYMOND
 5         EMERY CELLI BRINCKERHOFF ABADY
           WARD & MAAZEL LLP
 6
           600 Fifth Avenue, 10th Floor
 7
           New York, New York 10020
 8
           By:  KATHERINE ROSENFELD, ESQ.
 9
           E-mail:  Krosenfeld@ecbawm.com
10
11
      ON BEHALF OF DEFENDANTS,
12
      TROY MITCHELL, CHARLES THOMAS, THOMAS HARTE,
13    THOMAS PHILLIPS, THOMAS GIANCOLA, HAROLD D. GRAHAM,
      BRIAN BAUERSFELD, BRIAN O'HORA, and DR. DEBORAH GREER
14
           LIPSITZ GREEN SCIME CAMBRIA LLP
15
           42 Delaware Avenue, #120
16
           Buffalo, New York 14202
17
           By:  DIANE M. PERRI ROBERTS, ESQ.
18
           E-mail:  Droberts@lglaw.com
19
20
      ALSO PRESENT:
21
           BONNIE LEVY, ESQ.
22         Assistant Attorney General at City of New York
           300 South State Street, Suite 300
23         Syracuse, New York 13202
24
25
```

1

2                     S T I P U L A T I O N S

3            IT IS HEREBY STIPULATED AND AGREED by and

4    between the attorneys for the respective parties

5    hereto that filing sealing and certification be and

6    the same are hereby waived.

7            IT IS FURTHER STIPULATED AND AGREED that all

8    objections, except as to the form of the question, be

9    reserved to the time of the trial.

10           IT IS FURTHER STIPULATED AND AGREED that the

11   within examination may be signed and sworn to before

12   any Notary Public with the same force and effect as

13   though signed and sworn to before this Court.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          Knapp
 2   DR. R O B E R T   K N A P P, having been first
 3        duly sworn by a Notary Public within and
 4        for the State of New York, was examined
 5        and testified under oath as follows:
 6
 7   The attorneys participating in this deposition
 8        acknowledge that I am not physically
 9        present in the deposition room and that I
10        will be reporting this deposition
11        remotely.  They further acknowledge that,
12        in lieu of an oath administered in
13        person, the witness will verbally declare
14        his/her testimony in this matter under
15        penalty of perjury.  The parties and
16        their counsel consent to this arrangement
17        and waive any objections to this manner
18        of reporting.  Please indicate your
19        agreement by stating your name and your
20        agreement on the record.
21            MS. ROSENFELD:  Katie
22        Rosenfeld, I agree.
23            MS. ROBERTS:  Diane Perri
24        Roberts, I agree.
25
```

```
 1                     Knapp
 2      EXAMINATION BY MS. ROSENFELD:
 3          Q    Good morning, Dr. Knapp.  We
 4      met just for a minute off the record.
 5              But I am Katie Rosenfeld, and
 6      I represent Mr. Raymond as the
 7      plaintiff in this case.  We are here to
 8      conduct your deposition today.
 9              Have you ever been deposed
10          before?
11          A    Once.
12          Q    So you have a sort of general
13      familiarity, but I will just briefly go
14      over how we are going to proceed.
15              Obviously, I am going to ask
16      you a series of questions.  And you
17      will do your best to answer my
18      questions.
19              All of your testimony is
20      under oath as though you were
21      testifying in court.
22              Do you understand that?
23          A    Yes.
24          Q    If at any point you would
25      like to take a break, please let me
```

1                              Knapp

2     know and we can certainly do that.

3              I would just ask that before

4     we break, you answer any pending

5     question.

6              Is that acceptable to you?

7     A    Yes.

8     Q    If at any point you don't

9     understand one of my questions, please

10    tell me and I will try to rephrase it.

11             If at any point you don't

12    hear me or you have any tech problems,

13    please let me know.

14             Will you do that?

15    A    Sure.

16    Q    At the end of the deposition,

17    the court reporter is going to create a

18    transcript.

19             And you will receive a copy

20    of it to review her errors, and to

21    correct anything that was not recorded

22    accurately.

23             Okay?

24    A    Sure.

25    Q    Dr. Knapp, are you licensed

1                        Knapp

2    to practice medicine in New York State?

3        A    Yes.

4        Q    When were you first licensed?

5        A    1987.

6        Q    Are you licensed to practice

7    medicine in any other states?

8        A    No.

9        Q    Have you ever had your New

10   York State medical license suspended?

11       A    No.

12       Q    Have you ever had your New

13   York State medical license revoked, or

14   been disciplined in New York State or

15   any --

16            MS. ROSENFELD:  Withdrawn.

17       Q    Have you ever had your New

18   York State medical license revoked for

19   any period of time?

20       A    No.

21       Q    Are you board certified in

22   any area of medicine?

23       A    Yes.

24       Q    Is that neurology?

25       A    Yes.

```
1                         Knapp
2        Q    Are you board certified in
3   any other areas of medicine?
4        A    No.
5        Q    And when did you first
6   receive your board certification?
7        A    I believe 1988.
8        Q    And when was the last time
9   that you were recertified as board
10  certified?
11       A    At the time of my
12  certification, there was no
13  recertification required.
14       Q    So you were certified in
15  1988, and that's the end of it?
16       A    Correct, there was a
17  grandfather clause.
18       Q    Are you currently employed
19  anywhere, Dr. Knapp?
20       A    No.
21       Q    When was the last time that
22  you held a full time position of
23  employment?
24       A    2020.
25       Q    What was your position that
```

```
 1                       Knapp
 2   you finished in 2020?
 3        A    As a treating neurologist.
 4        Q    Where were you employed?
 5        A    Ontario Neurology Associates.
 6        Q    And how long did you practice
 7   at Ontario Neurology Associates?
 8        A    About 31 years.
 9        Q    Did you retire in 2020?
10        A    Semi retired.  I continue to
11   practice clinical neurology in the
12   country of Honduras approximately two
13   months a year.
14             But other than that, not in
15   the United States.
16        Q    And was it your decision to
17   leave Ontario Neurology Services?
18        A    Associates, yes.
19        Q    Associates.
20             Did you leave there because
21   you were retiring?
22        A    Yes.
23        Q    You were employed there, you
24   said for 31 years; is that correct?
25        A    Yes.
```

```
 1                      Knapp
 2        Q     Have you ever been fired from
 3   any job?
 4        A     No.
 5        Q     Have you ever provided
 6   medical care in a correctional
 7   facility?
 8        A     Provided medical care, no.
 9        Q     Have you ever served as an
10   expert witness in a case before this
11   case?
12        A     Yes.
13        Q     How many times?
14        A     As far as reviewing a case or
15   testifying?
16        Q     How many times have you
17   reviewed a case as an expert?
18        A     I don't know that for sure.
19   I would guess three times a month, I
20   review cases.
21        Q     Okay, I don't want you to
22   guess, so I will try and ask a more
23   precise question.
24              So for example, in 2021, how
25   many times approximately did you review
```

1                          Knapp

2    a case as an expert?

3         A    Well, again, approximately

4    30, I would say.

5         Q    And is that, is that rate of

6    review approximately 30 cases a year,

7    how long have you had that rate of

8    review?

9         A    For 10 years.

10        Q    So is it correct to say that

11   for the past 10 years, you have

12   reviewed approximately 30 cases as an

13   expert per year?

14        A    Yes.

15        Q    And can you just explain what

16   you mean when you said that you had

17   reviewed the case?

18        A    Meaning I have either

19   reviewed medical records and offered

20   advice concerning a liability case

21   and/or examined the person.

22        Q    And in some of those cases,

23   did you also provide a written report?

24        A    Yes.

25        Q    So for the approximately 30

13

1                          Knapp

2      cases that you have done per year for

3      the last 10 years, some of them involve

4      only a record reviewed, some might

5      involve a report, some might involve

6      examining the patient.

7               Is that correct?

8      A      Yes.

9      Q      When did you first start

10     serving as an expert in litigation?

11     A      Approximately 10 years ago.

12     Q      And so we are in 2022.

13              Is it correct that it was

14     approximately 2012?

15     A      I would say so, yes.

16     Q      Have you ever served as an

17     expert in a case involving somebody who

18     alleges they were injured in the

19     Department of Corrections, New York

20     State Department of Corrections

21     custody?

22     A      Yes.

23     Q      How many times have you done

24     that approximately?

25     A      I believe three times.

```
1                              Knapp
2          Q     And when was the last time
3     that you served as an expert in a case
4     involving a Department of Corrections
5     incident?
6          A     Last year.
7          Q     And what were the general
8     facts of that case?
9          A     The general facts of that one
10    were, let me see.  This was a traumatic
11    brain injury.  No, actually that was
12    not.
13               There was an allegation of a
14    head injury in a correctional facility.
15         Q     And did you offer a written
16    report in that case?
17         A     Yes.
18         Q     And did you offer testimony
19    in that case?
20         A     Yes.
21         Q     What was the name of that
22    case?
23         A     The name of that case was
24    Harriger.
25         Q     Do you know what court that
```

```
 1                    Knapp
 2   case is pending in?
 3        A    That was the, it was in
 4   Rochester, New York, the Court of
 5   Claims.
 6        Q    So you gave a deposition in
 7   that case; is that correct?
 8        A    No, I gave a testimony.
 9        Q    At trial?
10        A    Yes.
11        Q    And what was the outcome in
12   that case, if you know?
13        A    I did not get anything back.
14        Q    And who retained you in that
15   case?
16        A    That was a New York State
17   attorney general.
18        Q    And what were the general
19   facts of that case?
20        A    A allegation of head injuries
21   in a correctional facility.
22        Q    And do you, as you sit here
23   today, can you recall if the allegation
24   was that the person was struck in the
25   head by a correction officer, or was
```

1                          Knapp

2     the mechanism of injury something else?

3          A     It was an alleged assault,

4     yes.

5          Q     Dr. Knapp, I notice that you

6     were referring to some notes, which is

7     fine.

8                But just so we are clear, can

9     you tell me what you are referring to?

10         A     The report that I generated

11    on behalf of this case.

12         Q     And does that report list

13    your prior testimony?

14         A     Yes.

15         Q     Sorry, I don't think I have

16    that.  I see, okay.  So that's Harriger

17    versus New York State.

18                And then you list Quick

19    versus New York State?

20         A     Yes.

21         Q     Did you testify in that case

22    in a deposition?

23         A     No, that was the testimony.

24         Q     Oh, it was at trial also?

25         A     Yes.

```
 1                        Knapp
 2      Q    And was that also in the
 3 Court of Claims?
 4      A    Yes.
 5      Q    And what was the outcome in
 6 that case, if you know?
 7      A    I do not.
 8      Q    Was that allegation where
 9 somebody alleged that they had a
10 traumatic brain injury due to an
11 assault?
12      A    No.
13      Q    What was the general
14 allegation in that case?
15      A    I believe that was some form
16 of an injury to the spine.
17      Q    Was it caused in the context
18 of an assault?
19      A    No.
20      Q    And were you retained by the
21 New York State attorney general in the
22 Quick case?
23      A    Yes.
24      Q    And in the case of the Dallas
25 versus New York State, was that also a
```

```
 1                         Knapp
 2    case where you were retained by the New
 3    York State attorney general?
 4         A    Yes.
 5         Q    And did you testify in the
 6    Court of Claims?
 7         A    Yes.
 8         Q    Did you testify at trial in
 9    the Court of Claims?
10         A    That was a trial, yes.
11         Q    So I think I asked you this
12    for Harriger, but not for the other
13    two.
14              Did you provide a written
15    report in the Quick or the Dallas case?
16         A    Yes.
17         Q    Was the Dallas case also
18    about TBI?
19         A    No, not as I recall.
20         Q    What was it about?
21         A    I believe that it was a spine
22    injury as well.
23         Q    With it a spine injury due to
24    an assault by another person?
25         A    I don't recall.
```

1                    Knapp

2       Q    And for the Weaver versus New

3   York State case, I don't think we

4   talked about that.  That is the first

5   one you listed.

6            Is that another case where

7   you were retained by the New York State

8   attorney general in a Court of Claims

9   matter?

10      A    Yes.

11      Q    And did you testify at a

12  trial in that case?

13      A    Yes.

14      Q    And was that a case involving

15  an allegation that an incarcerated

16  person had been injured in an assault?

17      A    No.

18      Q    Do you know what the

19  allegations in that case were?

20      A    That was the case of a

21  injured worker who injured himself on

22  state property, as I recall.

23      Q    And what about the Rekic

24  versus Castellano case that you list,

25  what court was that case in?

```
 1                        Knapp
 2        A     That would have been the
 3   Supreme Court in the county of Oneida,
 4   I believe.  I believe the county was
 5   Oneida.
 6        Q     And what was your role in
 7   that case?
 8        A     I testified as to the
 9   injuries sustained by the plaintiff
10   relative to a car accident with what I
11   recall to be a state vehicle.
12        Q     And were you retained by the
13   defense or by the plaintiff?
14        A     By the defense.
15        Q     So in all the cases that are
16   listed in this paragraph where you
17   provided expert testimony in the last
18   four years, you were retained by the
19   defense; is that correct?
20        A     On those cases, yes.
21        Q     Other than the cases that are
22   listed here, have you been retained by
23   the New York State attorney general to
24   testify on behalf of docks or docks
25   employees in other cases?
```

```
 1                      Knapp
 2        A    I don't recall.
 3        Q    Have you ever been qualified
 4   as an expert witness in a federal
 5   court?
 6        A    I do not recall.
 7        Q    Have you ever been found not
 8   qualified as an expert witness by any
 9   court?
10        A    Not that I am aware of.
11        Q    Are you the author of any
12   publications that are not listed on
13   your CV?
14        A    No.
15        Q    Do you have any felony
16   convictions?
17        A    No.
18        Q    Have you ever been sanctioned
19   by a medical ethics board?
20        A    No.
21        Q    Have you ever been
22   investigated by a medical ethics board?
23        A    No.
24        Q    Have you ever been sued for
25   malpractice?
```

```
1                         Knapp

2      A     Yes.

3      Q     How many times?

4      A     Twice.

5      Q     When was the first time that

6  you were sued for medical malpractice?

7      A     I believe approximately 2014.

8      Q     And when was the second time?

9      A     2017.

10     Q     So with respect to the first

11 case, is that case resolved now to your

12 knowledge?

13     A     Yes.

14     Q     How did the case resolve?

15     A     Settlement.

16     Q     What were the allegations of

17 the plaintiff?

18     A     I was part of a multiple

19 physician lawsuit.  My participation

20 was a phone call with an ER physician.

21     Q     And what was the allegation

22 about having the --

23           MS. ROSENFELD:  Withdrawn.

24     Q     What was the plaintiff's

25 allegation about your conduct with
```

1                    Knapp

2    respect to that phone call?

3         MS. ROBERTS:  Objection to

4    form.

5    A    Apparently, it was an

6    allegation that I didn't offer proper

7    advice.

8         Q    What court was this case in?

9         A    That would have been the

10   county of Ontario.

11        Q    Did that case settle before

12   trial?

13        A    Yes.

14        Q    Do you know what the amount

15   of the settlement was?

16        A    I don't recall.

17        MS. ROBERTS:  Hang on, Dr.

18   Knapp.

19        I just want to object to

20   that, because I think it is

21   irrelevant, and it potentially

22   could breach provisions.

