# EXHIBIT 14

1    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF NEW YORK
2    ----------------------------------------------
     MATTHEW RAYMOND,
3                        Plaintiff,

4    -vs-                                18-CV-01467

5    TROY MITCHELL, LIEUTENANT AT AUBURN
     CORRECTIONAL FACILITY; CHARLES THOMAS,
6    CORRECTION OFFICER AT AUBURN CORRECTIONAL
     FACILITY; THOMAS HARTE, SERGEANT AT AUBURN
7    CORRECTIONAL FACILITY; THOMAS PHILLIPS,
     CORRECTION OFFICER AT AUBURN CORRECTIONAL
8    FACILITY; THOMAS GIANCOLA, CORRECTION OFFICER
     AT AUBURN CORRECTIONAL FACILITY; HAROLD D.
9    GRAHAM, FORMER SUPERINTENDANT OF AUBURN
     CORRECTIONAL FACILITY; BRIAN BAUERSFELD,
10   CORRECTIONAL HEARING OFFICER OF AUBURN
     CORRECTIONAL FACILITY; BRIAN O'HORA,
11   CORRECTION OFFICER AT AUBURN CORRECTIONAL
     FACILITY; AIMEE HOPPINS, R.N.; DR. DEBORAH
12   GEER; AND "JOHN DOE", CORRECTION OFFICER AT
     AUBURN CORRECTIONAL FACILITY,
13                       Defendants.
     ----------------------------------------------
14            REMOTE EXAMINATION BEFORE TRIAL OF

15               JONATHAN M. VAPNEK, MD

16

17              Friday, March 11, 2022

18              2:01 p.m. - 3:54 p.m.

19               pursuant to notice

20

21   REPORTED BY:

22   Carrie A. Fisher, Notary Public

23   APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK

 1        <u>**R E M O T E    A P P E A R A N C E S**</u>

 2   APPEARING FOR THE PLAINTIFF:

 3        **EMERY CELLI BRINCKERHOFF ABADY WARD**
          **& MAAZEL LLP**
 4        **BY:  KATHERINE R. ROSENFELD, ESQ.**
          600 Fifth Avenue, 10th Floor
 5        New York, New York 10020
          (212) 763-5000

 6
     APPEARING FOR THE DEFENDANTS:

 7
          **LIPSITZ GREEN SCIME CAMBRIA LLP**
 8        **BY:  PATRICK J. MACKEY, ESQ.**
          42 Delaware Avenue, Suite 120
 9        Buffalo, New York 14202
          (716) 849-1333

10
     ALSO PRESENT (OBSERVING):

11
          **BONNIE LEVY, ESQ.**
12        NYS Attorney General's Office

13        **EMMA FREEMAN, ESQ.**
          Emery Celli Brinckerhoff Abady Ward
14        & Maazel LLP

15

16

17

18

19

20

21

22

23

```
 1                      I N D E X

 2     WITNESS          EXAMINATION          PAGE

 3     Jonathan         By Mr. Mackey           5
       Vapnek, MD

 4

 5

 6

 7

 8

 9

10

11                    E X H I B I T S

12     EXHIBIT            DESCRIPTION         PAGE

13         (Shown electronically to the witness)

14     Exhibit 1    expert report              32

15     Exhibit 2    NYS DOCCS infirmary record 45

16     Exhibit 3    Auburn Community Hospital  57
                    Imaging Department record

17

18     Exhibit 7    Upstate University Health System  70
                    record dated 03/07/17

19     Exhibit 9    ECMC ED-Provider Report    73

20     Exhibit 10   ECMC D/C-Discharge Summary 75

21     Exhibit 11   Western New York Urology   76
                    Associates note

22

23
```

1    **REPORTED REMOTELY FROM ERIE COUNTY, NEW YORK**

2    THE REPORTER:  Good morning.  My name is

3    Carrie Fisher.  I am the stenographic court

4    reporter.  I am not physically present with

5    the witness and will be reporting this

6    deposition remotely.

7    Will the attorneys participating in this

8    deposition acknowledge that, in lieu of an

9    oath administered in person, I will administer

10   the oath remotely and further consent to waive

11   any objections to this manner of reporting.

12   Please indicate your agreement by

13   stating your name, who you represent and your

14   agreement on the record, starting with the

15   noticing attorney.

16   MR. MACKEY:  Patrick Mackey on behalf of

17   the defendants Mitchell, Thomas, Harte,

18   Phillips, Giancola, Graham, and Geer, and I

19   consent.

20   MS. ROSENFELD:  Katie Rosenfeld for

21   plaintiff, I consent.

22

23

1    **J O N A T H A N   M.   V A P N E K,   M D,**

2    229 East 79th Street, New York, New York

3    10075, having been first duly sworn, was

4    examined and testified as follows:

5

6    EXAMINATION BY MR. MACKEY:

7  Q. Good afternoon, Dr. Vapnek.  My name is

8    Patrick Mackey.  I am one of the attorneys

9    representing the defendants in this case.

10   Thank you for your time and thanks for

11   appearing today for this particular

12   deposition.

13        I will have a series of questions for

14   you, and before we get started though I just

15   want to kind of lay some ground rules so it

16   goes as smoothly as possible.  One is just

17   kind of wait until I finish my question before

18   jumping in with your answer.  If we start

19   talking over each other, it's difficult for

20   the stenographer so if you could just wait

21   until I am done with my question.  And I will

22   do the same, I will wait until you're done

23   with your answer before I go on to my next

1    question.

2         We do need verbal answers.  A shake or a

3    nod of the head isn't recordable so everything

4    needs to be verbal.

5         Just let me know if you don't understand

6    a question.  I'd like you to be answering

7    questions you understand.  If there is a

8    question you're just not quite understanding

9    what I am asking you, that's fine, just let me

10   know.  I will ask it a different way or maybe

11   break it down into smaller questions.

12        There may be objections by the attorney,

13   your attorney, during the deposition which is

14   normal.  I just ask that you answer the

15   question once the objection has been placed on

16   the record.

17        And if you do need a break at any time,

18   just let me know.  It's no problems taking a

19   short break for whatever reason you may need

20   it.  The only thing I ask is if there is a

21   question pending that the question be answered

22   before we take that break.  All right?

23   A.  All right.

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1    Q. Okay.  So let's get started.

2            Dr. Vapnek, are you licensed to practice

3        law in the state of New York?

4    A. I am licensed to practice medicine but not law

5        yet.

6    Q. Did I say law?

7    A. You did.

8    Q. Are you licensed to practice medicine in the

9        state of New York?

10   A. I am.

11   Q. Okay.  When did you obtain that license?

12   A. 1993 when I moved to New York.

13   Q. Okay.  Where did you move from?

14   A. California.

15   Q. Were you practicing medicine in California

16       when you moved to New York?

17   A. No, I had done my residency and my fellowship

18       there and I keep my license current just in

19       case.

20   Q. Okay.  Are you practice -- currently are you

21       licensed to practice medicine in California?

22   A. I am.

23   Q. Okay.  Any other states that you're licensed

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1          to practice medicine?

2     A. No.

3     Q. Okay.  So just New York and California?

4     A. Correct.

5     Q. Okay.  Do you have any board certifications?

6     A. I do.

7     Q. And what are those in?

8     A. American Board of Urology.  My initial

9          certification was 1995, and I have recertified

10         twice so I am good to go until 2025.

11    Q. And where are you currently employed?

12    A. I am self-employed in Manhattan.

13    Q. So you have your own practice?

14    A. I do.

15    Q. And what's the name of the practice?

16    A. Jonathan Vapnek, MD, PC.

17    Q. Before working at your own practice, did you

18         work elsewhere in the medical field?

19    A. I did.  I was full-time staff at Mount Sinai

20         Medical Center from 1993 until November of

21         2002, at which point I decided to go out into

22         solo private practice.

23    Q. Okay.  So Jonathan Vapnek, MD, PC, that began

─JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22─

1          in 2002?

2    A.   Correct.

3    Q.   Have you ever provided medical services in a

4         correctional facility?

5    A.   No.

6    Q.   Okay.  And do you did you review any documents

7         in preparation for today's deposition?

8    A.   Yes.

9    Q.   What documents did you review?

10   A.   Well, I have obviously all the records that I

11        reviewed to formulate my December 15th letter.

12        I looked back at some of my notes,

13        occasionally looking at some of the source

14        material.

15   Q.   Okay.  Anything else?  Did you review any

16        other reports prepared by experts related to

17        this case in preparation for this deposition?

18   A.   Well, there were the plaintiff's expert

19        neurologist which is Sherry Leitch and then

20        the two defense experts John Valvo who is the

21        urologist and Robert Knapp who is the

22        neurologist.

23   Q.   Okay.  And you took a look at those before for

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1      today's deposition?

2    A. Yes.

3    Q. Okay.  Anything else, any other documents that

4       you reviewed?

5    A. No.

6    Q. The plaintiff in this case, Matthew Raymond,

7       has he ever been a patient of yours?

8    A. No.

9    Q. Do you know if any members of Mr. Raymond's

10      family has ever -- have ever been a patient of

11      yours?

12   A. Not that I'm aware of.

13   Q. Okay.  Before providing Mr. Raymond with

14      expert witness services in this case, did you

15      know Mr. Raymond?

16   A. No.

17   Q. Okay.  And before providing Mr. Raymond with

18      expert witness services in this particular

19      lawsuit, did you know any members of

20      Mr. Raymond's family?

21   A. Not that I'm aware of, no.

22   Q. Other than this particular lawsuit, have you

23      been hired in the past to provide expert

1     witness services in lawsuits?

2  A. Yes.

3  Q. Okay.  Approximately how many times in the

4     past?

5  A. What -- I mean, in terms of number of cases I

6     have reviewed or number of times I have

7     testified?

8  Q. Okay.  We can break it down.

9        Approximately how many times have you

10    testified at trial as an expert witness?

11  A. I think I have testified at trial about 65

12    times.

13  Q. Okay.  And if you can approximate, how many

14    times have you been hired to provide expert

15    witness services in a lawsuit, so not

16    necessarily just provide trial testimony but

17    to review medical records, prepare expert

18    reports, things of that nature?

19  A. I should probably figure this out but it's --

20    I mean, over the last 20 years it's got to be,

21    you know, 600 to a thousand cases.  I do a lot

22    of -- a lot of reviews that never come to

23    deposition, a lot of reviews that never go to

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1          trial so there is a lot of behind the scenes

2          stuff.

3    Q.   Understood.  When you -- during your history

4          of providing expert witness services in

5          lawsuits, is that always in the field of

6          urology?

7    A.   Yes.

8    Q.   And I think you mentioned it's been about 20

9          years that you have been providing expert

10         witness services.  During that 20-year period,

11         have you provided expert witness services to

12         defendants in lawsuits?

13   A.   Yeah, most of -- I would say probably 65 --

14         you know, two-thirds of my work is defense

15         work, primarily in the New York area, and then

16         there is plaintiffs work in malpractice cases

17         and then there are the damages cases or

18         workers' comp and such.

19   Q.   Okay.  So would you agree that you do provide

20         expert witness services both sometimes on

21         behalf of defendants and sometimes on behalf

22         of plaintiffs?

23   A.   That's correct.

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1    Q. The law firm that hired you in this particular

2       case, Emery Celli Brinckerhoff Abady Ward &

3       Maazel, have they hired you in the past for

4       expert witness services?

5    A. No.

6    Q. Okay.  So this is the first time?

7    A. Yes.

8    Q. And the name of the law firm I belong to and

9       it's based in Buffalo, New York, is Lipsitz

10      Green Scime Cambria.  Do you know if you have

11      ever been hired by that firm to provide expert

12      witness services?

13   A. I don't believe so.

14   Q. Now, I think you mentioned a little earlier

15      before that there have been occasions that you

16      have provided deposition testimony as an

17      expert.  Approximately how many times have you

18      done that?

19   A. I think it's in the neighborhood of 75 or 80.

20   Q. Okay.  And have you authored any publications?

21   A. Yes.

22   Q. Okay.  What was your most recent publication

23      that you authored?

1    A.  That's a good -- I'd have to go back and look

2        at my CV.  I don't do a whole lot of writing

3        these days, but probably about four or five

4        years ago I think one of my former residents

5        and I published a book chapter but I'd have to

6        go back and look at the CV.

7    Q.  Okay.  You just don't recall the specifics,

8        what publication that was?

9    A.  That's right.

10    Q.  Okay.  Approximately how many articles or

11        other publications have you issued?

12    A.  I think it's probably 30 or 40.

13    Q.  Do you know if any of those were related to

14        the topic of neurogenic bladder?

15    A.  Since my subspecialty area of expertise is

16        neurourology and voiding dysfunction, a lot of

17        my presentations and a fair number of articles

18        are generally about bladder control.

19    Q.  Okay.  So you're familiar with --

20    A.  I don't know what that was, but we're still

21        here.

22    Q.  Okay.  You hear me fine?

23    A.  Yep.

1    Q. Okay.  Now you mentioned that -- strike that.

2          Now, in your private practice do you

3    have patients that suffer from neurogenic

4    bladder?

5    A. Yes.

6    Q. Okay.  Now, are you able to provide an

7    approximate percentage of how many of your

8    patients suffer that particular condition?

9    A. I can't give you an exact number, but

10   certainly since that, again, is my

11   subspecialty area, while I do general urology

12   and see kidney stones and prostate cancer and

13   such, there is certainly a larger number of

14   those with bladder control problems of which

15   neurogenic bladder is certainly a large

16   portion of that.  So it's certainly in the

17   neighborhood of, I mean, overall couple

18   hundred patients.  You know, I may not see

19   them more than once a year but there is

20   plenty.

21   Q. Understood.  Is it over 50 percent of your

22   patients are patients that suffer from bladder

23   issues?

———JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22———

1     A. No.

2     Q. Okay.  So it's under 50 percent you think?

3     A. Yes.

4     Q. Now you mentioned earlier you have appeared

5        approximately 65 times prior -- 65 times at a

6        trial as a witness.  Were all of those

7        appearances as -- were you appearing as an

8        expert witness?

9     A. Yes.

10    Q. Okay.  And have you ever been not qualified by

11       a court or a judge during a trial?

12    A. Not that I'm aware of, no.

13    Q. Do you have any felony convictions?

14    A. Not that I'm aware of.

15    Q. Do you have any misdemeanor convictions?

16    A. No.

17    Q. Have you ever been disciplined for your

18       actions taken as a medical doctor?

19    A. No.

20    Q. Have you ever been sued for malpractice?

21    A. Yes.

22    Q. Okay.  How many times, do you know?

23    A. Five times.

1    Q. And if you know, what were the results of
2        those five lawsuits?
3    A. I think one of them may still be pending.  I
4        haven't heard anything for a couple of years.
5        It seems pretty silly, but I don't honestly
6        know.  The other four were either dropped or
7        settled on the behalf of others, so no
8        judgments or settlements for myself.
9    Q. Okay.  Well, that kind of goes along with my
10       next question.  Do you know if any of those
11       five lawsuits of liability was ever found
12       against you?
13    A. Right.  There were none.
14    Q. Okay.  And all five of these malpractice
15       lawsuits, were these related to your services
16       in the field of urology?
17    A. Yes.
18    Q. And were all five of these in New York?
19    A. They were.
20    Q. Okay.  Do you know if they were state court
21       matters or federal court matters?
22    A. I would presume they were state court as they
23       were, you know, New York City based.

———JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22———

1     Q.  Okay.  And the one lawsuit that's still

2         pending, how old is that lawsuit do you know?

3         Do you remember when it was filed?

4     A.  I mean, I got deposed probably three years ago

5         and I think there was a motion to dismiss it

6         but I have literally not heard anything.  I

7         really don't know.

8     Q.  Okay.  Have you ever been charged with ethical

9         violations in the medical field?

10    A.  No.

11    Q.  Now, the lawsuit that we're discussing today

12        was brought by the plaintiff whose name is

13        Matthew Raymond.  And, as you know, you

14        provided an expert report on Mr. Raymond's

15        behalf.  Did you ever meet to examine

16        Mr. Raymond?

17    A.  No.

18    Q.  Have you ever had any discussions with

19        Mr. Raymond?

20    A.  No.

21    Q.  Have you ever had any discussions with any

22        members of his family?

23    A.  No.

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1   Q.  Is it accurate to say that the report you

2       prepared for Mr. Raymond was just based upon

3       your review of medical records related to the

4       care that had been provided to Mr. Raymond?

5   A.  Sure.

6   Q.  Now, during your review of records related --

7       or records in order to prepare your expert

8       report, did you notice at any time that

9       Mr. Raymond had been diagnosed as being or

10      having depression?

11  A.  I don't recall specifically.  I was

12      concentrating more on the urological matters.

13  Q.  Okay.  So you just don't remember?

14  A.  Correct.

15  Q.  Upon your review of the records, did you come

16      across information related to the fact that

17      Mr. Raymond back in 2012 suffered a head

18      injury when he was hit by a beam at a work

19      site?

20  A.  Yes.

21  Q.  Okay.  So you saw that in the records?

22  A.  Yes.

23  Q.  And upon your review of the records, did you

1        notice or did you see that in 2007 Mr. Raymond

2        injured his spine in a medical -- in a

3        motorcycle accident?

4    A.  I think that was something I read about, but I

5        don't think -- I don't think records extended

6        that far back that I saw.

7    Q.  Okay.  Yeah, in a little bit I will go over

8        the records that you went through.  In

9        preparing your report, your report, your

10       expert report, did you give any consideration

11       about the head injury that Mr. Raymond

12       suffered in 2012?

13   A.  Sure.

14           MS. ROSENFELD:  Objection to the form.

15   Q.  Okay.  And what type of consideration did you

16       give it?

17   A.  I think that any time one is doing a review

18       and looking for causation one has to fairly

19       take into account all of the potential issues

20       that might impact.

21   Q.  Okay.  And do you feel at all that that

22       particular injury, the injury in 2012 from

23       the -- from being hit in the head with the

1      beam, is that a factor at all in Mr. Raymond

2      having a neurogenic condition of a neurogenic

3      bladder?

4           MS. ROSENFELD:  Objection to the form.

5   A.  I think that it is a pre-existing condition,

6      but there was no evidence of any voiding

7      dysfunction prior to the incident of September

8      14th of 2016.  So it may have perhaps

9      predisposed him to a higher degree of injury

10      from subsequent head injuries.  So in that way

11      I suppose it's relevant, but from what I can

12      tell there was no issue -- no urological issue

13      from that specifically.

14   Q.  Okay.  Just so I understand, is it your

15      contention then that the injury that was

16      suffered in 2012 may have -- may have created

17      or did create a pre-existing condition that

18      may have caused later on Mr. Raymond to suffer

19      this neurogenic bladder?

