

# Lipsitz Green Scime Cambria LLP

Attorneys at Law    42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Max Humann
Justin D. Ginter
Dale J. Bauman [2,6]
Melissa D. Wischeroth [7]
Jaime Michelle Cain [5]
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Erin McCampbell Paris
Richard A. Maltese, Jr.
Karoline R. Faltas-Peppes
Robert M. Corp [9]
Taylor D. Golba
Amy C. Keller [8]
Christopher R. Poole
Ryan C. Johnsen
Anthony R. Faraco, Jr.
Amy J. Vigneron
William J. Justyk [10]
Christina M. Croglio
Alexander R. DiDonato
Candace L. Morrison
Victoria E. Dailey
Miriam E. Trojanovic
William N. Monte

OF COUNSEL
Paul J. Cambria, Jr. [1,3,5]
Patrick C. O'Reilly
Herbert L. Greenman
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]
Terrie Benson Murray

SPECIAL COUNSEL
Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

ALSO ADMITTED IN
1 District of Columbia
2 Florida
3 California
4 Illinois
5 Pennsylvania
6 New Jersey
7 Oregon
8 Massachusetts
9 Connecticut
10 Washington

October 2, 2024

*Via E-Mail*

Hon. Glenn T. Suddaby
United States District Court
Northern District of New York
P.O. Box 7367
Syracuse, New York 13261

   Re: **Matthew Raymond v. Troy Mitchell et al**
      Case No. 18-cv-01467

Dear Judge Suddaby:

This office represents the defendants in the above-referenced matter. In accordance with the Court's instruction, I write to provide a joint status update regarding the settlement negotiations that have transpired between the parties. Plaintiff's counsel has reviewed and approved this letter.

The parties have exchanged updated settlement positions and engaged in meaningful settlement negotiations including a phone conference which was conducted earlier today.

In light of these negotiations, the parties respectfully request that a settlement conference with the assigned Magistrate Judge be scheduled at the Court's earliest convenience. The settlement conference would include plaintiff, all attorneys, and a representative from New York State with settlement authority who is available by, at minimum, phone. Considering that trial is to begin in less than 10 weeks, the parties ask that the conference be conducted within the next 14 days.

Thank you for your time and attention.

Very truly yours,

Lipsitz Green Scime Cambria LLP

By: _____
   Patrick J. Mackey, Esq.

PJM/cb

cc: All Counsel of Record (*via e-mail*)

Writer's Extension: 383
Writer's Direct Fax: 716-849-1315
Mail: pmackey@lglaw.com

6676540v2 - 066742.0001