23        I don't know what the terms

24   of that settlement were.

25        And if there is any

1                          Knapp

2          confidentiality provisions, I

3          don't want him potentially

4          breaching any type of agreement.

5          Q    Do you know the name of that

6     case?

7          A    No, I don't remember.

8          Q    Did you have a lawyer in that

9     case?

10         A    Yes.

11         Q    Who was your attorney?

12         A    Last name Tubiolo,

13    T-U-B-I-O-L-O.

14         Q    And did Attorney Tubiolo

15    represent the other physicians who were

16    also named in the case?

17         A    No.

18         Q    They had their own counsel;

19    is that correct?

20         A    Correct.

21         Q    Did you personally have to

22    pay any money as part of the resolution

23    in that case?

24         A    No.

25         Q    And for the 2017 case, is

1                          Knapp

2    that case resolved?

3         A    Yes.

4         Q    And do you know what the

5    outcome of that case was?

6         A    It was a settlement.

7         Q    Did you personally have to

8    pay any money towards that settlement?

9         A    No.

10        Q    Were you also represented by

11   Attorney Tubiolo?

12        A    Yes.

13        Q    What were the allegations in

14   that case against you?

15        A    Failure to diagnose a disease

16   called Wilson's disease.

17        Q    Which court was that case in?

18        A    It was the county of Ontario

19   or Monroe.  I am not certain.

20        Q    And do you know how much

21   money the plaintiff received in the

22   settlement of that case?

23        A    I don't remember.

24        Q    Did you have to provide

25   deposition testimony in either of those

```
1                    Knapp
2   cases as a defendant?
3        A    No.  Excuse me, the first I
4   did.
5        Q    So is that the one deposition
6   that you mentioned at the beginning of
7   this deposition?
8        A    Yes.
9        Q    So in the first case that was
10  not in 2014, you did provide a
11  deposition?
12       A    Correct.
13       Q    What is Wilson's disease?
14       A    It is a disease of copper
15  accumulation of the brain that mimics
16  Parkinson's disease.
17       Q    How much compensation have
18  you received to date in this case?
19       A    $1,800.
20       Q    And your rates for expert
21  work are set forth in your opinion.
22            Actually, they are not --
23            MS. ROSENFELD:  Withdrawn.
24       Q    But you will be paid $500 --
25  is that your current rate?
```

1                          Knapp

2          A     Yes.

3          Q     Is that your rate for all of

4    the cases that you work on?

5          A     Yes.

6          Q     So the approximately 30 cases

7    a year, you received $1,800 for the

8    review, and then $500 an hour for

9    testimony; is that right?

10         A     Correct.

11         Q     Where is Attorney Tubiolo's

12   office?

13         A     Rochester, New York.

14         Q     And is Attorney Tubiolo a

15   member of a law firm?

16         A     I believe he is a partner in

17   his own law firm.

18         Q     Thank you, Dr. Knapp.

19               Let's turn to Mr. Raymond,

20   the plaintiff in this case.

21               Did you examine Matthew

22   Raymond at any point before you offered

23   your expert opinion?

24         A     No.

25         Q     And what documents did you

```
 1                    Knapp
 2    review to prepare for your deposition
 3    today?
 4         A    I listed them in my report.
 5    I can go through them with you.
 6              I reviewed medical records
 7    from Auburn Hospital, Department of
 8    Corrections, Arnot Medical Center.
 9         Q    Dr. Knapp, I don't mean to
10    interrupt you, but just to save the
11    court reporter, I'm looking at page 1
12    of your report, which we can mark as
13    Knapp 1 for this deposition, your
14    report dated October 7, 2021.
15              Do you have that in front of
16    you?
17         A    I do.
18         Q    And so I am looking at the
19    first paragraph where you list a number
20    of records that you reviewed to prepare
21    the report.
22              Are those the records that
23    you reviewed to prepare for your
24    deposition today?
25         A    Yes.
```

1                          Knapp

2          Q    Are there any records that

3    you reviewed to prepare for your

4    deposition today that are not listed in

5    this document, Knapp 1?

6          A    The only other document that

7    is not listed there is the report of

8    Dr. Leitch.

9          Q    That is L-E-I-T-C-H?

10         A    Correct.

11         Q    Did you review the expert

12   report of Dr. Valvo or Dr. Bapnek?

13         A    I do not recall those, no.

14         Q    Dr. Valvo and Dr. Bapneck are

15   respectively defendants and plaintiffs

16   urologist experts in this case.

17              Your best recollection is

18   that you did not review those two

19   reports?

20         A    Correct.

21         Q    Other than Dr. Leitch's

22   report, are there any other documents

23   that you reviewed that are not listed

24   in Knapp Exhibit 1, paragraph 1?

25         A    I don't believe so.

```
 1                         Knapp
 2        Q    Dr. Knapp, is it your opinion
 3   that Matthew Raymond has or ever had
 4   neurogenic bladder?
 5        A    The medical records state
 6   that he does.
 7        Q    And do you agree with that
 8   diagnosis?
 9        A    Yes.
10        Q    And so your opinion is that
11   as of today, Mr. Raymond suffers from
12   neurogenic bladder?
13        A    Yes.
14        Q    Based on your review of this
15   case, when did Mr. Raymond first
16   exhibit symptoms of neurogenic bladder?
17        A    My records indicate that it
18   was approximately six months after the
19   alleged injury.
20        Q    And when we are talking about
21   the injury today, we are talking about
22   the September 14, 2016 incident; is
23   that correct?
24        A    Yes.
25        Q    And so your review of the
```

1                        Knapp

2    records suggests that Mr. Raymond first

3    exhibited symptoms of neurogenic

4    bladder approximately six months after

5    the September 14, 2016 incident?

6         A    Yes.

7         Q    So approximately March 2017?

8         A    Approximately.

9         Q    Prior to September 14, 2016,

10   did Mr. Raymond have neurogenic

11   bladder?

12        A    Not to my knowledge.

13        Q    Can you just describe for us

14   what neurogenic bladder is?

15        A    Well, there's two types of

16   neurogenic bladder.

17             There is neurogenic bladder

18   that is associated with spinal cord

19   injury or brain injury that consists of

20   a small, what we call a spastic

21   bladder, a very small bladder that

22   releases urine very quickly, even with

23   a small volume in that bladder.

24             The other kind of neurogenic

25   bladder is caused by injuries to the

1                          Knapp

2    lower spine, and is characterized by a

3    very large floppy bladder associated

4    with leakage.

5              The kind of neurogenic

6    bladder in this case is the former that

7    is associated with brain or spinal cord

8    injuries.

9        Q    In your opinion, what is the

10   cause of Mr. Raymond's neurogenic

11   bladder?

12       A    I do not know.  I have not

13   examined him or taken a history from

14   him.

15             It is my testimony that it is

16   not related to a brain injury or a

17   spinal cord injury.

18       Q    So I asked you what the cause

19   of his neurogenic bladder is.

20             And your testimony, you first

21   said that you didn't know what caused

22   it, because you hadn't -- well, I don't

23   want to put words in your mouth.

24             Why don't you know the cause

25   of the neurogenic bladder based on the

1                          Knapp

2      review of the records that you made

3      today?

4           A     Because I -- a diagnosis is

5      often made by a proper history.

6                 I would not feel comfortable

7      answering the question as to what the

8      cause is until I had properly evaluated

9      him.

10          Q     Did you ask to examine Mr.

11     Raymond before you made your, gave your

12     opinion in this case?

13          A     No.

14          Q     So your opinion in this case

15     is that you don't know the cause of the

16     neurogenic bladder, but you do know

17     that it's not related to a brain or

18     spinal cord injury; is that correct?

19          A     That is correct.

20          Q     So how is it that you are not

21     able to say what the cause is, but you

22     are able to rule out a cause?

23          A     Because I have not conducted

24     a proper history or examination on him

25     myself.

```
1                          Knapp
2        Q     Understood.
3              Without conducting that
4    proper history examination, how are you
5    able to rule out the traumatic brain
6    injury as the cause of the neurogenic
7    bladder?
8        A     Because the medical records
9    do not demonstrate any imaging that
10   reveals those findings that potentially
11   could cause a neurogenic bladder.
12             And number two, the
13   examination findings that would be
14   required in the setting of a brain or
15   spinal cord injury are absent in
16   Mr. Raymond as documented by multiple
17   examiners.
18       Q     Is it your opinion based on
19   your medical expertise that traumatic
20   brain injury can cause neurogenic
21   bladder?
22       A     It can, yes.
23       Q     And your opinion in this case
24   is that Mr. Raymond did not suffer from
25   a traumatic brain injury?
```

1                          Knapp

2              Am I understanding your

3    testimony?

4         A    You are misunderstanding.  I

5    have no knowledge whether he sustained

6    a traumatic brain injury at the hands

7    of the correctional officers.

8         Q    So you don't know if he

9    sustained a traumatic brain injury; is

10   that right?

11        A    Right.

12        Q    And you have no opinion as to

13   whether the September 14, 2016 incident

14   caused him to suffer a traumatic brain

15   injury; is that correct?

16        A    Yes.

17        Q    But it is your opinion that

18   he doesn't suffer from neurogenic

19   bladder caused by traumatic brain

20   injury; is that correct?

21        A    For the reasons I have cited,

22   yes.

23        Q    And so with respect to the

24   question, you gave two reasons, right.

25              One was that the medical

1                          Knapp
2    records don't demonstrate by looking at
3    the imaging what you would expect to
4    see for somebody who had TBI caused
5    neurogenic bladder.
6              Am I understanding that
7    right?
8         A    Yes.
9         Q    And what specifically is it
10   about the imaging that you believe
11   rules out TBI as a cause of neurogenic
12   bladder in this case?
13        A    In order to have bladder or
14   bowel abnormalities, the area of the
15   brain that needs to be impaired, if you
16   will, does not show any abnormalities
17   by these images.
18        Q    And which area of the brain
19   is that, Dr. Knapp?
20        A    That would be in the
21   interhemispheric fissure or
22   hydrocephalus.
23             Those are the findings that
24   would be associated with bladder
25   disfunction.

1                       Knapp

2        Q    What is interhemispheric

3   fissure?

4        A    There are two hemispheres,

5   two sides of the brain.  And the line

6   down the middle that defines the two is

7   that interhemispheric fissure.

8        Q    And you would expect to see

9   on imaging -- what would you expect to

10  see --

11            MS. ROSENFELD:  Withdrawn.

12       Q    What would you expect to see

13  on imaging with respect to the

14  interhemispheric fissure if we were

15  dealing with TBI induced neurogenic

16  bladder?

17       A    Well, first of all, TBI does

18  not cause abnormalities in that region.

19  So it really wouldn't be expected in

20  the setting of TBI.

21       Q    Is it your view that the

22  imaging studies don't show an injury to

23  the brain that you would expect to see

24  in someone who had neurogenic bladder?

25       A    He has an abnormal MRI of the

1                          Knapp

2    brain, which is nonspecific.

3              It is consistent with many

4    different possibilities, including

5    traumatic brain injury.

6              However, the imaged findings

7    are not consistent with the

8    localization of the brain that would

9    cause a neurogenic bladder

10       Q    And the part of the imaging

11   findings that you think are not

12   consistent with the neurogenic bladder

13   are the lack of damage to the

14   interhemispheric fissure?

15       A    And the absence of

16   hydrocephalus.

17       Q    What imaging are you

18   referring to, Dr. Knapp, just to orient

19   our discussion?

20       A    So he had an MRI of the

21   brain.  I can look up the date for you.

22       Q    Sure.

23              Are you looking at, just for

24   the record, are you looking at your

25   report, Knapp 1?

```
 1                         Knapp
 2       A    I am, yes.  He had an MRI of
 3  the brain on 1/28/14, and --
 4       Q    I am sorry, Dr. Knapp.  I
 5  just want to get to the same page that
 6  you are on.
 7            Which page of your report are
 8  you on, please?
 9       A    Page 4.  And he also had CT
10  scans of the brain performed in January
11  of 2019.
12       Q    And what page of the report
13  are you on now?
14       A    Page 3.
15       Q    So you started by saying that
16  he had imaging on January 28, 2014; is
17  that correct?
18       A    Yes.
19       Q    So that imaging was before
20  the January --
21            MS. ROSENFELD:  Oh, excuse
22       me, withdrawn.
23       Q    That imaging was before the
24  September 14, 2016 incident, right?
25       A    Correct.
```

1                     Knapp

2        Q    And did that imaging show any

3    evidence of changes to the brain that

4    you would expect to see with somebody

5    with neurogenic bladder?

6        A    No.

7        Q    What did that MRI in 2014

8    show?

9        A    It showed white matter

10   changes in the deep aspects of the

11   brain, both sides.

12       Q    And in your report, you say

13   those are consistent with trauma,

14   inflammation, vasculitis or

15   demyelinating disease; is that right?

16       A    Correct, yes.

17       Q    And those, that imaging is

18   consistent with any of those

19   possibilities?

20       A    Yes, but less so trauma.

21   Trauma typically does not cause those

22   findings.

23       Q    What's a demyelinating

24   disease?

25       A    Multiple sclerosis.

```
 1                      Knapp
 2       Q    And what's vasculitis?
 3       A    Inflammation of blood
 4  vessels.
 5       Q    So -- and then the next
 6  imaging that you pointed to was when?
 7       A    A CAT scan at Kenmore,
 8  page -- oh, I'm sorry, ECM Erie County
 9  Medical Center.
10       Q    Which page are you on?  Is
11  this on page 3?
12       A    Page 3, yes, second from the
13  bottom paragraph.
14       Q    Thank you.
15            And that is the imaging from
16  January 2019?
17       A    Yes.
18       Q    And in your report, you say
19  that the CAT scan of the brain was
20  performed, and was unremarkable for
21  acute pathology, right?
22       A    Yes.
23       Q    And so does that mean that
24  there was no evidence of any damage to
25  the brain that you thought was
```

                              Knapp

 1
 2   consistent with the neurogenic bladder
 3   diagnosis?
 4       A    That means that there wasn't
 5   anything acute.  In other words, that
 6   it recently happened.
 7       Q    I see.
 8            But did something that you
 9   saw in the 2019 CAT scan lead you to
10   conclude that Mr. Raymond didn't have a
11   neurogenic bladder caused by a TBI?
12       A    There were no findings by
13   that CAT scan that would have been
14   consistent with that diagnosis.
15       Q    And so you had mentioned
16   earlier about the interhemispheric
17   fissure and hydrocephalus.
18            Would you have expected to
19   see those two findings on the 2019 CAT
20   scan if Mr. Raymond had neurogenic
21   bladder?
22       A    They would have been expected
23   if the basis for his neurogenic bladder
24   was a brain problem.
25       Q    So thank you for bearing with

1                    Knapp

2    me.

3        A    Sure.

4        Q    So you looked at the report

5    of the CAT scan, and you concluded that

6    because it was unremarkable and lacked

7    any findings of the interhemispheric

8    fissure or hydrocephalus, a brain

9    injury was not the basis for the

10   neurogenic bladder; is that correct?

11       A    Yes.

12       Q    When I look at your opinion

13   on page 5 of your report, Dr. Knapp, it

14   says the claimant's MRI of the brain

15   showed bilateral periventricular and

16   subcortical white matter changes.