20           MS. ROSENFELD:  Objection.  Misstates

21      testimony.

22   A.  I think that what I meant to say, maybe not so

23      artfuly, was that having one head injury may

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1        predispose one to be more susceptible to a

2        second head injury, but that's speaking as a

3        urologist as opposed to a neurologist.

4    Q. Okay.  And the injury to the spine from the

5        motorcycle accident in 2007, did you take that

6        into consideration at all when preparing your

7        expert report?

8    A. Yes.

9    Q. Okay.  And how did you -- what consideration

10       did you give it?

11   A. Again, knowing that that was a pre-existing

12       condition that had not for nine years caused

13       any demonstrable deficit in voiding function.

14   Q. Okay.  And do you feel at all that that injury

15       to the spine, to any degree, has it caused a

16       neurogenic bladder that Mr. Raymond currently

17       suffers?

18           MS. ROSENFELD:  Objection to the form.

19   A. Yeah, highly unlikely.

20   Q. And why do you think it's unlikely?

21   A. Again, the imaging was unimpressive and for

22       that long number -- nearly a decade there were

23       no urological issues.

1    Q.  Now upon reading the records that were

2        provided to you, did you notice that there is

3        a record of Mr. Raymond suffering seizures?

4    A.  Yes.

5    Q.  And those seizures appear to have started

6        once -- when he was hit with the beam in the

7        head -- in the head with the beam in 2012,

8        correct?

9            MS. ROSENFELD:  Objection.

10   A.  Right.

11   Q.  Now I know you're not a neurologist but, I

12       mean, what is your understanding of the causes

13       of the seizure?

14   A.  I mean, when I -- I have seen patients with

15       seizures over the years and certainly a

16       traumatic brain injury is one reason and

17       idiopathic or birth trauma is another one.  I

18       think from what I have seen in many cases

19       there is no visible evidence on imaging, but

20       there is evidence on EEG or clinically that

21       there is an injury.

22   Q.  And what do you mean by "there is no visible

23       evidence"?

1    A. CAT scans often are negative and MRIs are

2       negative.  So we certainly see -- you know,

3       and I think that's true in all aspects of

4       medicine that imaging studies are helpful but

5       they are limited and very often are negative

6       even when someone does have clinical symptoms.

7    Q. Okay.  So just so I understand, are you saying

8       that a person may suffer from some seizures

9       but there won't be any indications of that

10      condition if they -- if you took an MRI or a

11      CT scan of their brain?

12   A. Right.  That's my understanding, yes.

13   Q. Now you mentioned that you have patients that

14      have seizures.  Do any of your patients that

15      have seizures, do any of them have bladder

16      retention issues?

17   A. I have not seen any in my practice.

18   Q. Okay.  Have you ever encountered any patients

19      or any -- well, let me strike that.

20          Have you ever come across a situation

21      where seizures have been ruled as a cause of a

22      neurogenic bladder?

23          MS. ROSENFELD:  Objection to the form.

---JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22---

1    A.  I have not.

2    Q.  Have you read any publications or articles

3        about neurogenic bladder being caused by

4        long-standing seizures being suffered by a

5        person?

6    A.  No, but I can say certainly those with extreme

7        head injuries or strokes or other major space

8        occupying lesions causing seizures, something

9        like that, would -- it would not be unexpected

10       to have bladder dysfunction in those

11       situations.

12   Q.  Okay.  Now what -- what physical injuries did

13       Mr. Raymond sustain which caused him to suffer

14       a neurogenic bladder?

15   A.  My understanding is that after the incident he

16       had a series of bruises that were noted.  The

17       imaging studies did not show any acute

18       fractures or bleeds, but from what I

19       understand there was evidence that there was

20       physical trauma.

21   Q.  Okay.  Are you referring to the physical

22       trauma of September 14th of 2016?

23   A.  Yes.

─JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22─

1    Q.  Okay.  So upon your review of the records that

2         were provided to you, have you ever come

3         across any information which provides that

4         Mr. Raymond injured his spine during that

5         alleged assault?

6    A.  What I have found certainly, and depending on

7         who is writing the history and which hospital

8         one goes to, there certainly were plenty of

9         notes eluding to a spinal cord injury.

10        Whether that was completely accurate or

11        whether that was just interpretation by those

12        particular physicians, it certainly shows up

13        in the record on numerous occasions.

14   Q.  Have you seen any imaging, MRI, x-ray, or CT

15        scan showing Mr. -- showing that Mr. Raymond

16        suffered a fractured spine?

17   A.  No.  And as I said earlier, there is certainly

18        plenty of those -- I mean, there are patients

19        out there who have a very incomplete spinal

20        cord injury where there is no evidence on

21        imaging.

22   Q.  Okay.  And what do you mean by "incomplete"?

23   A.  Well, someone -- I mean, obviously these cases

1       are obvious, you know, somebody is injured:  a

2       car accident, they're wheelchair bound and

3       they have spinal fractures and they have a

4       spinal cord with a lot of hemorrhage and edema

5       and all the rest of it.  That's sort of the

6       one where it's obvious.  And then there's a

7       lot cases where there is -- it's much, much

8       more subtle and the imaging studies themselves

9       may not show obvious injury.

10   Q. Okay.  Do you feel that that's the case with

11      Mr. Raymond, that he suffered injuries to his

12      spine but it just cannot be identified on any

13      type of imaging?

14   A. I don't think that's a major factor here, no.

15   Q. Okay.  Have you -- upon your review of the

16      records, have you seen any imaging of his

17      brain which identifies the injury which caused

18      his neurogenic bladder?

19   A. No.

20   Q. And have you reviewed any type of imaging of

21      Mr. Raymond's neck which identifies an injury

22      which caused his neurogenic bladder?

23   A. No.

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1    Q. Have you viewed any type of imaging which

2       identifies the injury that caused

3       Mr. Raymond's neurogenic bladder?

4    A. No.

5    Q. And do you believe that Mr. Raymond suffers

6       from a neurogenic bladder?

7    A. Yes.

8    Q. Okay.  What is your opinion of the injury that

9       has caused his neurogenic bladder?

10   A. I think most likely it is his traumatic brain

11      injury that led to the pelvic pain and

12      inability to urinate, and consequently the

13      need for indwelling catheter and then

14      eventually augmentation cystoplasty with

15      catheterizable channel.  And, again, that's

16      not -- that's based on the fact that he really

17      had no urological complaints whatsoever before

18      the injury and after the injury he developed

19      marked voiding dysfunction associated with the

20      pelvic pain.

21   Q. Okay.  What -- and you mentioned the traumatic

22      brain injury.  What injury are you referring

23      to?

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

```
1      A. So he has -- according to the neurologists, he
2         does have evidence of cognitive dysfunction
3         and other -- other problems related to his
4         brain function and those -- those issues are
5         most likely related and explain why he has
6         this other issue with inability to urinate on
7         his own.
8      Q. Okay.  But when you refer to the injury, what
9         event are you referring to to cause that
10        injury?
11     A. Well, the September 14th of 2016.
12     Q. Now, the defendants in this case, the
13        corrections officers in this case, deny that
14        there was any physical assault of Mr. Raymond
15        on September 14th of 2016.  If that was the
16        case, is there another explanation for
17        Mr. Raymond's neurogenic bladder?
18            MS. ROSENFELD:  Objection to the form.
19     A. I mean, I don't -- from everything I have
20        read, it appears that there was an assault.  I
21        suppose I guess somebody could assault him or
22        herself.  I don't know how that would happen,
23        but some sort of trauma did occur and
```

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1       following that trauma he ended up with a

2       serious bladder problem.

3   Q.  So it's possible that there could have been

4       other trauma to Mr. Raymond's brain other than

5       the alleged assault of 09/14/16 that caused

6       the neurogenic bladder?

7           MS. ROSENFELD:  Objection to the form.

8   A.  I mean, again, that would be conjecture, but I

9       suppose something else could have happened

10      that we don't know about.

11  Q.  Okay.  When you were reviewing the records

12      that were provided to you, did you see that

13      the day before on September 13th of 2016 that

14      Mr. Raymond suffered a seizure in his cell and

15      because of the seizure suffered a fall?

16  A.  Yes.

17  Q.  Okay.  Could that fall have been the cause of

18      the damage to his brain?

19          MS. ROSENFELD:  Objection to the form.

20  A.  I don't -- I don't know enough about how much

21      of a fall there was.  I don't -- from what I

22      saw in the records, it wasn't anything severe

23      at the time.

1   Q. Okay.  If that fall resulted in Mr. Raymond

2      hitting his head to the floor, could that have

3      caused a brain injury resulting in a

4      neurogenic bladder?

5          MS. ROSENFELD:  Objection to the form.

6   A. I mean, hypothetically, it's certainly

7      possible.

8   Q. Did you review any of the records related to

9      the -- his visit to the hospital on September

10     13th because of that seizure and fall?

11  A. Yes.

12  Q. And did you notice that there was reference to

13     him -- to Mr. Raymond injuring his neck during

14     that fall?

15  A. I don't -- I don't recall the specific note,

16     but I believe that he was evaluated and was

17     sent back.

18  Q. And when you say "sent back," you mean back to

19     the correctional facility?

20  A. Right.  I mean, they decided that there was --

21     that he didn't require hospital admission.

22  Q. I am going to be showing you some exhibits on

23     the screen for you to take a look at.

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1      Obviously I will do that one by one.  The main

2      document I do want to review with you is your

3      report which I have marked as Exhibit 1, so

4      let me put that up on the screen for you.

5      Give me one moment, please.

6          Dr. Vapnek, do you see the document on

7      the screen?

8  A. Yes.

9  Q. Okay.  And if you see at the bottom it's

10     marked as Exhibit 1.  So this is your report

11     of December 15th, 2021, correct?

12  A. Yes.

13  Q. Okay.  Now, on the first page which we are

14     looking at right now, it looks like that's a

15     list of the records you reviewed; is that

16     correct?

17  A. Yes.

18  Q. Okay.  And did you review all of these records

19     in preparation of your report?

20  A. Yes.

21  Q. Now it looks like the earliest -- the earliest

22     record you looked at was outpatient records

23     from Upstate University Hospital starting

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1        January 19th, 2017.  Do you see the portion

2        that I highlighted?

3   A.  Yes.

4   Q.  Okay.  Of the records that you listed, that's

5        the earliest date.  Do you know, did you

6        review any records that were dated prior to

7        January 19th of 2017?

8   A.  I had -- I know I had seen that emergency room

9        visit, and I believe I had seen some earlier

10       records as well.  I don't know, I might have

11       missed them in this bullet list.

12  Q.  Okay.  When you say emergency room records, do

13       you remember what time period that was?

14  A.  I think that was at the -- I think that was

15       the September of 2016.

16  Q.  Okay.  So was that the emergency records

17       immediately after the alleged assault of

18       September 14th of 2016?

19  A.  Right.

20  Q.  Now -- I am sorry, go ahead.

21  A.  No, I am saying it's possible it was embedded

22       in some of the other records.  The records

23       were rather voluminous, so I wouldn't be

1        surprised if they were contained within one of

2        the other ones and I forgot to tease it out.

3   Q. Okay.  I understand.  Now looking at this

4        list, I also don't see, or at least I don't

5        think I see, any records identified or you

6        identifying any records, medical records, from

7        Auburn Correctional Facility, any Department

8        of Corrections records.  Do you know if you

9        did review records that were provided or

10       prepared by medical staff at the Auburn

11       Correctional Facility?

12  A. I do believe that I saw some of those as well.

13       It may not have been all of them and, again, I

14       don't know why it didn't make it into this

15       list.

16  Q. Okay.  And if you recall, what was the time

17       period of those records, the records from

18       Auburn Correctional Facility?

19  A. You know, I just don't recall.  I believe that

20       what I ended up seeing was late 2016 up

21       through the first visit to Upstate in January

22       of '17, so I think it was just that four-month

23       period from September of 2016.

1    Q.  Okay.  So let's go through your report.  I do

2        have some questions from the report that you

3        prepared.

4            Scrolling to the second page of your

5        report, right on the top you wrote that Mr. --

6        and I will just highlight these two sentences.

7        That Mr. Raymond was assaulted by a New York

8        State corrections officer on September 14th,

9        2016, and you wrote, "sustaining blows to his

10       neck, head, face, chest, and genital region

11       using closed fist and a baton."  Did I read

12       that correctly?

13   A.  Yes.

14   Q.  Where did you get that information from to

15       include in your report?

16   A.  I believe I got that from having read the

17       report of Dr. Leitch.

18   Q.  Okay.  And the next paragraph, I will

19       highlight that portion, you wrote, "shortly

20       after that incident, he developed difficulty

21       urinating."  Where did you get that

22       information from?

23   A.  So I believe that came from the corrections

---

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1          records.

2     Q.  The medical records from the correctional

3          facility?

4     A.  I believe so.

5     Q.  Now later in that paragraph it mentions that

6          during Mr. Raymond's visit to Upstate

7          University Hospital on January 19th of 2017 he

8          received a Foley catheter.  Do you see that?

9     A.  Yes.

10    Q.  Okay.  Now, Foley catheter is a type of

11         catheter which is installed directly into the

12         urethra, correct?

13    A.  Yes.

14    Q.  Okay.  Now, it mentions as soon as the

15         catheter was placed there was immediate relief

16         of pain.  Is that common when a catheter is

17         inserted?

18    A.  Yes.

19    Q.  Okay.  What is happening in the body that

20         there is an immediate relief of pain?

21    A.  The bladder has receptors that sense pressure

22         generally.  So a bladder that gets

23         overdistended is generally quite painful, and

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

```
 1            once the bladder is decompressed the pressure
 2            is relieved and the pain improves.
 3       Q.   Okay.  So the pain is somewhat related to the
 4            actual fact that the bladder is at a very full
 5            state?
 6       A.   Absolutely, yeah.
 7       Q.   Okay.  Then the next paragraph makes reference
 8            to five days later Mr. Raymond was seen by
 9            Urologist Timothy Byler, MD, at Upstate
10            University Hospital.  Are you referring to
11            five days after January 19th of 2017?
12       A.   Yes.
13       Q.   And later on in that paragraph, and I will
14            highlight it, "Dr. Byler felt that
15            Mr. Raymond's difficulty urinating was likely
16            secondary to a traumatic urethral stricture."
17            Do you see that?
18       A.   Yes.
19       Q.   So how would you -- how would you describe a
20            urethral stricture?
21       A.   Urethral stricture is scar tissue that forms
22            in the urethra, either from trauma or from an
23            infection, and is certainly one of the causes
```

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

```
 1        of urinary retention.

 2    Q.  Okay.  Now, eventually upon reviewing records

 3        from later dates it was determined that

 4        Mr. Raymond did not or was not suffering a

 5        urethral stricture, correct?

 6    A.  Right.

 7    Q.  Okay.  So Dr. Byler's, I guess, feeling at

 8        that point that it could be a traumatic

 9        urethral stricture, it ended up being

10        disproven, correct?

11    A.  Right.

12    Q.  Okay.  Now, at that point the record that was

13        prepared on that date, which was five days

14        after January 19th of 2017, to your

15        recollection or if you have the documents in

16        front of you, was there any reference to

17        Mr. Raymond possibly suffering a neurogenic

18        bladder?

19    A.  I don't remember whether he established a full

20        differential diagnosis or whether he just went

21        with his number one possibility, but that's --

22        we can certainly go back and look at the

23        original documents, but I think his
```

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

```
 1              interpretation at the time was certainly a

 2              reasonable -- you know, was a reasonable

 3              diagnosis based on what he knew at the time.

 4         Q.   Okay.  So at that time it appears that

 5              Dr. Byler was feeling that Mr. Raymond was

 6              suffering a stricture rather than a neurogenic

 7              bladder, correct?

 8                   MS. ROSENFELD:  Objection.

 9         A.   That's right.

10         Q.   I am sorry, what was your answer?

11         A.   Yeah, that's what his -- again, that was his

12              number one choice of potential diagnoses.

13         Q.   Okay.  The next paragraph, and I will just

14              highlight this portion, references that on

15              March 7th, 2017, Mr. Raymond underwent a

16              cystoscopy and a voiding -- and I don't know

17              if I am going to say this word correctly --

18              cystourethrogram.

19         A.   90 percent.

20         Q.   I am sorry?

21         A.   You get 90 percent right.

22         Q.   Thank you.

23                   Let's take those individually.  What
```

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1      exactly is a cystoscopy?

2   A. So a cystoscopy is putting a scope through the

3      urethra into the bladder looking for any

4      abnormalities of the lining of the bladder and

5      the lining of the urethra, and the voiding

6      cystourethrogram is an x-ray study in which

7      one puts contrast material into the bladder,

8      again, to look at the configuration of the

9      bladder.  And both of those tests were done

10     sort of sequentially and showed that there was

11     no evidence of a stricture.

12  Q. Okay.  So it looked like as of March 7th of

13     2017, upon those two tests being done on

14     Mr. Raymond, there was a determination that

15     there was no -- he was not suffering a

16     urethral stricture; is that correct?

17  A. That's right.

18  Q. So roughly speaking, it took about two months

19     from the time Mr. Raymond was brought to the

20     hospital in January and then until March of

21     2017 to make -- to rule out a possible

22     stricture, correct?

23  A. Fair enough, yes.

1 Q. Now, if Mr. Raymond was suffering a neurogenic

2   bladder instead of a urethral stricture at

3   that time, would that two-month delay cause

4   problems or cause his neurogenic bladder to

5   worsen?

6 A. No.

7 Q. Okay.  So once he had the neurogenic bladder,

8   is it fair to say it couldn't get worse?

9 A. I think, you know, sometimes the behavior of

10   neurogenic bladders is difficult to predict,

11   but having sort of missed the diagnosis on the

12   first round and establishing it in the second

13   round I don't think was -- I don't think that

14   really made a difference one way or the other.

15 Q. So if the alleged assault happened in

16   September of 2016 and he didn't visit the

17   hospital, the Upstate University Hospital

18   until January 19th of 2016 -- or '17, excuse

19   me, so roughly a four-month period, would that

20   four-month period cause any type of

21   possibility of his neurogenic bladder

22   worsening?

23 A. In this case, no.  If somebody were in florid

-JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22-

1    retention with a markedly distended bladder,
2    you know, like two liters of urine for a month
3    or two I think that would be different.  But
4    when he eventually went in and was
5    catheterized at 600 CCs, that's really not --
6    I mean, it's obviously a very, very full
7    bladder but it's not enough to cause any
8    permanent damage.
9  Q.  So would you agree then that from the time the
10   belief that the neurogenic bladder started in
11   September of 2016 to March of 2017 his
12   neurogenic bladder condition did not worsen at
13   all?
14 A.  I -- again, it's -- you know, it's always hard
15   to tell because we don't have objective data
16   during those four months.  For example, we
17   don't have post-void residual urine
18   determinations by sonography or attempted
19   catheterizations, but I would say it's
20   unlikely that there was a substantial change
21   over four months.  There was -- I mean, there
22   was a problem there.  It became more
23   clinically apparent at that January visit.