17            Are you referring there to

18   the CAT scan from January 2019 or to

19   the CAT scan from 2014?

20            MS. ROBERTS:  I am just going

21       to object.  I think it is

22       misstating what the opinion

23       states.

24            It doesn't talk about CAT

25       scan, it says MRI.

1                          Knapp

2          Q    So what imaging are you

3    referring to here?

4          A    I am referring to the MRI of

5    the brain.

6          Q    And which MRI are you

7    referring to?

8          A    It doesn't specifically state

9    which MRI.

10         Q    Right.

11              And I am wondering if you can

12   look at your report, and tell me which

13   MRI you are referring to in this

14   opinion section?

15         A    I think I would have to go

16   back to the medical records.  I am not

17   certain.

18         Q    Well, I look at your report,

19   and I see that you describe an MRI of

20   the brain at Kenmore Mercy Hospital on

21   January 28, 2014 with the same

22   findings, which is what we just

23   discussed as what you talk about in

24   your opinion.

25              So are we talking about the

1                    Knapp

2    same MRI?

3         A    If that's the only one, then

4    that must be.

5         Q    If you wouldn't mind, Dr.

6    Knapp, please look at page 4 of your

7    report.

8         A    Yes.

9         Q    So on page 4 of your report,

10   it says that he had an MRI of the brain

11   at Kenmore Mercy Hospital 1/28/14 with

12   certain findings, correct?

13        A    Yes.

14        Q    And then in your opinion, you

15   say that on page 5, the claimant's MRI

16   of the brain showed bilateral

17   periventricular and other findings.

18             So are you referring in your

19   opinion to that 2014 MRI?

20        A    It must be.

21        Q    So we already talked about

22   the fact that the Kenmore January 2014

23   MRI precedes the incident in question

24   in this case which was September 14,

25   2016, correct?

```
 1                    Knapp
 2      A    Yes.
 3      Q    So how would it be, how would
 4   it be helpful to look at an MRI taken
 5   of Mr. Raymond's brain in 2014 to
 6   determine whether his 2016 incident
 7   caused him brain damage?
 8      A    It would not.
 9           However, if requested to do
10   so, I would also testify that the
11   subsequent CAT scans showed nothing
12   that correlated with his symptoms.
13      Q    Understood.
14           But just staying with this
15   part of your opinion in paragraph 1 of
16   your opinion, that MRI is really
17   irrelevant to the question in this case
18   of whether he sustained a TBI and a
19   neurogenic bladder as a result of the
20   9/14/16 incident.
21           Do you agree?
22      A    Yes.
23      Q    And the MRI from 2014,
24   whatever its findings, it doesn't
25   support or rule out that he suffered
```

```
 1                        Knapp
 2   brain trauma in 2016, correct?
 3         A      Right.
 4         Q      So let's talk about the CAT
 5   scans.
 6               So in paragraph 2 of your
 7   opinion on page 5, so actually, I'm
 8   sorry, just to go back to paragraph 1,
 9   so was it just an oversight on your
10   part to include the information about
11   the MRI in this section of the opinion?
12         A      Yes.
13               MS. ROBERTS:   Objection to
14         form.
15         Q      So going on to the CAT scan
16   findings, you talk in paragraph 2 of
17   your opinion about CT imaging of the
18   cervical spine demonstrated no
19   pathology to support this claim.
20               So looking at your report,
21   are you speaking about this CT scan
22   that you identified earlier as having
23   been done at the Erie County Medical
24   Center in January of 2019?
25         A      I believe so, yes.
```

1                    Knapp

2        Q    Well, I want -- this is

3    important to be precise about this,

4    since part of your opinion rests on a

5    conclusion about the imaging results.

6              So I just want to make sure

7    that we are precise here.

8              What CAT scan imaging are you

9    referring to in paragraph 2 of your

10   opinion?

11       A    He had had a CT imaging of

12   the cervical spine at some point in his

13   clinical course.

14       Q    Right.

15             And I am asking you the date

16   of this CT scan that you are referring

17   to where you say that that CT scan

18   demonstrated no pathology to support

19   the claim.

20             Take your time, I know

21   there's a long medical record, so

22   please take your time.

23             I actually, well, I can tell

24   you that I am looking at your report.

25             And I am looking at paragraph

49

<pre>
 1                     Knapp
 2    4 -- I'm sorry, page 4, the third full
 3    paragraph.
 4          A    Yes, it is, that's correct.
 5          Q    So that says that Mr. Raymond
 6    had a CT scan of the cervical spine on
 7    September 13, 2016, and that that study
 8    was unremarkable, correct?
 9          A    Yes.
10          Q    And so that study was dated
11    the day before this incident where he
12    alleges he was assaulted, correct?
13          A    Yes.
14          Q    So that study wouldn't be
15    helpful in determining whether the
16    September 14th incident caused him
17    brain damage, correct?
18          A    Only by comparison to
19    subsequent ones.  But in general, you
20    are correct.
21          Q    It would be helpful to give a
22    baseline, but it wouldn't show you any
23    damage that had been incurred on
24    September 14th, right?
25          A    Yes.
</pre>

1                          Knapp

2          Q     And then you say he had a CT

3     scan of the cervical spine also

4     April 1, 2020 from Kenmore Mercy

5     Hospital, which was unremarkable?

6          A     Yes.

7          Q     Are those the two CT scans of

8     the spine that you are referring to in

9     paragraph 2 of your opinion where you

10    say that the CT imaging of the cervical

11    spine demonstrated no pathology to

12    support the claim?

13         A     Yes.

14         Q     Are there any other CT scans

15    that you are relying on for that part

16    of your opinion?

17         A     I don't recall.

18         Q     Could you take a look at your

19    report, just so that we have a full

20    record, and let me know if there are

21    any others.  And please take your time.

22         A     I do not see any others here.

23         Q     Okay, thank you.

24               So just to close the loop on

25    this, so when we were speaking earlier

1                          Knapp

2     about how you would have expected to

3     see the brain abnormality of

4     interhemispheric fissure or

5     hydrocephalus, we are really talking

6     about the CT scan on April 1, 2020,

7     right?

8          A     The brain you are speaking

9     of?

10         Q     Yes.

11         A     And others, yes.  He had had

12    multiple CTs of the brain.

13         Q     So I don't see a discussion,

14    and I may be missing it.

15               But is there a discussion of

16    what the findings of the CT brain scans

17    show in the opinion section of your

18    report?

19         A     No.

20         Q     So you would have expected to

21    see changes that you described on a CT

22    scan of the brain, but you don't

23    discuss those, a brain CT scan at all

24    in your report.

25               Am I confused?

```
1                         Knapp
2       A     No, you are not, no.
3       Q     So how do you know that the
4  CT scans of the brain didn't show the
5  injuries that you say should have been
6  present for somebody who had brain
7  injury consistent with neurogenic
8  bladder?
9       A     Because I reviewed the
10 reports of them.
11      Q     Of what?
12      A     The CAT scan to the brain
13 following the injury.
14      Q     And what CAT scan of the
15 brain are you talking about?
16      A     Well, as I mentioned, there
17 are multiple CAT scans of the brain
18 that he had following the injury.
19      Q     I see.
20      A     He had a CAT scan of the
21 brain at Erie County Medical Center in
22 2019 on page 3 that is referenced.
23            He had -- and he had a CAT
24 scan prior to in 2015.  So that CAT
25 scan after the alleged assault would
```

1                          Knapp

2    have been from January 2019.

3         Q    So the part of your opinion

4    that is saying that the imaging is not

5    consistent or doesn't support a finding

6    that brain injury caused his neurogenic

7    bladder, is the January 2019 normal CAT

8    scan at Erie County Medical Center?

9         A    I don't know that it was

10   normal, but it failed to show the

11   findings expected if neurogenic bladder

12   was suspect.

13        Q    You don't reference this CT

14   scan of the brain as supporting your

15   opinion in your report, do you?

16        A    No.

17        Q    Why didn't you note this in

18   your report?

19        A    I should have.

20        Q    Dr. Knapp, is it correct that

21   neither you or Dr. Leitch believe that

22   Mr. Raymond's neurogenic bladder was

23   caused by a spinal cord injury?

24        A    Correct.

25        Q    So the issue of whether he

```
1                          Knapp
2      had a spinal cord injury that caused
3      his neurogenic bladder is not in
4      dispute here; is that right?
5           A     Apparently.
6           Q     You understand Dr. Leitch's
7      opinion to be that he had damaged his
8      brain that caused the neurogenic
9      bladder, correct?
10          A     Yes.
11          Q     And that's the piece of her
12     opinion that you disagree with,
13     correct?
14          A     Yes.
15          Q     So is the second -- and the
16     same thing with lumbar injury.
17                Is it also correct that both,
18     neither you nor Dr. Leitch believe that
19     he suffered a lumbar injury that caused
20     his neurogenic bladder?
21          A     Yes.
22          Q     So is the real dispute
23     between you and Dr. Leitch, again, is
24     about whether brain damage caused
25     neurogenic bladder here, right?
```

1                      Knapp

2        A     Yes.

3        Q     And so your opinion is that

4    the evidence that it is not brain

5    damage related neurogenic bladder comes

6    from the normal brain CT scan done at

7    Erie County Medical Center on --

8              MS. ROSENFELD:  Well,

9         withdrawn.

10        Q     Your opinion that this is not

11    a brain damage related neurogenic

12    bladder is based on the lack of what

13    you say would be expected findings on

14    the 2019 Erie County CAT scan of the

15    brain; is that correct?

16        A     In part.  The other part, of

17    course, is the clinical examination.

18        Q     Okay, I understand.  I

19    understand there is two parts.  I just

20    want to take them one at a time.

21              So first, just staying with

22    the CT scan evidence that is the

23    support for your opinion, so you don't

24    mention in your report anything about

25    interhemispheric fissure or

1                            Knapp

2     hydrocephalus; is that correct?

3          A     I simply state that the

4     findings by imaging are not consistent

5     with a diagnosis of brain based

6     neurogenic bladder.

7          Q     And in support of that, you

8     only reference the MRI of the brain

9     from 2014, right?

10         A     Well, I reference the CAT

11    scans of the body of my report of

12    record of review, but not in the

13    opinion section.

14         Q     So we already agreed that the

15    MRI from 2014 is not relevant to the

16    question of whether he had brain damage

17    due to neurogenic bladder, right?

18              MS. ROBERTS:  Object to the

19         form.

20         A     Yes.

21         Q     And we have talked about the

22    2019 CAT scan as not showing what you

23    would think should be there if he had

24    brain damage induced neurogenic

25    bladder, right?

1                          Knapp

2        A    Yes.

3        Q    Is there any other imaging

4   that you considered in forming your

5   opinion that Mr. Raymond's neurogenic

6   bladder is not related to the brain

7   damage he alleges he sustained in

8   September 2016?

9        A    Not that I recall.

10       Q    So is it your opinion that

11  Mr. Raymond has, is that there is

12  evidence that Mr. Raymond suffered a

13  TBI at any time in his life?

14            MS. ROBERTS:  Objection to

15       form.

16            Are you asking for evidence

17       or his opinion?  I think he used

18       both words.

19            MS. ROSENFELD:  Okay, thank

20       you.  I will rephrase it.

21       Q    Is it your opinion that

22  Mr. Raymond has ever sustained a

23  traumatic brain injury?

24       A    Yes, the medical records

25  speak to that.

1                          Knapp

2          Q     What is your opinion about

3     when that traumatic brain injury

4     occurred?

5          A     I believe it was 2013.

6     There's also an entry from Erie County

7     Medical Center from 2019 indicating he

8     had a brain injury 15 years prior.

9          Q     Can you point me to the place

10    in your report where the 2013 TBI

11    incident is?

12         A     It's 2012, and it is page 4,

13    fourth paragraph.

14         Q     Thank you.

15               So you are looking at this

16    record that stated in 2012, he had an

17    accident at work when a support beam

18    hit his head resulting in coma for

19    three days and subsequent seizures; is

20    that correct?

21         A     Yes.

22         Q     It's not your opinion that

23    this 2012 TBI caused the neurogenic

24    bladder, is it?

25         A     No.

```
 1                      Knapp
 2      Q     That's not your opinion,
 3  correct?
 4      A     That is correct.
 5      Q     So let's -- oh, actually let
 6  me ask you something else about this
 7  piece of your opinion.
 8            So with respect to the issue
 9  of neurogenic bladder that is
10  associated with brain injury, have you
11  treated patients who suffered from
12  neurogenic bladder as a result of brain
13  injury?
14      A     Yes.
15      Q     What types of injuries did
16  they have to their brains that caused
17  the neurogenic bladder?
18      A     Severe brain injuries.
19      Q     What would be the mechanism
20  of those injuries?
21      A     Trauma.
22      Q     What is trauma?
23            MS. ROBERTS:  Objection to
24      form.
25            MS. ROSENFELD:  Well,
```

1                          Knapp

2         withdrawn.

3         Q     Trauma has a definition as a

4    medical term, correct?

5         A     Well, trauma is basically a

6    force directed to tissue.

7         Q     So you have patients that

8    sustained a neurogenic bladder as a

9    result of a brain injury that was

10   forced directed to tissue?

11        A     Brain trauma related to an

12   impact.

13        Q     And in those patients --

14             MS. ROSENFELD:  Withdrawn.

15        Q     Do you have patients who

16   developed neurogenic bladder

17   spontaneously?

18        A     No.

19        Q     Would you agree that it's

20   extremely rare for neurogenic bladder

21   to develop spontaneously?

22        A     Yes, but not impossible.

23        Q     You don't have any patients

24   in your 31 years of practice who that's

25   happened to?

1                          Knapp

2        A    Correct.   They are referred

3    to a urologist for that problem.

4    Hence, I wouldn't see them.

5        Q    Well, why would you see

6    patients who had neurogenic bladder

7    caused by brain injury, but not

8    patients with neurogenic bladder that

9    occurred spontaneously?

10       A    Because patients with

11   traumatic brain injury have findings

12   and neurologic issues other than the

13   neurogenic bladder.

14       Q    So is it your opinion that

15   Mr. Raymond doesn't have any findings

16   on exam that are consistent with

17   traumatic brain injury?

18       A    Not to the extent that they

19   would be required for the diagnosis of

20   brain based neurogenic bladder.  And I

21   outline those in my report.

22       Q    So let's turn to that.  So we

23   are looking at page 5 of your opinion.

24   So you say, and I'm looking at, I am

25   looking at the list of findings.

1                           Knapp

2              So one finding you mentioned

3    is lower extremity spasticity, correct?

4         A    Yes.

5         Q    And so that is one of the

6    findings that you would expect to see

7    in a person who had brain based

8    neurogenic bladder?

9         A    Yes.

10        Q    You list 1, 2, 3.

11             Well, you also list Babinski

12   signs; is that right?

13        A    Yes.

14        Q    What's a Babinski sign?

15        A    When you scratch the bottom

16   of somebody's foot, there is a rapid

17   withdrawal response with the toe

18   pointing upward, which is indicative of

19   damage to the brain or spinal cord.

20        Q    And I don't think I asked

21   you.

22             What is lower extremity

23   spasticity?