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1    Q.  Okay.  And when someone is diagnosed with a

2        neurogenic bladder, is it safe to say it's

3        irreversible?

4    A.  No.  I would say that depending upon the

5        underlying cause, I think neurogenic bladders

6        can vary over time.  So, for example, somebody

7        who has Parkinson's disease or multiple

8        sclerosis you may see a waxing and waning of

9        their symptoms.  Somebody, on the other hand,

10      who has a complete spinal cord injury is not

11      likely to have any major change over time.

12   Q.  How about with respect to this case where the

13      claim is that it's an injury to the brain

14      that's causing Mr. Raymond's neurogenic

15      bladder, would that be reversible at all?

16   A.  You know, it's really hard to say because now

17      that he has undergone major reconstructive

18      surgery and has an augmented bladder with a

19      catheterizable stoma it's kind of impossible

20      to know what the underlying bladder function

21      is like.  If -- you know, he did have an

22      indwelling catheter for a very long time and

23      he had the opportunity to void on multiple

1       occasions with voiding trials but really was

2       unable to -- was unable to urinate on multiple

3       occasions so at least during those several

4       years there didn't seem to be a change.

5   Q. Okay.  I guess I am more -- I am looking more

6       at an isolated time immediately after the

7       alleged assault.  If he was indeed truly

8       assaulted on September 14th of 2016 and that

9       assault injured his brain causing a neurogenic

10      bladder, is there anything that could have

11      been done immediately after that incident to

12      stop the neurogenic bladder from developing?

13   A. I don't believe so, no.

14   Q. I am going to scroll down.  We're still on

15      your expert report which is Exhibit 1.  I am

16      going to look for the portion I am interested

17      in if you give me one moment.

18         The sentence reads:  "In summary,

19      Mr. Raymond was 28 years old with no prior

20      urological history at the time of the assault

21      of September 14th, 2016."  Did I read that

22      correctly?

23   A. Yes.

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1    Q.  Okay.  From where did you get that information

2        that he did not have a prior urological

3        history?

4    A.  Based on the records that I reviewed including

5        some of the earlier records and the later

6        records there was no evidence that he had any

7        significant degree of voiding dysfunction

8        prior to September of 2016.

9    Q.  I am going to scroll down just briefly to

10       Exhibit 2 which is the Department of

11       Corrections record from the infirmary, and

12       there is an entry from January 1st of 2016 so

13       we are talking about nine months before the

14       alleged assault.  And there is a reference

15       to -- and, again, this is just to clarify this

16       does refer to Matthew Raymond, there is an

17       entry of a straight cath due to inability to

18       void.  Do you see that?

19   A.  Yes.

20   Q.  Okay.  Is it your understanding that that

21       entry is referring to the use of a catheter

22       because Mr. Raymond was unable to void his

23       bladder?

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1    A. It is -- I mean, it's an order.  Looks like
2       it, what is that 8:10 AM, is that what it
3       says?  It says "may straight cath due to the
4       inability to void."  So I don't recall if he
5       required straight cath that one time.  I don't
6       remember -- I just don't recall exactly what
7       this incident of December 31st of '15 and
8       January 1st of '16, I don't recall what had
9       happened here.
10   Q. Okay.  But looking at this particular record,
11      there does appear to be some reference to
12      Mr. Raymond complaining on January 1st of 2016
13      of being unable to void his bladder, correct?
14   A. Right.  Yeah, I am actually looking at the
15      second page of the exhibit, it looks like he
16      had just had a laparoscopic appendectomy; is
17      that right?
18   Q. Are you looking at this page that I have on
19      the screen?
20   A. Yes.
21   Q. Okay.  Let me know when you're done reading.
22   A. Yeah, no, I am just looking at it.  It looks
23      like they were about ready to catheterize him.

1          So I suspect, and I don't recall if I had seen

2      this before, that after surgery and having

3      been anesthetized it's not uncommon to have a

4      very brief period of difficulty urinating.

5   Q.  And you made a reference to an appendectomy

6      which Mr. Raymond's on record of claiming

7      having been done.  In your experience, have

8      you ever seen the procedure of an appendectomy

9      causing someone to suffer neurogenic bladder

10      at a later time?

11  A.  No.  No.  I think it's very common for post-op

12      after surgery to have a very short period of

13      time, you know, usually 24 hours of difficulty

14      urinating because of the effect of the

15      anesthesia in decreasing bladder function, but

16      that's generally gone within 24 hours.

17  Q.  Okay.  I am going to go back up to your

18      report, back to page 3.  Now, I will highlight

19      it for you.

20          There is a comment of Mr. Raymond had a

21      urodynamic study in November of 2017 which was

22      abnormal.  What exactly is a urodynamic study?

23  A.  Urodynamics or a urodynamic study involves

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1              placing a catheter in the bladder, often with

2              another catheter in the rectum, primarily to

3              measure bladder pressure and function during

4              filling and voiding, and it's considered the

5              best test, albeit limited, of bladder function

6              that we have.

7    Q.  Okay.  What was the purpose of doing that

8              study on Mr. Raymond at that time?

9    A.  The idea of during urodynamics is to try and

10             get some insight into why -- why he was unable

11             to urinate.  And several different outcomes

12             can be seen from a urodynamic study.  One is,

13             as in this case, the bladder just doesn't

14             contract which we would call acontractility or

15             areflexia.  Another possibility would be that

16             there is a physical blockage, for example, in

17             an older guy from prostate enlargement or from

18             sphincter non-relaxation.  So urodynamics is

19             indicated to get an idea of what -- you know,

20             try and explain why someone can't urinate in

21             this particular case.

22   Q.  Okay.  So this study was done after it was

23             determined that it was not a urethral

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1         stricture, correct?

2    A.   That's exactly right.

3    Q.   So at this time is it fair to say the study

4         was done just in an attempt to identify the

5         reason Mr. Raymond was suffering a neurogenic

6         bladder?

7    A.   Exactly.

8    Q.   Okay.  And you wrote that the study came back

9         abnormal.  Why did you write that?

10   A.   Right.  So a normal urodynamic study would

11        involve noting when there was a first

12        sensation, a first feeling of fullness, and

13        then strong sensation of fullness and then in

14        a normal urodynamic study, one would then

15        generate a bladder contraction which would

16        empty the bladder.  Bladder pressures of a

17        certain degree, you know, you don't want them

18        too high or too low, but the idea would be

19        that you would have normal sensation, normal

20        contractility, and at the end of it you would

21        have a bladder that was essentially empty.

22             And what made this urodynamic study

23        abnormal is that the bladder didn't do

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1    anything.  He felt the sensation of fullness

2    relatively early, I think it was 200 and

3    something CCs, I'd have to look and see if I

4    can find it there, but it was a relatively low

5    volume but despite the fact that he had a

6    strong urge to go, nothing happened and then

7    they had to unclamp the suprapubic tube and

8    terminate the study.

9    Q. So would it be fair to say that that study

10    confirmed -- well, strike that.

11        Later on in that paragraph in your

12    report you wrote, "while it is helpful to have

13    abnormal imaging or an abnormal neurological

14    examination to bolster the diagnosis of

15    neurogenic bladder, there is no requirement

16    for such evidence."  Did I read that

17    correctly?

18    A. Yes.

19    Q. Okay.  Now, is that a reference to what we

20    were talking about earlier that there is no

21    imaging identifying the actual injury that

22    caused the neurogenic bladder?

23    A. Exactly.

1    Q.  Okay.  Why do you write that there is no

2        requirements for such evidence?

3    A.  The reason I write that is that there are just

4        plenty of cases we see clinically where

5        somebody has a very real bladder dysfunction

6        but imaging studies are not informative.

7        Again, it's great if you can identify

8        something on an imaging study.  You know, we

9        will certainly do that.

10           If somebody walks into the office with

11       no good history, we may get a -- for example,

12       an MRI of the lumbar spine to look for any

13       evidence of a nerve problem in the lower

14       spine.  Once in a while we find something.

15       Most of the time -- or I shouldn't say most

16       but many times we don't.  But meanwhile the

17       patient does have a significant degree of

18       bladder dysfunction but the imaging study just

19       doesn't help us, that's all.

20   Q.  In all instances where a person has a

21       dysfunctioning bladder but there is no imaging

22       to confirm the cause of that dysfunctioning

23       bladder, is that neurogenic bladder always

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1          caused by physical trauma to the person?

2               MS. ROSENFELD:  Objection to the form.

3          Go ahead.  You can answer.

4     A.   No, not necessarily.  Like I said, it could be

5          all sorts of other possibilities.  I don't

6          think they're relevant in this case but

7          certainly.

8     Q.   What other possible reasons could someone

9          suffer a neurogenic bladder without imaging

10         proving the cause of the dysfunction --

11         dysfunctioning bladder?

12    A.   I mean, I will say as an example, somebody

13         could be taking certain medications that

14         affect bladder function, and tend to paralyze

15         the bladder, that -- that would be one

16         possibility.  One could envision other

17         scenarios where bladder function is abnormal

18         that are nontraumatic.

19    Q.   Okay.  Could it be caused by someone who has

20         repeated use of illicit drugs?

21              MS. ROSENFELD:  Objection.

22    A.   I have never -- I mean, I think if somebody

23         acutely -- if somebody is taking, you know,

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1          for example, a large amount of narcotics on a

2          regular basis, one acutely can have some

3          effect on bladder function but that's not

4          something expected to last.  And certainly

5          once -- you know, patients who are taking, for

6          example, Percocets or methadone long term we

7          generally do not see bladder dysfunction like

8          this with the possible exception of ketamine.

9     Q.  What is that?

10    A.  Ketamine is a -- I think it's like a horse

11         tranquilizer or something that has -- that has

12         been seen on occasion to cause some strange

13         bladder dysfunction.  It's very rare.

14    Q.  Okay.

15    A.  But in general, you know, somebody who smokes

16         dope or somebody who does, you know, crack

17         cocaine, I mean, we may see somebody with an

18         acute issue when they're intoxicated, for

19         example, in an emergency.  But once the acute

20         intoxication is gone, bladder returns to

21         normal.  It certainly wouldn't cause any sort

22         of long-term issue.

23    Q.  Now in his records, and I don't know if you

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1      saw this or not, Mr. Raymond has admitted on

2      several times to smoking marijuana, taking

3      cocaine, taking heroin.  Is it possible that

4      his use of drugs, of those particular drugs,

5      created the condition he has right now of the

6      neurogenic bladder?

7         MS. ROSENFELD:  Objection to the form.

8  A.  Extremely unlikely.  As I said, I mean, again

9      people who are acutely intoxicated, I mean,

10     even alcohol even more probably commonly than

11     other, you know, quote-unquote illegal drugs

12     or illicit drugs but they all -- we certainly

13     see those periodically in the acute situation

14     but not chronically, not to the point that

15     somebody would end up undergoing a four-hour

16     reconstructive surgery for a bladder that

17     doesn't work.

18  Q.  Okay.  Have you ever read any type of articles

19     or papers regarding individuals who suffered a

20     permanent neurogenic bladder because of use of

21     illicit drugs?

22  A.  I have not.

23  Q.  I want to scroll down a little further on

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1    page -- to the bottom of page 3 of your

2    report.  I highlighted a sentence near the

3    bottom.  There is a reference in that sentence

4    to brain lesion.  Do you see that?

5  A. Yes.

6  Q. What do you mean by brain lesion?

7  A. So, again, this would be the more obvious

8    central nervous system problem like a bleed in

9    the brain or a brain tumor or multiple

10   sclerosis where there is evidence of plaque in

11   the brain.  When one has what we call a

12   supratentorial lesion like that, the classic

13   textbook says that you're going to have an

14   overactive bladder with urgency frequency and

15   urge incontinence.  That's what the classic

16   textbook says that that's what you get with

17   a -- you know, something that's demonstrable

18   like that.

19 Q. Could a brain lesion lead to the inability to

20   void your bladder?

21 A. Sure.

22 Q. Could a brain lesion lead to an individual

23   developing a neurogenic bladder condition?

1    A.  Yes.

2    Q.  Now, does it have to be any particular type of

3        lesion or it could be any type of lesion?

4    A.  No, again, you know, when you can see things

5        on MRIs or CAT scans, that's great but, you

6        know, the brain is a pretty subtle organ and

7        there is lot of, you know, what is it,

8        trillions of connections with neurons and

9        synapses and all the rest of it.

10       You know, for example, the current

11      thinking is that the coordination of voiding

12      is something that occurs at the level of the

13      pons and so anything above the pons is going

14      to give you that hyperreflexic situation, and

15      something below the pons can give you

16      something called dyssynergia.  But at least in

17      theory if some lesion were to effect the area

18      around the pons, that would potentially cause

19      urinary retention because of the lack of

20      coordination there.

21      So, again, brains are, you know, very --

22      it's very difficult to predict unless it's

23      something very obvious.  Like I said, like a

1      tumor that's in one particular spot, you can

2      pretty much guess what that's going to do

3      based on where it is.

4  Q.  Now a lesion that causes neurogenic bladder,

5      does it have to be on the pons or located near

6      the pons?

7  A.  Absolutely not.  Like I said, it could be

8      anywhere, you know, anything above the pons,

9      at the pons, below the pons.  I mean,

10     neurogenic bladder is a pretty broad term so

11     it really is very, very broad and frankly

12     nonspecific.

13  Q.  Okay.  So let me do this, let me scroll to

14     Exhibit 3 of your deposition.  This is a

15     document from the Auburn Community Hospital

16     Imaging Department.  Do you recall if you

17     reviewed this particular record when you

18     prepared your report?

19  A.  Honestly, it looks familiar but I can't say

20     with any degree of certainty.

21  Q.  Okay.  So according to this record, there is a

22     CT scan of Mr. Raymond's brain which I am

23     highlighting the portion now which makes

─JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22─

1       reference to a small isodense lesion.  Do you

2       see that?

3   A.  Yes.

4   Q.  Okay.  So that's referencing a lesion that was

5       found on Mr. Raymond's brain, correct?

6   A.  Yes.

7   Q.  Okay.  Now with a lesion like that, is it

8       possible that that kind of a lesion could

9       cause a neurogenic bladder?

10          MS. ROSENFELD:  Objection to the form.

11  A.  I mean, I am not -- unfortunately, I am not a

12      radiologist.  I am looking at this.  It looks

13      like it says it's within the frontal bone just

14      superior to the ethmoidal air sinuses.  So

15      this looks like some sort of cystic thing in

16      the bone itself, so I would say that's highly

17      unlikely to be related to brain function at

18      all.

19  Q.  What do you mean by "cystic"?

20  A.  What's that?

21  Q.  What do you mean by "cystic"?

22  A.  Well, it says -- well, you know what, did I

23      say cystic?  I don't know why that -- I am

———JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22———

1          looking at this, just looking -- I am reading

2          it.  It just says isodense well-circumscribed

3          with a sclerotic border.  Anyway, it looks to

4          me like they're describing something in the

5          bone as opposed to in the brain.  So I think I

6          don't know why -- if I said cystic, I misspoke

7          but it looks like it's a benign bone lesion as

8          opposed to a brain lesion.

9      Q.  Okay.

10     A.  Which is why at the bottom it says "no acute

11         intercranial abnormality identified."

12     Q.  Okay.  So is it your opinion that because of

13         the location of this particular lesion that

14         it's unlikely to have caused Mr. Raymond's

15         neurogenic bladder?

16     A.  Correct.

17             MS. ROSENFELD:  Objection.

18     A.  Oh, and by the way, actually I may have -- I

19         don't know where cystic came from but if you

20         scroll to the next page, I almost anticipated

21         this I guess where he says "the lesion in the

22         right anterior frontal bone has benign

23         appearances and may represent a dermoid or

———DEPAOLO CROSBY REPORTING SERVICES, INC.———

———JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22———

```
 1        epidermoid cyst."

 2   Q.  Okay.  What exactly is a dermoid or epidermoid

 3        cyst?

 4   A.  It's benign, that's what it is, but I would

 5        defer to a neuroradiologist.

 6   Q.  Okay.  Let's go back to your report.

 7             Let's go to -- okay, yeah, we're on page

 8        4.  At one point you wrote "a more subtle

 9        injury could certainly become clinically

10        apparent over a longer period of time."  Do

11        you see that portion?

12   A.  Yes.

13   Q.  And what --

14             MS. ROSENFELD:  Sorry, I am just trying

15        to find it on my copy.  One second.

16             MR. MACKEY:  Okay.

17             MS. ROSENFELD:  Okay.  Go ahead.  Sorry,

18        Counselor.

19             MR. MACKEY:  I do have it highlighted on

20        the screen if you look at that.

21             MS. ROSENFELD:  For some reason I can't

22        see it on the screen.  My eyes are not good so

23        I am just looking at the copy you sent me.
```

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1          MR. MACKEY:  Okay.  So did you find it?

2          MS. ROSENFELD:  Mhmm.

3     BY MR. MACKEY:

4     Q.  What did you mean when you wrote that?

5     A.  Meaning that when we see patients with voiding

6          problems they may be able to compensate at

7          first.  I mean, other than his seizure and his

8          prior brain injury, he is a relatively healthy

9          guy.  He is a young guy, doesn't have a big

10         prostate.  So if he were to have a problem

11         urinating, it wouldn't be all or nothing.  You

12         know, if this were a 65-year-old guy, he might

13         have developed retention immediately just

14         because the effect on his bladder function

15         would have been much more obvious in the

16         presence of a pre-existing prostate problem.

17              I don't know if that's a good example

18         but, you know, somebody like this could have a

19         problem which just wasn't really clinically

20         apparent.  It might have manifested as some

21         urgency, some frequency, some symptom that

22         just ended up he could compensate for it until

23         he couldn't compensate for it.  And then at

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1       four months he ends up going in with obvious

2       retention.  So it may have been if we had done

3       a sonogram at six weeks out we would have seen

4       that his bladder was not emptying and that

5       there was already a problem.  It just wasn't

6       clinically apparent to him at that point.

7  Q. Okay.  So could that explain why there may

8       have been a four-month period between

9       September 14th, 2016, date of the alleged

10      assault and Mr. Raymond's first visit to

11      Upstate University Hospital in January of

12      2017?

13        MS. ROSENFELD:  Objection to the form.

14  A. Yeah, I mean, I think that's a reasonable -- I

15       mean, it could be -- I mean, I don't know what

16      the politics are in terms of going to the

17      infirmary and when they -- you know, when they

18      send you back to your cell versus when they

19      decide to send you off to an emergency room

20      so, you know, that certainly goes into it.