24        A    It would be stiffness,

25   tightness, spastic tone in the legs.

```
 1                        Knapp
 2        Q    And then another finding that
 3   you say is missing that would support a
 4   brain based neurogenic bladder finding
 5   is weakness or other signs of
 6   neurologic abnormality; is that
 7   correct?
 8        A    Yes.
 9        Q    Weakness to what part of the
10   body?
11        A    Well, that would be arms and
12   legs, chiefly legs.
13        Q    And what did you mean when
14   you said other signs of neurologic
15   abnormality?
16        A    Sensory loss would also be
17   expected.
18             The other sign that is absent
19   in this case is chronic problems with
20   chronic constipation as well as loss of
21   sexual function.
22        Q    Sensory loss to which parts
23   of the body would be a finding that you
24   would expect to see?
25        A    Legs.
```

1                          Knapp

2        Q    Are these neurologic

3   findings, findings that support a

4   diagnosis of TBI or something else?

5        A    TBI as well as other

6   conditions.

7        Q    So can you just explain, when

8   you say the absence of these symptoms

9   precludes in your view of finding a

10  brain based neurogenic bladder, what is

11  it about these specific symptoms that

12  make you say that?

13       A    Because in order to have a

14  neurogenic bladder on the basis of

15  brain trauma, the trauma has to be

16  massive, significant, moderate to

17  severe brain injury.

18            And in order to have a

19  neurogenic bladder, it is my opinion

20  that the absence of spasticity

21  weakness, Babinski signs rules that

22  out.

23            In other words, isolated

24  neurogenic bladder with no other

25  findings in the setting of brain trauma

1                      Knapp

2    is not a possibility.

3        Q    So you reviewed Dr. Leitch's

4    report, correct?

5        A    Yes.

6        Q    And you reviewed the portion

7    of her report where she discussed her

8    visible examination of Mr. Raymond,

9    correct?

10        A    Yes.

11        Q    Is it your opinion that Dr.

12    Leitch conducted a adequate examination

13    of Mr. Raymond?

14        A    Yes.

15        Q    Do you know Dr. Leitch?

16        A    No.

17        Q    And in her opinion, Dr.

18    Leitch talks about the fact that

19    Mr. Raymond complained of headache,

20    personality changes, sleep problems,

21    lightheadedness, increased seizure

22    activity.

23              Is it your opinion that those

24    findings by Dr. Leitch cannot support

25    the conclusion of brain based

```
1                    Knapp
2   neurogenic bladder?
3       A    They are not consistent with
4   it.
5       Q    Those findings of Dr. Leitch
6   are consistent with traumatic brain
7   injury, correct?
8       A    They are symptoms, they are
9   not findings.  But yes, that is true.
10           The lightheadedness and
11  personality changes can be sequela of
12  brain injury.
13      Q    So we talked about the fact
14  that you don't believe that Mr.
15  Raymond's neurogenic bladder was caused
16  by a brain injury, right?
17      A    Correct.
18      Q    And there's no evidence that
19  it was caused by a spinal cord injury,
20  correct?
21      A    Correct.
22      Q    And it's extremely rare for
23  someone to spontaneously develop
24  neurogenic bladder, correct?
25      A    Yes.
```

1                    Knapp

2        Q    What are the other causes of

3    neurogenic bladder that you think

4    should be considered here for Mr.

5    Raymond, given your opinion that it's

6    not a brain or spinal based injury?

7        A    He could have an autonomic

8    neuropathy, which was never really

9    worked up as a possibility.  He could

10   have peripheral neuropathy as well.

11            So there are other

12   explanations that were not explored

13   that would require a proper history,

14   and a proper evaluation.

15       Q    What about Dr. Leitch's

16   history and evaluation was not

17   sufficient to make findings of

18   autonomic neuropathy or peripheral

19   neuropathy?

20       A    I'm sorry, could you repeat

21   that.

22       Q    Sure.

23            Dr. Leitch took a history and

24   conducted an evaluation, correct?

25       A    Yes.

```
 1                    Knapp
 2       Q    Well, what is insufficient
 3    about Dr. Leitch's history and
 4    evaluation to rule out autonomic
 5    neuropathy or peripheral neuropathy?
 6       A    He, to the best of my
 7    knowledge, did not have the proper
 8    blood work to rule it out, or nerve
 9    conduction testing or autonomic
10    testing.
11       Q    So what is autonomic
12    neuropathy?
13       A    It is abnormalities of the
14    autonomic nervous system.
15       Q    And how is it diagnosed?
16       A    By nerve conduction studies
17    and blood work, and a clinical history
18    and examination.
19       Q    What would you be looking for
20    on a clinical history to make that
21    diagnosis?
22       A    Other -- well, symptoms of
23    autonomic disfunction.
24       Q    Which would be what?
25       A    Abnormalities of automatic
```

1                          Knapp

2    function, hence autonomic.

3              And they would be bladder

4    abnormalities, bowel disfunction,

5    sweating abnormalities, salvation

6    abnormalities, et cetera.

7         Q    Did you see any evidence in

8    the medical records you reviewed of

9    Mr. Raymond reporting any of those

10   symptoms?

11        A    No.

12        Q    But it's your view that a

13   diagnosis or an evaluation for that

14   condition is warranted, even though he

15   doesn't report any of the symptoms you

16   just described such as salvation, bowel

17   disfunction, or abnormality of

18   automatic function.

19        A    Again, I have not had the

20   opportunity to treat him, evaluate him

21   as a treating physician.  So I can't

22   really answer that question.

23        Q    I understand.

24              But you did offer an opinion

25   in this case about the injury, and what

1                    Knapp

2    injury caused or didn't cause

3    neurogenic bladder.

4             So I think it's fair to ask

5    you about what else could have caused

6    it, which is my intention here.

7             So autonomic neuropathy and

8    peripheral neuropathy, that's one

9    possibility that you have identified,

10   correct?

11       A    Yes.

12       Q    But you have agreed that

13   there is no evidence of the symptoms of

14   autonomic neuropathy in the medical

15   records you reviewed, correct?

16       A    Yes.

17       Q    What are the other symptoms

18   of neurogenic bladder -- I'm sorry,

19   what are the other causes of neurogenic

20   bladder that you think should be

21   considered here?

22       A    He could have and should have

23   had a proper imaging of his entire

24   spinal cord.  He had a CAT scan of the

25   cervical spine.

1                          Knapp

2            He should have had an MRI of

3      the cervical spine and the thoracic

4      spine as part of a proper workup.

5            Q    And what would that imaging

6      have shown?

7                 MS. ROBERTS:  Objection,

8            calls for speculation.

9            Q    Well, why in trying to

10     determine the cause of the neurogenic

11     bladder would you recommend someone

12     have an MRI of the full spine and

13     thoracic spine?

14           A    Because there are certain

15     structural abnormalities that could

16     exist to explain it.

17           Q    Well, you did mention that he

18     had a full, he had a --

19                MS. ROSENFELD:  Withdrawn.

20           Q    He had a cervical spine CAT

21     scan in 2016 before the incident, which

22     was unremarkable, correct?

23           A    Yes.

24           Q    So if there were structural

25     abnormalities that caused the

1                          Knapp

2    neurogenic bladder, would those have

3    been apparent on that CAT scan?

4         A    No.

5         Q    Why not?

6         A    Because the ability to image

7    the inside of the spinal cord is very

8    limited by CAT scan.

9         Q    So it is your testimony that

10   an MRI of his thoracic and full spine

11   might show structural abnormalities

12   that caused his neurogenic bladder?

13        A    Yes.

14        Q    What other findings would

15   need to be present other than looking

16   at the MRI of the spine and thoracic

17   spine to connect the structural

18   abnormality like that with neurogenic

19   bladder?

20             I think you froze, Dr. Knapp.

21        A    As far as --

22        Q    I am sorry, Dr. Knapp.  You

23   froze, so we didn't hear your answer to

24   the question.  And actually, you still

25   are frozen.

1                        Knapp

2              It says that your band width

3    is low.

4              MS. ROSENFELD:  Let's go off

5          the record.

6              (Discussion off the record.)

7         Q    Dr. Knapp, how does the

8    temporal development of Mr. Raymond's

9    neurogenic bladder impact your opinion

10   in this case?

11        A    Neurologic injuries cause

12   symptoms immediately upon injury, and

13   are not delayed.

14        Q    So your opinion is how long

15   after the incident where Mr. Raymond

16   alleges that he was struck in the head

17   and neck, would you have expected him

18   to start showing symptoms of the

19   bladder problems?

20        A    Immediately.

21        Q    Is it possible for people to

22   develop symptoms in a more gradual way

23   after sustaining a brain injury?

24        A    That is unusual as the

25   findings are maximum upon injury, and

1                              Knapp
2      improve in time, quite the opposite for
3      what you are proposing.
4           Q    So your view is that if he
5      had a brain based neurogenic bladder,
6      he should have shown which symptoms
7      immediately?
8           A    Well, he would have had to
9      have not the incontinence immediately
10     as well as the other usual findings
11     that are accompanied by traumatic brain
12     injury, which we have reviewed.
13          Q    I'm sorry, did you say he
14     would have had incontinence
15     immediately?
16          A    Well, neurogenic bladder.
17          Q    In your report, you note that
18     on September 15, 2016, the day after
19     the incident, that Mr. Raymond reported
20     that he was unable to urinate, correct?
21          A    Yes.
22          Q    Is that a symptom of
23     neurogenic bladder brain based injury
24     causing neurogenic bladder?
25          A    It is a symptom of a

1                          Knapp

2    neurogenic bladder, yes.

3         Q    And that was a symptom that

4    he reported the day after this

5    incident, correct?

6         A    Yes.

7         Q    Dr. Knapp, is it your opinion

8    that Mr. Raymond sustained a traumatic

9    brain injury on September 14, 2016?

10        A    I have no knowledge of that.

11        Q    So you have no opinion on

12   that one way or the other?

13        A    Correct.

14        Q    Dr. Knapp, can substance

15   abuse cause somebody to develop

16   neurogenic bladder?

17        A    Alcohol abuse can.  To my

18   knowledge, the others cannot.

19        Q    Can abusing cocaine cause

20   somebody to develop neurogenic bladder?

21        A    Not to my knowledge, unless

22   it causes stroke.

23        Q    And what about heroin, can

24   using heroine cause somebody to develop

25   neurogenic bladder?

```
 1                         Knapp
 2        A    Not to my knowledge.
 3        Q    What about marijuana, can
 4   using marijuana cause somebody to
 5   develop neurogenic bladder?
 6        A    Not to my knowledge.
 7        Q    So is it your opinion that
 8   attributing Mr. Raymond's neurogenic
 9   bladder to his abuse of those
10   substances would not be a correct
11   diagnosis?
12             MS. ROBERTS:  Objection to
13        form.
14        A    Correct.
15        Q    You don't agree that
16   substance abuse caused Mr. Raymond to
17   develop neurogenic bladder, correct?
18             MS. ROBERTS:  Objection to
19        form.
20        A    Yes.
21        Q    So if somebody said that they
22   thought the most likely explanation for
23   Mr. Raymond's neurogenic bladder was
24   his substance abuse, would you disagree
25   with that?
```

1                    Knapp

2          MS. ROBERTS:  Objection to

3      form.

4      A    Yes.

5      Q    Is it correct that

6  Mr. Raymond's 2012 traumatic brain

7  injury and his epilepsy diagnosis

8  predisposed him to develop further

9  brain injury?

10     A    I do not have the records to

11  review that to answer that question.

12     Q    What about as a general

13  principal, does a prior history of

14  traumatic brain injury increase one's

15  susceptibility to future brain injury?

16     A    It depends on the severity,

17  and the number of previous injuries.

18     Q    Are there circumstances where

19  people who do have prior brain injuries

20  are more vulnerable to developing

21  future brain injuries?

22     A    Yes.

23     Q    Is increased seizure activity

24  a finding, a symptom that you would

25  associate with a traumatic brain

1                    Knapp

2   injury?

3        A    Depending on the degree.

4        Q    It could be?  Is that your

5   opinion?

6        A    Yes.

7        Q    Dr. Knapp, if you could just

8   look at your report at page 1, please.

9        A    Okay, yes.

10        Q    So I'm looking at the last

11   full paragraph of page 1.

12        A    Okay.

13        Q    And you note here that there

14   is a description of a seizure which

15   occurred during transport back to the

16   facility from the hospital, stating

17   that the claimant's left head made

18   contact with the floor several times

19   during a seizure, correct?

20        A    Yes.

21        Q    Is it your opinion that

22   Mr. Raymond suffered an injury during

23   that transport, which caused him to

24   develop neurogenic bladder?

25        A    That description would not be

79

1                              Knapp

2    adequate to cause that.

3         Q    You also note at paragraph,

4    on page 4 of your report that

5    Mr. Raymond had an Indiana pouch in

6    2020, and has been managed medically

7    with oxybutynin.

8              Do you see that page of your

9    report?

10        A    Yes.

11        Q    Are you referring to the,

12   does the Indiana pouch, does that refer

13   to the bladder augmentation surgery

14   that Mr. Raymond had?

15        A    Yes.

16        Q    So he had a, essentially an

17   artificial bladder constructed; is that

18   correct?

19        A    That is my understanding.

20        Q    And then if you look up on

21   that page where you talk about

22   Mr. Raymond's transcript, you note in

23   here that Mr. Raymond stated that he

24   had trouble walking occasionally,

25   particularly with his right leg.

1                        Knapp

2            Do you see that?

3      A    Yes.

4      Q    Is that a symptom of lower

5  body weakness?

6      A    Not necessarily.  Not without

7  the finding of that on examination.

8            MS. ROSENFELD:  Let's take a

9        short break.  We will take a

10        10-minute break.  It's 11:33,

11        let's come back at 11:43.

12            I don't have that many more

13        questions, but I want to take a

14        look at my notes.

15            (A brief recess was taken.)

16      Q    Dr. Knapp, you state in your

17  opinion section of your report that the

18  conclusion that the claimant has a

19  neurogenic bladder requires a proper

20  neurologic diagnosis, and a

21  localization in the nervous system on

22  which to base that claim.

23            You agree that Mr. Raymond

24  has neurogenic bladder, correct?

25      A    Yes.

1                         Knapp

2        Q    I see, okay.

3             So this sentence is really

4    talking about the claim that he has a

5    brain based injury that caused a

6    neurogenic bladder; is that right?

7        A    Yes.  Neurogenic bladder

8    would be like saying that somebody's

9    diagnosis is cough.

10            Well, the cough isn't a

11   diagnosis.  It is a symptom that

12   requires a cause.

13       Q    And what do you mean when you

14   say, what is a localization in the

15   nervous system?

16       A    What we have been talking

17   about.

18            In other words, a neurogenic

19   bladder can be caused by various brain

20   diseases, spinal cord diseases,

21   cervical, thoracic, lumbar spine

22   diseases, as well as other diseases of

23   the peripheral nervous system.