21       It could also have been that he was

22      not -- like I said, that he wasn't even aware

23      of it as much but once his bladder got

1          decompressed in January of 2017 then sort of

2          the die was cast as it were, and at that point

3          once they tried to, you know, clamp the

4          catheter or take it out, he failed voiding

5          trials so we certainly see that.

6               I think this would be a terrible analogy

7          but somebody who has lung cancer and they say,

8          oh my God, you have two months to live, you

9          know, you know the lung cancer didn't just

10         show up.  It was there for six months earlier.

11         It's just that somebody was unaware of it.  So

12         I think that's something that we see in

13         voiding dysfunction is that things can be --

14         it's not all or none.

15    Q.   Okay.  So just so I understand what you're

16         saying, in this case, Mr. Raymond is claiming

17         that strikes to his head -- blows to his head

18         and neck and face resulted in injury that

19         caused a neurogenic bladder.  Are you saying

20         that even though they -- those particular

21         strikes to the head may have caused neurogenic

22         bladder the actual symptoms may not have

23         occurred until later on?

1    A. Well, correct, that the full fledged symptom

2       of inability to urinate may not have been

3       present from the get-go, like on the day of,

4       and so that is exactly what I am saying.

5    Q. Okay.  Isn't it common though if someone

6       injures their head, their brain, their neck or

7       their spine for them to have a rather

8       immediate -- let me rephrase that.

9          Is it common for individuals who suffer

10      a fractured spine or a fracture in their neck

11      or a severe head trauma to suffer neurogenic

12      bladder soon after the actual event?

13    A. I would agree with that.  I would say

14      something that's, you know, again, much more

15      obvious, like a full spinal cord injury or

16      cracked skull with a big brain bleed, yes,

17      that's something where you're more likely to

18      see something that's -- you know, that is

19      clinically apparent earlier as opposed to a

20      delay but this is obviously a much more subtle

21      type of injury.

22    Q. So is it fair to say that the delay we're

23      seeing here is kind of a rare occurrence?

1          MS. ROSENFELD:  Objection to the form.

2     A.  I wouldn't -- what I would say is that it

3          certainly is consistent with an injury that is

4          not as clinically obvious.  You know, it's --

5          it makes life a lot easier when you have got

6          something obvious like on an imaging study.

7          You know, a broken bone is something that's

8          very obvious or a subdural hematoma or an

9          epidural hematoma.  Those are -- that makes

10         the diagnosis much clearer much earlier but,

11         unfortunately, in medicine we see a lot of

12         things that are not so obvious.

13    Q.  Now, you mentioned earlier I think that you do

14         have some patients that suffer seizures.  Are

15         you familiar with any patients or of any

16         situation where an individual suffered an

17         injury to their head, neck, or spine during a

18         seizure and that resulted in neurogenic

19         bladder?

20    A.  I have not seen that.

21    Q.  Is that possible, that someone during a

22         seizure could suffer an injury to their head,

23         neck, or spine resulting in a neurogenic

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1        bladder?

2            MS. ROSENFELD:  Objection.

3    A. I mean, it's -- of course it's possible.

4    Q. Okay.  I am nearing the end of your report.

5       So the second to last paragraph you wrote a

6       sentence reading "his damages are permanent

7       and causally related to the assault of

8       September 14th, 2016."  Do you see that?

9    A. Yes.

10   Q. Okay.  When you say Mr. Raymond's damages are

11      permanent, are you saying that his neurogenic

12      bladder will stay with him the remainder of

13      his life?

14   A. Yes.

15   Q. Okay.  And what type of difficulties, if any,

16      will Mr. Raymond incur because of the

17      neurogenic bladder?

18   A. Well, you know, he underwent major

19      reconstructive surgery that was successful.

20      Obviously there were some, you know, temporary

21      complications afterwards like a seroma and

22      then he had a hernia and all the rest of it

23      but, you know, assuming that that stuff is all

1    behind him, you know, he will continue to

2    self-catheterize since an augmented bladder

3    doesn't contract on its own.

4        He will need to be monitored.  I have

5    plenty of patients who have done augmentation

6    cystoplasty that I see typically once a year.

7    The vast majority of them do well.  They don't

8    get frequent infections, and they don't have

9    trouble catheterizing.  But since there is the

10   mechanical aspect of putting a catheter

11   through that abdominal stoma into the bladder,

12   you know, there is a risk of trauma.  There is

13   a risk of having to have a -- you know, some

14   surgery to revise the catheterizable stoma.

15       As far as I know, I guess it's been,

16   what, over a year now.  I am not aware that he

17   has had any trouble with it, but he certainly

18   needs to be monitored for UTI and for trauma.

19   I suspect kidney function will be okay though.

20 Q. And why do you say that about kidney function?

21 A. You know, as long as he is able to regularly

22   catheterize and empty his bladder, his

23   augmented bladder should be large capacity,

1          low pressure.  So even though the rest of us

2          urinate on our own and he has to catheterize

3          instead, his kidney function should be

4          preserved.  So I am not -- I mean, it has to

5          be monitored but I don't expect he will have a

6          problem in that area.

7     Q.  On your review of Mr. Raymond's records, do

8          you see any indication of problems with his

9          kidneys?

10    A.  No.  Before he underwent the surgery when he

11         had an indwelling suprapubic tube he had

12         multiple admissions for what appeared to be

13         pyelonephritis.  They were somewhat confusing

14         admissions but I don't believe he has had that

15         problem now that he has a large capacity,

16         presumably low pressure bladder that's been

17         augmented.

18    Q.  And upon your review of Mr. Raymond's medical

19         records, do you see any indication that his

20         condition of having a neurogenic bladder is

21         causing any detrimental issues to any other

22         parts of his body?

23    A.  Not that I am aware of, other than the fact

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1           that he developed that incisional hernia with
2           all of its, you know, multiple surgeries but I
3           am hopeful that after his last abdominal wall
4           reconstruction he should be -- hopefully will
5           be okay.
6      Q.   Now individuals who are in the condition that
7           Mr. Raymond is in, are they able to have sex?
8      A.   They should be, yes.
9      Q.   Okay.  Are they able to have children?
10     A.   He should be, yes.
11     Q.   Okay.  Are they able to work, have a job?
12     A.   He should be, as long as, you know, if he --
13          the fact is if his -- again, I haven't seen
14          recent records but if his augmented bladder
15          holds the equivalent of four or five hours
16          worth of urine output, you know, he should be
17          able to go into a bathroom, catheterize
18          himself into a toilet and then go about his
19          business.  So I think that that's -- you know,
20          it's a little more involved than what the rest
21          of us go through but, you know, he is
22          otherwise a young guy and should be able to do
23          that.

70

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1    Q.  Okay.  Are individuals in Mr. Raymond's
2        condition, are they able to have hard labor
3        jobs, jobs that are, you know, not necessarily
4        office related jobs but jobs that may be
5        construction or hard physical labor?
6    A.  I mean, I would say as far as urologically,
7        yes.  I don't want to speak in terms of
8        exactly how his abdominal wall is doing.  If
9        his abdominal wall, after the other surgeries
10       he has had, if that is now fixed, then I would
11       say most likely he should be able to do that
12       but I don't know -- I don't know exactly
13       how -- you know, how his abdominal wall is
14       doing at the present.
15   Q.  Okay.  And people in Mr. Raymond's current
16       condition, are they able to participate in
17       physical activities, jobs, play sports, play a
18       game of basketball, things like that?
19   A.  I mean, again, you know, subject to how his
20       abdominal wall is doing, the answer is yes.
21   Q.  Let's take a look, this one is marked Exhibit
22       7 for today's deposition.  It is a report from
23       Upstate University Health System.  It looks

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1          like the date is March 7th of 2017 and it's

2          related to Mr. Raymond.  Do you have that on

3          your screen, Dr. Vapnek?

4      A.  Yeah, it's a little small.

5      Q.  I can make it bigger for you.

6      A.  Oh, you know what, I can actually get it on my

7          computer screen.

8      Q.  I enlarged it, I don't know if that helps you.

9      A.  Yeah, I got it.  Yep.

10     Q.  Okay.  I am highlighting one line.  It makes a

11         reference to Mr. Raymond having a past

12         surgical history that includes appendectomy

13         and hydrocelectomy.  I think we talked about

14         the appendectomy earlier.

15     A.  Yes.

16     Q.  What's a hydrocelectomy?

17     A.  Hydrocele is a fluid-filled structure that

18         surrounds the testicle and is typically --

19         it's a benign condition but that can be

20         repaired surgically.

21     Q.  Okay.  And when you say "benign," you're

22         referencing it to be a harmless condition?

23     A.  Yeah, I mean, it can be pretty dramatic and

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

```
1        annoying if it's the size of a melon but, you

2        know, generally once it's repaired usually you

3        go back to having a pretty normal scrotum.

4    Q.  Okay.  Now, having that type of procedure,

5        hydrocelectomy, could a side effect of having

6        that type of surgery be a resulting neurogenic

7        bladder?

8    A.  No.  The scrotum -- scrotal surgery is not

9        going to affect bladder function at all.

10   Q.  Okay.  We're still on Exhibit 7 so we're just

11       on the next page of Exhibit 7 which I scrolled

12       down to.  I am going to highlight two lines

13       here.

14           Now there is reference to "no stricture

15       seen on cystoscopy."  Do you see that?

16   A.  Right.

17   Q.  We talked about that earlier that it was

18       determined that he had no stricture, right?

19   A.  Right.

20   Q.  Okay.  It does make reference "symptoms

21       possibly due to BPH or voiding dysfunction."

22       What is BPH?

23   A.  BPH stands for benign prostatic hyperplasia
```

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1        which is a common condition of prostate

2        enlargement in the aging male, not something

3        we see in guys under 30 but obviously this was

4        a continuation of what we would call the

5        differential diagnosis now that stricture had

6        been stricken from the list by the negative

7        cystoscopy and negative VCUG that had been

8        done prior to this.

9    Q.  And did you see anything in Mr. Raymond's

10       records indicating BPH?

11   A.  No.  You know, we could always go back and

12       look at the cystoscopy note, but usually -- I

13       shouldn't say usually.  Every time we do

14       cystoscopy in a male we're putting the scope

15       through the urethra, through the prostatic

16       urethra into the bladder so we generally

17       comment on what the prostate looks like and it

18       would be extremely unusual and certainly

19       wasn't noted in this case that he had BPH.

20   Q.  Let me go to Exhibit 9 of this deposition.  If

21       you take a look at the document on the screen,

22       right at the bottom it's labeled as Exhibit 9.

23       It's a report from Erie County Medical Center

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1    Corporation.  It looks like it has a date of
2    August 26th of 2018 and, again, it's related
3    to Matthew Raymond.
4         Going down a little bit, there is a
5    reference to the history of the present
6    illness and initial comments.  Here it appears
7    that Mr. Raymond informed the medical staff
8    that the neurogenic bladder is from a 2016
9    fracture of an L4 vertebra of his back.  Do
10    you see that?
11  A.  Yes.
12  Q.  Do you find that comment to be accurate at
13    all?
14  A.  Not that I'm aware of.  I don't think that
15    that was my understanding of any of the
16    imaging studies.  I am not sure if somebody
17    had told him that.  I don't know where that
18    comes from.
19  Q.  Okay.  So do you disagree that there was an
20    L4 -- a fracture of his L4 vertebra causing
21    the neurogenic bladder?
22  A.  Yeah, I am not aware of that.
23  Q.  Okay.  L4 vertebra is kind of the lower back,

1       correct?

2    A.  Correct.

3    Q.  Okay.  Did you see anything in Mr. Raymond's

4        records making a reference to a fracture of

5        his L4 vertebra?

6    A.  No.

7            MS. ROSENFELD:  Objection.  Asked and

8        answered.

9    Q.  Let's go to Exhibit 10.  Exhibit 10 is another

10       document from Erie County Medical Center

11       Corporation relating to Matthew Raymond and

12       this one has a date of January 28th of 2019.

13           In this particular history Mr. Raymond

14       made reference to a spinal cord injury from a

15       motor vehicle accident 15 years ago.  Would it

16       be possible that an injury 15 years ago to a

17       spinal cord could result in a neurogenic

18       bladder in 2016?

19           MS. ROSENFELD:  Objection to the form.

20   A.  Highly, highly unlikely.

21   Q.  Okay.  Earlier you were mentioning that it is

22       possible in younger individuals that the

23       symptoms of a neurogenic bladder may not be so

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1           obvious at first and then might take some time

2           to -- for it to become obvious.  Could that be

3           the case with this, that a spinal cord injury

4           from 15 years ago resulted in a neurogenic

5           bladder?

6      A.   I mean, it's extremely unlikely.  I mean, it's

7           essentially zero.  I mean, this is so -- you

8           know, a 15-year-ago spinal cord injury and the

9           traumatic brain injury that was seven years

10          earlier, I think those are just, you know --

11          just I would say the likelihood is pretty

12          close to zero.

13     Q.   Have you ever encountered something similar to

14          that, a long period like that where a patient

15          developed a neurogenic bladder years after a

16          spinal cord injury?

17     A.   No.

18     Q.   Scrolling down, this is Exhibit 11.  Again,

19          it's related to Matthew Raymond and this has a

20          date of September 21st of 2020, and this is

21          from the Western New York Urology Associates.

22               Now in this particular document there is

23          a reference to Mr. Raymond has a history of a

1          C2 spinal cord injury with traumatic brain

2          injury in 2016 from an assault.  Do you see

3          that?

4      A.  Yes.

5      Q.  Okay.  Now we were talking earlier about the

6          lack of any type of imaging evidencing the

7          injury that Mr. Raymond experienced.  Did you

8          see any imaging in the records you reviewed

9          that show a C2 spinal cord injury?

10     A.  I did not.

11     Q.  Okay.  Do you have any idea where this

12         reference to a C2 spinal cord injury is coming

13         from?

14     A.  No, I mean, I don't.  All I can say, again, in

15         a general term is that, you know, if we see a

16         patient for the first time without the --

17         without having hundreds of pages or thousands

18         of pages of old records we -- you know, we

19         take a history and, you know, sort of do the

20         best that we can.  So we don't necessarily

21         know.  Sometimes patients can be misinformed

22         or just confused as to what kind of conditions

23         they might have.

1    Q.  Is it all right if we take a five-minute

2        break?

3    A.  You bet.

4              (A recess was taken.)

5

6        BY MR. MACKEY:

7    Q.  Dr. Vapnek, one thing we didn't talk about was

8        about the van trip that Mr. Raymond had from

9        Auburn Community Hospital to the Auburn

10       Correctional Facility on September 14th, 2016.

11       In your review of Mr. Raymond's records, did

12       you see any reference to a seizure he had

13       during that particular van trip?

14    A.  I don't recall.

15    Q.  Okay.  There are some records which make

16       reference to Mr. Raymond suffering a seizure

17       on September 14th of 2016, when he was

18       returning from the local hospital to the

19       Auburn Correctional Facility, and there is

20       statements that he suffered injuries at that

21       time.  Is it possible that if he suffered

22       injuries during that particular seizure that

23       that could have caused him to injure his

—JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22—

1          brain?

2     A.  I mean, it's --

3               MS. ROSENFELD:  Objection to the form.

4          Go ahead.

5     A.  I mean, it's certainly a possibility.  I think

6          it's less likely than in an assault but,

7          again, I wasn't there.

8     Q.  Understood.  Why do you feel less likely than

9          an assault?

10    A.  I mean, just from what I have seen in this --

11         in assaults in my limited experience.

12    Q.  Okay.  I am sorry, maybe I misheard your

13         answer.

14    A.  Just from what I -- again, it's not something

15         that we -- that urologists see on a regular

16         basis, but I have certainly, you know, had to

17         see head trauma to the point of -- you know,

18         from seizure activity.  You know, major head

19         trauma is not something that -- I certainly

20         haven't seen it.

21    Q.  Well, let me ask you this, obviously you have

22         a lot of patients with the condition of a

23         neurogenic bladder:  Have you ever had any

JONATHAN VAPNEK, MD - BY MR. MACKEY - 03/11/22

1       patients who suffered a neurogenic bladder as

2       a result of brain injury caused by being hit

3       by fists or being beaten by another human?

4    A. Yes, yeah.  I mean, again, it's not super

5       common.  I have one patient in particular who

6       was, from what I recall, a police officer who

7       was badly beaten and ended up retiring from

8       the force after that but he has had persistent

9       issues ever since.

10   Q. And this is a patient with a neurogenic

11      bladder?

12   A. Yeah.

13   Q. Okay.  And -- well, strike that.

14          There were some photos taken of

15      Mr. Raymond later that day on September 14th,

16      2016, at the correctional facility.  There is

17      a few of them of him standing up, a few of

18      them closer in to his face.  Did you have a

19      chance to look at those photos during your

20      review of his records?

21   A. No.

22   Q. Okay.  Now, you said that someone suffering a

23      brain injury resulting in a neurogenic bladder

1      that it's not as common for someone to suffer

2      that if -- from a beating from another person.

3      Why do you say that?

4          MS. ROSENFELD:  Objection to the form.

5      You can answer, if you understand the

6      question.

7  A.  I mean, again, just in my relatively limited

8      experience, I mean, this is certainly not a

9      large part of the practice by any means.

10 Q.  Okay.  Is it more common for individuals with

11     neurogenic bladder that they suffered either

12     neck, brain, or spine injury in a much more

13     forceful manner like a motor vehicle accident

14     or a fall from a high -- high place?

15 A.  Those are certainly more common, certainly.  I

16     mean, again, it's very -- it's always

17     difficult to predict exactly how -- you know,

18     how a brain is going to react to trauma and

19     who is going to end up with a problem and who

20     is not.

21         MR. MACKEY:  I don't think I have any

22     further questions.  Are you all set, Katie?

23         MS. ROSENFELD:  Yes, I am all set.

1          Thank you so much, Dr. Vapnek.  Thank you to

2     the court reporter.

3               THE WITNESS:  You're welcome.

4               MR. MACKEY:  Thank you, Dr. Vapnek.

5     Thank you for your time.  We are all done

6     here.

7

8          (Deposition concluded at 3:54 p.m.)