24            So one needs to localize

25   where the problem lies.

```
 1                          Knapp
 2        Q    But for a neurogenic bladder
 3   that is caused by a brain based injury,
 4   what would be the localization in the
 5   nervous system that you would expect to
 6   see?
 7        A    As we have stated, it
 8   involves abnormalities of the
 9   interhemispheric fissure or
10   hydrocephalus.
11        Q    Okay, so is it your testimony
12   that in order to diagnose somebody with
13   neurogenic bladder resulting from a
14   brain injury, they must show those
15   findings on imaging?
16        A    That, and the clinical
17   findings we have already discussed.
18        Q    So both of those, both the
19   imaging must show the kind of damage
20   that you have described, and the
21   clinical findings must be as you have
22   described in order to sustain a
23   diagnosis of brain based neurogenic
24   bladder; is that correct?
25        A    Yes.
```

1                              Knapp

2          Q     Are there patients who suffer

3    from a brain based neurogenic bladder

4    who don't have those findings on

5    imaging?

6          A     Not that I am aware of.

7          Q     So in every case for someone

8    who has a brain injury develops

9    neurogenic bladder, their imaging would

10   show the interhemispheric fissure or

11   hydrocephalus?

12         A     No, there would be others.

13               In patients with that massive

14   brain trauma, with massive damage to

15   the cortex, scarring of the brain,

16   atrophy of the brain.

17               These would also be imaging

18   elements that would be consistent with

19   a brain based neurogenic bladder.

20         Q     Well, let's just take an

21   example.

22               For somebody who fell off a

23   ladder and sustained a head injury and

24   developed neurogenic bladder, what

25   brain findings on imaging would you be

1                         Knapp

2    expecting to find?

3        A    The ones that I just

4    mentioned, intracerebral hemorrhages,

5    bruising of the brain, skull fractures,

6    shrinkage of the brain, scarring of the

7    brain.

8             So those would be the images

9    that I would anticipate to be necessary

10   for brain trauma to cause neurogenic

11   bladder, intracerebral hemorrhage,

12   evidence of brain bruising, skull

13   fracture, scarring, shrinkage of the

14   brain.

15       Q    And so it is your testimony

16   that those kinds of findings on imaging

17   are prerequisite to conclude that

18   somebody suffered neurogenic bladder

19   from a brain injury; is that correct?

20       A    For brain trauma, yes.

21       Q    You talked a little bit about

22   how you would expect somebody who had a

23   neurogenic bladder from a brain trauma

24   to show sensation loss in their lower

25   body, and their legs.

```
 1                      Knapp
 2           Am I stating that correctly?
 3      A    Right, yes.
 4      Q    If you look at paragraph 3 of
 5  your report, please, there's a
 6  reference to a neurological consult in
 7  May of 2018 with Dr. Hein.  That's the
 8  first full paragraph.
 9      A    Yes.
10      Q    She found that Mr. Raymond
11  had residual lower extremity weakness
12  after spinal injuries sustained
13  September 2016 during an assault.
14           Is that the kind of lower
15  extremity weakness that you would
16  expect to find in somebody who had a
17  traumatic brain injury?
18      A    It certainly, as I have
19  mentioned, is one of the elements I
20  would expect.
21           I don't know if she was
22  commenting as far as that being a
23  symptom on the part of Mr. Raymond or
24  whether she found weakness.
25           But all I can do is tell you
```

1                        Knapp

2    that I did not find any weakness.

3        Q    Well, you didn't examine him,

4    correct?

5        A    Well, I didn't find weakness

6    in any other entry in the record.

7        Q    But this is a record entry

8    from 2018 by a neurologist who is

9    finding weakness in the lower

10   extremity, correct?

11       A    Again, I am not sure she

12   demonstrated weakness on examination,

13   or whether she was saying he said he

14   had weakness.

15            In other words, I am not

16   certain if it was a historical allusion

17   or a physical finding.

18       Q    And in either case, if he

19   reported it or if she personally

20   observed it, that would be a report of

21   lower extremity weakness, correct?

22       A    It is a report of, yes.

23       Q    And then again, I look and

24   see Dr. Butsch three paragraphs down

25   who says on June 10, 2018, that he had

1                        Knapp

2    a spinal cord injury with trouble

3    moving his bowels, issues with his

4    legs, and some lower extremity

5    sensation.

6            Is that another report of

7    either Mr. Raymond reporting, or a

8    doctor finding problems with

9    Mr. Raymond's lower extremities?

10       A    It looks to be a report.

11       Q    Dr. Knapp, do you have copies

12   of the expert reports that you

13   submitted in the other cases where you

14   testified relating to Department of

15   Corrections cases?

16       A    No, I do not.

17       Q    And just to make sure that

18   the record is clear, you disagree with

19   the conclusion that the substance abuse

20   by Mr. Raymond is the most likely

21   explanation for the neurogenic bladder,

22   correct?

23       A    Yes.

24            MS. ROSENFELD:  I don't have

25            any other questions at this time.

```
 1                    Knapp

 2         I probably will follow up

 3    with your counsel to request

 4    copies of the reports from other

 5    cases.

 6         But if you don't have them, I

 7    will address that with your

 8    counsel.

 9         THE WITNESS:  Very good.

10         MS. ROSENFELD:  Great, thanks

11    for your time.  I appreciate it.

12         THE REPORTER:  Hi, this is

13    the court reporter.

14         I just need to ask if anyone

15    would like to purchase a copy, and

16    if there is a read and sign.

17         MS. ROSENFELD:  Well, I want

18    a copy, and I want to give the

19    witness a copy to read and sign.

20         MS. ROBERTS:  Which means I

21    need to have the witness copy come

22    to me, and then I will get it to

23    Dr. Knapp.

24              (Time noted:  11:56 a.m.)

25
```

1

2              A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK    )

                          ) ss.:

5    COUNTY OF NEW YORK   )

6

7        I, DR. ROBERT KNAPP, hereby certify, I have read

8    the transcript of my testimony taken under oath in my

9    deposition of April 13, 2022; that the transcript is

10   a true, complete and correct record of what was

11   asked, answered and said during this deposition, and

12   that the answers on the record as given by me are

13   true and correct.

14

15

16              _____

                DR. ROBERT KNAPP

17

18

19   Subscribed and sworn to

     before me this ___ day

20   of _____ 2022.

21

22

23   _____

        Notary Public

24

25

1

2                 C E R T I F I C A T I O N

3

4      STATE OF NEW YORK     )

                             ) ss.:

5      COUNTY OF QUEENS      )

6

7           I, SUSAN I. HISLER, a Shorthand Reporter and

8      Notary Public for and within the State of New York,

9      do hereby certify:

10          That DR. ROBERT KNAPP, the witness whose

11     examination is hereinbefore set forth, was duly sworn

12     by me and that this transcript of such examination is

13     a true record of the testimony given by such witness.

14          I further certify that I am not related to any

15     of the parties to this action by blood or marriage

16     and that I am in no way interested in the outcome of

17     this matter.

18          IN WITNESS WHEREOF, I have hereunto set my hand

19     this 19th day of April, 2022.

20

21          _____

                         SUSAN I. HISLER

22

23

24

25

| A | acute 41:21 | 72:23 | 19:16 | B |
|---|---|---|---|---|

**A**

a.m 2:8
88:24
ABADY 3:5
ability 72:6
able 33:21
33:22 34:5
abnormal
37:25
abnormal...
36:14,16
37:18
68:13,25
69:4,5,6
71:15,25
72:11 82:8
abnormality
51:3 63:6
63:15
69:17
72:18
absence
38:15 64:8
64:20
absent 34:15
63:18
abuse 75:15
75:17 76:9
76:16,24
87:19
abusing
75:19
acceptable
7:6
accident
20:10
58:17
accompanied
74:11
accumula...
26:15
accurately
7:22
acknowledge
5:8,11
action 90:15
activity
65:22
77:23

acute 41:21
42:5
address 88:7
adequate
65:12 79:2
administ...
5:12
advice 12:20
23:7
against- 1:6
ago 13:11
agree 5:22
5:24 30:7
46:21
60:19
76:15
80:23
agreed 4:3,7
4:10 56:14
70:12
agreement
5:19,20
24:4
AIMEE 1:13
Alcohol
75:17
allegation
14:13
15:20,23
17:8,14
19:15
22:21,25
23:6
allegations
19:19
22:16
25:13
alleged 16:3
17:9 30:19
52:25
alleges
13:18
49:12 57:7
73:16
allusion
86:16
amount 23:14
and/or 12:21
answer 6:17
7:4 69:22

72:23
77:11
answered
89:11
answering
33:7
answers
89:12
anticipate
84:9
apparent
72:3
Apparently
23:5 54:5
APPEARANCES
3:2
appreciate
88:11
approxim...
10:12
11:25 12:3
12:6,12,25
13:11,14
13:24 22:7
27:6 30:18
31:4,7,8
April 1:19
2:7 50:4
51:6 89:9
90:19
area 8:22
36:14,18
areas 9:3
arms 63:11
Arnot 28:8
arrangement
5:16
artificial
79:17
asked 18:11
32:18
62:20
89:11
asking 48:15
57:16
aspects
40:10
assault 16:3
17:11,18
18:24

19:16
52:25
85:13
assaulted
49:12
Assistant
3:22
associate
77:25
associated
31:18 32:3
32:7 36:24
59:10
Associates
10:5,7,18
10:19
atrophy
83:16
attorney
3:22 15:17
17:21 18:3
19:8 20:23
24:11,14
25:11
27:11,14
attorneys
4:4 5:7
attributing
76:8
Auburn 1:7,8
1:9,10,10
1:11,12,12
1:14 28:7
augmenta...
79:13
author 21:11
automatic
68:25
69:18
autonomic
67:7,18
68:4,9,11
68:14,23
69:2 70:7
70:14
Avenue 3:6
3:15
aware 21:10
83:6

**B**

B 5:2
Babinski
62:11,14
64:21
back 15:13
44:16 47:8
78:15
80:11
band 73:2
Bapneck
29:14
Bapnek 29:12
base 80:22
based 30:14
32:25
34:18
55:12 56:5
61:20 62:7
63:4 64:10
65:25 67:6
74:5,23
81:5 82:3
82:23 83:3
83:19
baseline
49:22
basically
60:5
basis 42:23
43:9 64:14
BAUERSFELD
1:11 3:13
beam 58:17
bearing
42:25
beginning
26:6
behalf 3:3
3:11 16:11
20:24
believe 9:7
13:25
17:15
18:21 20:4
20:4 22:7
27:16
29:25
36:10

New York
212-273-9911
Hudson Court Reporting & Video
1-800-310-1769
New Jersey
732-906-2078

47:25
53:21
54:18  58:5
66:14
**best** 6:17
29:17  68:6
**bilateral**
43:15
45:16
**bit** 84:21
**bladder** 30:4
30:12,16
31:4,11,14
31:16,17
31:21,21
31:23,25
32:3,6,11
32:19,25
33:16  34:7
34:11,21
35:19  36:5
36:12,13
36:24
37:16,24
38:9,12
40:5  42:2
42:11,21
42:23
43:10
46:19  52:8
53:7,11,22
54:3,9,20
54:25  55:5
55:12  56:6
56:17,25
57:6  58:24
59:9,12,17
60:8,16,20
61:6,8,13
61:20  62:8
63:4  64:10
64:14,19
64:24  66:2
66:15,24
67:3  69:3
70:3,18,20
71:11  72:2
72:12,19
73:9,19
74:5,16,23

74:24  75:2
75:16,20
75:25  76:5
76:9,17,23
78:24
79:13,17
80:19,24
81:6,7,19
82:2,13,24
83:3,9,19
83:24
84:11,18
84:23
87:21
**blood** 41:3
68:8,17
90:15
**board** 8:21
9:2,6,9
21:19,22
**body** 56:11
63:10,23
80:5  84:25
**BONNIE** 3:21
**bottom** 41:13
62:15
**bowel** 36:14
69:4,16
**bowels** 87:3
**brain** 14:11
17:10
26:15
31:19  32:7
32:16
33:17  34:5
34:14,20
34:25  35:6
35:9,14,19
36:15,18
37:5,23
38:2,5,8
38:21  39:3
39:10  40:3
40:11
41:19,25
42:24  43:8
43:14  44:5
44:20
45:10,16
46:5,7

47:2  49:17
51:3,8,12
51:16,22
51:23  52:4
52:6,12,15
52:17,21
53:6,14
54:8,24
55:4,6,11
55:15  56:5
56:8,16,24
57:6,23
58:3,8
59:10,12
59:18  60:9
60:11  61:7
61:11,17
61:20  62:7
62:19  63:4
64:10,15
64:17,25
65:25  66:6
66:12,16
67:6  73:23
74:5,11,23
75:9  77:6
77:9,14,15
77:19,21
77:25  81:5
81:19  82:3
82:14,23
83:3,8,14
83:15,16
83:19,25
84:5,6,7
84:10,12
84:14,19
84:20,23
85:17
**brains** 59:16
**breach** 23:22
**breaching**
24:4
**break** 6:25
7:4  80:9
80:10
**BRIAN** 1:11
1:12  3:13
3:13
**brief** 80:15

**briefly** 6:13
BRINCKER...
3:5
**bruising**
84:5,12
**Buffalo** 3:16
**Butsch** 86:24

_____

**C**
**C** 89:2  90:2
90:2
**call** 22:20
23:2  31:20
**called** 25:16
**calls** 71:8
**CAMBRIA** 3:14
**car** 20:10
**care** 11:6,8
**case** 6:7
11:10,11
11:14,17
12:2,17,20
13:17  14:3
14:8,16,19
14:22,23
15:2,7,12
15:15,19
16:11,21
17:6,14,22
17:24  18:2
18:15,17
19:3,6,12
19:14,19
19:20,24
19:25  20:7
22:11,11
22:14  23:8
23:11  24:6
24:9,16,23
24:25  25:2
25:5,14,17
25:22  26:9
26:18
27:20
29:16
30:15  32:6
33:12,14
34:23
36:12
45:24

46:17
63:19
69:25
73:10  83:7
86:18
**cases** 11:20
12:6,12,22
13:2  20:15
20:20,21
20:25  26:2
27:4,6
87:13,15
88:5
**Castellano**
19:24
**CAT** 41:7,19
42:9,13,19
43:5,18,19
43:24
46:11  47:4
47:15  48:8
52:12,14
52:17,20
52:23,24
53:7  55:14
56:10,22
70:24
71:20  72:3
72:8
**cause** 32:10
32:18,24
33:8,15,21
33:22  34:6
34:11,20
36:11
37:18  38:9
40:21  70:2
71:10
73:11
75:15,19
75:24  76:4
79:2  81:12
84:10
**caused** 17:17
31:25
32:21
35:14,19
36:4  42:11
46:7  49:16
53:6,23

54:2,8,19
54:24
58:23
59:16 61:7
66:15,19
70:2,5
71:25
72:12
76:16
78:23 81:5
81:19 82:3
causes 67:2
70:19
75:22
causing
74:24
CELLI 3:5
Center 28:8
41:9 47:24
52:21 53:8
55:7 58:7
certain
25:19
44:17
45:12
71:14
86:16
certainly
7:2 85:18
certific...
4:5 9:6,12
certified
8:21 9:2
9:10,14
certify 89:7
90:9,14
cervical
47:18
48:12 49:6
50:3,10
70:25 71:3
71:20
81:21
cetera 69:6
changes 40:3
40:10
43:16
51:21
65:20
66:11

characte...
32:2
CHARLES 1:8
3:12
chiefly
63:12
chronic
63:19,20
circumst...
77:18
cited 35:21
City 3:22
claim 47:19
48:19
50:12
80:22 81:4
claimant
80:18
claimant's
43:14
45:15
78:17
Claims 15:5
17:3 18:6
18:9 19:8
clause 9:17
clear 16:8
87:18
clinical
10:11
48:13
55:17
68:17,20
82:16,21
close 50:24
cocaine
75:19
coma 58:18
come 80:11
88:21
comes 55:5
comfortable
33:6
commenting
85:22
comparison
49:18
compensa...
26:17
complained