9                    *  *  *  *  *  *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

```
 1          STATE OF NEW YORK)

 2          COUNTY OF ERIE   )

 3

 4

 5          I, Carrie A. Fisher, Notary Public, in and
        for the County of Erie, State of New York, do
        hereby certify:

 6

 7          That the witness whose testimony appears
        hereinbefore was, before the commencement of
 8      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
 9      truth; that said testimony was taken remotely
        pursuant to notice at the time and place as
10      herein set forth; that said testimony was
        taken down by me and thereafter transcribed
11      into typewriting, and I hereby certify the
        foregoing testimony is a full, true and
12      correct transcription of my shorthand notes so
        taken.

13

14          I further certify that I am neither counsel
        for nor related to any party to said action,
15      nor in anyway interested in the outcome
        thereof.

16

17          IN WITNESS WHEREOF, I have hereunto
        subscribed my name and affixed my seal this
18      31st day of March, 2022.

19

20      _____

21      Carrie A. Fisher
        Notary Public - State of New York
22      No. 01FI6240227
        Qualified in Erie County
23      My commission expires 5/02/23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

**'** 

**'15** [1] - 46:7
**'16** [1] - 46:8
**'17** [2] - 34:22; 41:18

## 0

**09/14/16** [1] - 30:5

## 1

**1** [3] - 32:3, 10; 44:15
**10** [2] - 75:9
**10075** [1] - 5:3
**11** [1] - 76:18
**13th** [2] - 30:13; 31:10
**14th** [13] - 21:8; 25:22; 29:11, 15; 33:18; 35:8; 44:8, 21; 62:9; 66:8; 78:10, 17; 80:15
**15** [3] - 75:15; 76:4
**15-year-ago** [1] - 76:8
**15th** [2] - 9:11; 32:11
**1993** [2] - 7:12; 8:20
**1995** [1] - 8:9
**19th** [6] - 33:1, 7; 36:7; 37:11; 38:14; 41:18
**1st** [3] - 45:12; 46:8, 12

## 2

**2** [1] - 45:10
**20** [2] - 11:20; 12:8
**20-year** [1] - 12:10
**200** [1] - 50:2
**2002** [2] - 8:21; 9:1
**2007** [2] - 20:1; 22:5
**2012** [5] - 19:17; 20:12, 22; 21:16; 23:7
**2016** [26] - 21:8; 25:22; 29:11, 15; 30:13; 33:15, 18; 34:20, 23; 35:9; 41:16, 18; 42:11; 44:8, 21; 45:8, 12; 46:12; 62:9; 66:8; 74:8; 75:18; 77:2; 78:10, 17; 80:16
**2017** [13] - 33:1, 7; 36:7; 37:11; 38:14; 39:15; 40:13, 21; 42:11; 47:21; 62:12; 63:1; 71:1
**2018** [1] - 74:2
**2019** [1] - 75:12
**2020** [1] - 76:20

**2021** [1] - 32:11
**2025** [1] - 8:10
**21st** [1] - 76:20
**229** [1] - 5:2
**24** [2] - 47:13, 16
**26th** [1] - 74:2
**28** [1] - 44:19
**28th** [1] - 75:12

## 3

**3** [3] - 47:18; 55:1; 57:14
**30** [2] - 14:12; 73:3
**31st** [1] - 46:7
**3:54** [1] - 82:8

## 4

**4** [1] - 60:8
**40** [1] - 14:12

## 5

**50** [2] - 15:21; 16:2

## 6

**600** [2] - 11:21; 42:5
**65** [4] - 11:11; 12:13; 16:5
**65-year-old** [1] - 61:12

## 7

**7** [3] - 70:22; 72:10
**75** [1] - 13:19
**79th** [1] - 5:2
**7th** [3] - 39:15; 40:12; 71:1

## 8

**80** [1] - 13:19
**8:10** [1] - 46:2

## 9

**9** [2] - 73:20, 22
**90** [2] - 39:19, 21

## A

**Abady** [1] - 13:2
**abdominal** [6] - 67:11; 69:3; 70:8, 13, 20
**able** [11] - 15:6; 61:6; 67:21; 69:7, 9, 11, 17, 22; 70:2, 11, 16
**abnormal** [6] - 47:22; 49:9, 23; 50:13;

52:17
**abnormalities** [1] - 40:4
**abnormality** [1] - 59:11
**absolutely** [2] - 37:6; 57:7
**accident** [5] - 20:3; 22:5; 27:2; 75:15; 81:13
**according** [2] - 29:1; 57:21
**account** [1] - 20:19
**accurate** [3] - 19:1; 26:10; 74:12
**acknowledge** [1] - 4:8
**acontractility** [1] - 48:14
**actions** [1] - 16:18
**activities** [1] - 70:17
**activity** [1] - 79:18
**actual** [4] - 37:4; 50:21; 63:22; 64:12
**acute** [5] - 25:17; 53:18; 54:13; 59:10
**acutely** [3] - 52:23; 53:2; 54:9
**administer** [1] - 4:9
**administered** [1] - 4:9
**admission** [1] - 31:21
**admissions** [2] - 68:12, 14
**admitted** [1] - 54:1
**affect** [2] - 52:14; 72:9
**afternoon** [1] - 5:7
**afterwards** [1] - 66:21
**aging** [1] - 73:2
**ago** [5] - 14:4; 18:4; 75:15; 76:4
**agree** [3] - 12:19; 42:9; 64:13
**agreement** [2] - 4:12, 14
**ahead** [4] - 33:20; 52:3; 60:17; 79:4
**air** [1] - 58:14
**albeit** [1] - 48:5
**alcohol** [1] - 54:10
**alleged** [7] - 26:5; 30:5; 33:17; 41:15; 44:7; 45:14; 62:9
**almost** [1] - 59:20
**AM** [1] - 46:2
**American** [1] - 8:8
**amount** [1] - 53:1
**analogy** [1] - 63:6
**anesthesia** [1] - 47:15
**anesthetized** [1] - 47:3
**annoying** [1] - 72:1

**answer** [8] - 5:18, 23; 6:14; 39:10; 52:3; 70:20; 79:13; 81:5
**answered** [2] - 6:21; 75:8
**answering** [1] - 6:6
**answers** [1] - 6:2
**anterior** [1] - 59:22
**anticipated** [1] - 59:20
**anyway** [1] - 59:3
**apparent** [5] - 42:23; 60:10; 61:20; 62:6; 64:19
**appear** [2] - 23:5; 46:11
**appearances** [2] - 16:7; 59:23
**appeared** [2] - 16:4; 68:12
**appearing** [2] - 5:11; 16:7
**appendectomy** [5] - 46:16; 47:5, 8; 71:12, 14
**approximate** [2] - 11:13; 15:7
**area** [5] - 12:15; 14:15; 15:11; 56:17; 68:6
**areflexia** [1] - 48:15
**artfully** [1] - 21:23
**articles** [4] - 14:10, 17; 25:2; 54:18
**aspect** [1] - 67:10
**aspects** [1] - 24:3
**assault** [16] - 26:5; 29:14, 20-21; 30:5; 33:17; 41:15; 44:7, 9, 20; 45:14; 62:10; 66:7; 77:2; 79:6, 9
**assaulted** [2] - 35:7; 44:8
**assaults** [1] - 79:11
**associated** [1] - 28:19
**Associates** [1] - 76:21
**assuming** [1] - 66:23
**attempt** [1] - 49:4
**attempted** [1] - 42:18
**attorney** [3] - 4:15; 6:12
**attorneys** [2] - 4:7; 5:8
**Auburn** [7] - 34:7, 10, 18; 57:15; 78:9, 19
**augmentation** [2] - 28:14; 67:5
**augmented** [5] - 43:18; 67:2, 23; 68:17; 69:14
**August** [1] - 74:2
**authored** [2] - 13:20, 23

**aware** [9] - 10:12, 21; 16:12, 14; 62:22; 67:16; 68:23; 74:14, 22

## B

**badly** [1] - 80:7
**based** [7] - 13:9; 17:23; 19:2; 28:16; 39:3; 45:4; 57:3
**basis** [2] - 53:2; 79:16
**basketball** [1] - 70:18
**bathroom** [1] - 69:17
**baton** [1] - 35:11
**beam** [4] - 19:18; 21:1; 23:6
**beaten** [2] - 80:3, 7
**beating** [1] - 81:2
**became** [1] - 42:22
**become** [2] - 60:9; 76:2
**began** [1] - 8:23
**behalf** [5] - 4:16; 12:21; 17:7; 18:15
**behavior** [1] - 41:9
**behind** [2] - 12:1; 67:1
**belief** [1] - 42:10
**belong** [1] - 13:8
**below** [2] - 56:15; 57:9
**benign** [6] - 59:7, 22; 60:4; 71:19, 21; 72:23
**best** [2] - 48:5; 77:20
**bet** [1] - 78:3
**between** [1] - 62:8
**big** [2] - 61:9; 64:16
**bigger** [1] - 71:5
**birth** [1] - 23:17
**bit** [2] - 20:7; 74:4
**bladder** [118] - 14:14, 18; 15:4, 14-15, 22; 21:3, 19; 22:16; 24:15, 22; 25:3, 10, 14; 27:18, 22; 28:3, 6, 9; 29:17; 30:2, 6; 31:4; 36:21; 37:1, 4; 38:18; 39:7; 40:3, 7, 9; 41:2, 4, 7, 21; 42:1, 7, 10, 12; 43:2, 15, 18, 20; 44:10, 12; 45:23; 46:13; 47:9, 15; 48:1, 3, 5, 13; 49:6, 15-16, 21, 23; 50:15, 22; 51:5, 18, 21, 23; 52:9, 11, 14-15, 17; 53:3, 7, 13, 20; 54:6, 16, 20; 55:14, 20, 23; 57:4, 10; 58:9; 59:15;

61:14; 62:4, 23;
63:19, 22; 64:12;
65:19; 66:1, 12, 17;
67:2, 11, 22-23;
68:16, 20; 69:14;
72:7, 9; 73:16; 74:8,
21; 75:18, 23; 76:5,
15; 79:23; 80:1, 11,
23; 81:11
**bladders** [2] - 41:10;
43:5
**bleed** [2] - 55:8; 64:16
**bleeds** [1] - 25:18
**blockage** [1] - 48:16
**blows** [2] - 35:9; 63:17
**board** [1] - 8:5
**Board** [1] - 8:8
**body** [2] - 36:19; 68:22
**bolster** [1] - 50:14
**bone** [6] - 58:13, 16;
59:5, 7, 22; 65:7
**book** [1] - 14:5
**border** [1] - 59:3
**bottom** [5] - 32:9;
55:1, 3; 59:10; 73:22
**bound** [1] - 27:2
**BPH** [5] - 72:21-23;
73:10, 19
**brain** [34] - 23:16;
24:11; 27:17; 28:10,
22; 29:4; 30:4, 18;
31:3; 43:13; 44:9;
55:4, 6, 9, 11, 19,
22; 56:6; 57:22;
58:5, 17; 59:5, 8;
61:8; 64:6, 16; 76:9;
77:1; 79:1; 80:2, 23;
81:12, 18
**brains** [1] - 56:21
**break** [6] - 6:11, 17,
19, 22; 11:8; 78:2
**brief** [1] - 47:4
**briefly** [1] - 45:9
**Brinckerhoff** [1] - 13:2
**broad** [2] - 57:10
**broken** [1] - 65:7
**brought** [2] - 18:12;
40:19
**bruises** [1] - 25:16
**Buffalo** [1] - 13:9
**bullet** [1] - 33:11
**business** [1] - 69:19
**BY** [3] - 5:6; 61:3; 78:6
**Byler** [3] - 37:9, 14;
39:5
**Byler's** [1] - 38:7

**C**

**C2** [3] - 77:1, 9, 12

**California** [4] - 7:14,
21; 8:3
**Cambria** [1] - 13:10
**cancer** [3] - 15:12;
63:7, 9
**cannot** [1] - 27:12
**capacity** [2] - 67:23;
68:15
**car** [1] - 27:2
**care** [1] - 19:4
**Carrie** [1] - 4:3
**case** [18] - 5:9; 7:19;
9:17; 10:6, 14; 13:2;
27:10; 29:12, 16;
41:23; 43:12; 48:13,
21; 52:6; 63:16;
73:19; 76:3
**cases** [8] - 11:5, 21;
12:16; 23:18; 26:23;
27:7; 51:4
**cast** [1] - 63:2
**CAT** [2] - 24:1; 56:5
**cath** [3] - 45:17; 46:3,
5
**catheter** [12] - 28:13;
36:8, 10-11, 15-16;
43:22; 45:21; 48:1;
63:4; 67:10
**catheterizable** [3] -
28:15; 43:19; 67:14
**catheterizations** [1] -
42:19
**catheterize** [5] -
46:23; 67:2, 22;
68:2; 69:17
**catheterized** [1] - 42:5
**catheterizing** [1] -
67:9
**causally** [1] - 66:7
**causation** [1] - 20:18
**caused** [19] - 21:18;
22:12, 15; 25:3, 13;
27:17, 22; 28:2, 9;
30:5; 31:3; 50:22;
52:1, 19; 59:14;
63:19, 21; 78:23;
80:2
**causes** [3] - 23:12;
37:23; 57:4
**causing** [6] - 25:8;
43:14; 44:9; 47:9;
68:21; 74:20
**CCs** [2] - 42:5; 50:3
**cell** [2] - 30:14; 62:18
**Celli** [1] - 13:2
**Center** [3] - 8:20;
73:23; 75:10
**central** [1] - 55:8
**certain** [2] - 49:17;
52:13

**certainly** [32] - 15:10,
13, 15-16; 23:15;
24:2; 25:6; 26:6, 8,
12, 17; 31:6; 37:23;
38:22; 39:1; 51:9;
52:7; 53:4, 21;
54:12; 60:9; 62:20;
63:5; 65:3; 67:17;
73:18; 79:5, 16, 19;
81:8, 15
**certainty** [1] - 57:20
**certification** [1] - 8:9
**certifications** [1] - 8:5
**chance** [1] - 80:19
**change** [3] - 42:20;
43:11; 44:4
**channel** [1] - 28:15
**chapter** [1] - 14:4
**charged** [1] - 18:8
**chest** [1] - 35:10
**children** [1] - 69:9
**choice** [1] - 39:12
**chronically** [1] - 54:14
**circumscribed** [1] -
59:2
**City** [1] - 17:23
**claim** [1] - 43:13
**claiming** [2] - 47:6;
63:16
**clamp** [1] - 63:3
**clarify** [1] - 45:15
**classic** [2] - 55:12, 15
**clearer** [1] - 65:10
**clinical** [1] - 24:6
**clinically** [8] - 23:20;
42:23; 51:4; 60:9;
61:19; 62:6; 64:19;
65:4
**close** [1] - 76:12
**closed** [1] - 35:11
**closer** [1] - 80:18
**cocaine** [2] - 53:17;
54:3
**cognitive** [1] - 29:2
**coming** [1] - 77:12
**comment** [3] - 47:20;
73:17; 74:12
**comments** [1] - 74:6
**common** [9] - 36:16;
47:11; 64:5, 9; 73:1;
80:5; 81:1, 10, 15
**commonly** [1] - 54:10
**Community** [2] -
57:15; 78:9
**comp** [1] - 12:18
**compensate** [3] -
61:6, 22
**complaining** [1] -
46:12
**complaints** [1] - 28:17

**complete** [1] - 43:10
**completely** [1] - 26:10
**complications** [1] -
66:21
**computer** [1] - 71:7
**concentrating** [1] -
19:12
**concluded** [1] - 82:8
**condition** [17] - 15:8;
21:2, 5, 17; 22:12;
24:10; 42:12; 54:5;
55:23; 68:20; 69:6;
70:2, 16; 71:19, 22;
73:1; 79:22
**conditions** [1] - 77:22
**configuration** [1] -
40:8
**confirm** [1] - 51:22
**confirmed** [1] - 50:10
**confused** [1] - 77:22
**confusing** [1] - 68:13
**conjecture** [1] - 30:8
**connections** [1] - 56:8
**consent** [3] - 4:10, 19,
21
**consequently** [1] -
28:12
**consideration** [4] -
20:10, 15; 22:6, 9
**considered** [1] - 48:4
**consistent** [1] - 65:3
**construction** [1] -
70:5
**contained** [1] - 34:1
**contention** [1] - 21:15
**continuation** [1] -
73:4
**continue** [1] - 67:1
**contract** [2] - 48:14;
67:3
**contractility** [1] -
49:20
**contraction** [1] -
49:15
**contrast** [1] - 40:7
**control** [2] - 14:18;
15:14
**convictions** [2] -
16:13, 15
**coordination** [2] -
56:11, 20
**copy** [2] - 60:15, 23
**cord** [13] - 26:9, 20;
27:4; 43:10; 64:15;
75:14, 17; 76:3, 8,
16; 77:1, 9, 12
**Corporation** [2] -
74:1; 75:11
**correct** [20] - 8:4; 9:2;
12:23; 19:14; 23:8;

32:11, 16; 36:12;
38:5, 10; 39:7;
40:16, 22; 46:13;
49:1; 58:5; 59:16;
64:1; 75:1
**Correctional** [5] -
34:7, 11, 18; 78:10,
19
**correctional** [4] - 9:4;
31:19; 36:2; 80:16
**corrections** [3] -
29:13; 35:8, 23
**Corrections** [2] - 34:8;
45:11
**correctly** [4] - 35:12;
39:17; 44:22; 50:17
**Counselor** [1] - 60:18
**County** [2] - 73:23;
75:10
**COUNTY** [1] - 4:1
**couple** [2] - 15:17;
17:4
**course** [1] - 66:3
**court** [6] - 4:3; 16:11;
17:20-22; 82:2
**crack** [1] - 53:16
**cracked** [1] - 64:16
**create** [1] - 21:17
**created** [2] - 21:16;
54:5