65:19
complete
89:10
concerning
12:20
conclude
42:10
84:17
concluded
43:5
conclusion
48:5 65:25
80:18
87:19
condition
69:14
conditions
64:6
conduct 6:8
22:25
conducted
33:23
65:12
67:24
conducting
34:3
conduction
68:9,16
confiden...
24:2
confused
51:25
connect
72:17
consent 5:16
considered
57:4 67:4
70:21
consistent
38:3,7,12
40:13,18
42:2,14
52:7 53:5
56:4 61:16
66:3,6
83:18
consists
31:19
constipa...
63:20

constructed
79:17
consult 85:6
contact
78:18
context
17:17
continue
10:10
convictions
21:16
copies 87:11
88:4
copper 26:14
copy 7:19
88:15,18
88:19,21
cord 31:18
32:7,17
33:18
34:15
53:23 54:2
62:19
66:19
70:24 72:7
81:20 87:2
correct 7:21
9:16 10:24
12:10 13:7
13:13 15:7
20:19
24:19,20
26:12
27:10
29:10,20
30:23
33:18,19
35:15,20
39:17,25
40:16
43:10
45:12,25
47:2 49:4
49:8,12,17
49:20
53:20,24
54:9,13,17
55:15 56:2
58:20 59:3
59:4 60:4

61:2 62:3
63:7 65:4
65:9 66:7
66:17,20
66:21,24
67:24
70:10,15
71:22
74:20 75:5
75:13
76:10,14
76:17 77:5
78:19
79:18
80:24
82:24
84:19 86:4
86:10,21
87:22
89:10,13
correction
1:8,9,10
1:12,13
15:25
correcti...
1:8,8,9,10
1:10,11,11
1:12,13,14
11:6 14:14
15:21 35:7
Corrections
13:19,20
14:4 28:8
87:15
correctly
85:2
correlated
46:12
cortex 83:15
cough 81:9
81:10
counsel 5:16
24:18 88:3
88:8
country
10:12
county 20:3
20:4 23:10
25:18 41:8
47:23

52:21 53:8
55:7,14
58:6 89:5
90:5
course 48:13
55:17
court 1:2,25
4:13 6:21
7:17 14:25
15:4 17:3
18:6,9
19:8,25
20:3 21:5
21:9 23:8
25:17
28:11
88:13
create 7:17
CT 39:9
47:17,21
48:11,16
48:17 49:6
50:2,7,10
50:14 51:6
51:16,21
51:23 52:4
53:13 55:6
55:22
CTs 51:12
current
26:25
currently
9:18
custody
13:21
CV 21:13
_____
D
D 1:11 3:13
89:2
Dallas 17:24
18:15,17
damage 38:13
41:24 46:7
49:17,23
54:24 55:5
55:11
56:16,24
57:7 62:19
82:19

83:14
damaged 54:7
date 26:18
38:21
48:15
dated 28:14
49:10
day 49:11
74:18 75:4
89:19
90:19
days 58:19
dealing
37:15
DEBORAH 1:13
3:13
decision
10:16
declare 5:13
deep 40:10
defendant
26:2
defendants
1:15 3:11
29:15
defense
20:13,14
20:19
defines 37:6
definition
60:3
degree 78:3
Delaware
3:15
delayed
73:13
demonstrate
34:9 36:2
demonstr...
47:18
48:18
50:11
86:12
demyelin...
40:15,23
Department
13:19,20
14:4 28:7
87:14
Depending

78:3
depends
77:16
deposed 6:9
deposition
1:18 2:10
5:7,9,10
6:8 7:16
15:6 16:22
25:25 26:5
26:7,11
28:2,13,24
29:4 89:9
89:11
describe
31:13
44:19
described
51:21
69:16
82:20,22
description
78:14,25
determine
46:6 71:10
determining
49:15
develop
60:21
66:23
73:22
75:15,20
75:24 76:5
76:17 77:8
78:24
developed
60:16
83:24
developing
77:20
development
73:8
develops
83:8
diagnose
25:15
82:12
diagnosed
68:15
diagnosis

30:8 33:4
42:3,14
56:5 61:19
64:4 68:21
69:13
76:11 77:7
80:20 81:9
81:11
82:23
Diane 3:17
5:23
different
38:4
directed
60:6,10
disagree
54:12
76:24
87:18
disciplined
8:14
discuss
51:23
discussed
44:23 65:7
82:17
discussion
38:19
51:13,15
73:6
disease
25:15,16
26:13,14
26:16
40:15,24
diseases
81:20,20
81:22,22
disfunction
36:25
68:23 69:4
69:17
dispute 54:4
54:22
DISTRICT 1:2
1:3
docks 20:24
20:24
doctor 87:8
document

29:5,6
documented
34:16
documents
27:25
29:22
DOE 1:13
Dr 1:13,18
2:10 3:13
5:2 6:3
7:25 9:19
16:5 23:17
27:18 28:9
29:8,12,12
29:14,14
29:21 30:2
36:19
38:18 39:4
43:13 45:5
53:20,21
54:6,18,23
65:3,11,15
65:17,24
66:5 67:15
67:23 68:3
72:20,22
73:7 75:7
75:14 78:7
80:16 85:7
86:24
87:11
88:23 89:7
89:16
90:10
Droberts...
3:18
due 17:10
18:23
56:17
duly 5:3
90:11
_____
E
E 5:2 89:2,2
90:2
E-mail 3:9
3:18
earlier
42:16
47:22

50:25
ECM 41:8
effect 4:12
either 12:18
  25:25
  86:18 87:7
elements
  83:18
  85:19
EMERY 3:5
employed
  9:18 10:4
  10:23
employees
  20:25
employment
  9:23
entire 70:23
entry 58:6
  86:6,7
epilepsy
  77:7
ER 22:20
Erie 41:8
  47:23
  52:21 53:8
  55:7,14
  58:6
errors 7:20
ESQ 3:8,17
  3:21
essentially
  79:16
et 69:6
ethics 21:19
  21:22
evaluate
  69:20
evaluated
  33:8
evaluation
  67:14,16
  67:24 68:4
  69:13
evidence
  40:3 41:24
  55:4,22
  57:12,16
  66:18 69:7
  70:13

84:12
exam 61:16
examination
  4:11 6:2
  33:24 34:4
  34:13
  55:17 65:8
  65:12
  68:18 80:7
  86:12
  90:11,12
examine
  27:21
  33:10 86:3
examined 5:4
  12:21
  32:13
examiners
  34:17
examining
  13:6
example
  11:24
  83:21
excuse 26:3
  39:21
exhibit
  29:24
  30:16
exhibited
  31:3
exist 71:16
expect 36:3
  37:8,9,12
  37:23 40:4
  62:6 63:24
  82:5 84:22
  85:16,20
expected
  37:19
  42:18,22
  51:2,20
  53:11
  55:13
  63:17
  73:17
expecting
  84:2
expert 11:10
  11:17 12:2

12:13
13:10,17
14:3 20:17
21:4,8
26:20
27:23
29:11
87:12
expertise
  34:19
experts
  29:16
explain
  12:15 64:7
  71:16
explanation
  76:22
  87:21
explanat...
  67:12
explored
  67:12
extent 61:18
extremely
  60:20
  66:22
extremities
  87:9
extremity
  62:3,22
  85:11,15
  86:10,21
  87:4

_____
F
F 90:2
facility 1:8
  1:8,9,10
  1:10,11,12
  1:13,14
  11:7 14:14
  15:21
  78:16
fact 45:22
  65:18
  66:13
facts 14:8,9
  15:19
failed 53:10
Failure

25:15
fair 70:4
familiarity
  6:13
far 11:14
  72:21
  85:22
federal 21:4
feel 33:6
fell 83:22
felony 21:15
Fifth 3:6
filing 4:5
find 84:2
  85:16 86:2
  86:5
finding 53:5
  62:2 63:2
  63:4,23
  64:9 77:24
  80:7 86:9
  86:17 87:8
findings
  34:10,13
  36:23 38:6
  38:11
  40:22
  42:12,19
  43:7 44:22
  45:12,17
  46:24
  47:16
  51:16
  53:11
  55:13 56:4
  61:11,15
  61:25 62:6
  64:3,3,25
  65:24 66:5
  66:9 67:17
  72:14
  73:25
  74:10
  82:15,17
  82:21 83:4
  83:25
  84:16
fine 16:7
finished
  10:2

fired 11:2
firm 27:15
  27:17
first 5:2
  8:4 9:5
  13:9 19:4
  22:5,10
  26:3,9
  28:19
  30:15 31:2
  32:20
  37:17
  55:21 85:8
fissure
  36:21 37:3
  37:7,14
  38:14
  42:17 43:8
  51:4 55:25
  82:9 83:10
floor 3:6
  78:18
floppy 32:3
follow 88:2
following
  52:13,18
follows 5:5
foot 62:16
force 4:12
  60:6
forced 60:10
form 4:8
  17:15 23:4
  47:14
  56:19
  57:15
  59:24
  76:13,19
  77:3
former 1:11
  32:6
forming 57:4
forth 26:21
  90:11
found 21:7
  85:10,24
four 20:18
fourth 58:13
fracture
  84:13

| | | | | |
|---|---|---|---|---|
| **fractures** 84:5 | **gradual** 73:22 | **hereto** 4:5 | 39:23 40:2 | **Indiana** 79:5 |
| **front** 28:15 | **GRAHAM** 1:11 | **hereunto** 90:18 | 40:17 41:6 | 79:12 |
| **froze** 72:20 | 3:13 | **heroin** 75:23 | 41:15 44:2 | **indicate** 5:18 30:17 |
| 72:23 | **grandfather** 9:17 | **heroine** 75:24 | 47:17 48:5 | **indicating** 58:7 |
| **frozen** 72:25 | **Great** 88:10 | **Hi** 88:12 | 48:8,11 | **indicative** 62:18 |
| **full** 9:22 | **GREEN** 3:14 | **his/her** 5:14 | 50:10 53:4 | **induced** 37:15 |
| 49:2 50:19 | **GREER** 3:13 | **Hisler** 1:23 | 56:4 57:3 | 56:24 |
| 71:12,18 | **guess** 11:19 | 2:11 90:7 | 70:23 71:5 | **inflamma...** 40:14 41:3 |
| 72:10 | 11:22 | 90:21 | 82:15,19 | **information** 47:10 |
| 78:11 85:8 | | **historical** 86:16 | 83:5,9,17 | **injured** 13:18 |
| **function** 63:21 69:2 | **H** | **history** 32:13 33:5 | 83:25 84:16 | 19:16,21 19:21 |
| 69:18 | **hand** 90:18 | 33:24 34:4 | **immediately** 73:12,20 | **injuries** 15:20 20:9 |
| **further** 4:7 | **hands** 35:6 | 67:13,16 | 74:7,9,15 | 31:25 32:8 |
| 4:10 5:11 | **Hang** 23:17 | 67:23 68:3 | **impact** 60:12 | 52:5 59:15 |
| 77:8 90:14 | **happened** 42:6 60:25 | 68:17,20 | 73:9 | 59:18,20 |
| **future** 77:15 | **HAROLD** 1:11 | 77:13 | **impaired** 36:15 | 73:11 77:17,19 |
| 77:21 | 3:13 | **hit** 58:18 | **important** 48:3 | 77:21 |
| | **Harriger** 14:24 | **Honduras** 10:12 | **impossible** 60:22 | 85:12 |
| **G** | 16:16 | **HOPPINS** 1:13 | **improve** 74:2 | **injury** 14:11 14:14 16:2 |
| **G** 89:2 | 18:12 | **hospital** 28:7 44:20 | **incarcer...** 19:15 | 17:10,16 |
| **GEER** 1:13 | **HARTE** 1:9 | 45:11 50:5 | **incident** 14:5 30:22 | 18:22,23 |
| **general** 3:22 | 3:12 | 78:16 | 31:5 35:13 | 30:19,21 |
| 6:12 14:7 | **head** 14:14 | **hour** 27:8 | 39:24 | 31:19,19 |
| 14:9 15:17 | 15:20,25 | **HUDSON** 1:25 | 45:23 46:6 | 32:16,17 |
| 15:18 | 58:18 | **hydrocep...** 36:22 | 46:20 | 33:18 34:6 |
| 17:13,21 | 73:16 | 38:16 | 49:11,16 | 34:15,20 |
| 18:3 19:8 | 78:17 | 42:17 43:8 | 58:11 | 34:25 35:6 |
| 20:23 | 83:23 | 51:5 56:2 | 71:21 | 35:9,15,20 |
| 49:19 | **headache** 65:19 | 82:10 | 73:15 | 37:22 38:5 |
| 77:12 | **hear** 7:12 | 83:11 | 74:19 75:5 | 43:9 52:7 |
| **generated** 16:10 | 72:23 | | **include** 47:10 | 52:13,18 |
| **GIANCOLA** 1:10 3:13 | **Hearing** 1:12 | **I** | **including** 38:4 | 53:6,23 |
| 88:18 | **Hein** 85:7 | **identified** 47:22 70:9 | **incontin...** 74:9,14 | 54:2,16,19 57:23 58:3 |
| **give** 49:21 | **held** 1:20 | **image** 72:6 | **increase** 77:14 | 58:8 59:10 |
| 88:18 | 9:22 | **imaged** 38:6 | **increased** 65:21 | 59:13 60:9 |
| **given** 67:5 | **helpful** 46:4 | **images** 36:17 | 77:23 | 61:7,11,17 |
| 89:12 | 49:15,21 | 84:8 | **incurred** 49:23 | 64:17 66:7 |
| 90:13 | **hemispheres** 37:4 | **imaging** 34:9 | | 66:12,16 |
| **go** 6:13 28:5 | **hemorrhage** 84:11 | 36:3,10 | | |
| 44:15 47:8 | **hemorrhages** 84:4 | 37:9,13,22 | | |
| 73:4 | **hereinbe...** 90:11 | 38:10,17 | | |
| **going** 6:14 | | 39:16,19 | | |
| 6:15 7:17 | | | | |
| 43:20 | | | | |
| 47:15 | | | | |
| **good** 6:3 | | | | |
| 88:9 | | | | |

```
66:19 67:6          J           36:19 37:1    85:21              12:20
69:25 70:2                      38:1,18,25    knowledge          license 8:10
73:12,23       January          39:1,4         22:12              8:13,18
73:25            39:10,16       40:1 41:1      31:12 35:5        licensed
74:12,23         39:20          42:1 43:1      68:7 75:10         7:25 8:4,6
75:9 77:7        41:16          43:13 44:1     75:18,21          lies 81:25
77:9,14,15       43:18          45:1,6         76:2,6            lieu 5:12
78:2,22          44:21          46:1 47:1     Krosenfe...        Lieutenant
81:5 82:3        45:22          48:1 49:1      3:9                1:7
82:14 83:8       47:24 53:2     50:1 51:1                        life 57:13
83:23            53:7           52:1 53:1           L            lighthea...
84:19          job 11:3         53:20 54:1    L 4:2 89:2          65:21
85:17 87:2     JOHN 1:13        55:1 56:1     L-E-I-T-C-H         66:10
inside 72:7    June 86:25       57:1 58:1      29:9              limited 72:8
insuffic...                     59:1 60:1     lack 38:13         line 37:5
 68:2               K           61:1 62:1      55:12            LIPSITZ 3:14
intention                       63:1 64:1     lacked 43:6       list 16:12
 70:6          K 5:2 89:2       65:1 66:1     ladder 83:23       16:18
interested     KATHERINE        67:1 68:1     large 32:3        19:24
 90:16          3:8             69:1 70:1     law 27:15,17      28:19
interhem...    Katie 5:21       71:1 72:1     lawsuit           61:25
 36:21 37:2     6:5             72:20,22       22:19            62:10,11
 37:7,14       Kenmore 41:7     73:1,7        lawyer 24:8       listed 19:5
 38:14          44:20           74:1 75:1     lead 42:9          20:16,22
 42:16 43:7     45:11,22        75:7,14       leakage 32:4       21:12 28:4
 51:4 55:25     50:4            76:1 77:1     leave 10:17        29:4,7,23
 82:9 83:10    kind 31:24       78:1,7         10:20            litigation
interrupt       32:5 82:19      79:1 80:1     left 78:17         13:10
 28:10          85:14           80:16 81:1    leg 79:25         little 84:21
intracer...    kinds 84:16      82:1 83:1     legs 62:25        LLP 3:5,14
 84:4,11       Knapp 1:18       84:1 85:1      63:12,12         localiza...
investig...     2:10 5:1        86:1 87:1      63:25             38:8 80:21
 21:22          6:1,3 7:1       87:11 88:1     84:25 87:4        81:14 82:4
involve 13:3    7:25 8:1        88:23 89:7    Leitch 29:8       localize
 13:5,5         9:1,19          89:16          53:21             81:24
involves        10:1 11:1       90:10          54:18,23        long 10:6
 82:8           12:1 13:1      know 7:2,13     65:12,15          12:7 48:21
involving       14:1 15:1       11:18          65:18,24         73:14
 13:17 14:4     16:1,5          14:25          66:5 67:23      look 38:21
 19:14          17:1 18:1       15:12 17:6    Leitch's          43:12
irrelevant      19:1 20:1       19:18          29:21 54:6       44:12,18
 23:21          21:1 22:1       23:14,23       65:3 67:15       45:6 46:4
 46:17          23:1,18         24:5 25:4      68:3             50:18 78:8
isolated        24:1 25:1       25:20        let's 27:19       79:20
 64:23          26:1 27:1       32:12,21       47:4 59:5        80:14 85:4
issue 53:25     27:18 28:1      32:24          61:22 73:4       86:23
 59:8           28:9,13         33:15,16       80:8,11         looked 43:4
issues 61:12    29:1,5,24       35:8 48:20     83:20           looking
 87:3           30:1,2          50:20 52:3    LEVY 3:21          28:11,18
                31:1 32:1       53:9 65:15    liability         36:2 38:23
                33:1 34:1
                35:1 36:1
```