**CT** [3] - 24:11; 26:14;
57:22
**current** [3] - 7:18;
56:10; 70:15
**CV** [2] - 14:2, 6
**cyst** [2] - 60:1, 3
**cystic** [6] - 58:15, 19,
21, 23; 59:6, 19
**cystoplasty** [2] -
28:14; 67:6
**cystoscopy** [7] -
39:16; 40:1; 72:15;
73:7, 12, 14
**cystourethrogram** [2]
- 39:18; 40:6

**D**

**damage** [2] - 30:18;
42:8
**damages** [3] - 12:17;
66:6, 10
**data** [1] - 42:15
**date** [7] - 33:5; 38:13;
62:9; 71:1; 74:1;
75:12; 76:20
**dated** [1] - 33:6
**dates** [1] - 38:3
**days** [4] - 14:3; 37:8,
11; 38:13

**decade** [1] - 22:22
**December** [3] - 9:11; 32:11; 46:7
**decide** [1] - 62:19
**decided** [2] - 8:21; 31:20
**decompressed** [2] - 37:1; 63:1
**decreasing** [1] - 47:15
**defendants** [5] - 4:17; 5:9; 12:12, 21; 29:12
**defense** [2] - 9:20; 12:14
**defer** [1] - 60:5
**deficit** [1] - 22:13
**degree** [6] - 21:9; 22:15; 45:7; 49:17; 51:17; 57:20
**delay** [3] - 41:3; 64:20, 22
**demonstrable** [1] - 22:13; 55:17
**deny** [1] - 29:13
**Department** [3] - 34:7; 45:10; 57:16
**deposed** [1] - 18:4
**deposition** [12] - 4:6, 8; 5:12; 6:13; 9:7, 17; 10:1; 11:23; 13:16; 57:14; 70:22; 73:20
**Deposition** [1] - 82:8
**depression** [1] - 19:10
**dermoid** [2] - 59:23; 60:2
**describe** [1] - 37:19
**describing** [1] - 59:4
**despite** [1] - 50:5
**determination** [1] - 40:14
**determinations** [1] - 42:18
**determined** [3] - 38:3; 48:23; 72:18
**detrimental** [1] - 68:21
**developed** [5] - 28:18; 35:20; 61:13; 69:1; 76:15
**developing** [2] - 44:12; 55:23
**diagnosed** [2] - 19:9; 43:1
**diagnoses** [1] - 39:12
**diagnosis** [6] - 38:20; 39:3; 41:11; 50:14; 65:10; 73:5
**die** [1] - 63:2
**difference** [1] - 41:14
**different** [3] - 6:10; 42:3; 48:11

**differential** [2] - 38:20; 73:5
**difficult** [4] - 5:19; 41:10; 56:22; 81:17
**difficulties** [1] - 66:15
**difficulty** [4] - 35:20; 37:15; 47:4, 13
**directly** [1] - 36:11
**disagree** [1] - 74:19
**disciplined** [1] - 16:17
**discussing** [1] - 18:11
**discussions** [2] - 18:18, 21
**disease** [1] - 43:7
**dismiss** [1] - 18:5
**disproven** [1] - 38:10
**distended** [2] - 42:1
**doctor** [1] - 16:18
**document** [6] - 32:2, 6; 57:15; 73:21; 75:10; 76:22
**documents** [5] - 9:6, 9; 10:3; 38:15, 23
**done** [15] - 5:21; 7:17; 13:18; 40:9, 13; 44:11; 46:21; 47:7; 48:22; 49:4; 62:2; 67:5; 73:8; 82:5
**dope** [1] - 53:16
**down** [8] - 6:11; 11:8; 44:14; 45:9; 54:23; 72:12; 74:4; 76:18
**Dr** [11] - 5:7; 7:2; 32:6; 35:17; 37:14; 38:7; 39:5; 71:3; 78:7; 82:1, 4
**dramatic** [1] - 71:23
**dropped** [1] - 17:6
**drugs** [6] - 52:20; 54:4, 11-12, 21
**due** [3] - 45:17; 46:3; 72:21
**duly** [1] - 5:3
**during** [6] - 6:13; 12:3, 10; 16:11; 19:6; 26:4; 31:13; 36:6; 42:16; 44:3; 48:3, 9; 65:17, 21; 78:13, 22; 80:19
**dysfunction** [13] - 14:16; 21:7; 25:10; 28:19; 29:2; 45:7; 51:5, 18; 52:10; 53:7, 13; 63:13; 72:21
**dysfunctioning** [3] - 51:21; 52:11
**dyssynergia** [1] - 56:16

E

**earliest** [3] - 32:21; 33:5
**early** [1] - 50:2
**easier** [1] - 65:5
**East** [1] - 5:2
**edema** [1] - 27:4
**EEG** [1] - 23:20
**effect** [5] - 47:14; 53:3; 56:17; 61:14; 72:5
**either** [3] - 17:6; 37:22; 81:11
**elsewhere** [1] - 8:18
**eluding** [1] - 26:9
**embedded** [1] - 33:21
**emergency** [5] - 33:8, 12, 16; 53:19; 62:19
**Emery** [1] - 13:2
**employed** [1] - 8:11
**empty** [3] - 49:16, 21; 67:22
**emptying** [1] - 62:4
**encountered** [2] - 24:18; 76:13
**end** [4] - 49:20; 54:15; 66:4; 81:19
**ended** [5] - 30:1; 34:20; 38:9; 61:22; 80:7
**ends** [1] - 62:1
**enlarged** [1] - 71:8
**enlargement** [2] - 48:17; 73:2
**entry** [3] - 45:12, 17, 21
**envision** [1] - 52:16
**epidermoid** [2] - 60:1
**epidural** [1] - 65:9
**equivalent** [1] - 69:15
**Erie** [2] - 73:23; 75:10
**ERIE** [1] - 4:1
**essentially** [2] - 49:21; 76:7
**established** [1] - 38:19
**establishing** [1] - 41:12
**ethical** [1] - 18:8
**ethmoidal** [1] - 58:14
**evaluated** [1] - 31:16
**event** [2] - 29:9; 64:12
**eventually** [3] - 28:14; 38:2; 42:4
**evidence** [13] - 21:16; 23:19, 23; 25:19; 26:20; 29:2; 40:11; 45:6; 50:16; 51:2,

13; 55:10
**evidencing** [1] - 77:6
**exact** [1] - 15:9
**exactly** [11] - 40:1; 46:6; 47:22; 49:2, 7; 50:23; 60:2; 64:4; 70:8, 12; 81:17
**examination** [1] - 50:14
**EXAMINATION** [1] - 5:6
**examine** [1] - 18:15
**examined** [1] - 5:4
**example** [10] - 42:16; 43:6; 48:16; 51:11; 52:12; 53:1, 6, 19; 56:10; 61:17
**exception** [1] - 53:8
**excuse** [1] - 41:18
**exhibit** [1] - 46:15
**Exhibit** [13] - 32:3, 10; 44:15; 45:10; 57:14; 70:21; 72:10; 73:20, 22; 75:9; 76:18
**exhibits** [1] - 31:22
**existing** [4] - 21:5, 17; 22:11; 61:16
**expect** [1] - 68:5
**expected** [1] - 53:4
**experience** [3] - 47:7; 79:11; 81:8
**experienced** [1] - 77:7
**expert** [20] - 9:18; 10:14, 18, 23; 11:10, 14, 17; 12:4, 9, 11, 20; 13:4, 11, 17; 16:8; 18:14; 19:7; 20:10; 22:7; 44:15
**expertise** [1] - 14:15
**experts** [2] - 9:16, 20
**explain** [3] - 29:5; 48:20; 62:7
**explanation** [1] - 29:16
**extended** [1] - 20:5
**extreme** [1] - 25:6
**extremely** [3] - 54:8; 73:18; 76:6
**eyes** [1] - 60:22

F

**face** [3] - 35:10; 63:18; 80:18
**facility** [4] - 9:4; 31:19; 36:3; 80:16
**Facility** [5] - 34:7, 11, 18; 78:10, 19
**fact** [6] - 19:16; 28:16; 37:4; 50:5; 68:23;

69:13
**factor** [2] - 21:1; 27:14
**failed** [1] - 63:4
**fair** [6] - 14:17; 40:23; 41:8; 49:3; 50:9; 64:22
**fairly** [1] - 20:18
**fall** [7] - 30:15, 17, 21; 31:1, 10, 14; 81:14
**familiar** [3] - 14:19; 57:19; 65:15
**family** [3] - 10:10, 20; 18:22
**far** [3] - 20:6; 67:15; 70:6
**federal** [1] - 17:21
**fellowship** [1] - 7:17
**felony** [1] - 16:13
**felt** [2] - 37:14; 50:1
**few** [2] - 80:17
**field** [4] - 8:18; 12:5; 17:16; 18:9
**figure** [1] - 11:19
**filed** [1] - 18:3
**filled** [1] - 71:17
**filling** [1] - 48:4
**fine** [2] - 6:9; 14:22
**finish** [1] - 5:17
**firm** [3] - 13:1, 8, 11
**first** [11] - 5:3; 13:6; 32:13; 34:21; 41:12; 49:11; 61:7; 62:10; 76:1; 77:16
**Fisher** [1] - 4:3
**fist** [1] - 35:11
**fists** [1] - 80:3
**five** [11] - 14:3; 16:23; 17:2, 11, 14, 18; 37:8, 11; 38:13; 69:15; 78:1
**five-minute** [1] - 78:1
**fixed** [1] - 70:10
**fledged** [1] - 64:1
**floor** [1] - 31:2
**florid** [1] - 41:23
**fluid** [1] - 71:17
**fluid-filled** [1] - 71:17
**Foley** [2] - 36:8, 10
**following** [1] - 30:1
**follows** [1] - 5:4
**force** [1] - 80:8
**forceful** [1] - 81:13
**forgot** [1] - 34:2
**form** [16] - 20:14; 21:4; 22:18; 24:23; 29:18; 30:7, 19; 31:5; 52:2; 54:7; 58:10; 62:13; 65:1; 75:19; 79:3; 81:4

former [1] - 14:4
forms [1] - 37:21
formulate [1] - 9:11
four [11] - 14:3; 17:6; 34:22; 41:19; 42:16, 21; 54:15; 62:1, 8; 69:15
four-hour [1] - 54:15
four-month [4] - 34:22; 41:19; 62:8
fracture [4] - 64:10; 74:9, 20; 75:4
fractured [2] - 26:16; 64:10
fractures [2] - 25:18; 27:3
frankly [1] - 57:11
frequency [2] - 55:14; 61:21
frequent [1] - 67:8
FROM [1] - 4:1
front [1] - 38:16
frontal [2] - 58:13; 59:22
full [6] - 8:19; 37:4; 38:19; 42:6; 64:1, 15
full-time [1] - 8:19
fullness [3] - 49:12; 50:1
function [15] - 22:13; 29:4; 43:20; 47:15; 48:3, 5; 52:14, 17; 53:3; 58:17; 61:14; 67:19; 68:3; 72:9

## G

game [1] - 70:18
Geer [1] - 4:18
general [3] - 15:11; 53:15; 77:15
generally [7] - 14:18; 36:22; 47:16; 53:7; 72:2; 73:16
generate [1] - 49:15
genital [1] - 35:10
get-go [1] - 64:3
Giancola [1] - 4:18
God [1] - 63:8
Graham [1] - 4:18
great [2] - 51:7; 56:5
Green [1] - 13:10
ground [1] - 4:10
guess [6] - 29:21; 38:7; 44:5; 57:2; 59:21; 67:15
guy [5] - 48:17; 61:9, 12; 69:22
guys [1] - 73:3

## H

hand [1] - 43:9
hard [4] - 42:14; 43:16; 70:2, 5
harmless [1] - 71:22
Harte [1] - 4:17
head [21] - 6:3; 19:17; 20:11, 23; 21:10, 23; 22:2; 23:7; 25:7; 31:2; 35:10; 63:17, 21; 64:6, 11; 65:17, 22; 79:17
Health [1] - 70:23
healthy [1] - 61:8
hear [1] - 14:22
heard [2] - 17:4; 18:6
help [1] - 51:19
helpful [2] - 24:4; 50:12
helps [1] - 71:8
hematoma [2] - 65:8
hemorrhage [1] - 27:4
hernia [2] - 66:22; 69:1
heroin [1] - 54:3
herself [1] - 29:22
high [3] - 49:18; 81:14
higher [1] - 21:9
highlight [6] - 35:6, 19; 37:14; 39:14; 47:18; 72:12
highlighted [1] - 33:2; 55:2; 60:19
highlighting [2] - 57:23; 71:10
highly [4] - 22:19; 58:16; 75:20
himself [1] - 69:18
hired [5] - 10:23; 11:14; 13:1, 3, 11
history [10] - 12:3; 26:7; 44:20; 45:3; 51:11; 71:12; 74:5; 75:13; 76:23; 77:19
hit [4] - 19:18; 20:23; 23:6; 80:2
hitting [1] - 31:2
holds [1] - 69:15
honestly [2] - 17:5; 57:19
hopeful [1] - 69:3
hopefully [1] - 69:4
horse [1] - 53:10
hospital [6] - 26:7; 31:9, 21; 40:20; 41:17; 78:18
Hospital [7] - 32:23; 36:7; 37:10; 41:17; 57:15; 62:11; 78:9

hour [1] - 54:15
hours [3] - 47:13, 16; 69:15
human [1] - 80:3
hundred [1] - 15:18
hundreds [1] - 77:17
hydrocele [1] - 71:17
hydrocelectomy [3] - 71:13, 16; 72:5
hyperplasia [1] - 72:23
hyperreflexic [1] - 56:14
hypothetically [1] - 31:6

## I

idea [4] - 48:9, 19; 49:18; 77:11
identified [3] - 27:12; 34:5; 59:11
identifies [3] - 27:17, 21; 28:2
identify [2] - 49:4; 51:7
identifying [2] - 34:6; 50:21
idiopathic [1] - 23:17
illegal [1] - 54:11
illicit [3] - 52:20; 54:12, 21
illness [1] - 74:6
Imaging [1] - 57:16
imaging [22] - 22:21; 23:19; 24:4; 25:17; 26:14, 21; 27:8, 13, 16, 20; 28:1; 50:13, 21; 51:6, 8, 18, 21; 52:9; 65:6; 74:16; 77:6, 8
immediate [3] - 36:15, 20; 64:8
immediately [4] - 33:17; 44:6, 11; 61:13
impact [1] - 20:20
impossible [1] - 43:19
improves [1] - 37:2
inability [6] - 28:12; 29:6; 45:17; 46:4; 55:19; 64:2
incident [5] - 21:7; 25:15; 35:20; 44:11; 46:7
incisional [1] - 69:1
include [1] - 35:15
includes [1] - 71:12
including [1] - 45:4
incomplete [1] -

26:19, 22
incontinence [1] - 55:15
incur [1] - 66:16
indeed [1] - 44:7
indicate [1] - 4:12
indicated [1] - 48:19
indicating [1] - 73:10
indication [2] - 68:8, 19
indications [1] - 24:9
individual [2] - 55:22; 65:16
individually [1] - 39:23
individuals [6] - 54:19; 64:9; 69:6; 70:1; 75:22; 81:10
indwelling [3] - 28:13; 43:22; 68:11
infection [1] - 37:23
infections [1] - 67:8
infirmary [2] - 45:11; 62:17
information [5] - 19:16; 26:3; 35:14, 22; 45:1
informative [1] - 51:6
informed [1] - 74:7
initial [2] - 8:8; 74:6
injure [1] - 78:23
injured [4] - 20:2; 26:4; 27:1; 44:9
injures [1] - 64:6
injuries [6] - 21:10; 25:7, 12; 27:11; 78:20, 22
injuring [1] - 31:13
injury [52] - 19:18; 20:11, 22; 21:9, 15, 23; 22:2, 4, 14; 23:16, 21; 26:9, 20; 27:9, 17, 21; 28:2, 8, 11, 18, 22; 29:8, 10; 31:3; 43:10, 13; 50:21; 60:9; 61:8; 63:18; 64:15, 21; 65:3, 17, 22; 75:14, 16; 76:3, 8-9, 16; 77:1, 7, 9, 12; 80:2, 23; 81:12
inserted [1] - 36:17
insight [1] - 48:10
installed [1] - 36:11
instances [1] - 51:20
instead [2] - 41:2; 68:3
intercranial [1] - 59:11
interested [1] - 44:16
interpretation [2] -

26:11; 39:1
intoxicated [2] - 53:18; 54:9
intoxication [1] - 53:20
involve [1] - 49:11
involved [1] - 69:20
involves [1] - 47:23
irreversible [1] - 43:3
isodense [2] - 58:1; 59:2
isolated [1] - 44:6
issue [5] - 21:12; 29:6; 53:18, 22
issued [1] - 14:11
issues [7] - 15:23; 20:19; 22:23; 24:16; 29:4; 68:21; 80:9
itself [1] - 58:16

## J

January [15] - 33:1, 7; 34:21; 36:7; 37:11; 38:14; 40:20; 41:18; 42:23; 45:12; 46:8, 12; 62:11; 63:1; 75:12
job [1] - 69:11
jobs [5] - 70:3, 17
John [1] - 9:20
Jonathan [2] - 8:16, 23
judge [1] - 16:11
judgments [1] - 17:8
jumping [1] - 5:18

## K

Katie [2] - 4:20; 81:22
keep [1] - 7:18
ketamine [1] - 53:8
Ketamine [1] - 53:10
kidney [4] - 15:12; 67:19; 68:3
kidneys [1] - 68:9
kind [8] - 5:15, 17; 17:9; 43:19; 58:8; 64:23; 74:23; 77:22
Knapp [1] - 9:21
knowing [1] - 22:11

## L

L4 [5] - 74:9, 20, 23; 75:5
labeled [1] - 73:22
labor [2] - 70:2, 5
lack [2] - 56:19; 77:6
laparoscopic [1] -

46:16