38:24
47:20
48:24,25
58:15
61:23,24
61:25
68:19
72:15
78:10
**looks** 87:10
**loop** 50:24
**loss** 63:16
63:20,22
84:24
**low** 73:3
**lower** 32:2
62:3,22
80:4 84:24
85:11,14
86:9,21
87:4,9
**lumbar** 54:16
54:19
81:21

_____ **M** _____
**M** 3:17 89:2
**MAAZEL** 3:5
**malpractice**
21:25 22:6
**managed** 79:6
**manner** 5:17
**March** 31:7
**marijuana**
76:3,4
**mark** 28:12
**marriage**
90:15
**massive**
64:16
83:13,14
**matter** 5:14
19:9 40:9
43:16
90:17
**Matthew** 1:4
3:4 27:21
30:3
**maximum**
73:25

**mean** 12:16
28:9 41:23
63:13
81:13
**Meaning**
12:18
**means** 42:4
88:20
**mechanism**
16:2 59:19
**medical** 8:10
8:13,18
11:6,8
12:19
21:19,22
22:6 28:6
28:8 30:5
34:8,19
35:25 41:9
44:16
47:23
48:21
52:21 53:8
55:7 57:24
58:7 60:4
69:8 70:14
**medically**
79:6
**medicine** 8:2
8:7,22 9:3
**member** 27:15
**mention**
55:24
71:17
**mentioned**
26:6 42:15
52:16 62:2
84:4 85:19
**Mercy** 44:20
45:11 50:4
**met** 6:4
**middle** 37:6
**mimics** 26:15
**mind** 45:5
**minute** 6:4
**missing**
51:14 63:3
**misstating**
43:22
**misunder...**

35:4
**MITCHELL** 1:7
3:12
**moderate**
64:16
**money** 24:22
25:8,21
**Monroe** 25:19
**month** 11:19
**months** 10:13
30:18 31:4
**morning** 6:3
**mouth** 32:23
**moving** 87:3
**MRI** 37:25
38:20 39:2
40:7 43:14
43:25 44:4
44:6,9,13
44:19 45:2
45:10,15
45:19,23
46:4,16,23
47:11 56:8
56:15 71:2
71:12
72:10,16
**multiple**
22:18
34:16
40:25
51:12
52:17

_____ **N** _____
**N** 4:2 5:2
89:2,2
90:2
**name** 5:19
14:21,23
24:5,12
**named** 24:16
**necessarily**
80:6
**necessary**
84:9
**neck** 73:17
**need** 72:15
88:14,21
**needs** 36:15

81:24
**neither**
53:21
54:18
**nerve** 68:8
68:16
**nervous**
68:14
80:21
81:15,23
82:5
**neurogenic**
30:4,12,16
31:3,10,14
31:16,17
31:24 32:5
32:10,19
32:25
33:16 34:6
34:11,20
35:18 36:5
36:11
37:15,24
38:9,12
40:5 42:2
42:11,20
42:23
43:10
46:19 52:7
53:6,11,22
54:3,8,20
54:25 55:5
55:11 56:6
56:17,24
57:5 58:23
59:9,12,17
60:8,16,20
61:6,8,13
61:20 62:8
63:4 64:10
64:14,19
64:24 66:2
66:15,24
67:3 70:3
70:18,19
71:10 72:2
72:12,18
73:9 74:5
74:16,23
74:24 75:2

75:16,20
75:25 76:5
76:8,17,23
78:24
80:19,24
81:6,7,18
82:2,13,23
83:3,9,19
83:24
84:10,18
84:23
87:21
**neurologic**
61:12 63:6
63:14 64:2
73:11
80:20
**neurolog...**
85:6
**neurologist**
10:3 86:8
**neurology**
8:24 10:5
10:7,11,17
**neuropathy**
67:8,10,18
67:19 68:5
68:5,12
70:7,8,14
**never** 67:8
**New** 1:3 2:12
3:7,7,16
3:22,23
5:4 8:2,9
8:12,14,17
13:19 15:4
15:16
16:17,19
17:21,25
18:2 19:2
19:7 20:23
27:13 89:4
89:5 90:4
90:8
**nonspecific**
38:2
**normal** 53:7
53:10 55:6
**NORTHERN** 1:3
**Notary** 2:11

4:12 5:3
89:23 90:8
**note** 53:17
74:17
78:13 79:3
79:22
**noted** 88:24
**notes** 16:6
80:14
**notice** 16:5
**number** 28:19
34:12
77:17

——————————
**O**
**O** 4:2 5:2
89:2 90:2
**O'HORA** 1:12
3:13
**oath** 5:5,12
6:20 89:8
**object** 23:19
43:21
56:18
**Objection**
23:3 47:13
57:14
59:23 71:7
76:12,18
77:2
**objections**
4:8 5:17
**observed**
86:20
**Obviously**
6:15
**occasion...**
79:24
**occurred**
58:4 61:9
78:15
**October**
28:14
**offer** 14:15
14:18 23:6
69:24
**offered**
12:19
27:22
**office** 27:12

**officer** 1:8
1:9,10,12
1:12,14
15:25
**officers**
35:7
**oh** 16:24
39:21 41:8
59:5
**okay** 7:23
11:21
16:16
50:23
55:18
57:19 78:9
78:12 81:2
82:11
**Once** 6:11
**one's** 77:14
**Oneida** 20:3
20:5
**ones** 49:19
84:3
**Ontario** 10:5
10:7,17
23:10
25:18
**opinion**
26:21
27:23 30:2
30:10 32:9
33:12,14
34:18,23
35:12,17
43:12,22
44:14,24
45:14,19
46:15,16
47:7,11,17
48:4,10
50:9,16
51:17 53:3
53:15 54:7
54:12 55:3
55:10,23
56:13 57:5
57:10,17
57:21 58:2
58:22 59:2
59:7 61:14

61:23
64:19
65:11,17
65:23 67:5
69:24 73:9
73:14 75:7
75:11 76:7
78:5,21
80:17
**opportunity**
69:20
**opposite**
74:2
**order** 36:13
64:13,18
82:12,22
**orient** 38:18
**outcome**
15:11 17:5
25:5 90:16
**outline**
61:21
**oversight**
47:9
**oxybutynin**
79:7

——————————
**P**
**P** 4:2 5:2,2
**page** 28:11
39:5,7,9
39:12,14
41:8,10,11
41:12
43:13 45:6
45:9,15
47:7 49:2
52:22
58:12
61:23 78:8
78:11 79:4
79:8,21
**paid** 26:24
**paragraph**
20:16
28:19
29:24
41:13
46:15 47:6
47:8,16

48:9,25
49:3 50:9
58:13
78:11 79:3
85:4,8
**paragraphs**
86:24
**Parkinson's**
26:16
**part** 22:18
24:22
38:10
46:15
47:10 48:4
50:15 53:3
55:16,16
63:9 71:4
85:23
**particip...**
5:7
**particip...**
22:19
**particul...**
79:25
**parties** 4:4
5:15 90:15
**partner**
27:16
**parts** 55:19
63:22
**pathology**
41:21
47:19
48:18
50:11
**patient** 13:6
**patients**
59:11 60:7
60:13,15
60:23 61:6
61:8,10
83:2,13
**pay** 24:22
25:8
**penalty** 5:15
**pending** 7:4
15:2
**people** 73:21
77:19
**performed**

39:10
41:20
**period** 8:19
**peripheral**
67:10,18
68:5 70:8
81:23
**perivent...**
43:15
45:17
**perjury** 5:15
**Perri** 3:17
5:23
**person** 5:13
12:21
15:24
18:24
19:16 62:7
**personality**
65:20
66:11
**personally**
24:21 25:7
86:19
**PHILLIPS** 1:9
3:13
**phone** 22:20
23:2
**physical**
86:17
**physically**
5:8
**physician**
22:19,20
69:21
**physicians**
24:15
**piece** 54:11
59:7
**place** 58:9
**plaintiff**
1:5 3:3
6:7 20:9
20:13
22:17
25:21
27:20
**plaintiff's**
22:24
**plaintiffs**

29:15
please 5:18
6:25 7:9
7:13 39:8
45:6 48:22
50:21 78:8
85:5
point 6:24
7:8,11
27:22
48:12 58:9
pointed 41:6
pointing
62:18
portion 65:6
position
9:22,25
possibil...
38:4 40:19
possibility
65:2 67:9
70:9
possible
73:21
potentially
23:21 24:3
34:10
pouch 79:5
79:12
practice 8:2
8:6 10:6
10:11
60:24
precedes
45:23
precise
11:23 48:3
48:7
precludes
64:9
predisposed
77:8
prepare 28:2
28:20,23
29:3
prerequi...
84:17
present 3:20
5:9 52:6
72:15

previous
77:17
principal
77:13
prior 16:13
31:9 52:24
58:8 77:13
77:19
probably
88:2
problem
42:24 61:3
81:25
problems
7:12 63:19
65:20
73:19 87:8
proceed 6:14
proper 23:6
33:5,24
34:4 67:13
67:14 68:7
70:23 71:4
80:19
properly
33:8
property
19:22
proposing
74:3
provide
12:23
18:14
25:24
26:10
provided
11:5,8
20:17
provisions
23:22 24:2
Public 2:12
4:12 5:3
89:23 90:8
publicat...
21:12
purchase
88:15
put 32:23

─────
Q
─────

qualified
21:3,8
QUEENS 90:5
question 4:8
7:5 11:23
33:7 35:24
45:23
46:17
56:16
69:22
72:24
77:11
questions
6:16,18
7:9 80:13
87:25
Quick 16:18
17:22
18:15
quickly
31:22
quite 74:2

─────
R
─────

R 5:2,2 90:2
R.N 1:13
rapid 62:16
rare 60:20
66:22
rate 12:5,7
26:25 27:3
rates 26:20
Raymond 1:4
3:4 6:6
27:19,22
30:3,11,15
31:2,10
33:11
34:16,24
42:10,20
49:5 57:11
57:12,22
61:15 65:8
65:13,19
67:5 69:9
73:15
74:19 75:8
76:16
78:22 79:5
79:14,23

80:23
85:10,23
87:7,20
Raymond's
32:10 46:5
53:22 57:5
66:15 73:8
76:8,23
77:6 79:22
87:9
read 88:16
88:19 89:7
real 54:22
really 37:19
46:16 51:5
67:8 69:22
81:3
reasons
35:21,24
recall 15:23
18:19,25
19:22
20:11 21:2
21:6 23:16
29:13
50:17 57:9
receive 7:19
9:6
received
25:21
26:18 27:7
recertif...
9:13
recertified
9:9
recess 80:15
recollec...
29:17
recommend
71:11
record 5:20
6:4 13:4
38:24
48:21
50:20
56:12
58:16 73:5
73:6 86:6
86:7 87:18
89:10,12

90:13
recorded
7:21
records
12:19 28:6
28:20,22
29:2 30:5
30:17 31:2
33:2 34:8
36:2 44:16
57:24 69:8
70:15
77:10
refer 79:12
reference
53:13 56:8
56:10 85:6
referenced
52:22
referred
61:2
referring
16:6,9
38:18
43:17 44:3
44:4,7,13
45:18 48:9
48:16 50:8
79:11
region 37:18
Rekic 19:23
related
32:16
33:17 55:5
55:11 57:6
60:11
90:14
relating
87:14
relative
20:10
releases
31:22
relevant
56:15
relying
50:15
remember
24:7 25:23
remotely

1:20 5:11
**repeat** 67:20
**rephrase**
  7:10 57:20
**report** 12:23
  13:5 14:16
  16:10,12
  18:15 28:4
  28:12,14
  28:21 29:7
  29:12,22
  38:25 39:7
  39:12
  40:12
  41:18 43:4
  43:13
  44:12,18
  45:7,9
  47:20
  48:24
  50:19
  51:18,24
  53:15,18
  55:24
  56:11
  58:10
  61:21 65:4
  65:7 69:15
  74:17 78:8
  79:4,9
  80:17 85:5
  86:20,22
  87:6,10
**reported**
  1:23 74:19
  75:4 86:19
**reporter**
  2:11 7:17
  28:11
  88:12,13
  90:7
**reporting**
  1:25 5:10
  5:18 69:9
  87:7
**reports**
  29:19
  52:10
  87:12 88:4
**represent**