**large** [5] - 15:15; 53:1; 67:23; 68:15; 81:9
**larger** [1] - 15:13
**last** [4] - 11:20; 53:4; 66:5; 69:3
**late** [1] - 34:20
**law** [5] - 7:3, 6; 13:1, 8
**lawsuit** [6] - 10:19, 22; 11:15; 18:1, 11
**lawsuits** [6] - 11:1; 12:5, 12; 17:2, 11, 15
**lay** [1] - 5:15
**lead** [2] - 55:19, 22
**least** [3] - 34:4; 44:3; 56:16
**led** [1] - 28:11
**Leitch** [2] - 9:19; 35:17
**lesion** [17] - 55:4, 6, 12, 19, 22; 56:3, 17; 57:4; 58:1, 4, 7-8; 59:7, 13, 21
**lesions** [1] - 25:8
**less** [2] - 79:6, 8
**letter** [1] - 9:11
**level** [1] - 56:12
**liability** [1] - 17:11
**license** [2] - 7:11, 18
**licensed** [5] - 7:2, 4, 8, 21, 23
**lieu** [1] - 4:8
**life** [2] - 65:5; 66:13
**likelihood** [1] - 76:11
**likely** [8] - 28:10; 29:5; 37:15; 43:11; 64:17; 70:11; 79:6, 8
**limited** [4] - 24:5; 48:5; 79:11; 81:7
**line** [1] - 71:10
**lines** [1] - 72:12
**lining** [2] - 40:4
**Lipsitz** [1] - 13:9
**list** [5] - 32:15; 33:11; 34:4, 15; 73:6
**listed** [1] - 33:4
**literally** [1] - 18:6
**liters** [1] - 42:2
**live** [1] - 63:8
**local** [1] - 78:18
**located** [1] - 57:5
**location** [1] - 59:13
**long-standing** [1] - 25:4
**long-term** [1] - 53:22
**look** [14] - 9:23; 14:1, 6; 31:23; 38:22; 40:8; 44:16; 50:3; 51:12; 60:20; 70:21;

73:12, 21; 80:19
**looked** [3] - 9:12; 32:22; 40:12
**looking** [14] - 9:13; 20:18; 32:14; 34:3; 40:3; 44:5; 46:10, 14, 18, 22; 58:12; 59:1; 60:23
**looks** [13] - 32:14, 21; 46:1, 15, 22; 57:19; 58:12, 15; 59:3, 7; 70:23; 73:17; 74:1
**low** [4] - 49:18; 50:4; 68:1, 16
**lower** [2] - 51:13; 74:23
**lumbar** [1] - 51:12
**lung** [2] - 63:7, 9

## M

**Maazel** [1] - 13:3
**MACKEY** [9] - 4:16; 5:6; 60:16, 19; 61:1, 3; 78:6; 81:21; 82:4
**Mackey** [2] - 4:16; 5:8
**main** [1] - 32:1
**major** [6] - 25:7; 27:14; 43:11, 17; 66:18; 79:18
**majority** [1] - 67:7
**male** [2] - 73:2, 14
**malpractice** [3] - 12:16; 16:20; 17:14
**Manhattan** [1] - 8:12
**manifested** [1] - 61:20
**manner** [2] - 4:11; 81:13
**March** [5] - 39:15; 40:12, 20; 42:11; 71:1
**marijuana** [1] - 54:2
**marked** [4] - 28:19; 32:3, 10; 70:21
**markedly** [1] - 42:1
**material** [2] - 9:14; 40:7
**matters** [3] - 17:21; 19:12
**Matthew** [6] - 16:10; 18:13; 45:16; 74:3; 75:11; 76:19
**MD** [3] - 8:16, 23; 37:9
**mean** [49] - 11:5; 20; 15:17; 18:4; 23:12, 14, 22; 26:18, 22-23; 29:19; 30:8; 31:6, 18, 20; 42:6, 21; 46:1; 52:12, 22; 53:17; 54:8; 55:6;

57:9; 58:11, 19, 21; 61:4, 7; 62:14; 66:3; 68:4; 70:6, 19; 71:23; 76:6; 77:14; 79:2, 5, 10; 80:4; 81:7, 16
**meaning** [1] - 61:5
**means** [1] - 81:9
**meant** [1] - 21:22
**meanwhile** [1] - 51:16
**measure** [1] - 48:3
**mechanical** [1] - 67:10
**medical** [12] - 8:18; 9:3; 11:17; 16:18; 18:9; 19:3; 20:2; 34:6, 10; 36:2; 68:18; 74:7
**Medical** [3] - 8:20; 73:23; 75:10
**medications** [1] - 52:13
**medicine** [7] - 7:4, 8, 15, 21; 8:1; 24:4; 65:11
**meet** [1] - 18:15
**melon** [1] - 72:1
**members** [3] - 10:9, 19; 18:22
**mentioned** [7] - 12:8; 13:14; 15:1; 16:4; 24:13; 28:21; 65:13
**mentioning** [1] - 75:21
**mentions** [2] - 36:5, 14
**methadone** [1] - 53:6
**mhmm** [1] - 61:2
**might** [6] - 20:20; 33:10; 61:12, 20; 76:1; 77:23
**minute** [1] - 78:1
**misdemeanor** [1] - 16:15
**misheard** [1] - 79:12
**misinformed** [1] - 77:21
**missed** [2] - 33:11; 41:11
**misspoke** [1] - 59:6
**misstates** [1] - 21:20
**Mitchell** [1] - 4:17
**moment** [2] - 32:5; 44:17
**monitored** [3] - 67:4, 18; 68:5
**month** [6] - 34:22; 41:3, 19-20; 42:2; 62:8
**months** [7] - 40:18; 42:16, 21; 45:13;

62:1; 63:8, 10
**morning** [1] - 4:2
**most** [7] - 12:13; 13:22; 28:10; 29:5; 51:15; 70:11
**motion** [1] - 18:5
**motor** [2] - 75:15; 81:13
**motorcycle** [2] - 20:3; 22:5
**Mount** [1] - 8:19
**move** [1] - 7:13
**moved** [2] - 7:12, 16
**MR** [9] - 4:16; 5:6; 60:16, 19; 61:1, 3; 78:6; 81:21; 82:4
**MRI** [3] - 24:10; 26:14; 51:12
**MRIs** [2] - 24:1; 56:5
**MS** [29] - 4:20; 20:14; 21:4, 20; 22:18; 23:9; 24:23; 29:18; 30:7, 19; 31:5; 39:8; 52:2, 21; 54:7; 58:10; 59:17; 60:14, 17, 21; 61:2; 62:13; 65:1; 66:2; 75:7, 19; 79:3; 81:4, 23
**multiple** [6] - 43:7, 23; 44:2; 55:9; 68:12; 69:2

## N

**name** [6] - 4:2, 13; 5:7; 8:15; 13:8; 18:12
**narcotics** [1] - 53:1
**nature** [1] - 11:18
**near** [2] - 55:2; 57:5
**nearing** [1] - 66:4
**nearly** [1] - 22:22
**necessarily** [4] - 11:16; 52:4; 70:3; 77:20
**neck** [9] - 27:21; 31:13; 35:10; 63:18; 64:6, 10; 65:17, 23; 81:12
**need** [5] - 6:2, 17, 19; 28:13; 67:4
**needs** [2] - 6:4; 67:18
**negative** [5] - 24:1, 5; 73:6
**neighborhood** [2] - 13:19; 15:17
**nerve** [1] - 51:13
**nervous** [1] - 55:8
**neurogenic** [65] - 14:14; 15:3, 15; 21:2, 19; 22:16;

24:22; 25:3, 14; 27:18, 22; 28:3, 6, 9; 29:17; 30:6; 31:4; 38:17; 39:6; 41:1, 4, 7, 10, 21; 42:10, 12; 43:2, 5, 14; 44:9, 12; 47:9; 49:5; 50:15, 22; 51:23; 52:9; 54:6, 20; 55:23; 57:4, 10; 58:9; 59:15; 63:19, 21; 64:11; 65:18, 23; 66:11, 17; 68:20; 72:6; 74:8, 21; 75:17, 23; 76:4, 15; 79:23; 80:1, 10, 23; 81:11
**neurological** [1] - 50:13
**neurologist** [4] - 9:19, 22; 22:3; 23:11
**neurologists** [1] - 29:1
**neurons** [1] - 56:8
**neuroradiologist** [1] - 60:5
**neurourology** [1] - 14:16
**never** [2] - 11:22; 52:22
**New** [13] - 5:2; 7:3, 9, 12, 16; 8:3; 12:15; 13:9; 17:18, 23; 35:7; 76:21
**NEW** [1] - 4:1
**next** [7] - 5:23; 17:10; 35:18; 37:7; 39:13; 59:20; 72:11
**nine** [2] - 22:12; 45:13
**non** [1] - 48:18
**non-relaxation** [1] - 48:18
**none** [2] - 17:13; 63:14
**nonspecific** [1] - 57:12
**nontraumatic** [1] - 52:18
**normal** [7] - 6:14; 49:10, 14, 19; 53:21; 72:3
**note** [2] - 31:15; 73:12
**noted** [2] - 25:16; 73:19
**notes** [2] - 9:12; 26:9
**nothing** [2] - 50:6; 61:11
**notice** [4] - 19:8; 20:1; 23:2; 31:12
**noticing** [1] - 4:15

noting [1] - 49:11
November [2] - 8:20; 47:21
number [8] - 11:5; 14:17; 15:9, 13; 22:22; 38:21; 39:12
numerous [1] - 26:13

**O**

oath [2] - 4:9
objection [24] - 6:15; 20:14; 21:4, 20; 22:18; 23:9; 24:23; 29:18; 30:7, 19; 31:5; 39:8; 52:2, 21; 54:7; 58:10; 59:17; 62:13; 65:1; 66:2; 75:7, 19; 79:3; 81:4
objections [2] - 4:11; 6:12
objective [1] - 42:15
obtain [1] - 7:11
obvious [14] - 27:1, 6, 9; 55:7; 56:23; 61:15; 62:1; 64:15; 65:4, 6, 8, 12; 76:1
obviously [8] - 9:10; 26:23; 32:1; 42:6; 64:20; 66:20; 73:3; 79:21
occasion [1] - 53:12
occasionally [1] - 9:13
occasions [4] - 13:15; 26:13; 44:1, 3
occupying [1] - 25:8
occur [1] - 29:23
occurred [1] - 63:23
occurrence [1] - 64:23
occurs [1] - 56:12
office [2] - 51:10; 70:4
officer [2] - 35:8; 80:6
officers [1] - 29:13
often [3] - 24:1, 5; 48:1
old [3] - 18:2; 44:19; 77:18
older [1] - 48:17
once [12] - 6:15; 15:19; 23:6; 37:1; 41:7; 51:14; 53:5, 19; 62:23; 63:3; 67:6; 72:2
one [38] - 5:8, 16; 14:4; 17:3; 18:1; 20:17; 21:23; 22:1; 23:16; 26:8; 27:6; 32:1, 5; 34:1; 37:23; 38:21; 39:12; 40:7; 41:14; 44:17; 46:5;

48:12; 49:14; 52:15; 53:2; 55:11; 57:1; 60:8, 15; 70:21; 71:10; 75:12; 78:7; 80:5
ones [1] - 34:2
op [1] - 47:11
opinion [2] - 28:8; 59:12
opportunity [1] - 43:23
opposed [4] - 22:3; 59:5, 8; 64:19
order [2] - 19:7; 46:1
organ [1] - 56:6
original [1] - 38:23
otherwise [1] - 69:22
outcomes [1] - 48:11
outpatient [1] - 32:22
output [1] - 69:16
overactive [1] - 55:14
overall [1] - 15:17
overdistended [1] - 36:23
own [5] - 8:13, 17; 29:7; 67:3; 68:2

**P**

p.m [1] - 82:8
page [10] - 32:13; 35:4; 46:15, 18; 54:5; 55:1; 59:20; 60:7; 72:11
pages [2] - 77:17
pain [6] - 28:11, 20; 36:16, 20; 37:2
painful [1] - 36:23
papers [1] - 54:19
paragraph [7] - 35:18; 36:5; 37:7, 13; 39:13; 50:11; 66:5
paralyze [1] - 52:14
Parkinson's [1] - 43:7
part [1] - 81:9
participate [1] - 70:16
participating [1] - 4:7
particular [20] - 5:11; 10:18, 22; 13:1; 15:8; 20:22; 26:12; 46:10; 48:21; 54:4; 56:2; 57:1, 17; 59:13; 63:20; 75:13; 76:22; 78:13, 22; 80:5
parts [1] - 68:22
past [4] - 10:23; 11:4; 13:3; 71:11
patient [7] - 10:7, 10; 51:17; 76:14; 77:16;

80:5, 10
patients [18] - 15:3, 8, 18, 22; 23:14; 24:13, 18; 26:18; 53:5; 61:5; 65:14; 67:5; 77:21; 79:22; 80:1
Patrick [2] - 4:16; 5:8
PC [2] - 8:16, 23
pelvic [2] - 28:11, 20
pending [3] - 6:21; 17:3; 18:2
people [2] - 54:9; 70:15
percent [4] - 15:21; 16:2; 39:19, 21
percentage [1] - 15:7
Percocets [1] - 53:6
perhaps [1] - 21:8
period [11] - 12:10; 33:13; 34:17, 23; 41:19; 47:4, 12; 60:10; 62:8; 76:14
periodically [1] - 54:13
permanent [4] - 42:8; 54:20; 66:6, 11
persistent [1] - 80:8
person [6] - 4:9; 24:8; 25:5; 51:20; 52:1; 81:2
Phillips [1] - 4:18
photos [2] - 80:14, 19
physical [8] - 25:12, 20-21; 29:14; 48:16; 52:1; 70:5, 17
physically [1] - 4:4
physicians [1] - 26:12
place [1] - 81:14
placed [2] - 6:15; 36:15
placing [1] - 48:1
plaintiff [3] - 4:21; 10:6; 18:12
plaintiff's [1] - 9:18
plaintiffs [2] - 12:16, 22
plaque [1] - 55:10
play [2] - 70:17
plenty [5] - 15:20; 26:8, 18; 51:4; 67:5
point [8] - 8:21; 38:8, 12; 54:14; 60:8; 62:6; 63:2; 79:17
police [1] - 80:6
politics [1] - 62:16
pons [9] - 56:13, 15, 18; 57:5, 8
portion [7] - 15:16; 33:1; 35:19; 39:14; 44:16; 57:23; 60:11

possibilities [1] - 52:5
possibility [5] - 38:21; 41:21; 48:15; 52:16; 79:5
possible [14] - 5:16; 30:3; 31:7; 33:21; 40:21; 52:8; 53:8; 54:3; 58:8; 65:21; 66:3; 75:16, 22; 78:21
possibly [3] - 38:17; 72:21
post [2] - 42:17; 47:11
post-op [1] - 47:11
post-void [1] - 42:17
potential [2] - 20:19; 39:12
potentially [1] - 56:18
practice [13] - 7:2, 4, 8, 20-21; 8:1, 13, 15, 17, 22; 15:2; 24:17; 81:9
practicing [1] - 7:15
pre [4] - 21:5, 17; 22:11; 61:16
pre-existing [4] - 21:5, 17; 22:11; 61:16
predict [3] - 41:10; 56:22; 81:17
predispose [1] - 22:1
predisposed [1] - 21:9
preparation [3] - 9:7, 17; 32:19
prepare [2] - 11:17; 19:7
prepared [6] - 9:16; 19:2; 34:10; 35:3; 38:13; 57:18
preparing [2] - 20:9; 22:6
presence [1] - 61:16
present [4] - 4:4; 64:3; 70:14; 74:5
presentations [1] - 14:17
preserved [1] - 68:4
pressure [5] - 36:21; 37:1; 48:3; 68:1, 16
pressures [1] - 49:16
presumably [1] - 68:16
presume [1] - 17:22
pretty [7] - 17:5; 56:6; 57:2, 10; 71:23; 72:3; 76:11
primarily [2] - 12:15; 48:2
private [2] - 8:22; 15:2
problem [11] - 30:2; 42:22; 51:13; 55:8;

61:10, 16, 19; 62:5; 68:6, 15; 81:19
problems [6] - 6:18; 15:14; 29:3; 41:4; 61:6; 68:8
procedure [2] - 47:8; 72:4
prostate [6] - 15:12; 48:17; 61:10, 16; 73:1, 17
prostatic [2] - 72:23; 73:15
provide [6] - 10:23; 11:14, 16; 12:19; 13:11; 15:6
provided [9] - 9:3; 12:11; 13:16; 18:14; 19:4; 23:2; 26:2; 30:12; 34:9
provides [1] - 26:3
providing [4] - 10:13, 17; 12:4, 9
proving [1] - 52:10
publication [2] - 13:22; 14:8
publications [3] - 13:20; 14:11; 25:2
published [1] - 14:5
purpose [1] - 48:7
put [1] - 32:4
puts [1] - 40:7
putting [3] - 40:2; 67:10; 73:14
pyelonephritis [1] - 68:13

**Q**

qualified [1] - 16:10
questions [5] - 5:13; 6:7, 11; 35:2; 81:22
quite [2] - 6:8; 36:23
quote [1] - 54:11
quote-unquote [1] - 54:11

**R**

radiologist [1] - 58:12
rare [2] - 53:13; 64:23
rather [3] - 33:23; 39:6; 64:7
ray [2] - 26:14; 40:6
Raymond [58] - 10:6, 13, 15, 17; 18:13, 16, 19; 19:2, 4, 9, 17; 20:1, 11; 21:1, 18; 22:16; 23:3; 25:13; 26:4, 15; 27:11; 28:5; 29:14;

30:14; 31:1, 13; 35:7; 37:8; 38:4, 17; 39:5, 15; 40:14, 19; 41:1; 44:19; 45:16, 22; 46:12; 47:20; 48:8; 49:5; 54:1; 63:16; 66:16; 69:7; 71:2, 11; 74:3, 7; 75:11, 13; 76:19, 23; 77:7; 78:8, 16; 80:15

**Raymond's** [23] - 10:9, 20; 18:14; 27:21; 28:3; 29:17; 30:4; 36:6; 37:15; 43:14; 47:6; 57:22; 58:5; 59:14; 62:10; 66:10; 68:7, 18; 70:1, 15; 73:9; 75:3; 78:11

**react** [1] - 81:18
**read** [8] - 20:4; 25:2; 29:20; 35:11, 16; 44:21; 50:16; 54:18
**reading** [4] - 23:1; 46:21; 59:1; 66:6
**reads** [1] - 44:18
**ready** [1] - 46:23
**real** [1] - 51:5
**really** [8] - 18:7; 28:16; 41:14; 42:5; 43:16; 44:1; 57:11; 61:19
**reason** [5] - 6:19; 23:16; 49:5; 51:3; 60:21
**reasonable** [3] - 39:2; 62:14
**reasons** [1] - 52:8
**received** [1] - 36:8
**recent** [2] - 13:22; 69:14
**receptors** [1] - 36:21
**recertified** [1] - 8:9
**recess** [1] - 78:4
**recollection** [1] - 38:15
**reconstruction** [1] - 69:4
**reconstructive** [3] - 43:17; 54:16; 66:19
**record** [11] - 4:14; 6:16; 23:3; 26:13; 32:22; 38:12; 45:11; 46:10; 47:6; 57:17, 21
**recordable** [1] - 6:3
**records** [50] - 9:10; 11:17; 19:3, 6-7, 15, 21, 23; 20:5, 8; 23:1; 26:1; 27:16; 30:11, 22; 31:8; 32:15, 18,

22; 33:4, 6, 10, 12, 16, 22; 34:5, 8-9, 17; 36:1; 38:2; 45:4-6; 53:23; 68:7, 19; 69:14; 73:10; 75:4; 77:8, 18; 78:11, 15; 80:20