6:6 24:15
**represented**
  25:10
**request** 88:3
**requested**
  46:9
**require**
  67:13
**required**
  9:13 34:14
  61:19
**requires**
  80:19
  81:12
**reserved** 4:9
**residual**
  85:11
**resolution**
  24:22
**resolve**
  22:14
**resolved**
  22:11 25:2
**respect**
  22:10 23:2
  35:23
  37:13 59:8
**respective**
  4:4
**respecti...**
  29:15
**response**
  62:17
**rests** 48:4
**result** 46:19
  59:12 60:9
**resulting**
  58:18
  82:13
**results** 48:5
**retained**
  15:14
  17:20 18:2
  19:7 20:12
  20:18,22
**retire** 10:9
**retired**
  10:10
**retiring**
  10:21

**reveals**
  34:10
**review** 7:20
  11:20,25
  12:6,8
  27:8 28:2
  29:11,18
  30:14,25
  33:2 56:12
  77:11
**reviewed**
  11:17
  12:12,17
  12:19 13:4
  28:6,20,23
  29:3,23
  52:9 65:3
  65:6 69:8
  70:15
  74:12
**reviewing**
  11:14
**revoked** 8:13
  8:18
**right** 27:9
  35:10,11
  35:24 36:7
  39:24
  40:15
  41:21
  44:10 47:3
  48:14
  49:24 51:7
  54:4,25
  56:9,17,25
  62:12
  66:16
  79:25 81:6
  85:3
**ROBERT** 1:18
  2:10 89:7
  89:16
  90:10
**Roberts** 3:17
  5:23,24
  23:3,17
  43:20
  47:13
  56:18
  57:14

59:23 71:7
  76:12,18
  77:2 88:20
**Rochester**
  15:4 27:13
**role** 20:6
**room** 5:9
**Rosenfeld**
  3:8 5:21
  5:22 6:2,5
  8:16 22:23
  26:23
  37:11
  39:21 55:8
  57:19
  59:25
  60:14
  71:19 73:4
  80:8 87:24
  88:10,17
**rule** 33:22
  34:5 46:25
  68:4,8
**rules** 36:11
  64:21
─────────
      **S**
─────────
**S** 4:2,2
**salvation**
  69:5,16
**sanctioned**
  21:18
**save** 28:10
**saw** 42:9
**saying** 39:15
  53:4 81:8
  86:13
**says** 43:14
  43:25
  45:10 49:5
  73:2 86:25
**scan** 41:7,19
  42:9,13,20
  43:5,18,19
  43:25
  47:15,21
  48:8,16,17
  49:6 50:3
  51:6,22,23
  52:12,14

52:20,24
  52:25 53:8
  53:14 55:6
  55:14,22
  56:22
  70:24
  71:21 72:3
  72:8
**scans** 39:10
  46:11 47:5
  50:7,14
  51:16 52:4
  52:17
  56:11
**scarring**
  83:15 84:6
  84:13
**SCIME** 3:14
**sclerosis**
  40:25
**scratch**
  62:15
**sealing** 4:5
**second** 22:8
  41:12
  54:15
**section**
  44:14
  47:11
  51:17
  56:13
  80:17
**see** 14:10
  16:16 36:4
  37:8,10,12
  37:23 40:4
  42:7,19
  44:19
  50:22 51:3
  51:13,21
  52:19 61:4
  61:5 62:6
  63:24 69:7
  79:8 80:2
  81:2 82:6
  86:24
**seizure**
  65:21
  77:23
  78:14,19

```
seizures              53:10              39:4 41:8        73:18            subsequent
  58:19               72:11              47:8 49:2        started            46:11
Semi 10:10            82:14,19           67:20              39:15            49:19
sensation             83:10              70:18          state 2:12           58:19
  84:24 87:5          84:24              72:22              3:22 5:4       substance
Sensory             showed 40:9          74:13              8:2,10,13        75:14
  63:16,22            43:15            sort 6:12             8:14,18         76:16,24
sentence              45:16            South 3:22           13:20            87:19
  81:3                46:11            spastic              15:16          substances
September           showing              31:20              16:17,19         76:10
  30:22 31:5          56:22              62:25              17:21,25       sued 21:24
  31:9 35:13          73:18            spasticity           18:3 19:3        22:6
  39:24             shown 71:6           62:3,23            19:7,22        suffer 34:24
  45:24 49:7          74:6               64:20              20:11,23         35:14,18
  49:16,24          shrinkage          speak 57:25          30:5 44:8        83:2
  57:8 74:18          84:6,13          speaking             56:3 80:16     suffered
  75:9 85:13        sides 37:5           47:21              89:4 90:4        46:25
sequela               40:11              50:25 51:8         90:8             54:19
  66:11             sign 62:14         specific          stated 58:16       57:12
Sergeant 1:9          63:18             64:11              79:23 82:7        59:11
series 6:16           88:16,19        specific...        states 1:2         78:22
served 11:9         signed 4:11         36:9 44:8          8:7 10:15        84:18
  13:16 14:3          4:13            speculation          43:23          suffers
Services            significant         71:8             stating 5:19       30:11
  10:17               64:16            spinal 31:18        78:16 85:2      sufficient
serving             signs 62:12         32:7,17          staying            67:17
  13:10               63:5,14           33:18              46:14          suggests
set 26:21             64:21             34:15              55:21            31:2
  90:11,18          simply 56:3         53:23 54:2       stiffness        Suite 3:22
setting             sit 15:22           62:19              62:24          Superint...
  34:14             six 30:18           66:19 67:6       STIPULATED         1:11
  37:20               31:4              70:24 72:7         4:3,7,10       support
  64:25             skull 84:5          81:20            Street 3:22        46:25
settle 23:11          84:12             85:12 87:2       stroke 75:22       47:19
settlement          sleep 65:20       spine 17:16       struck 15:24       48:18
  22:15             small 31:20         18:21,23          73:16            50:12 53:5
  23:15,24            31:21,23          32:2 47:18       structural         55:23 56:7
  25:6,8,22         somebody            48:12 49:6         71:15,24         58:17 63:3
severe 59:18          13:17 17:9        50:3,8,11         72:11,17         64:3 65:24
  64:17               36:4 40:4         70:25 71:3       studies          supporting
severity              52:6 75:15        71:4,12,13        37:22            53:14
  77:16               75:20,24          71:20              68:16          Supreme 20:3
sexual 63:21          76:4,21           72:10,16         study 49:7       sure 7:15,24
short 80:9            82:12             72:17              49:10,14         11:18
Shorthand             83:22             81:21            subcortical        38:22 43:3
  2:11 90:7           84:18,22        spontane...          43:16            48:6 67:22
show 36:16            85:16             60:17,21         submitted          86:11
  37:22 40:2        somebody's          61:9 66:23        87:13            87:17
  40:8 49:22          62:16 81:8      ss 89:4 90:4       Subscribed       surgery
  51:17 52:4        sorry 16:15       start 13:9           89:19            79:13
```

Susan 1:23
2:11 90:7
90:21
suscepti...
77:15
suspect
53:12
suspended
8:10
sustain
82:22
sustained
20:9 35:5
35:9 46:18
57:7,22
60:8 75:8
83:23
85:12
sustaining
73:23
sweating
69:5
sworn 4:11
4:13 5:3
89:19
90:11
symptom
74:22,25
75:3 77:24
80:4 81:11
85:23
symptoms
30:16 31:3
46:12 64:8
64:11 66:8
68:22
69:10,15
70:13,17
73:12,18
73:22 74:6
Syracuse
3:23
system 68:14
80:21
81:15,23
82:5

_____
T
T 4:2,2 5:2
89:2 90:2

90:2
T-U-B-I-...
24:13
take 6:25
48:20,22
50:18,21
55:20 80:8
80:9,13
83:20
taken 32:13
46:4 80:15
89:8
talk 43:24
44:23 47:4
47:16
79:21
talked 19:4
45:21
56:21
66:13
84:21
talking
30:20,21
44:25 51:5
52:15 81:4
81:16
talks 65:18
TBI 18:18
36:4,11
37:15,17
37:20
42:11
46:18
57:13
58:10,23
64:4,5
tech 7:12
tell 7:10
16:9 44:12
48:23
85:25
temporal
73:8
term 60:4
terms 23:23
testified
5:5 20:8
87:14
testify
16:21 18:5

18:8 19:11
20:24
46:10
testifying
6:21 11:15
testimony
5:14 6:19
14:18 15:8
16:13,23
20:17
25:25 27:9
32:15,20
35:3 72:9
82:11
84:15 89:8
90:13
testing 68:9
68:10
thank 27:18
41:14
42:25
50:23
57:19
58:14
thanks 88:10
thing 54:16
think 16:15
18:11 19:3
23:20
38:11
43:21
44:15
56:23
57:17
62:20 67:3
70:4,20
72:20
third 49:2
THOMAS 1:8,9
1:9,10
3:12,12,13
3:13
thoracic
71:3,13
72:10,16
81:21
thought
41:25
76:22
three 11:19

13:25
58:19
86:24
tightness
62:25
time 4:9
8:19 9:8
9:11,21,22
14:2 22:5
22:8 48:20
48:22
50:21
55:20
57:13 74:2
87:25
88:11,24
times 11:13
11:16,19
11:25
13:23,25
22:3 78:18
tissue 60:6
60:10
today 6:8
15:23 28:3
28:24 29:4
30:11,21
33:3
toe 62:17
tone 62:25
transcript
7:18 79:22
89:8,9
90:12
transport
78:15,23
trauma 40:13
40:20,21
47:2 59:21
59:22 60:3
60:5,11
64:15,15
64:25
83:14
84:10,20
84:23
traumatic
14:10
17:10 34:5
34:19,25

35:6,9,14
35:19 38:5
57:23 58:3
61:11,17
66:6 74:11
75:8 77:6
77:14,25
85:17
treat 69:20
treated
59:11
treating
10:3 69:21
trial 4:9
15:9 16:24
18:8,10
19:12
23:12
trouble
79:24 87:2
TROY 1:7
3:12
true 66:9
89:10,13
90:13
try 7:10
11:22
trying 71:9
Tubiolo
24:12,14
25:11
27:14
Tubiolo's
27:11
turn 27:19
61:22
Twice 22:4
two 10:12
18:13
29:18
31:15
34:12
35:24 37:4
37:5,6
42:19 50:7
55:19
type 24:4
types 31:15
59:15
typically

40:21

**U**

**U** 4:2
**unable** 74:20
**understand**
  6:22  7:9
  54:6  55:18
  55:19
  69:23
**understa...**
  35:2  36:6
  79:19
**Understood**
  34:2  46:13
**United** 1:2
  10:15
**unremark...**
  41:20  43:6
  49:8  50:5
  71:22
**unusual**
  73:24
**upward** 62:18
**urinate**
  74:20
**urine** 31:22
**urologist**
  29:16  61:3
**usual** 74:10

**V**

**Valvo** 29:12
  29:14
**various**
  81:19
**vasculitis**
  40:14  41:2
**vehicle**
  20:11
**verbally**
  5:13
**versus** 16:17
  16:19
  17:25  19:2
  19:24
**vessels** 41:4
**VIDEO** 1:25
**view** 37:21
  64:9  69:12

74:4
**visible** 65:8
**volume** 31:23
**vulnerable**
  77:20

**W**

**W** 89:2
**waive** 5:17
**waived** 4:6
**walking**
  79:24
**want** 11:21
  23:19  24:3
  32:23  39:5
  48:2,6
  55:20
  80:13
  88:17,18
**WARD** 3:5
**warranted**
  69:14
**wasn't** 42:4
**way** 73:22
  75:12
  90:16
**weakness**
  63:5,9
  64:21  80:5
  85:11,15
  85:24  86:2
  86:5,9,12
  86:14,21
**Weaver** 19:2
**Wednesday**
  1:19
**WHEREOF**
  90:18
**white** 40:9
  43:16
**width** 73:2
**Wilson's**
  25:16
  26:13
**withdrawal**
  62:17
**withdrawn**
  8:16  22:23
  26:23
  37:11

39:22  55:9
60:2,14
71:19
**witness** 5:13
  11:10  21:4
  21:8  88:9
  88:19,21
  90:10,13
  90:18
**wondering**
  44:11
**words** 32:23
  42:5  57:18
  64:23
  81:18
  86:15
**work** 26:21
  27:4  58:17
  68:8,17
**worked** 67:9
**worker** 19:21
**workup** 71:4
**wouldn't**
  37:19  45:5
  49:14,22
  61:4
**written**
  12:23
  14:15
  18:14

**X**

**Y**

**year** 10:13
  12:6,13
  13:2  14:6
  27:7
**years** 10:8
  10:24  12:9
  12:11  13:3
  13:11
  20:18  58:8
  60:24
**York** 1:3
  2:12  3:7,7
  3:16,22,23
  5:4  8:2,10
  8:13,14,18
  13:19  15:4

15:16
16:17,19
17:21,25
18:3  19:3
19:7  20:23
27:13  89:4
89:5  90:4
90:8

**Z**

**Zoom** 1:20

**0**

**1**

**1** 28:11,13
  29:5,24,24
  38:25
  46:15  47:8
  50:4  51:6
  62:10  78:8
  78:11
**1,800** 26:19
  27:7
**1/28/14** 39:3
  45:11
**10** 12:9,11
  13:3,11
  86:25
**10-minute**
  80:10
**10:01** 2:8
**10020** 3:7
**10th** 3:6
**11:33** 80:10
**11:43** 80:11
**11:56** 88:24
**120** 3:15
**131** 1:19  2:7
  49:7  89:9
**13202** 3:23
**14** 30:22
  31:5,9
  35:13
  39:24
  45:24  75:9
**14202** 3:16
**14th** 49:16
  49:24
**15** 58:8

74:18
**1987** 8:5
**1988** 9:7,15
**19th** 90:19

**2**

**2** 47:6,16
  48:9  50:9
  62:10
**2012** 13:14
  58:12,16
  58:23  77:6
**2013** 58:5,10
**2014** 22:7
  26:10
  39:16  40:7
  43:19
  44:21
  45:19,22
  46:5,23
  56:9,15
**2015** 52:24
**2016** 30:22
  31:5,9
  35:13
  39:24
  45:25  46:6
  47:2  49:7
  57:8  71:21
  74:18  75:9
  85:13
**2017** 22:9
  24:25  31:7
**2018** 85:7
  86:8,25
**2019** 39:11
  41:16  42:9
  42:19
  43:18
  47:24
  52:22  53:2
  53:7  55:14
  56:22  58:7
**2020** 9:24
  10:2,9
  50:4  51:6
  79:6
**2021** 11:24
  28:14
**2022** 1:19

```
   2:7 13:12
   89:9,20
   90:19
212 1:25
273-9911
   1:25
28 39:16
   44:21

          3
3 39:14
   41:11,12
   52:22
   62:10 85:4
30 12:4,6,12
   12:25 27:6
300 3:22,22
31 10:8,24
   60:24

          4
4 39:9 45:6
   45:9 49:2
   49:2 58:12
   79:4
42 3:15

          5
5 43:13
   45:15 47:7
   61:23
500 26:24
   27:8

          6
600 3:6

          7
7 28:14

          8

          9
9/14/16
   46:20
```