**rectum** [1] - 48:2
**refer** [2] - 29:8; 45:16
**reference** [19] - 31:12; 37:7; 38:16; 45:14; 46:11; 47:5; 50:19; 55:3; 58:1; 71:11; 72:14, 20; 74:5; 75:4, 14; 76:23; 77:12; 78:12, 16
**references** [1] - 39:14
**referencing** [2] - 58:4; 71:22
**referring** [5] - 25:21; 28:22; 29:9; 37:10; 45:21
**regarding** [1] - 54:19
**region** [1] - 35:10
**regular** [2] - 53:2; 79:15
**regularly** [1] - 67:21
**related** [16] - 9:16; 14:13; 17:15; 19:3, 6, 16; 29:3, 5; 31:8; 37:3; 58:17; 66:7; 70:4; 71:2; 74:2; 76:19
**relating** [1] - 75:11
**relatively** [4] - 50:2, 4; 61:8; 81:7
**relaxation** [1] - 48:18
**relevant** [2] - 21:11; 52:6
**relief** [2] - 36:15, 20
**relieved** [1] - 37:2
**remainder** [1] - 66:12
**remember** [5] - 18:3; 19:13; 33:13; 38:19; 46:6
**REMOTELY** [1] - 4:1
**remotely** [2] - 4:6, 10
**repaired** [2] - 71:20; 72:2
**repeated** [1] - 52:20
**rephrase** [1] - 64:8
**report** [24] - 18:14; 19:1, 8; 20:9; 22:7; 32:3, 10, 19; 35:1, 5, 15, 17; 44:15; 47:18; 50:12; 55:2; 57:18; 60:6; 66:4; 70:22; 73:23
**REPORTED** [1] - 4:1
**REPORTER** [1] - 4:2

**reporter** [2] - 4:4; 82:2
**reporting** [2] - 4:5, 11
**reports** [2] - 9:16; 11:18
**represent** [2] - 4:13; 59:23
**representing** [1] - 5:9
**require** [1] - 31:21
**required** [1] - 46:5
**requirement** [1] - 50:15
**requirements** [1] - 51:2
**residency** [1] - 7:17
**residents** [1] - 14:4
**residual** [1] - 42:17
**respect** [1] - 43:12
**rest** [5] - 27:5; 56:9; 66:22; 68:1; 69:20
**result** [2] - 75:17; 80:2
**resulted** [4] - 31:1; 63:18; 65:18; 76:4
**resulting** [4] - 31:3; 65:23; 72:6; 80:23
**results** [1] - 17:1
**retention** [6] - 24:16; 38:1; 42:1; 56:19; 61:13; 62:2
**retiring** [1] - 80:7
**returning** [1] - 78:18
**returns** [1] - 53:20
**reversible** [1] - 43:15
**review** [20] - 9:6, 9, 15; 11:17; 19:3, 6, 15, 23; 20:17; 26:1; 27:15; 31:8; 32:2, 18; 33:6; 34:9; 68:7, 18; 78:11; 80:20
**reviewed** [8] - 9:11; 10:4; 11:6; 27:20; 32:15; 45:4; 57:17; 77:8
**reviewing** [2] - 30:11; 38:2
**reviews** [2] - 11:22
**revise** [1] - 67:14
**risk** [2] - 67:12
**Robert** [1] - 9:21
**room** [3] - 33:8, 12; 62:19
**ROSENFELD** [29] - 4:20; 20:14; 21:4, 20; 22:18; 23:9; 24:23; 29:18; 30:7, 19; 31:5; 39:8; 52:2, 21; 54:7; 58:10; 59:17; 60:14, 17, 21; 61:2; 62:13; 65:1; 66:2; 75:7, 19; 79:3; 81:4, 23

**Rosenfeld** [1] - 4:20
**roughly** [2] - 40:18; 41:19
**round** [2] - 41:12
**rule** [1] - 40:21
**ruled** [1] - 24:21
**rules** [1] - 5:15

## S

**safe** [1] - 43:2
**saw** [5] - 19:21; 20:6; 30:22; 34:12; 54:1
**scan** [3] - 24:11; 26:15; 57:22
**scans** [2] - 24:1; 56:5
**scar** [1] - 37:21
**scenarios** [1] - 52:17
**scenes** [1] - 12:1
**Scime** [1] - 13:10
**sclerosis** [2] - 43:8; 55:10
**sclerotic** [1] - 59:3
**scope** [2] - 40:2; 73:14
**screen** [9] - 31:23; 32:4, 7; 46:19; 60:20, 22; 71:3, 7; 73:21
**scroll** [5] - 44:14; 45:9; 54:23; 57:13; 59:20
**scrolled** [1] - 72:11
**scrolling** [2] - 35:4; 76:18
**scrotal** [1] - 72:8
**scrotum** [2] - 72:3, 8
**second** [6] - 22:2; 35:4; 41:12; 46:15; 60:15; 66:5
**secondary** [1] - 37:16
**see** [44] - 15:12, 18; 20:1; 24:2; 30:12; 32:6, 9; 33:1; 34:4; 36:8; 37:17; 43:8; 45:18; 50:3; 51:4; 53:7, 17; 54:13; 55:4; 56:4; 58:2; 60:11, 22; 61:5; 63:5, 12; 64:18; 65:11; 66:8; 67:6; 68:8, 19; 72:15; 73:3, 9; 74:10; 75:3; 77:2, 8, 15; 78:12; 79:15, 17
**seeing** [2] - 34:20; 64:23
**seem** [1] - 44:4
**seizure** [11] - 23:13; 30:14; 31:10; 61:7; 65:18, 22; 78:12, 16,

22; 79:18
**seizures** [10] - 23:3, 5, 15; 24:8, 14-15, 21; 25:4, 8; 65:14
**self** [2] - 8:12; 67:2
**self-catheterize** [1] - 67:2
**self-employed** [1] - 8:12
**send** [2] - 62:18
**sensation** [2] - 49:12, 19; 50:1
**sense** [1] - 36:21
**sent** [3] - 31:17; 60:23
**sentence** [4] - 44:18; 55:2; 66:6
**sentences** [1] - 35:6
**September** [21] - 21:7; 25:22; 29:11, 15; 30:13; 31:9; 33:15, 18; 34:23; 35:8; 41:16; 42:11; 44:8, 21; 45:8; 62:9; 66:8; 76:20; 78:10, 17; 80:15
**sequentially** [1] - 40:10
**series** [2] - 5:13; 25:16
**serious** [1] - 30:2
**seroma** [1] - 66:21
**services** [12] - 9:3; 10:14, 18; 11:1, 15; 12:4, 10-11, 20; 13:4, 12; 17:15
**set** [2] - 81:22
**settled** [1] - 17:7
**settlements** [1] - 17:8
**seven** [1] - 76:9
**several** [3] - 44:3; 48:11; 54:2
**severe** [2] - 30:22; 64:11
**sex** [1] - 69:7
**shake** [1] - 6:2
**Sherry** [1] - 9:19
**short** [2] - 6:19; 47:12
**shortly** [1] - 35:19
**show** [4] - 25:17; 27:9; 63:10; 77:9
**showed** [1] - 40:10
**showing** [3] - 26:15; 31:22
**shows** [1] - 26:12
**side** [1] - 72:5
**significant** [2] - 45:7; 51:17
**silly** [1] - 17:5
**similar** [1] - 76:13
**Sinai** [1] - 8:19
**sinuses** [1] - 58:14

**site** [1] - 19:19
**situation** [4] - 24:20; 54:13; 56:14; 65:16
**situations** [1] - 25:11
**six** [2] - 62:3; 63:10
**size** [1] - 72:1
**skull** [1] - 64:16
**small** [2] - 58:1; 71:4
**smaller** [1] - 6:11
**smokes** [1] - 53:15
**smoking** [1] - 54:2
**smoothly** [1] - 5:16
**solo** [1] - 8:22
**someone** [11] - 24:6; 26:23; 43:1; 47:9; 48:20; 52:8, 19; 64:5; 65:21; 80:22; 81:1
**sometimes** [4] - 12:20; 41:9; 77:21
**somewhat** [2] - 37:3; 68:13
**sonogram** [1] - 62:3
**sonography** [1] - 42:18
**soon** [2] - 36:14; 64:12
**sorry** [6] - 33:20; 39:10, 20; 60:14, 17; 79:12
**sort** [8] - 27:5; 29:23; 40:10; 41:11; 53:21; 58:15; 63:1; 77:19
**sorts** [1] - 52:5
**source** [1] - 9:13
**space** [1] - 25:7
**speaking** [2] - 22:2; 40:18
**specific** [1] - 31:15
**specifically** [2] - 19:11; 21:13
**specifics** [1] - 14:7
**sphincter** [1] - 48:18
**spinal** [14] - 26:9, 19; 27:3; 43:10; 64:15; 75:14, 17; 76:3, 8, 16; 77:1, 9, 12
**spine** [13] - 20:2; 22:4, 15; 26:4, 16; 27:12; 51:12, 14; 64:7, 10; 65:17, 23; 81:12
**sports** [1] - 70:17
**spot** [1] - 57:1
**staff** [3] - 8:19; 34:10; 74:7
**standing** [2] - 25:4; 80:17
**stands** [1] - 72:23
**start** [1] - 5:18
**started** [4] - 5:14; 7:1;

23:5; 42:10
**starting** [2] - 4:14; 32:23
**State** [1] - 35:8
**state** [5] - 7:3, 9; 17:20, 22; 37:5
**statements** [1] - 78:20
**states** [1] - 7:23
**stating** [1] - 4:13
**stay** [1] - 66:12
**stenographer** [1] - 5:20
**stenographic** [1] - 4:3
**still** [5] - 14:20; 17:3; 18:1; 44:14; 72:10
**stoma** [3] - 43:19; 67:11, 14
**stones** [1] - 15:12
**stop** [1] - 44:12
**straight** [3] - 45:17; 46:3, 5
**strange** [1] - 53:12
**Street** [1] - 5:2
**stricken** [1] - 73:6
**stricture** [14] - 37:16, 20-21; 38:5, 9; 39:6; 40:11, 16, 22; 41:2; 49:1; 72:14, 18; 73:5
**strike** [4] - 15:1; 24:19; 50:10; 80:13
**strikes** [2] - 63:17, 21
**strokes** [1] - 25:7
**strong** [2] - 49:13; 50:6
**structure** [1] - 71:17
**studies** [4] - 24:4; 25:17; 27:8; 51:6; 74:16
**study** [17] - 40:6; 47:21-23; 48:8, 12, 22; 49:3, 8, 10, 14, 22; 50:8; 51:8, 18; 65:6
**stuff** [2] - 12:2; 66:23
**subdural** [1] - 65:8
**subject** [1] - 70:19
**subsequent** [1] - 21:10
**subspecialty** [2] - 14:15; 15:11
**substantial** [1] - 42:20
**subtle** [4] - 27:8; 56:6; 60:8; 64:20
**successful** [1] - 66:19
**sued** [1] - 16:20
**suffer** [13] - 15:3, 8, 22; 21:18; 24:8; 25:13; 47:9; 52:9; 64:9, 11; 65:14, 22; 81:1

**suffered** [14] - 19:17; 20:12; 21:16; 25:4; 26:16; 27:11; 30:14; 54:19; 65:16; 78:20; 80:1; 81:11
**suffering** [9] - 23:3; 38:4, 17; 39:6; 40:15; 41:1; 49:5; 78:16; 80:22
**suffers** [2] - 22:17; 28:5
**summary** [1] - 44:18
**super** [1] - 80:4
**superior** [1] - 58:14
**suppose** [3] - 21:11; 29:21; 30:9
**suprapubic** [2] - 50:7; 68:11
**supratentorial** [1] - 55:12
**surgeries** [2] - 69:2; 70:9
**surgery** [9] - 43:18; 47:2, 12; 54:16; 66:19; 67:14; 68:10; 72:6, 8
**surgical** [1] - 71:12
**surgically** [1] - 71:20
**surprised** [1] - 34:1
**surrounds** [1] - 71:18
**susceptible** [1] - 22:1
**suspect** [2] - 47:1; 67:19
**sustain** [1] - 25:13
**sustaining** [1] - 35:9
**sworn** [1] - 5:3
**symptom** [2] - 61:21; 64:1
**symptoms** [5] - 24:6; 43:9; 63:22; 72:20; 75:23
**synapses** [1] - 56:9
**System** [1] - 70:23
**system** [1] - 55:8

### T

**tease** [1] - 34:2
**temporary** [1] - 66:20
**tend** [1] - 52:14
**term** [4] - 53:6, 22; 57:10; 77:15
**terminate** [1] - 50:8
**terms** [3] - 11:5; 62:16; 70:7
**terrible** [1] - 63:6
**test** [1] - 48:5
**testicle** [1] - 71:18
**testified** [4] - 5:4; 11:7, 10

**testimony** [3] - 11:16; 13:16; 21:21
**tests** [2] - 40:9, 13
**textbook** [2] - 55:13, 16
**THE** [2] - 4:2; 82:3
**themselves** [1] - 27:8
**theory** [1] - 56:17
**thinking** [1] - 56:11
**thirds** [1] - 12:14
**Thomas** [1] - 4:17
**thousand** [1] - 11:21
**thousands** [1] - 77:17
**three** [1] - 18:4
**Timothy** [1] - 37:9
**tissue** [1] - 37:21
**today** [5] - 5:11; 18:11
**today's** [3] - 9:7; 10:1; 70:22
**toilet** [1] - 69:18
**took** [3] - 9:23; 24:10; 40:18
**top** [1] - 35:5
**topic** [1] - 14:14
**tranquilizer** [1] - 53:11
**trauma** [14] - 23:17; 25:20, 22; 29:23; 30:1, 4; 37:22; 52:1; 64:11; 67:12, 18; 79:17, 19; 81:18
**traumatic** [7] - 23:16; 28:10, 21; 37:16; 38:8; 76:9; 77:1
**trial** [6] - 11:10, 16; 12:1; 16:6, 11
**trials** [2] - 44:1; 63:5
**tried** [1] - 63:3
**trillions** [1] - 56:8
**trip** [2] - 78:8, 13
**trouble** [2] - 67:9, 17
**true** [1] - 24:3
**truly** [1] - 44:7
**try** [2] - 48:9, 20
**trying** [1] - 60:14
**tube** [2] - 50:7; 68:11
**tumor** [2] - 55:9; 57:1
**twice** [1] - 8:10
**two** [10] - 9:20; 12:14; 35:6; 40:13, 18; 41:3; 42:2; 63:8; 72:12
**two-month** [1] - 41:3
**two-thirds** [1] - 12:14
**type** [14] - 20:15; 27:13, 20; 28:1; 36:10; 41:20; 54:18; 56:2; 64:21; 66:15; 72:4, 6; 77:6
**typically** [2] - 67:6;

71:18

### U

**unable** [5] - 44:2; 45:22; 46:13; 48:10
**unaware** [1] - 63:11
**unclamp** [1] - 50:7
**uncommon** [1] - 47:3
**under** [2] - 16:2; 73:3
**undergoing** [1] - 54:15
**undergone** [1] - 43:17
**underlying** [2] - 43:5, 20
**understood** [3] - 12:3; 15:21; 79:8
**underwent** [2] - 39:15; 66:18; 68:10
**unexpected** [1] - 25:9
**unfortunately** [2] - 58:11; 65:11
**unimpressive** [1] - 22:21
**University** [6] - 32:23; 36:7; 37:10; 41:17; 62:11; 70:23
**unless** [1] - 56:22
**unlikely** [2] - 22:19; 42:20; 54:8; 58:17; 59:14; 75:20; 76:6
**unquote** [1] - 54:11
**unusual** [1] - 73:18
**up** [14] - 26:12; 30:1; 32:4; 34:20; 38:9; 47:17; 54:15; 61:22; 62:1; 63:10; 80:7, 17; 81:19
**Upstate** [7] - 32:23; 34:21; 36:6; 37:9; 41:17; 62:11; 70:23
**urethra** [6] - 36:12; 37:22; 40:3, 5; 73:15
**urethral** [7] - 37:16, 20; 38:5, 9; 40:16; 41:2; 48:23
**Urethral** [1] - 37:21
**urge** [2] - 50:6; 55:15
**urgency** [1] - 55:14; 61:21
**urinary** [2] - 38:1; 56:19
**urinate** [7] - 28:12; 29:6; 44:2; 48:11, 20; 64:2; 68:2
**urinating** [1] - 35:21; 37:15; 47:4, 14; 61:11
**urine** [3] - 42:2, 17; 69:16

**urodynamic** [7] - 47:21-23; 48:12; 49:10, 14, 22
**urodynamics** [3] - 47:23; 48:9, 18
**urological** [6] - 19:12; 21:12; 22:23; 28:17; 44:20; 45:2
**urologically** [1] - 70:6
**urologist** [2] - 9:21; 22:3
**Urologist** [1] - 37:9
**urologists** [1] - 79:15
**urology** [3] - 12:6; 15:11; 17:16
**Urology** [2] - 8:8; 76:21
**UTI** [1] - 67:18

**V**

**Valvo** [1] - 9:20
**van** [2] - 78:8, 13
**Vapnek** [9] - 5:7; 7:2; 8:16, 23; 32:6; 71:3; 78:7; 82:1, 4
**vary** [1] - 43:6
**vast** [1] - 67:7
**VCUG** [1] - 73:7
**vehicle** [2] - 75:15; 81:13
**verbal** [2] - 6:2, 4
**versus** [1] - 62:18
**vertebra** [4] - 74:9, 20, 23; 75:5
**viewed** [1] - 28:1
**violations** [1] - 18:9
**visible** [2] - 23:19, 22
**visit** [7] - 31:9; 33:9; 34:21; 36:6; 41:16; 42:23; 62:10
**void** [7] - 42:17; 43:23; 45:18, 22; 46:4, 13; 55:20
**voiding** [14] - 14:16; 21:6; 22:13; 28:19; 39:16; 40:5; 44:1; 45:7; 48:4; 56:11; 61:5; 63:4, 13; 72:21
**volume** [1] - 50:5
**voluminous** [1] - 33:23

**W**

**wait** [3] - 5:17, 20, 22
**waive** [1] - 4:10
**walks** [1] - 51:10
**wall** [5] - 69:3; 70:8, 13, 20

**waning** [1] - 43:8
**Ward** [1] - 13:2
**waxing** [1] - 43:8
**weeks** [1] - 62:3
**welcome** [1] - 82:3
**well-circumscribed** [1] - 59:2
**Western** [1] - 76:21
**whatsoever** [1] - 28:17
**wheelchair** [1] - 27:2
**whole** [1] - 14:2
**WITNESS** [1] - 82:3
**witness** [14] - 4:5; 10:14, 18; 11:1, 10, 15; 12:4, 10-11, 20; 13:4, 12; 16:6, 8
**word** [1] - 39:17
**workers'** [1] - 12:18
**worse** [1] - 41:8
**worsen** [2] - 41:5; 42:12
**worsening** [1] - 41:22
**worth** [1] - 69:16
**write** [3] - 49:9; 51:1, 3
**writing** [2] - 14:2; 26:7
**wrote** [8] - 35:5, 9, 19; 49:8; 50:12; 60:8; 61:4; 66:5

**X**

**x-ray** [2] - 26:14; 40:6

**Y**

**year** [3] - 15:19; 67:6, 16
**years** [14] - 11:20; 12:9; 14:4; 17:4; 18:4; 22:12; 23:15; 44:4, 19; 75:15; 76:4, 9, 15
**YORK** [1] - 4:1
**York** [13] - 5:2; 7:3, 9, 12, 16; 8:3; 12:15; 13:9; 17:18, 23; 35:7; 76:21
**young** [2] - 61:9; 69:22
**younger** [1] - 75:22

**Z**

**zero** [2] - 76:7, 12